UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERA

                      Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12CV1596__ (akh)

-v-

THE REPUBLIC OF CUBA

                      Defendant(s)

I hereby certify under the penalties of perjury that on 9th day of APRIL, 20 12, I served: MINISTER BRUNO EDUARDO RODRIGUEZ PARRILLA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the SUMMONS AND COMPLAINT (INCLUDING EXHIBITS 1 AND 2) NOTICE OF SUIT TRANSLATOR AFFIDAVIT AND A SPANISH TRANSLATION OF EACH OF THE SUMMONS, COMPLAINT INCLUDING EXHIBIT 1 & 2, NOTICE OF SUIT, AND TRANSLATOR AFFIDAVIT by DHL WAY BILL 86 7277 0201, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
4/9/2012

                      RUBY J. KRAJICK
                      CLERK OF COURT

                      Print Name: JEANINE VIERA-SAN
                      DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

April 9, 2012

Republic of Cuba
Minister Bruno Eduardo Rodriguez Parilla
Cuban Ministry of Foreign Affairs
Calzada No. 360, Vedado
Havana, Cuba

Re: <u>Vera v. The Republic of Cuba,</u>
12CV1596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons
Complaint (Including Exhibits 1 and 2)
Notice of Suit
Translator Affidavit
Spanish translation of each Summons, Complaint, Exhibits, Notice of Suit and Translator Affidavit

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.



---

Please fold or cut in half

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:   86  7277  0201

| | | | |
|---|---|---|---|
| To (Company) | | Rate Estimate: | $148.05 |
| Cuban Ministry of Foreign Affairs | | Protection: | Asset Protection US 0.00 |
| Calzada #360, Vedad | | Description: | Legal documents |
| | | Customs Value: | 1.00 USD |
| Havana, CUBA | | Weight (lbs.): | 0.5 lb |
| Cuba | | Dimensions: | 0 x 0 x 0 |
| Attention To: | Min. B.E.R. Parilla | Ship Ref: | Vera v. Cuba, 8563-14031 |
| Phone: | 215-238-1700 | | |
| | | Special Svc: | Duties and Taxes Unpaid |
| Sent By: | Robert A. Swift | | |
| Phone: | 215-238-1700 | | |
| | | Bill Shipment To: | SENDER |
| | | Bill to Acct: | 846200963 |

DHL Signature (optional)_____Route_____Date_____Time_____

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

