UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR. as Personal Representative of the Estate of Aldo Vera, Sr.,

    Plaintiff,

v.

THE REPUBLIC OF CUBA,

    Defendant.

Civil Action No. 12-CV-1596(AKH)

**AFFIRMATION OF JEFFREY E. GLEN, ESQ.**

STATE OF NEW YORK    )
                               ) SS:
COUNTY OF NEW YORK  )

Jeffrey E. Glen, Esq., being duly sworn, hereby deposes and says as follows:

1. I am a shareholder of the law firm of Anderson Kill & Olick, P.C. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein.

2. On or about March 29, 2012, I caused to be served upon the defendant in the above-referenced action the following documents:

    a. Summons and Complaint (including Exhibits 1 and 2 thereto) filed in the above-referenced action;

    b. Notice of suit;

    c. Translator Affidavit; and

    d. A Spanish translation of each of the Summons, Complaint (including Exhibits 1 and 2 thereto), Notice of Suit, and Translator Affidavit.

3. Copies of the above-listed documents (the "Documents"), along with the letter, dated March 29, 2012, which I sent to the Clerk of the United States District Court of the Southern District of New York requesting service of the Documents, are attached hereto as Exhibit A.

4. On April 24, 2012, I received notice that the Documents were served upon defendant at:

> Cuban Ministry of Foreign Affairs
> Calzada #360, Vedad
> Havana, 11111
> CU

5. A copy of the delivery notification is attached hereto as Exhibit B.

Dated: New York, New York
May 1, 2012

_____
Jeffrey E. Glen, Esq.

2

## CERTIFICATE OF SERVICE

I, Carrie Maylor DiCanio, Esq., HEREBY CERTIFY that a true and correct copy of the foregoing has been served via First Class Mail, postage pre-paid, on this 1st day of May, 2012 upon:

Ministry of Foreign Affairs
Republic of Cuba
Calzada #360, Vedad
Havana, Cuba

Carrie Maylor DiCanio, Esq.

nydocs1-987469.1