# EXHIBIT B

**Robert A. Swift**

| | |
|---|---|
| **From:** | DHL Customer Support [support@dhl.com] |
| **Sent:** | Wednesday, April 25, 2012 9:26 AM |
| **To:** | Robert A. Swift |
| **Subject:** | DHL Shipment Notification |

Notification for shipment event group "Delivered" for 24 Apr 12.

---

AWB Number: 9853398984
Pickup Date: 2012-04-12 22:11:00
Service: X
Pieces: 1
Cust. Ref: VERA V. CUBA, 8563-14031
Description: LEGAL DOCUMENTS

---

Ship From:

U.S. DIST. CRT., SOUTHERN DISTRICT
500 PEARL STREET
DANIEL PATRICK MOYNIHAN, CLERK
NEW YORK, NYNY 10007
US

Ship To:

CUBAN MINISTRY OF FOREIGN AFFAIRS
CALZADA #360, VEDAD
HAVANA, 11111
CU

EVENT CATEGORY
**24 Apr 12 11:29 AM - Shipment delivered - HAVANA,CUBA**

---

Shipment status may also be obtained from our Internet site in USA under http://track.dhl-usa.com or Globally under http://www.dhl.com/track

Please do not reply to this email. This is an automated application used only for sending proactive notifications

1

› DHL Global | › Express | Tracking

## Track DHL Express Shipments

DHL's online tracking is the fastest way to find out where your shipment is. No need to call Customer Service when we can offer you real-time details of your shipment's progress as it speeds through the DHL Network on the way to its destination.

### Result Summary

☑ **Waybill: 9853398984**
Signed for by: IVON

Tuesday, April 24, 2012 at 11:29
Origin Service Area: › NEW YORK, NY - NEW YORK - USA
Destination Service Area: › HAVANA - HAVANA - CUBA

| | | Location | Time |
|---|---|---|---|
| **Tuesday, April 24, 2012** | | | |
| 24 | Delivered - Signed for by : IVON | HAVANA - CUBA | 11:29 |
| 23 | With delivery courier | HAVANA - CUBA | 08:56 |
| **Monday, April 23, 2012** | | | |
| 22 | Scheduled for delivery | HAVANA - CUBA | 13:29 |
| 21 | With delivery courier | HAVANA - CUBA | 12:21 |
| 20 | Shipment on hold | HAVANA - CUBA | 09:13 |
| 19 | Arrived at Delivery Facility in HAVANA - CUBA | HAVANA - CUBA | 08:09 |
| **Saturday, April 21, 2012** | | | |
| 18 | Arrived at Sort Facility HAVANA - CUBA | HAVANA - CUBA | 14:10 |
| 17 | Clearance delay | HAVANA - CUBA | 14:10 |
| **Tuesday, April 17, 2012** | | | |
| 16 | Departed Facility in MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 21:21 |
| 15 | Processed at MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 19:59 |
| **Monday, April 16, 2012** | | | |
| 14 | Processed at MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 21:35 |
| 13 | Arrived at Sort Facility MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 17:27 |
| 12 | Arrived at Sort Facility MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 02:59 |
| 11 | Departed Facility in MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 01:36 |
| 10 | Processed at MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 01:36 |
| **Sunday, April 15, 2012** | | | |
| 9 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 19:28 |
| 8 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 17:10 |
| **Saturday, April 14, 2012** | | | |
| 7 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:42 |
| **Friday, April 13, 2012** | | | |
| 6 | Shipment on hold | CINCINNATI HUB, OH - USA | 05:45 |
| 5 | Clearance delay | CINCINNATI HUB, OH - USA | 05:45 |
| 4 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 03:57 |
| **Thursday, April 12, 2012** | | | |
| 3 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 22:36 |
| 2 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 22:32 |
| 1 | Shipment picked up | NEW YORK, NY - USA | 20:38 |

Hide Details

Try New Search

[Print]