AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| ALDO VERA, JR. as Personal Representative of the Estate of Aldo Vera, Sr., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-CV-1596(AKH) |
| THE REPUBLIC OF CUBA, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

Date:   05/11/2012

/s/ Carrie Maylor DiCanio, Esq.
*Attorney's signature*

Carrie Maylor DiCanio, Esq.
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York  10020
*Address*

cdicanio@andersonkill.com
*E-mail address*

(212) 278-1046
*Telephone number*

(212) 278-1733
*FAX number*