UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR. as Personal Representative of the Estate of Aldo Vera, Sr.,

Plaintiff,

v.

THE REPUBLIC OF CUBA,

Defendant.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/12

Civil Action No. 12-CV-1596(AKH)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Carrie Maylor DiCanio, Esq., attorney for Plaintiff Aldo Vera, Jr., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Robert A. Swift, Esq.
Kohn, Swift & Graf P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: 215 238-1700
Fax: 215 238-1968

is admitted to practice *pro hac vice* as counsel for Plaintiff Aldo Vera, Jr., in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 14, 2012
New York, New York

_____
United States District Judge

nydocs1-987289.1