IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR.,
as Personal representative of the Estate of Aldo Vera, Sr.,     12 Civ. 1596 (AKH)

    **Plaintiff,**

v.

THE REPUBLIC OF CUBA,                                           PLAINTIFF'S MOTION
                                                                FOR DEFAULT JUDGMENT
    **Defendant.**

**************************************************

    Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(e), Plaintiff Aldo Vera, Jr. moves this Court to enter a default judgment against Defendant the Republic of Cuba. In support of this Motion, Plaintiff relies upon the Declaration of Carrie Maylor DiCanio, dated June 27, 2012, the exhibits thereto, and plaintiff's Memorandum of Law.

Dated: New York, New York
       June 27, 2012

                                       By: /s/ Carrie Maylor DiCanio
                                             Jeffrey E. Glen
                                             Carrie Maylor DiCanio
                                             Anderson Kill & Olick, P.C.
                                             1251 Avenue of the Americas
                                             New York, NY 10020
                                             (212) 278-1000

                                             Robert A. Swift
                                             Kohn, Swift & Graf, P.C.
                                             One South Broad Street, 21st Floor
                                             Philadelphia, PA 19107
                                             (215) 238-1700

                                             Attorneys for Plaintiff Aldo Vera, Jr.

nydocs1-988211.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion, Memorandum of Law and related papers has been served this 27th day of June, 2012 upon:

Ministry of Foreign Affairs
Republic of Cuba
Calzada #360, Vedad
Havana, Cuba

by delivering a package containing the documents to the courier service DHL which is licensed to make deliveries in Cuba.

_____
Robert A. Swift