IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | 12 Civ. 1596 (AKH) <br><br> DECLARATION OF CARRIE MAYLOR DICANIO IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, CARRIE MAYLOR DICANIO, pursuant to 28 U.S.C. 1746, declare under the penalty of perjury:

1. I am an attorney admitted to practice before the courts of the State of New York and before the United States District Court for the Southern District of New York. I am an associate with the firm of Anderson Kill & Olick, P.C., attorneys for Plaintiff Aldo Vera, Jr. ("Plaintiff") in the above-referenced matter. I submit this Declaration in support of Plaintiff's Motion for Default Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed March 5, 2012 in this action, which includes as Exhibit 1 thereto a copy of the Final Judgment entered by the Circuit Court for the Eleventh Judicial Circuit in Miami-Dade County, Florida on May 15, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of the Summons, dated March 5, 2012, in this action.

nydocs1-988217.2

4. Attached hereto as Exhibit C is a true and correct copy of the Affirmation of Jeffery E. Glen, Esq., dated May 1, 2012, affirming service on the Republic of Cuba.

5. Attached hereto as Exhibit D is a true and correct copy of the computation of accrued interest on the Florida Judgment (excluding the award of punitive damages).

6. Attached hereto as Exhibit E is a true and correct copy of the Certificate of Default issued by the Clerk, dated June 27, 2012.

7. Attached hereto as Exhibit F is a proposed form of default judgment.

Dated: June 27, 2012
      New York, New York

By: _____
Carrie Maylor DiCanio

nydocs1-988217.2