# EXHIBIT D

## COMPUTATION OF INTEREST ON JUDGMENT

| | |
|---|---|
| Judgment entered May 15, 2008 - compensatory and economic damages only | $ 45,579,591.22 |
| | |
| Interest from 5/15/08 to 5/14/09 @ 11% | 5,013,755.03 |
| Judgment plus interest as of 5/14/09 | $ 50,593,346.25 |
| | |
| Interest from 5/15/09 to 5/14/10 @ 11% | 5,565,268.09 |
| Judgment plus interest as of 5/14/10 | $ 56,158,614.34 |
| | |
| Interest from 5/15/10 to 5/14/11 @11% | 6,177,447.58 |
| Judgment plus interest as of 5/14/11 | $ 62,336,061.92 |
| | |
| Interest from 5/15/11 to 5/14/12 @11% | 6,856,966.81 |
| Judgment plus interest as of 5/14/12 | $ 69,193,028.73 |

Daily Interest @ 11% accruing beginning 5/15/12:  $21,142.31