# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/12
```

ALDO VERA, JR.,
as Personal Representative of the Estate of Aldo Vera, Sr.,     No. 12 Civ. 1596 (AKH)

      Plaintiff,

v.

THE REPUBLIC OF CUBA,     CLERK'S CERTIFICATE

      Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

    1. This action was commenced on March 5, 2012 with the filing of a summons and complaint.

    2. The summons, complaint and notice of suit, all in English and Spanish, were delivered to DHL on April 12, 2012 and served by DHL on the defendant Republic of Cuba on April 24, 2012 in conformity with 28 U.S.C. 1608(a)(3) and the Clerk's Office Foreign Mailing Instructions.

    3. On May 1, 2012 a Certificate of Service was filed by the plaintiff's counsel attaching proof of service on the defendant.

    4. The docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.

1

nydocs1-988196.2

5. The default of the defendant is hereby noted.

Dated: New York, New York
June 27, 2012

>RUBY J. KRAJICK
>Clerk of the Court
>
>By: _____
>Deputy Clerk

2

nydocs1-988196.2