UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/28/12
```

VERA

                      Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12CV1596__ (akh)

-v-

THE REPUBLIC OF CUBA

                Defendant(s)

I hereby certify under the penalties of perjury that on 28th day of August, 20 12, I served:
Minister Bruno Eduardo Rodriguez Parilla, Cuban Ministry Foreign Affairs, Calzada # 360, Vedado
Havana Cuba

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the Judgement, Notice of Right to Appeal, Translator Affidavit, Spanish Translation of Judgement, the Notice of Right to Appeal, and the Translator Affidavit

by DHL 74 1297 5220 _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
August 28, 2012

RUBY J. KRAJICK
CLERK OF COURT

*/s/ Jeanine Viera-Santiago/*
Print Name: Jeanine Viera-Santia
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

August 3, 2012

Minister Bruno Eduardo Rodriguez Parilla
Cuban Ministry Foreign Affairs
Calzada # 360, Vedado
Havana, Cuba

Re:   Vera v. The Republic of Cuba
      12 CV 1596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Judgement
Notice of Right to Appeal
Translator Affidavit
Spanish Translation of Judgment, the Notice of Right to Appeal, and the Translator Affidavit

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

