# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Aldo Vera, Jr. <br> *Plaintiff* <br> v. <br> The Republic of Cuba <br> *Defendant* | ) <br> ) <br> ) Case No. 12-cv-01596-AKH <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Aldo Vera, Jr.

Date:     08/30/2012

s/ Kerry A Sheehan
*Attorney's signature*

Kerry A Sheehan
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

ksheehan@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*