IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE REPUBLIC OF CUBA,**<br><br>**Defendant.** | **12 Civ. 1596 (AKH)**<br><br><br><br>**MOTION FOR ENTRY OF AN ORDER PURSUANT TO 28 U.S.C. §1610(c) TO PERMIT ATTACHMENT AND EXECUTION ON THE DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum Of Law In Support Of Motion For Entry Of An Order Pursuant To 28 U.S.C. § 1610(c) To Permit Attachment And Execution On the Default Judgment, dated September 20, 2012, and the exhibits annexed thereto; and all other pleadings and proceedings, Plaintiff Aldo Vera Jr., as Personal Representative of the Estate of Aldo Vera, Sr., will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, in the courthouse at 500 Pearl Street, Courtroom 14D, New York, New York 10007, for an Order:

1) Permitting Plaintiff to commence attachment and execution on the August 17, 2012 Default Judgment entered in this case pursuant to 28 U.S.C. § 1610(c); and

2) Granting such other and further relief as the Court deems just and reasonable.

**THIS SPACE INTENTIONALLY LEFT BLANK**

nydocs1-995526.1

Dated: New York, New York
       September 20, 2012

                                  By: /s/ Kerry A. Sheehan
                                          Jeffrey E. Glen
                                          Kerry A. Sheehan
                                          Anderson Kill & Olick, P.C.
                                          1251 Avenue of the Americas
                                          New York, NY  10020
                                          (212) 278-1000

                                          Robert A. Swift (*Pro Hac Vice*)
                                          Kohn, Swift & Graf, P.C.
                                          One South Broad Street, 21st Floor
                                          Philadelphia, PA 19107
                                          (215) 238-1700

                                          Attorneys for Plaintiff Aldo Vera, Jr.