10/11/2012 14:25 FAX 215 238 1968　　　KOHN SWIFT & GRAF PC　　　@011/011



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
********************************************

ALDO VERA, JR., as Personal Representative of the　　　12 Civ. 1596 (AKH)
Estate of Aldo Vera, Sr.,

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　ORDER

THE REPUBLIC OF CUBA,

　　　　　Defendant.
................................................

　　　AND NOW, this _11_ day of __October__, 2012, it appearing that (a) this Court's Judgment dated August 17, 2012 was served by the Clerk of Court on Defendant Republic of Cuba on September 4, 2012, (b) the notice of entry of judgment to a foreign sovereign required by the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(e), has been given to the said Defendant, (c) the time to appeal said Judgment has elapsed, and (d) a reasonable period time of time has elapsed following entry of the August 17, 2012 Judgment.

　　　IT IS HEREBY ORDERED that Plaintiff may commence attachment and execution on the Judgment pursuant to 28 U.S.C. § 1610(c).

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_/s/ Alvin K. Hellerstein_
　　　　　　　　　　　　　　　　　Alvin K. Hellerstein
　　　　　　　　　　　　　　　　　United States District Judge