COURTESY COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
****************************************************

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

    Plaintiff,

v.

THE REPUBLIC OF CUBA,

    Defendant.

12 Civ. 1596 (AKH)

RECEIVED 2 1 2012
CHAMBERS OF
ALVIN K. HELLERSTEIN

MOTION FOR ENTRY OF
AN ORDER PURSUANT TO
28 U.S.C. §1610(c) TO
PERMIT ATTACHMENT
AND EXECUTION ON THE
DEFAULT JUDGMENT

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum Of Law In Support Of Motion For Entry Of An Order Pursuant To 28 U.S.C. § 1610(c) To Permit Attachment And Execution On the Default Judgment, dated September 20, 2012, and the exhibits annexed thereto; and all other pleadings and proceedings, Plaintiff Aldo Vera Jr., as Personal Representative of the Estate of Aldo Vera, Sr., will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, in the courthouse at 500 Pearl Street, Courtroom 14D, New York, New York 10007, for an Order:

1) Permitting Plaintiff to commence attachment and execution on the August 17, 2012 Default Judgment entered in this case pursuant to 28 U.S.C. § 1610(c); and

2) Granting such other and further relief as the Court deems just and reasonable.

THIS SPACE INTENTIONALLY LEFT BLANK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/12

[handwritten: motion granted. Submit order. 11-5-12]

nydocs1-995526.1

Dated: New York, New York
September 20, 2012

By: /s/ Kerry A. Sheehan
Jeffrey E. Glen
Kerry A. Sheehan
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
(212) 278-1000

Robert A. Swift (*Pro Hac Vice*)
Kohn, Swift & Graf, P.C.
One South Broad Street, 21st Floor
Philadelphia, PA 19107
(215) 238-1700

Attorneys for Plaintiff Aldo Vera, Jr.