DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

No. 12 Civ 1596

ALDO VERA, JR.,

As Personal Representative of the Estate of
Aldo Vera, Sr.,

                Plaintiff

                v.

THE REPUBLIC OF CUBA,

                Defendant

                and

AUSTRALIA AND NEW ZEALAND BANKING
GROUP LIMITED, BPD BANK, BNP PARIBAS
S.A., BANCO DE BRASIL S.A., BANCO
INDUSTRIAL DE VENEZUELA, BANCO ITAU
EUROPA INTERNATIONAL, BANCO POPULAR
NORTH AMERICA, BANCO SANTANDER S.A.,
BANCO DE LA NACION ARGENTINA, BANCO
ESPIRITO SANTO, S.A., BANCOESTADO (BANCO
DEL ESTADO DE CHILE), BANK HAPOALIM, B.M.,
BANK OF NEW YORK MELLON CORPORATION,
BANK OF CHINA, THE BANK OF NOVA SCOTIA,
BANK OF TOKYO-MITSUBISHI UFJ TRUST
COMPANY, BARCLAYS PLC, CREDIT AGRICOLE
CIB, COMMERZBANK AG, DEUTSCHE BANK AG,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
FEDERAL BANK OF NEW YORK, GIBRALTAR
PRIVATE BANK & TRUST, HSBC BANK USA, N.A.,
HABIB AMERICAN BANK (HAB), INTESA
SANPAOLO, KBC BANK N.V., INVESTORS
SAVINGS BANK, M&T BANK, MERCANTIL
COMMERCEBANK, N.A., MIZUHO CORPORATE
BANK (USA), NEW YORK COMMUNITY BANCORP,
INC., NORDEA BANK FINLAND, PLC, THE
NORTHERN TRUST INTERNATIONAL BANKING
CORPORATION, PONCE DE LEON FEDERAL
BANK, PNC BANK, N.A., RBS CITIZEN NA,
ROYAL BANK OF CANADA, SOCIETE GENERALE,
SOVEREIGN BANK, STANDARD CHARTERED

BANK, SUMITOMO MITSUI BANKING
CORPORATION, TD BANK, NA, UNICREDIT SPA,
UNION BANK NA, WELLS FARGO BANK, NA,

              Garnishees.

_____/

### NON-PARTY BANCO DO BRASIL, S.A., NEW YORK BRANCH NOTICE OF FILING OF RESPONSE TO WRIT OF EXECUTION

Non-Party Banco do Brasil, S.A., New York Branch (the "Branch"), by and through his undersigned counsel, hereby files its response to the Writ of Execution served upon the Branch on December 6, 2012.[1]

                       GUNSTER, YOAKLEY & STEWART, P.A.,

By:    /s/ Aaron W. Tandy
       Aaron W. Tandy (AWT-9608)
       One Biscayne Tower, Suite 3400
       Two South Biscayne Blvd.
       Miami, FL 33131
       Telephone: 305.376.6000
       Facsimile: 305.376.6010

*Attorneys for Respondent Non-Party*
*Banco do Brasil, S.A., New York Branch*

---

[1] The Writ of Execution served on the Branch contained a scrivener's error incorrectly identifying the Branch as "Banco de Brazil, S.A." Without waiving any objections, the Branch hereby submits this response to the Writ of Execution solely on its own behalf.

MIA_ACTIVE 4053757.1

2



# GUNSTER
ATTORNEYS AT LAW

WRITER'S DIRECT LINE: 305.376.6009
WRITER'S E-MAIL ADDRESS: ATANDY@GUNSTER.COM

December 14, 2012

**VIA U.S. MAIL**

Joseph R. Guccione, United States Marshal
Southern District of New York
500 Pearl Street, Suite 400
New York, New York 10007

> Re: *Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr.*
> *v. The Republic of Cuba*
> Case No. 12 CIV 1596 (S.D.N.Y.)

Dear Mr. Guccione:

On behalf of our client, Banco do Brasil, S.A., New York Branch (the "Branch"), we hereby notify you that the Writ of Execution (the "Writ") served upon the Branch on December 6, 2012 relating to the above-referenced case refers to accounts and/or transactions that are not maintained by the Branch or that were not initiated by, received by or otherwise processed by the Branch.

Accordingly, the Writ does not attach or levy any right, title and interest in and to any funds, property or assets held in the Branch's custody, possession or control.

Should you have any questions in connection with the foregoing, please do no hesitate to contact me.

Very truly yours,

Aaron Tandy

cc: Jeffrey E. Glen, Esq. *(via e-mail and U.S. mail)*
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR.,

As Personal Representative of the Estate of
Aldo Vera, Sr.,

                  Plaintiff

                  v.

THE REPUBLIC OF CUBA,

                  Defendant

                  and

AUSTRALIA AND NEW ZEALAND BANKING
GROUP LIMITED, BPD BANK, BNP PARIBAS
S.A., BANCO DE BRASIL S.A., BANCO
INDUSTRIAL DE VENEZUELA, BANCO ITAU
EUROPA INTERNATIONAL, BANCO POPULAR
NORTH AMERICA, BANCO SANTANDER S.A.,
BANCO DE LA NACION ARGENTINA, BANCO
ESPIRITO SANTO, S.A., BANCOESTADO (BANCO
DEL ESTADO DE CHILE), BANK HAPOALIM, B.M.,
BANK OF NEW YORK MELLON CORPORATION,
BANK OF CHINA, THE BANK OF NOVA SCOTIA,
BANK OF TOKYO-MITSUBISHI UFJ TRUST
COMPANY, BARCLAYS PLC, CREDIT AGRICOLE
CIB, COMMERZBANK AG, DEUTSCHE BANK AG,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
FEDERAL BANK OF NEW YORK, GIBRALTAR
PRIVATE BANK & TRUST, HSBC BANK USA, N.A.,
HABIB AMERICAN BANK (HAB), INTESA
SANPAOLO, KBC BANK N.V., INVESTORS
SAVINGS BANK, M&T BANK, MERCANTIL
COMMERCEBANK, N.A., MIZUHO CORPORATE
BANK (USA), NEW YORK COMMUNITY BANCORP,
INC., NORDEA BANK FINLAND, PLC, THE
NORTHERN TRUST INTERNATIONAL BANKING
CORPORATION, PONCE DE LEON FEDERAL
BANK, PNC BANK, N.A., RBS CITIZEN NA,
ROYAL BANK OF CANADA, SOCIETE GENERALE,
SOVEREIGN BANK, STANDARD CHARTERED

No. 12 Civ 1596

BANK, SUMITOMO MITSUI BANKING
CORPORATION, TD BANK, NA, UNICREDIT SPA,
UNION BANK NA, WELLS FARGO BANK, NA,

                Garnishees.

_____/

## AFFIRMATION OF SERVICE

I hereby certify that on December 14, 2012, I caused the Response to Writ of Execution to be served by electronic means, via direct electronic mail on Jeffrey Glen, counsel for the Plaintiff/Judgment Creditor, and caused copies of the aforementioned documents to be served via first class mail as well.

Dated:   December 14, 2012
          New York, New York

                                  GUNSTER, YOAKLEY & STEWART, P.A.,

                          By:     */s/ Aaron W. Tandy*
                                  Aaron W. Tandy (AWT-9608)
                                  One Biscayne Tower, Suite 3400
                                  Two South Biscayne Blvd.
                                  Miami, FL 33131
                                  Telephone: 305.376.6000
                                  Facsimile: 305.376.6010

                                  *Attorneys for Respondent Non-Party*
                                  *Banco do Brasil, S.A., New York Branch*