IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,  **Plaintiff,** | 12 Civ. 1596 (AKH) |
| v.  THE REPUBLIC OF CUBA,  **Defendant,** | NOTICE OF RECEIPT OF FUNDS ON EXECUTION SERVED ON SUMITOMO MITSUI BANKING CORPORATION |
| v.  SUMITOMO MITSUI BANKING CORPORATION,  **Garnishee.** | |

**************************************************

WHEREAS, a judgment was entered in the above action on the 20th day of August, 2012, in favor of Plaintiff, Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr., and against Defendant, The Republic of Cuba, in the amount of $49,346,713.22 plus interest from the 17th day of August, 2012;

WHEREAS, a Writ of Execution was served upon Garnishee, Sumitomo Mitsui Banking Corporation, in connection with the aforesaid judgment;

WHEREAS, the Writ of Execution served upon Garnishee, Sumitomo Mitsui Banking Corporation, has been satisfied following the turn over to Plaintiff's counsel of funds totaling $17,412.76 in which Judgment Debtor The Republic of Cuba has an interest; and

THEREFORE, PLEASE TAKE NOTICE that Plaintiff, Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr., by its undersigned counsel, hereby vacates the Writ of Execution served upon Sumitomo Mitsui Banking Corporation.

nydocs1-1002320.3

Dated: New York, New York
January 9, 2013

By: /s/ Kerry A. Sheehan
Jeffrey E. Glen
Kerry A. Sheehan
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

Robert A. Swift (*Pro Hac Vice*)
Kohn, Swift & Graf, P.C.
One South Broad Street, 21st Floor
Philadelphia, PA 19107
(215) 238-1700

Attorneys for Plaintiff Aldo Vera, Jr.

nydocs1-1002320.3