IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the　　　12 Civ. 1596 (AKH)
Estate of Aldo Vera, Sr.,

       **Plaintiff,**

v.

THE REPUBLIC OF CUBA,

       **Defendant.**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## PLAINTIFF'S MOTION TO AMEND THE ORDER OF OCTOBER 11, 2012 PERMITTING ATTACHMENT AND EXECUTION ON THE DEFAULT JUDGMENT

Plaintiff Aldo Vera, Jr., by his undersigned counsel, moves this Court for an Order, *nunc pro tunc*, amending its Order of October 11, 2012 permitting attachment and execution on the Judgment of August 20, 2012 against the Republic of Cuba. The purpose of this amendment is to add a finding that execution on Cuban "blocked" assets in the custody of specific banks is warranted. In support of this Motion, plaintiff relies upon the Declaration of Robert A. Swift attached hereto.

Dated: New York, New York
January 15 2013

                                    By: _____
                                         Robert A. Swift (*Pro Hac Vice*)
                                         Kohn, Swift & Graf, P.C.
                                         One South Broad Street, 21st Floor
                                         Philadelphia, PA 19107
                                         (215) 238-1700

                                         Jeffrey E. Glen
                                         Kerry Sheehan
                                         Anderson Kill & Olick, P.C.
                                         1251 Avenue of the Americas
                                         New York, NY 10020
                                         (212) 278-1000

                                         Attorneys for Plaintiff Aldo Vera, Jr.