## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Amend the Order of October 11, 2013, including the Declaration of Robert A. Swift and related papers, has been served this 15th day of January, 2013 upon:

Ministry of Foreign Affairs
Republic of Cuba
Calzada #360, Vedad
Havana, Cuba

by delivering a prepaid package containing the documents to the US Postal Service for international mail delivery.

                                              /s/ Robert A. Swift
                                              Robert A. Swift