IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALDO VERA, JR., as Personal Representative      12 Civ. 1596 (AKH)
of the Estate of Aldo Vera, Sr.,

                                 Plaintiff,

                v.

THE REPUBLIC OF CUBA,

                                 Defendant.

v.

THE STANDARD CHARTERED BANK,
BANK OF CHINA, and M&T BANK,

                                 Garnishees.

................................................

### PLAINTIFF'S MOTION TO COMPEL FULL AND COMPLETE
### ANSWERS TO INFORMATION SUBPOENAS

Plaintiff Aldo Vera, Jr., by his undersigned counsel, moves this Court for an Order pursuant to Fed. R. Civ. P. 69(a) and N.Y. C.P.L.R. 5224(a) compelling Garnishees The Standard Chartered Bank, Bank of China, and M&T Bank to furnish full and complete answers to an information subpoena served on each almost three (3) months ago. Each is known to plaintiff to possess assets of the Defendant, but each has failed and refused to furnish full and complete information as to those assets in response to the information subpoena. In support of this Motion, plaintiff relies upon the Declaration of Robert A. Swift, and exhibits thereto, submitted herewith.

Dated: New York, New York
January 22, 2013

By: _____
Robert A. Swift (*Pro Hac Vice*)
Kohn, Swift & Graf, P.C.
One South Broad Street, 21st Floor
Philadelphia, PA 19107
(215) 238-1700

Jeffrey E. Glen
Kerry Sheehan
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000