# EXHIBIT 3

DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR.,

as Personal Representative of the Estate of
Aldo Vera, Sr.,

                              Plaintiff

      v.

THE REPUBLIC OF CUBA,

                            Defendant

      and

AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED, BPD BANK, BNP PARIBAS S. A., BANCO DE BRASIL S. A., BANCO INDUSTRIAL DE VENEZUELA, BANCO ITAU EUROPA INTERNATIONAL, BANCO POPULAR NORTH AMERICA, BANCO SANTANDER, S. A., BANCO DE LA NACION ARGENTINA, BANCO ESPIRITO SANTO, S. A., BANCOESTADO (BANCO DEL ESTADO DE CHILE), BANK HAPOALIM, B. M., BANK OF NEW YORK MELLON CORPORATION, BANK OF CHINA, THE BANK OF NOVA SCOTIA, BANK OF TOKYO-MITSUBISHI UFJ TRUST COMPANY, BARCLAYS PLC, CREDIT AGRICOLE CIB, COMMERZBANK AG, DEUTSCHE BANK AG, DEUTSCHE BANK TRUST COMPANY AMERICAS, FEDERAL RESERVE BANK OF NEW YORK, GIBRALTAR PRIVATE BANK & TRUST, HSBC BANK USA, N.A., HABIB AMERICAN BANK (HAB), INTESA SANPAOLO, KBC BANK N.V., INVESTORS SAVINGS BANK, M&T BANK, MERCANTIL COMMERCEBANK, N. A., MIZUHO

No. 12 Civ 1596

INFORMATION
SUBPOENA QUESTIONS
AND ANSWERS

> CORPORATE BANK (USA), NEW YORK COMMUNITY BANCORP, INC., NORDEA BANK FINLAND, PLC, THE NORTHEN TRUST INTERNATIONAL BANKING CORPORATION, PONCE DE LEON FEDERAL BANK, PNC BANK, N.A., RBS CITIZENS NA, ROYAL BANK OF CANADA, SOCIETE GENERALE, SOVEREIGN BANK, STANDARD CHARTERED BANK, SUMITOMO MITSUI BANKING CORPORATION, TD BANK, NA, UNICREDIT SPA, UNION BANK NA, WELLS FARGO BANK, NA,
>
>                                           Garnishees

**Re: The Republic of Cuba**

STATE OF NEW YORK
                    ss.:
COUNTY OF NEW YORK

_____, being duly sworn, deposes, and says that deponent is _____[42] of _____ Bank, recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth are made from information obtained from New York and world-wide branches of Bank of _____.

## QUESTIONS

1. Do you have a record of any account in which the Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto) may have an interest, whether under the name of the Judgment Debtor, its agencies and instrumentalities, under a trade or corporate name, or in association with others, as of the date of the subpoena or within 1 year prior thereto?

---

[42] Pursuant to CPLR 5224 (a)(3), answers shall be made in writing under oath by the person upon whom served, if an individual, or by an officer, director, agent or employee having the information, if a corporation, partnership or sole proprietorship. Each question shall be answered separately and fully and each answer shall refer to the question to which it responds. Answer shall be returned together with the original of the question within seven days after receipt.

2

      2.    As to each account, what is the exact title of the account, the date opened, amounts presently on deposit; if closed, the amount on deposit when closed and the date of closed?

      3.    Do you have a record of the transaction history for any account in which the Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto) may have an interest, whether under the name of the Judgment Debtor, its agencies and instrumentalities, under a trade or corporate name, or in association with others, as of the date of the subpoena or within 1 year prior thereto?

      4.    As to each transaction, who is the counterparty?

      5.    Do you have a record of any safe deposit box in which the Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto) may have an interest, whether under the name of debtor, including its agencies and instrumentalities listed in Exhibit A hereto, under a trade or corporate name, or in association with others, as of the date of the subpoena or within 1 year prior thereto?

      6.    As to each such box, what is the exact designation of the losses thereof, the date hired, the date discontinued, the named of those having access?

7. Do you hold collateral in which the Judgment Debtor Republic of Cuba (and/or its agencies and instrumentalities listed in Exhibit A hereto) has or may have interests?

8. What is the description and value of each item of collateral?

9. What interest does the Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto) appear to have in each item of collateral?

10. Is the Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto) indebted to you?

11. As to each indebtedness, what is the amount of the original indebtedness, the date incurred, amount repaid and the date of such repayment?

4

12. Do you hold a lien, mortgage or otherwise, against property of Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto)?

13. What is the nature of such lien, the full description of the property affected by the lien, the location and identity of the office of the filing or recording and full indexing information?

14. Are any of the assets of the Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto) in your possession or care, subject to liens, attachment or other encumbrances?

15. What are the full details of the same in regard of each asset?

16. Do you have any other transactions with the Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto), directly or indirectly, as a result of which the Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto) may now have, or may in the future become entitled to money or credit?

17. What are the full details of each transaction?

18. Has the Judgment Debtor Republic of Cuba (including its agencies and instrumentalities listed in Exhibit A hereto) given you a statement of its financial condition?

19. What assets are disclosed therein (or in alternative supply a copy thereof)?

**STANDARD CHARTERED BANK**

By: _____

Sworn before me this ____ day
of _____ 2012

_____
Notary Public

# EXHIBIT A

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| 2904977 CANADA, INC. | 818 rue Sherbrooke East | Entity | CUBA |
| AEROCARIBBEAN AIRLINES | | Entity | CUBA |
| ANTILLANA SALVAGE CO. LTD. | c/o EMPRESA ANTILLANA DE SALVAMENTO, 4th Floor, Lonja del Comercio, Havana Vieja | Entity | CUBA |
| ATAMALLO SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| BANCO FINANCIERO INTERNACIONAL S.A. | | Entity | CUBA |
| BANCO INTERNACIONAL DE COMERCIO S.A. | | Entity | CUBA |
| BANCO NACIONAL DE CUBA | Zwelerstrasse 35 | Entity | CUBA |
| BANCO POPULAR DE AHORRO | | Entity | CUBA |
| BETTINA SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| BRADFIELD MARITIME CORPORATION INC. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| BUREAU DE TOURISME DE CUBA | | Entity | CUBA |
| CANIPEL S.A. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| CARIBBEAN PRINCESS SHIPPING LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| CARIBBEAN QUEEN SHIPPING LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| CARIBERIA, S.A. | | Entity | CUBA |
| CASA DE CUBA | | Entity | CUBA |

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| CIMEX IBERICA | | Entity | CUBA |
| COBALT REFINERY CO. INC. | | Entity | CUBA |
| COMERCIAL DE RODAJES Y MAQUINARIA, S.A. | Jose Lazaro Galdeano 6-6 | Entity | CUBA |
| COMERCIAL IBEROAMERICANA, S.A. | | Entity | CUBA |
| COMPANIA DE IMPORTACION Y EXPORTACION IBERIA | | Entity | CUBA |
| CORPORACION CIMEX S.A. | Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa | Entity | CUBA |
| CORPORACION IBEROAMERICANA DEL COMERCIO | | Entity | CUBA |
| CUBAEXPORT | | Entity | CUBA |
| CUBAFRUTAS | | Entity | CUBA |
| CUBANACAN GROUP | Calle 68 e/5ta A, Apartado 16046 | Entity | CUBA |
| CUBATABACO | | Entity | CUBA |
| DESARROLLO INDUSTRIAL CUBANO ESPANOL, S.A. | Paseo De La Castellana 157 | Entity | CUBA |
| EAST ISLAND SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| EDICIONES CUBANAS | | Entity | CUBA |
| EMPRESA CONSOLIDADA DE AVIACION | | Entity | CUBA |
| EMPRESA CUBANA DE AVIACION | 32 Main Street | Entity | CUBA |
| EMPRESA CUBANA DE AVIACION | 32 Main Street | Entity | CUBA |
| EMPRESA CUBANA DE PESCADOS Y MARISCOS | | Entity | CUBA |
| EMPRESA CUBANA DE PESCADOS Y MARISCOS | | Entity | CUBA |

2

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| EPAMAC SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| GALAX TRADING CO., LTD. | 5250 Ferrier Street | Entity | CUBA |
| GOLDEN COMET NAVIGATION CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| GRETE SHIPPING CO. S.A. | c/o EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| GUAMAR SHIPPING CO. S.A. | c/o EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| HAVANATUR S.A. | Gerardo Medina No. 633, e/Avenue Borregos y Carretera de Vinales | Entity | CUBA |
| HOLA SUN HOLIDAYS LIMITED | 146 Beaver Creek Road | Entity | CUBA |
| IMPRISA | | Entity | CUBA |
| INSTITUTO NACIONAL DE TURISMO DE CUBA | | Entity | CUBA |
| INTERNATIONAL COBALT CO. INC. | | Entity | CUBA |
| KASPAR SHIPPING CO. S.A. | c/o EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| LA COMPANIA GENERAL DE NIQUEL | | Entity | CUBA |
| LA EMPRESA CUBANA DE FLETES | | Entity | CUBA |
| LA EMPRESA CUBANA DE FLETES | | Entity | CUBA |
| MARYOL ENTERPRISES INC. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| MELFI MARINE CORPORATION S.A. | Calle Oficios No. 410 e/Luz y Acosta, La Habana Vieja | Entity | CUBA |
| MOA NICKEL SA | | Entity | CUBA |

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| NAVIERA MARITIMA DE AROSA, S.A. | Paseo de Pereda 36, Apartado 141 | Entity | CUBA |
| NAVIGABLE WATER CORPORATION | co EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| NETHERLANDS CARIBBEAN BANK N.V. | Kaya WFG (Jombi) Mensing 14, P.O. Box 3895 | Entity | CUBA |
| NORTH ISLAND SHIPPING CO. LTD. | c/o UNION MARITIMA PORTUARIA, 9-Piso, Apartado B, Esquina Cuarteles y Pena Pobre 60, Havana Vieje | Entity | CUBA |
| PESCABRAVA, S.A. | | Entity | CUBA |
| POCHO NAVIGATION CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| PRENSA LATINA | | Entity | CUBA |
| PRENSA LATINA CANADA LTD. | 1010 O Rue Ste. Catherine | Entity | CUBA |
| REDESTOS SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| SENANQUE SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| SERCUBA | Gral. Gomez #105 e/ Maceo e Independencia | Entity | CUBA |
| SOUTH ISLAND SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| STANDWEAR SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| TOUR & MARKETING INTERNATIONAL LTD. | Ellen L. Skelton Building, 4th Floor, Fishers Estate, P.O. Box 3820 | Entity | CUBA |
| TOUR & MARKETING INTERNATIONAL LTD. | Ellen L. Skelton Building, 4th Floor, Fishers Estate, P.O. Box 3820 | Entity | CUBA |

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| VALETTA SHIPPING CORPORATION | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| VIAJES GUAMA, S.A. | | Entity | CUBA |
| VIOLET NAVIGATION CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| WADENA SHIPPING CORPORATION | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| WEST ISLAND SHIPPING CO. LTD. | c/o UNION MARITIMA PORTUARIA, 9-Piso, Apartado B, Esquina Cuarteles y Pena Pobre 60, Havana Vieja | Entity | CUBA |
| WHITE SWAN SHIPPING CO. LTD. | do EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |