# EXHIBIT 4



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

JUN 25 2012

FOIA No.: 2011-12-163
OASIS No.: CU-588168

Robert A. Swift
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107-3304

Dear Mr. Swift:

This is in response to your Freedom of Information Act (FOIA), 5 U.S.C. § 552, request to the Department of the Treasury (Treasury) which was received on December 21, 2011. You asked that Treasury furnish you with information that can be used in identifying Cuban assets in the United States or abroad to facilitate collection of the judgment. You also requested information such as names of banks, both domestic and foreign, with which the Republic of Cuba (including its agencies and instrumentalities) maintain accounts. Treasury referred this matter to its Office of Foreign Assets Control (OFAC) for processing.

Subsequent to communications with OFAC personnel regarding the FOIA request, you provided OFAC with a modified request, dated January 19, 2012. In your modified request, you asked for the following information:

- The names of banks in the United States and the world in which Cuba has assets totaling more than $10,000, and the location of the bank branches where deposited.

EXPURGATED

In response to the first bullet point above, a search of OFAC for documents responsive to your request produced a total of eight pages of records. The responsive records represent the names and addresses of banking institutions in the United States that have assets related to Cuba totaling $10,000 or more. Of those eight pages, we have determined that all eight pages are releasable in their entirety.

EXPURGATED

Mr. Robert A. Swift
Kohn, Swift & Graf, P.C.
Page 2

The eight pages or records that we are releasing to you *relate* to Cuban assets totaling more than
$10,000. The blocked asset amounts represent amounts frozen under U.S. sanctions programs
that block all property and interests in property of designated or blocked parties in the United
States or in the possession or control of a U.S. person. The term "interest" is broadly defined in
OFAC's sanctions regulations in Chapter V of Title 31 of the Code of Federal Regulations. An
interest in property may be direct or indirect and includes property interests short of full
ownership. In many instances, the interest may be partial or contingent.

EXPURGATED

Sincerely,

Marshall H. Fields, Jr.
Assistant Director, Information Disclosure
Resource Management Division
Office of Foreign Assets Control

Enclosure:  Responsive Records, Eight pages

Bank of China, New York Branch
410 Madison Avenue
New York, NY 10017

EXPURGATED

EX PURGATED

Manufacturers and Traders Trust Company (M&T Bank)
One M&T Plaza
Buffalo, NY 14203

EXPURGATED

Standard Chartered Bank
1095 Avenue of the Americas
New York, NY 10036