# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
****************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |

Plaintiff,

v.

THE REPUBLIC OF CUBA,

Defendant.

v.

THE STANDARD CHARTERED BANK,
BANK OF CHINA, and M&T BANK,

Garnishees.

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

AND NOW, this ____ day of _____, 2013, upon Motion by Plaintiff to compel full and complete answers to the information subpoenas served on Garnishees The Standard Chartered Bank, Bank of China and M&T Bank, the Motion is GRANTED. These Garnishees shall furnish to plaintiff's counsel full and complete answers to the information subpoenas served on each, including any information furnished to the US Office of Foreign Assets Control regarding Cuban related accounts blocked pursuant to 31 C.F.R. 515, within seven (7) calendar days from the date of this Order.

BY THE COURT:

_____
Alvin K. Hellerstein
United States District Judge