IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| THE STANDARD CHARTERED BANK, BANK OF CHINA, and M&T BANK, | |
| Garnishees. | |

**************************************************

      The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas, including the Declaration of Robert A. Swift in Support of Motion to Compel Full and Complete Answers to Information Subpoenas and all Exhibits thereto, has been served this 22nd day of January, 2013 upon:

      Standard Chartered Bank
      1095 Avenue of the Americas
      New York, NY 10019

by causing a prepaid package containing the documents to be enclosed in a certified mail, return receipt requested, post-paid envelope properly addressed, and causing same to be deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

      /s/ Kerry A. Sheehan
      Kerry A. Sheehan

nydocs1-1003196.1