IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
*************************************************

ALDO VERA, JR., as Personal Representative of the      12 Civ. 1596 (AKH)
Estate of Aldo Vera, Sr.,

      Plaintiff,

v.                                    CERTIFICATE OF SERVICE

THE REPUBLIC OF CUBA,

      Defendant,

v.

THE STANDARD CHARTERED BANK, BANK OF
CHINA, and M&T BANK,

      Garnishees.

*************************************************

      The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas, including the Declaration of Robert A. Swift in Support of Motion to Compel Full and Complete Answers to Information Subpoenas and all Exhibits thereto, has been served this 22nd day of January, 2013 upon:

      Ministry of Foreign Affairs
      Republic of Cuba
      Calzada #360, Vedado
      Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                                                                     _____
                                                                     Kerry A. Sheehan

nydocs1-1003195.1