IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **ALDO VERA, JR.**, as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| **Plaintiff**, | |
| v. | **CERTIFICATE OF SERVICE** |
| **THE REPUBLIC OF CUBA,** | |
| **Defendant**, | |
| v. | |
| **THE STANDARD CHARTERED BANK, BANK OF CHINA, and M&T BANK,** | |
| **Garnishees.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas, including the Declaration of Robert A. Swift in Support of Motion to Compel Full and Complete Answers to Information Subpoenas and all Exhibits thereto, has been served this 22nd day of January, 2013 upon:

Bank of China
c/o Lanier Saperstein, Esq.
Dorsey & Whitney
51 W. 52nd Street
New York, NY 10019

M&T Bank
Attn: Michael C. Driscoll, Esq.
One M&T Plaza
Buffalo, NY 14203

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to each of the above-named recipients. Mr. Saperstein appeared as counsel on behalf of Bank of China when he signed on Bank of China's behalf the Protective Order that has been entered in this matter. Mr. Driscoll appeared on behalf of M&T Bank when he signed under oath M&T's responses to the Information Subpoena at issue here.

_____
Kerry A. Sheehan

nydocs1-1003197.1