IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| BNP PARIBAS, | |
| Garnishee. | |

**************************************************

      The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, has been served this 8th day of February, 2013 upon:

      BNP Paribas
      Attn: Diana E. Mitchell, Esq.
      787 Seventh Avenue
      New York, NY 10019

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient. Ms. Mitchell appeared on behalf of BNP Paribas when she signed on behalf of BNP Paribas the Confidentiality Agreement that has been submitted for entry by the Court and when she transmitted BNP Paribas's responses to Plaintiff's Information Subpoena.

                                                            _____
                                                               Kerry A. Sheehan

nydocs1-1004289.1