# ANDERSON KILL & OLICK, P.C.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/13

*Attorneys and Counsellors at Law*

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Kerry A. Sheehan, Esq.
Ksheehan@andersonkill.com
212-278-1028

RECEIVED
FEB 14 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

*By Facsimile (212-805-7942)*

February 14, 2013

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

*The motion, as to Bank of China only, is withdrawn. 2-19-13*

*[signature] AKH*

Re: *Aldo Vera, Jr. v. The Republic of Cuba,*
Civil Action No. 12 cv 1596 (AKH)

Dear Judge Hellerstein:

My firm represents Plaintiff Aldo Vera, Jr. in the above-referenced matter. Plaintiff currently is seeking to enforce the judgment he obtained against The Republic of Cuba.

In connection with Plaintiff's judgment enforcement efforts, Plaintiff filed a Motion to Compel Full and Complete Answers to Information Subpoenas (the "Motion") as to three garnishees – M&T Bank, Bank of China, and Standard Chartered Bank (hereinafter "Garnishees") – on January 22, 2013. See Dkt. # 31.

Plaintiff's February 8, 2013 letter to the Court noted that in response to the filing of the Motion, Garnishee Bank of China had furnished Plaintiff with certain responsive information, and intended to provide additional information sought by Plaintiff. Subsequently, as a result of continued communications with counsel for Garnishee Bank of China, Plaintiff has agreed to withdraw its Motion as to Bank of China, only.

Please note that Plaintiff is not withdrawing the Motion as to Garnishees M&T Bank and Standard Chartered Bank, and the Motion as to those two Garnishees is still pending before the Court. Plaintiff has agreed with counsel for Garnishee M&T Bank to extend M&T Bank's time to respond to the Motion from February 15, 2013 until March 8, 2013. Accordingly, Counsel for Garnishee M&T Bank has submitted to the Court via facsimile on this date a request for the Court to adjourn the deadline for M&T Bank to serve any opposition to the Motion.

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC

nydocs1-1004638.1

**Anderson Kill & Olick, P.C.**

February 14, 2013
Page 2

   Garnishee Standard Chartered Bank has neither responded to the Motion nor requested an extension of time to do so.

                Respectfully submitted,

                Kerry A. Sheehan

cc:  Emily J. Mathieu  (via Facsimile: 212-344-6101)
   Thompson Hine
   *Counsel for Garnishee Bank of China*

   Sloan Zarkin  (via Facsimile: 212-521-5450)
   Reed Smith
   *Counsel for Garnishee M&T Bank*

   Standard Chartered Bank (via U.S. Mail)

nydocs1-1004638.1