

# ReedSmith

Sloan J. Zarkin
Direct Phone: +1 212 205 6094
Email: szarkin@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 14, 2013

<u>Via Facsimile -- 212-805-7942</u>

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/13

Re: <u>Aldo Vera, Jr. v. The Republic of Cuba,</u> 12 cv 1596 (AKH)

Dear Judge Hellerstein:

This office represents Garnishee M&T Bank ("M&T") in connection with a Motion to Compel (the "Motion") filed by Plaintiff Aldo Vera, Jr. ("Plaintiff") in the above-referenced action. Plaintiff has agreed to extend the time by which M&T has to serve its opposition to the Motion through and including March 8, 2013. A Stipulation setting forth the agreed extension is attached.

This is M&T's first request for an extension. The Motion was filed on January 22, 2013, and we were retained earlier this month. Opposition initially was due on February 8, 2013. On February 8, 2013, the parties agreed to, and the Court granted, a one week extension such that M&T's response to the Motion would be due on February 15, 2013. Plaintiff and M&T now have agreed to an additional extension and respectfully request the Court "So Order" the attached Stipulation, adjourning the time for M&T Bank to serve any opposition to the Motion until March 8, 2013.

Respectfully submitted,

Sloan J. Zarkin

Enclosure

cc:  Kerry A. Sheehan, Esq. (*w/enclosure, (via facsimile- 212-278-1733)*)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN

US_ACTIVE-111934389.1-SJZARKIN 02/14/2013 3:04 PM

02/14/2013 15:30 212 REED SMITH LLP PAGE 03/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

Plaintiff,

v.

THE REPUBLIC OF CUBA,

Defendant,

v.

THE STANDARD CHARTERED BANK, BANK OF CHINA, and M&T BANK,

Garnishees.

No.: 12 Civ. 1596 (AKH)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that the time for Garnishee M&T Bank to serve opposition to Plaintiff's Motion to Compel is hereby extended through and including March 8, 2013.

Dated: New York, New York
February 14, 2013

**ANDERSON KILL & OLICK, P.C.**

By: _____
Jeffrey E. Glen (JG-8277)
Kerry Sheehan (KS-1427)
1251 Avenue of the Americas
New York, NY 100120
Tel: (212) 278-1000

*Attorneys for Plaintiff*

**REED SMITH LLP**

By: _____
Harry H. Rimm (HR-8724)
Sloan J. Zarkin (SZ-1570)
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400

*Attorneys for Garnishee M&T Bank*

SO ORDERED:
_____
ALVIN K. HELLERSTEIN, U.S.D.J.

2/19/13