# EXHIBIT 2

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr. | 12 Civ 1596 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The Republic of Cuba, including its agencies and instrumentalities listed in attached Ex. A | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BPD Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1350 Avenue of the Americas, Suite 338, New York, NY 10019

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kerry A. Sheehan
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                                    Fold

The contact person at BPD Bank is is Ms. Eva Pizano. Her phone number is 914-391-3987. BPD Bank has identified the following assets, which should be executed upon: 2011 - $4,817.78 in favor of EBS Consignataria Mambisa, La Habana, Cuba.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 212-278-1028
DATE: 11/30/12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No.: 54
District to Serve No.: 54
Signature of Authorized USMS Deputy or Clerk
Date: 11/30/12

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date    Time   ☐ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# EXHIBIT A

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| 2904977 CANADA, INC. | 818 rue Sherbrooke East | Entity | CUBA |
| AEROCARIBBEAN AIRLINES | | Entity | CUBA |
| ANTILLANA SALVAGE CO. LTD. | c/o EMPRESA ANTILLANA DE SALVAMENTO, 4th Floor, Lonja del Comercio, Havana Vieja | Entity | CUBA |
| ATAMALLO SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| BANCO FINANCIERO INTERNACIONAL S.A. | | Entity | CUBA |
| BANCO INTERNACIONAL DE COMERCIO S.A. | | Entity | CUBA |
| BANCO NACIONAL DE CUBA | Zweierstrasse 35 | Entity | CUBA |
| BANCO POPULAR DE AHORRO | | Entity | CUBA |
| BETTINA SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| BRADFIELD MARITIME CORPORATION INC. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| BUREAU DE TOURISME DE CUBA | | Entity | CUBA |
| CANIPEL S.A. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| CARIBBEAN PRINCESS SHIPPING LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| CARIBBEAN QUEEN SHIPPING LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| CARIBERIA, S.A. | | Entity | CUBA |
| CASA DE CUBA | | Entity | CUBA |

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| CIMEX IBERICA | | Entity | CUBA |
| COBALT REFINERY CO. INC. | | Entity | CUBA |
| COMERCIAL DE RODAJES Y MAQUINARIA, S.A. | Jose Lazaro Galdeano 6-6 | Entity | CUBA |
| COMERCIAL IBEROAMERICANA, S.A. | | Entity | CUBA |
| COMPANIA DE IMPORTACION Y EXPORTACION IBERIA | | Entity | CUBA |
| CORPORACION CIMEX S.A. | Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa | Entity | CUBA |
| CORPORACION IBEROAMERICANA DEL COMERCIO | | Entity | CUBA |
| CUBAEXPORT | | Entity | CUBA |
| CUBAFRUTAS | | Entity | CUBA |
| CUBANACAN GROUP | Calle 68 e/5ta A, Apartado 16046 | Entity | CUBA |
| CUBATABACO | | Entity | CUBA |
| DESARROLLO INDUSTRIAL CUBANO ESPANOL, S.A. | Paseo De La Castellana 157 | Entity | CUBA |
| EAST ISLAND SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| EDICIONES CUBANAS | | Entity | CUBA |
| EMPRESA CONSOLIDADA DE AVIACION | | Entity | CUBA |
| EMPRESA CUBANA DE AVIACION | 32 Main Street | Entity | CUBA |
| EMPRESA CUBANA DE AVIACION | 32 Main Street | Entity | CUBA |
| EMPRESA CUBANA DE PESCADOS Y MARISCOS | | Entity | CUBA |
| EMPRESA CUBANA DE PESCADOS Y MARISCOS | | Entity | CUBA |

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| EPAMAC SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| GALAX TRADING CO., LTD. | 5250 Ferrier Street | Entity | CUBA |
| GOLDEN COMET NAVIGATION CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| GRETE SHIPPING CO. S.A. | c/o EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| GUAMAR SHIPPING CO. S.A. | c/o EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| HAVANATUR S.A. | Gerardo Medina No. 633, e/Avenue Borregos y Carretera de Vinales | Entity | CUBA |
| HOLA SUN HOLIDAYS LIMITED | 146 Beaver Creek Road | Entity | CUBA |
| IMPRISA | | Entity | CUBA |
| INSTITUTO NACIONAL DE TURISMO DE CUBA | | Entity | CUBA |
| INTERNATIONAL COBALT CO. INC. | | Entity | CUBA |
| KASPAR SHIPPING CO. S.A. | c/o EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| LA COMPANIA GENERAL DE NIQUEL | | Entity | CUBA |
| LA EMPRESA CUBANA DE FLETES | | Entity | CUBA |
| LA EMPRESA CUBANA DE FLETES | | Entity | CUBA |
| MARYOL ENTERPRISES INC. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| MELFI MARINE CORPORATION S.A. | Calle Oficios No. 410 e/Luz y Acosta, La Habana Vieja | Entity | CUBA |
| MOA NICKEL SA | | Entity | CUBA |

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| NAVIERA MARITIMA DE AROSA, S.A. | Paseo de Pereda 36, Apartado 141 | Entity | CUBA |
| NAVIGABLE WATER CORPORATION | co EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| NETHERLANDS CARIBBEAN BANK N.V. | Kaya WFG (Jombi) Mensing 14, P.O. Box 3895 | Entity | CUBA |
| NORTH ISLAND SHIPPING CO. LTD. | c/o UNION MARITIMA PORTUARIA, 9-Piso, Apartado B, Esquina Cuarteles y Pena Pobre 60, Havana Vieje | Entity | CUBA |
| PESCABRAVA, S.A. | | Entity | CUBA |
| POCHO NAVIGATION CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| PRENSA LATINA | | Entity | CUBA |
| PRENSA LATINA CANADA LTD. | 1010 O Rue Ste. Catherine | Entity | CUBA |
| REDESTOS SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| SENANQUE SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |
| SERCUBA | Gral. Gomez #105 e/ Maceo e Independencia | Entity | CUBA |
| SOUTH ISLAND SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| STANDWEAR SHIPPING CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| TOUR & MARKETING INTERNATIONAL LTD. | Ellen L. Skelton Building, 4th Floor, Fishers Estate, P.O. Box 3820 | Entity | CUBA |
| TOUR & MARKETING INTERNATIONAL LTD. | Ellen L. Skelton Building, 4th Floor, Fishers Estate, P.O. Box 3820 | Entity | CUBA |

| CUBAN BLOCKED ENTITIES | | | |
|---|---|---|---|
| NAME | ADDRESS | TYPE | PROGRAM(S) |
| VALETTA SHIPPING CORPORATION | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| VIAJES GUAMA, S.A. | | Entity | CUBA |
| VIOLET NAVIGATION CO. LTD. | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| WADENA SHIPPING CORPORATION | c/o EMPRESA DE NAVEGACION MAMBISA, Apartado 543, San Ignacio 104 | Entity | CUBA |
| WEST ISLAND SHIPPING CO. LTD. | c/o UNION MARITIMA PORTUARIA, 9-Piso, Apartado B, Esquina Cuarteles y Pena Pobre 60, Havana Vieja | Entity | CUBA |
| WHITE SWAN SHIPPING CO. LTD. | do EMPRESA DE NAVEGACION CARIBE, Edificio Lonja del Comercio, Lamparilla 2, Caja Postal 1784 | Entity | CUBA |

# United States District Court
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 12,1520                                    DOCKET NO. 12 Civ 1596

THE PRESIDENT OF THE UNITED STATES OF AMERICA To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of   The Republic of Cuba

In your district you cause to be made the sum of  Forty-nine million three-hundred forty-six thousand seven hundred and thirteen dollars and twenty-two cents, ($49,346,713.22)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second

Circuit,   Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

recovered against the said  The Republic of Cuba

in an action between Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

PLAINTIFF and The Republic of Cuba

DEFENDANT, in favor of said Plaintiff, Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

as appears by the record filed in the Clerk's Office of said District Court on the _____17th_____ day

of  August  in the year of  2012.

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the __16th__ day of __November__ _____ in the year of our Lord ____2012____, and of the Independence of the United States the two hundred _____
__37__ year.
(year)

CLERK

SDNY Web

nydocs1-999181.1