# EXHIBIT 3



The System of the Ministry of Transportation is formed by:

a. The Central Apparatus;

b. The unions, the productive and/or service associations, the enterprises and basic economic units, incorporated into the said unions and associations;

c. The enterprises and the basic economic units, not incorporated into unions or productive and/or service associations;

d. The conventional basic units directly subordinated to unions, associations, enterprises or basic economic units;

e. The Budgeted Units and their branch offices.

The Enterprise System (items b,c and d) of the Ministry of Transportation, are subordinated to the Minister, who manages it through a Council composed of directors, specialists, officials and entrepreneurs who may or may not be members of the Central Apparatus, and even of other organizations.

The Unions and Productive Associations in the Ministry of Transportation are:

1. Unión de Ferrocarriles **Railway Union** Email: ufc@transnet.cu
2. Unión de Camiones "UDECAM" **Union of Trucks** Email: udecam@transnet.cu
3. Unión Constructora **Construction Union** Email: uconstoc@transnet.cu
4. Asociación Portuaria "ASPORT" **Port Association** Email: direccion@asport.transnet.cu
5. Astilleros Asociados **Associated Shipyards** Email: astasoc@transnet.cu
6. Suministros Marítimos Portuarios "SUMARPO" **Port Maritime Supplies** Email: sumarpo@transnet.cu
7. Asociación de Investigación y Producción del Transporte "GRUPO IT" **Association for the Transport Research and Production** Email: iitransp@transnet.cu
8. Asociación Productiva "TRANSPROY" **Productive Association** Email: asociacion@tproy.transnet.cu
9. TRADEX Email: atm@transnet.cu
10. Asociación de Transporte por Ómnibus "ASTRO" **Association of Bus Transport** Email: direccion@astro.transnet.cu
11. Asociación de Informática, Publicidad, Comunicaciones y Servicio de Satélite "AIPCSA" **Association of Computing, Advertising, Communications and Satellite Service** Email: aipcsa@transnet.cu
12. GEMAP Email: gemapdes@transnet.cu

The Enterprises and the Basic Economic Units which are not in Unions or Productive and/or Service Associations.

1. Registro Cubano de Buques "RCB" **Cuban Registry of Vessels** Email: rcb@transnet.cu
2. Empresa Industrial de Instalaciones Fijas Industrial **Enterprise for Fixed Installations** Email: gerencia@eiif.vcl.transnet.cu
3. Naviera Cubano Caribeña **Shipping company** Email: nccij@transnet.cu
4. Navegación Caribe **Shipping** Email: navcar@transnet.cu
5. Antillana de Salvamento **Salvage**.
6. Consignataria Mambisa **Shipping Agency** Email: denis@mambisa.transnet.cu   ←
7. OTM - Central Cargo Email: direccion@otm.transnet.cu
8. Agencia SELECMAR **Agency** Email: selecmar@transnet.cu
9. SAMARP Email: sarduy@samarp.transnet.cu
10. TMP Margarito Iglesias **Port Maritime Terminal**.
11. UNIMARSERVI.
12. Agencia General de Seguridad y Protección (AGESP) **General Agency for Security and Protection** Email: agespd@transnet.cu
13. Fondo de Inversiones Aseguradas (FINAS) **Fund for Insured Investment**
14. Casa Financiera (CFI) **Financial Establishment** Email: cft@transnet.cu
15. Fondo para la Inversión, Conservación y Administración de Vías (FICAV) **Fund for the Road Management, Preservation and Investment** Email: ficavdg@transnet.cu
16. Comercializadora MARCOS **Trading enterprise**.
17. Centro de Preparación Gerencial (PREGER) **Center for Management Training** Email: preger@transnet.cu

18. Organización Nacional de Práctico de Puertos de la República de Cuba **National Organization of Port Pilots of the Republic of Cuba** Email: onp@ceniai.inf.cu
19. Habana Inmueble "HINES" **Building** Email: hines@transnet.cu

### Budgeted Units and their branch offices.

1. Aparato Central MITRANS **Central Apparatus**.
2. Oficina de Atención al Personal Disponible **Office taking care of vacant personnel**.
3. Unidad Estatal de Tráfico (UET) **Traffic State Unit** Email: uet@transnet.cu
4. Centro Nacional de Vialidad **National Center of System of public roads** Email: cnv@transnet.cu
5. Unidad Coordinadora Puerto Habana **Port Coordinating Unit** Email: delegado@transnet.cu
6. Seguridad e Inspección de Occidente **Security and Survey of the West**
7. Seguridad e Inspección del Centro **Security and Survey of the Center** Email: utcentro@vcl.transnet.cu
8. Seguridad e Inspección Centro Este **East Center Security and Survey** Email: utceste@cmg.transnet.cu
9. Seguridad e Inspección del Oriente **Security and Survey of the East** Email: utoriente@scu.transnet.cu
10. Centro Nacional de Capacitación **National Training Center**

The Central Apparatus is structured by the branches supporting the Minister's direct activities, those of the Transport General Surveyor and those of the Vice Ministers and by the Organizing Units approved accordingly.

The approved organizing Units, in charge of performing the activities, which are part of the objectives to be attained by the Ministry of Transportation as to its main and ruling duties, are as follows:

1. Dirección de Asuntos Jurídicos y Laborales **Division for Legal and Labour Issues** Email: dajl@transnet.cu
2. Dirección de Auditoría **Audit Division** Email: auditoria@transnet.cu
3. Dirección de Contabilidad y Precios **Accounting and Price Division** Email: conec@transnet.cu
4. Comisión Asesora de Venta de Vehículos **Advising Commission for Sale of Vehicles**
5. Dirección de Infraestructura del Transporte **Division of Transport Infrastructure** Email: Infra@transnet.cu
6. Dirección de Planeamiento **Division of Planning** Email: planeam@transnet.cu
7. Dirección de Planificación Financiera **Division of Financial Planning**
8. Dirección de Seguridad e Inspección Automotor **Division of Automotive Safety and Survey** Email: dsa@transnet.cu
9. Dirección de Seguridad e Inspección Ferroviaria **Division of Railway Safety and Survey** Email: dnself@transnet.cu
10. Dirección de Seguridad e Inspección Marítima **Division of Maritime Safety and Survey** Email: dtcarga@transnet.cu
11. Dirección de Transportación de Cargas **Division of Cargo Transport** Email: dtcarga@transnet.cu
12. Dirección de Transportación de Pasajeros **Division of Passenger Transport** Email: dpasaje@transnet.cu
13. Dirección de Transporte Automotor **Division of Automotive Transport** Email: dta@transnet.cu
14. Dirección de Transporte Ferroviario **Division of Railway Transport** Email: dtf@transnet.cu
15. Dirección de Transporte Marítimo y Fluvial **Division of Maritime and River Transport** Email: dtm@transnet.cu
16. Secretaría del Ministro **Minister´s Secretariat**

Start | View | Duties | Branches and/or Activities |
Organization | International Bodies | Quality Policy |
Centers for Research