# EXHIBIT 4

**BPD BANK**
90 BROAD STREET
NEW YORK, NEW YORK 10004

TEL 212-506-0600  FAX 212-785-3060
www.bpdbank.com
SWIFT BPIB US33 BK

A Member of FDI


**BPD BANK**

December 14, 2012

Joseph R. Guccione
United States Marshal
Southern District of New York
500 Pearl Street, Suite 400
New York, NY 10007

Dear Mr. Guccione:

After receiving your Writ of Execution dated December 5, 2012, re: Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr. vs. the Republic of Cuba, et al,12 Civ.1956, we contacted OFAC, on whose behalf we are holding the funds.

On December 14, 2012 OFAC Compliance responded the following: *"Please submit an application for a specific license to unblock the funds. Please contact the OFAC hotline at 1-800-440-6322 and leave a detailed message if you had additional questions."*

Please advise how to proceed. Thank you in advance for your guidance.

Respectfully,

Eva M. Pizarro
SVP
BPD Bank