# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | ) ) ) )   12 Civ. 1596 (AKH) |
| Plaintiff, | )   TURNOVER ORDER ) |
| v. | ) ) |
| THE REPUBLIC OF CUBA | ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| BPD BANK, | ) ) |
| Garnishee. | ) ) |

AND NOW, this _____ day of _____, 2013, upon Plaintiff's Motion For

Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), the

Motion is GRANTED.  The Court finds that an account for $4,817.78 in the custody of

Garnishee BPD Bank constitutes property of an instrumentality of the Republic of Cuba, the

Judgment Debtor, within the meaning of 28 U.S.C. §1610(g); and that such accounts are subject

to execution by plaintiff pursuant to § 201 of the Terrorism Risk Insurance Act of 2002.  Within

ten (10) days from the date of this Order Garnishee BPD Bank shall turn over to plaintiff the

proceeds of said accounts, together with any accrued interest, in partial satisfaction of plaintiff's

judgment of August 20, 2012.

BY THE COURT:

_____
Alvin K. Hellerstein
United States District Judge