IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
*********************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| BPD BANK, | |
| Garnishee. | |

*********************************************

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, has been served this 19th day of February, 2013 upon:

Ministry of Foreign Affairs
Republic of Cuba
Calzada #360, Vedado
Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

_____
Kerry A. Sheehan

nydocs1-1004808.1