IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALDO VERA, JR., as Personal Representative of the     12 Civ. 1596 (AKH)
Estate of Aldo Vera, Sr.,

        Plaintiff,

v.                                                          CERTIFICATE OF SERVICE

THE REPUBLIC OF CUBA,

        Defendant,

v.

BPD BANK,

        Garnishee.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, has been served this 19th day of February, 2013 upon:

        BPD Bank
        Attn: Eva M. Pizano
        90 Broad Street
        5th Floor
        New York, NY 10004

by causing a prepaid package containing the documents to be enclosed in a certified mail, return receipt requested, post-paid envelope properly addressed, and causing same to be deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York. Ms. Pizano has appeared on behalf of BPD Bank as signatory on a letter sent by BPD Bank to the U.S. Marshal's Office regarding Plaintiff's Writ of Execution served by the U.S. Marshal on BPD Bank.

                                                                                          _____
                                                                                           Kerry A. Sheehan