IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| **Plaintiff,** | |
| v. | **CERTIFICATE OF SERVICE** |
| THE REPUBLIC OF CUBA, | |
| **Defendant,** | |
| v. | |
| INTESA SANPAOLO S.p.A., | |
| **Garnishee.** | |

**************************************************

    The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, has been served this 20th day of February, 2013 upon:

    Ministry of Foreign Affairs
    Republic of Cuba
    Calzada #360, Vedado
    Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                                                             _____
                                                             Kerry A. Sheehan

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| **Plaintiff,** | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| **Defendant,** | |
| v. | |
| INTESA SANPAOLO S.p.A., | |
| **Garnishee.** | |

**************************************************

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, has been served this 20th day of February, 2013 upon:

> Intesa Sanpaolo S.p.A.
> c/o Jennifer G. Newstead, Esq.
> Davis Polk & Wardwell LLP
> 450 Lexington Avenue
> New York, NY 10017

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient. Ms. Newstead appeared as counsel on behalf of Intesa Sanpaolo S.p.A. by transmitting Intesa Sanpaolo's responses to Plaintiff's Information Subpoena, and by appearing as part of the Protective Order that has been entered in this matter.

_____
Kerry A. Sheehan

nydocs1-1004862.1