IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| SOCIETE GENERALE, | |
| Garnishee. | |

**************************************************

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, has been served this 20th day of February, 2013 upon:

> Societe Generale
> Attn: Patricia G. Corley, Esq.
> 1221 Avenue of the Americas
> New York, NY 10020

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient. Ms. Corley appeared as counsel on behalf of Societe Generale when she signed on Societe Generale's behalf the Protective Order that has been entered in this matter and when she transmitted Societe Generale's responses to Plaintiff's Information Subpoena.

Kerry A. Sheehan

nydocs1-1004886.1