IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,** | 12 Civ. 1596 (AKH) |
| **Plaintiff,** | |
| v. | **CERTIFICATE OF SERVICE** |
| **THE REPUBLIC OF CUBA,** | |
| **Defendant,** | |
| v. | |
| **BANK OF CHINA,** | |
| **Garnishee.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, has been served this 22nd day of February, 2013 upon:

> Ministry of Foreign Affairs
> Republic of Cuba
> Calzada #360, Vedado
> Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

_____
Kerry A. Sheehan

nydocs1-1005029.1