IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| BANK OF CHINA, | |
| Garnishee. | |

**************************************************

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, has been served this 22nd day of February, 2013 upon:

> Bank of China
> c/o Richard De Palma, Esq.
> Thompson Hine
> 335 Madison Avenue
> 12th Floor
> New York, NY 10017

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient. Mr. De Palma appeared as counsel on behalf of Bank of China by transmitting Bank of China's responses to Plaintiff's Information Subpoena.

_____
Kerry A. Sheehan