**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**************************************************

ALDO VERA, JR., as Personal Representative of the        12 Civ. 1596 (AKH)
Estate of Aldo Vera, Sr.,

       Plaintiff,

v.                                           **CERTIFICATE OF SERVICE**

THE REPUBLIC OF CUBA,

       Defendant,

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS,

       Garnishee.

**************************************************

         The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, has been served this 28th day of February, 2013 upon:

       Deutsche Bank Trust Company Americas
       c/o Mark P. Gimbel, Esq.
       Covington & Burling LLP
       The New York Times Building
       620 Eighth Avenue
       New York, NY 10018

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient.  Mr. Gimbel appeared as counsel on behalf of Deutsche Bank Trust Company Americas when she signed on Deutsche Bank Trust Company Americas' behalf a Stipulation bringing Deutsche Bank Trust Company Americas under the Protective Order that has been entered in this matter.

                                         *Kerry A. Sheehan*
                                         Kerry A. Sheehan