IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
*********************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| BNP PARIBAS, | |
| Garnishee. | |

*********************************************

      The undersigned hereby certifies that a true and correct copy of the foregoing Memorandum of Law in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including the Declaration of Robert A. Swift in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b) and all Exhibits thereto, has been served this 1st day of March, 2013 upon:

    BNP Paribas
    c/o Carmine D. Boccuzzi, Jr., Esq.
    Cleary Gottlieb Steen & Hamilton LLP
    One Liberty Plaza
    New York, NY 10006

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient.  Mr. Boccuzzi appeared on behalf of BNP Paribas when, on February 22, 2013, he submitted a letter to the Court on behalf of BNP Paribas regarding Plaintiff's Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b).

                                                                                   */s/ Kerry A. Sheehan*
                                                                               Kerry A. Sheehan