IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| **Plaintiff,** | |
| v. | **CERTIFICATE OF SERVICE** |
| THE REPUBLIC OF CUBA, | |
| **Defendant,** | |
| v. | |
| BNP PARIBAS, | |
| **Garnishee.** | |

**************************************************

The undersigned hereby certifies that a true and correct copy of the foregoing Memorandum of Law in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including the Declaration of Robert A. Swift in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b) and all Exhibits thereto, except to the extent that such documents have been filed under seal, has been served this 1at day of March, 2013 upon:

> Ministry of Foreign Affairs
> Republic of Cuba
> Calzada #360, Vedado
> Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

_____
Kerry A. Sheehan

nydocs1-1005484.1