UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

      Plaintiff,

v.

THE REPUBLIC OF CUBA,

      Defendant.

12-CV-1596 (AKH)

**NOTICE OF APPEARANCE**

---

**TO: The Clerk of Court and All Parties of Record**

  **PLEASE TAKE NOTICE** that the undersigned attorney, admitted to practice in this Court, hereby appears as an attorney of record for Plaintiff, ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., and further requests that copies of all papers in this action be served upon her at her office and address set forth below.

Dated: March 6, 2013    **ANDERSON KILL & OLICK, P.C**

          By: */s/ Luma S. Al-Shibib*
            Luma S. Al-Shibib (LA-4179)
            1251 Avenue of the Americas
            New York, New York 10020
            Telephone: (212) 278-1000
            Facsimile: (212) 278-1733
            lal-shibib@andersonkill.com

            *Attorneys for Plaintiff, Aldo Vera, Jr.*

nydocs1-1005761.1