UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
ALDO VERA, JR., as Personal
Representative of the Estate of Aldo Vera,
Sr.,

                          Plaintiff,    :  12 Civ. 1596 (AKH)

         v.    :  **NOTICE OF APPEARANCE**

THE REPUBLIC OF CUBA

                         Defendant.

----------------------------------- x

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Respondent Intesa Sanpaolo S.p.A.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
          March 11, 2013

                                      DAVIS POLK & WARDWELL LLP

                                      By: _____
                                          Jennifer G. Newstead

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      (212) 450-4999 (phone)
                                      (212) 701-5999 (fax)
                                      jennifer.newstead@davispolk.com