UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALDO VERA, JR., as Personal               :
Representative of the Estate of Aldo Vera, :
Sr.,                                      :
                                          :
                          Plaintiff,      :    12 Civ. 1596 (AKH)
                                          :
              v.                          :    **NOTICE OF APPEARANCE**
                                          :
THE REPUBLIC OF CUBA                      :
                                          :
                          Defendant.      :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Respondent Intesa Sanpaolo
S.p.A.

I certify that I am admitted to practice in this Court.


Dated:   New York, New York
         March 11, 2013

                          DAVIS POLK & WARDWELL LLP

                          By: _____
                              James L. Kerr

                          450 Lexington Avenue
                          New York, New York 10017
                          (212) 450-4552 (phone)
                          (212) 701-5552 (fax)
                          james.kerr@davispolk.com