UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALDO VERA, JR., as Personal                     :
Representative of the Estate of Aldo Vera,      :
Sr.,                                            :
                                                :
                          Plaintiff,            :     12 Civ. 1596 (AKH)
                                                :
              v.                                :     **NOTICE OF APPEARANCE**
                                                :
THE REPUBLIC OF CUBA                            :
                                                :
                          Defendant.            :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Respondent Intesa Sanpaolo
S.p.A.

I certify that I am admitted to practice in this Court.


Dated:    New York, New York
          March 11, 2013

                                    DAVIS POLK & WARDWELL LLP


                              By:   _____
                                    Gina Cora

                                    450 Lexington Avenue
                                    New York, New York 10017
                                    (212) 450-4132 (phone)
                                    (212) 701-5132 (fax)
                                    gina.cora@davispolk.com