UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

      Plaintiff,

v.

THE REPUBLIC OF CUBA

      Defendant.
------------------------------------------------------------ x

12 Civ. 1596 (AKH)

**RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Intesa Sanpaolo S.p.A., by and through undersigned counsel, hereby discloses that Intesa Sanpaolo S.p.A.'s New York branch, on whom plaintiff served his Motion for Turnover, is a New York State licensed branch of Intesa Sanpaolo S.p.A. Intesa Sanpaolo S.p.A. is a publically held corporation that has no parent corporation and no publically held corporation owns more than 10% of its stock.

Dated: New York, New York
    March 11, 2013

            DAVIS POLK & WARDWELL LLP

            By: _____
              James L. Kerr
              Jennifer G. Newstead
              Gina Cora
            450 Lexington Avenue
            New York, New York 10017
            (212) 450-4552
            James.Kerr@davispolk.com
            *Attorneys for Respondent Intesa Sanpaolo, S.p.A.*