UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/13
```

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | TURNOVER ORDER |
| v. | |
| THE REPUBLIC OF CUBA | |
| Defendant, | |
| v. | |
| BANK OF CHINA, | |
| Garnishee. | |

AND NOW, this _12_ day of _March_, 2013, upon Plaintiff's Motion For Turnover pursuant to Federal Rule of Civil Procedure Rule 69(a), NY CPLR § 5225(b) and 28 U.S.C. § 1610(g), the Motion is GRANTED. The Court finds that the blocked Cuban accounts identified in the Motion are subject to turnover pursuant to § 201 of the Terrorism Risk Insurance Act of 2002. Within ten (10) days from the date of this Order Garnishee Bank of China shall turn over to plaintiff the proceeds of Cuban Government accounts in its possession which have been blocked pursuant to the Cuban Asset Control Regulations, 31 C.F.R. Part 515, together with all accrued interest, in the total amount of $154,764.15 in partial satisfaction of Plaintiff's judgment of August 20, 2012.

BY THE COURT:

_[signature]_
Alvin K. Hellerstein
United States District Judge