UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/13
```

ALDO VERA, JR., as Personal )
Representative of the Estate of Aldo Vera, )   12 Civ. 1596 (AKH)
Sr., )
 )
                    Plaintiff,    )   TURNOVER ORDER
 )
          v.    )
 )
THE REPUBLIC OF CUBA    )
 )
                    Defendant,    )
 )
          v.    )
 )
BPD BANK,    )
 )
                    Garnishee.    )
 )

AND NOW, this _12_ day of _March_____, 2013, upon Plaintiff's Motion For Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), the Motion is GRANTED. The Court finds that an account for $4,817.78 in the custody of Garnishee BPD Bank constitutes property of an instrumentality of the Republic of Cuba, the Judgment Debtor, within the meaning of 28 U.S.C. §1610(g); and that such accounts are subject to execution by plaintiff pursuant to § 201 of the Terrorism Risk Insurance Act of 2002. Within ten (10) days from the date of this Order Garnishee BPD Bank shall turn over to plaintiff the proceeds of said accounts, together with any accrued interest, in partial satisfaction of plaintiff's judgment of August 20, 2012.

BY THE COURT:

_/s/ Alvin K. Hellerstein_
Alvin K. Hellerstein
United States District Judge