UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal )
Representative of the Estate of Aldo Vera, ) 12 Civ. 1596 (AKH)
Sr., )
)
                 Plaintiff, ) TURNOVER ORDER
)
   v. )
)
THE REPUBLIC OF CUBA )
)
                Defendant, )
)
   v. )
)
BNP PARIBAS, )
)
                Garnishee. )
)

---

AND NOW, this 12 day of March, 2013, upon Plaintiff's Motion For Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), the Motion is GRANTED. The Court finds that accounts totaling $526,765.50 in the custody of Garnishee BNP Paribas constitute property of instrumentalities of the Republic of Cuba, the Judgment Debtor, within the meaning of 28 U.S.C. §1610(g); and that such accounts are subject to execution by plaintiff pursuant to § 201 of the Terrorism Risk Insurance Act of 2002. Within ten (10) days from the date of this Order Garnishee BNP Paribas shall turn over to plaintiff the proceeds of said accounts, together with any accrued interest, in partial satisfaction of plaintiff's judgment of August 20, 2012.

BY THE COURT:

Alvin K. Hellerstein
United States District Judge