03/08/2013 19:24 FAX 1 212 278 1733    A K & O                                             ☒002/003

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Kerry A. Sheehan, Esq.
Ksheehan@andersonkill.com
212-278-1028

RECEIVED
MAR 11 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
USDJ

By Facsimile (212-805-7942)

March 8, 2013

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

So Ordered
3.13.13
/s/ AKH

Re: *Aldo Vera, Jr. v. The Republic of Cuba,*
Civil Action No. 12 cv 1596 (AKH)

Dear Judge Hellerstein:

My firm represents Plaintiff Aldo Vera, Jr. in the above-referenced matter. Plaintiff currently is seeking to enforce the judgment he obtained against The Republic of Cuba.

On February 20, 2013, Plaintiff filed a Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b) (the "Motion") as to Garnishee Societe Generale. See Dkt. # 49. That same day, Plaintiff served the Motion on Garnishee Societe Generale via U.S. mail (see Dkt. # 53). Accordingly, Societe Generale's response to the Motion is due on March 11, 2013. The Court has not otherwise set a briefing schedule for this Motion.

Plaintiff has agreed with counsel for Societe Generale to grant an additional week for Societe Generale to respond to the Motion. Thus, the response date for Garnishee Societe Generale would be March 18, 2013.

Plaintiff and Garnishee Societe Generale jointly and respectfully request the Court to "So Order" this letter adjourning the time for Societe Generale to respond to the Motion until March 18, 2013. No prior requests for such an adjournment have been made.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/13

Respectfully submitted,

/s/ Kerry A. Sheehan

Kerry A. Sheehan

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC

nydocs1-1005976.1

**Anderson Kill & Olick, P.C.**

March 8, 2013
Page 2


cc: Christopher J. Houpt (via Facsimile: 212-849-5830)
    Mayer Brown
    *Counsel for Garnishee Societe Generale*

So Ordered: _____/s/_____
March ___, 2013

nydocs1-1005976.1