IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the      12 Civ. 1596 (AKH)
Estate of Aldo Vera, Sr.,

        Plaintiff,

v.                                                       **CERTIFICATE OF SERVICE**

THE REPUBLIC OF CUBA,

        Defendant,

v.

MERCANTIL COMMERCEBANK, N.A.,

        Garnishee.

**************************************************

        The undersigned hereby certifies that true and correct copies of the foregoing:

(i)     Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b) (Exhibit 3 filed under seal);

(ii)     Declaration of Robert A. Swift in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b) and all Exhibits thereto (filed under seal); and

(iii)     Memorandum of Law in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b),

except to the extent that such documents have been filed under seal, have been served this 12th day of March, 2013 upon:

                         MINISTRY OF FOREIGN AFFAIRS
                         REPUBLIC OF CUBA
                         CALZADA #360, VEDADO
                         HAVANA, CUBA

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                                                                  /s/ Luma S. Al-Shibib
                                                                   Luma S. Al-Shibib

nydocs1-1006097.1