IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
*************************************************

ALDO VERA, JR., as Personal Representative of the Estate of     12 Civ. 1596 (AKH)
Aldo Vera, Sr.,

        Plaintiff,

v.                                                                     CERTIFICATE OF SERVICE

THE REPUBLIC OF CUBA,

        Defendant,

v.

MERCANTIL COMMERCEBANK, N.A.,

        Garnishee.

*************************************************

        The undersigned hereby certifies that true and correct copies of the foregoing:

(i)     Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b);
(ii)     Declaration of Robert A. Swift in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b) and all Exhibits thereto; and
(iii)     Memorandum of Law in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b),

have been served this 12th day of March, 2013 upon:

                 Mercantil Commercebank, N.A.
                 Attn.: Mariola Triana Sanchez
                 Senior Vice President & General Counsel
                 220 Alhambra Circle, 11th Floor
                 Miami, Florida 33134

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery. Ms. Sanchez appeared as counsel for Mercantil Commercebank, N.A. when she signed, on Mercantil Commercebank's behalf, the Protective Order entered in this matter.

                                                          Luma S. Al-Shibib

nydocs1-1006108.1