UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

                Plaintiff,

        v.

THE REPUBLIC OF CUBA,

                Defendant,

        v.

RBS Citizens, N.A.,

                Garnishee.
------------------------------------------------------------------x

12 Civ. 1596 (AKH)
ECF CASE

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Respondent RBS Citizens, N.A.

I certify that I am admitted to practice in this Court.

Dated: Stamford, Connecticut
       March 14, 2013

By: _____
Hayward H. Smith
Senior Counsel, RBS Americas

600 Washington Boulevard
Stamford, CT  06901
(203) 897-2700 (phone)
(203) 873-4185 (fax)
Hayward.Smith@RBS.com

Attorney for RBS Citizens, N.A.