UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.,

                Plaintiff,

      v.

THE REPUBLIC OF CUBA,

                Defendant,

      v.

RBS Citizens, N.A.,

                Garnishee.
------------------------------------------------------------------x

12 Civ. 1596 (AKH)
ECF CASE

**RULE 7.1(a) DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, RBS Citizens, N.A., by and through undersigned counsel, hereby discloses that RBS Citizens, N.A., is a wholly-owned indirect subsidiary of The Royal Bank of Scotland Group plc.  No publicly held corporation owns 10% or more of the stock of The Royal Bank of Scotland Group plc.

Dated: Stamford, Connecticut
       March 14, 2013

                                            By: _____
                                                Hayward H. Smith
                                                Senior Counsel, RBS Americas

                                                600 Washington Boulevard
                                                Stamford, CT  06901
                                                (203) 897-2700 (phone)
                                                (203) 873-4185 (fax)
                                                Hayward.Smith@RBS.com

                                                Attorney for RBS Citizens, N.A.