IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
****************************************

ALDO VERA, JR., as Personal Representative of the Estate of      12 Civ. 1596 (AKH)
Aldo Vera, Sr.,

       Plaintiff,

v.                                                     CERTIFICATE OF SERVICE

THE REPUBLIC OF CUBA,

       Defendant,

v.

BANCO DO BRASIL, S.A. NEW YORK
BRANCH

       Garnishee.

****************************************

       The undersigned hereby certifies that a true and correct copy of the Uncontested Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with accompanying exhibits, has been served this 14th day of March, 2013 upon:

                Aaron W. Tandy, Esq.
                Gunster, Yoakley & Stewart, P.A.
                One Biscayne Tower, Suite 3400
                Two South Biscayne Blvd.
                Miami, FL 33131
                *Attorney for Banco do Brasil, S.A. New York Branch*

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery. Mr. Tandy appeared as counsel for Banco do Brasil, S.A. New York Branch ("Banco do Brasil") when he filed a response to the Writ of Execution Issued against Banco do Brasil, S.A. New York Branch.

                                                                 Luma S. Al-Shibib

nydocs1-1006247.1