IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

        Plaintiff,

v.

THE REPUBLIC OF CUBA,

        Defendant,

v.

BANCO DO BRASIL, S.A. NEW YORK BRANCH

        Garnishee.

12 Civ. 1596 (AKH)

**CERTIFICATE OF SERVICE**

**************************************************

        The undersigned hereby certifies that a true and correct copy of the Uncontested Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with accompanying exhibits, has been served this 14th day of March, 2013 upon:

        MINISTRY OF FOREIGN AFFAIRS
        REPUBLIC OF CUBA
        CALZADA #360, VEDADO
        HAVANA, CUBA

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                      Luma S. Al-Shibib

nydocs1-1006249.1