IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the Estate of     12 Civ. 1596 (AKH)
Aldo Vera, Sr.,

      Plaintiff,

v.                                                              CERTIFICATE OF SERVICE

THE REPUBLIC OF CUBA,

      Defendant,

v.

COMMERZBANK AG,

      Garnishee.

**************************************************

      The undersigned hereby certifies that a true and correct copy of the Uncontested Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with accompanying exhibits, except to the extent that such documents have been filed under seal, have been served this 15th day of March, 2013 upon:

      MINISTRY OF FOREIGN AFFAIRS
      REPUBLIC OF CUBA
      CALZADA #360, VEDADO
      HAVANA, CUBA

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                                                                           Luma S. Al-Shibib

nydocs1-1006411.1