IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the Estate of    12 Civ. 1596 (AKH)
Aldo Vera, Sr.,

      Plaintiff,

v.                                                         CERTIFICATE OF SERVICE

THE REPUBLIC OF CUBA,

      Defendant,

v.

COMMERZBANK AG,

      Garnishee.

**************************************************

      The undersigned hereby certifies that a true and correct copy of the Uncontested Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with accompanying exhibits, has been served this 15th day of March, 2013 upon:

                GIBBONS P.C.
                Paul A. Saso
                One Pennsylvania Plaza, 37th Floor
                New York, New York 10119-3701

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery. Mr. Saso appeared as counsel for Commerzbank AG, when he signed the addendum to Protective Agreement and Order [Docket #29] on behalf of Commerzbank AG.

                                                              Luma S. Al-Shibib

nydocs1-1006385.1