UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>                 Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA<br><br>                 Defendant,<br><br>v.<br><br>COMMERZBANK AG,<br><br>                 Garnishee. | 12 Civ. 1596 (AKH)<br><br>MOTION TO JOIN JUDGMENT CREDITORS TO TURNOVER MOTION AGAINST GARNISHEE COMMERZBANK AG |

    Plaintiff Aldo Vera, Jr., by his undersigned counsel, moves this Court pursuant to Rule 19 of the Federal Rules of Civil Procedure and NY CPLR 5225(b) to join other judgment creditors of The Republic of Cuba to the Uncontested Turnover Motion filed herein against Commerzbank AG. These judgment creditors obtained a money judgment against the Republic of Cuba in the action known as *Alfredo Villoldo et al v. Fidel Castro Ruz, et al.*, No. 11-9394 (S.D.N.Y., J. Swain) on October 24, 2013 and served Garnishee with a restraining Notice. Joinder is necessary so this Court may adjudicate whether Plaintiff herein has priority to levy on the accounts at Garnishee Commerzbank AG. In support of this Motion Plaintiff attaches his memorandum of law and exhibits.

Dated: New York, New York
March 15, 2013

KOHN, SWIFT & GRAF, P.C.

*(signature)*

Robert A. Swift
Admitted *Pro Hac Vice*
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: 215-238-1700
Fax:    215-238-1968

Jeffrey E. Glen
Kerry Sheehan
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Phone: 212-278-1000
Fax:    212-278-1733

*Attorneys for Plaintiff Aldo Vera, Jr.*