IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALDO VERA, JR., as Personal Representative of the Estate of    12 Civ. 1596 (AKH)
Aldo Vera, Sr.,

      **Plaintiff,**

v.                                                        **CERTIFICATE OF SERVICE**

**THE REPUBLIC OF CUBA,**

      **Defendant,**

v.

**COMMERZBANK AG,**

      **Garnishee.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      The undersigned hereby certifies that a true and correct copy of the foregoing:

(i)     Motion to Join Judgment Creditors to Turnover Motion Against Garnishee Commerzbank AG; and
(ii)    Memorandum in Support of Motion to Join Judgment Creditors to Turnover Motion Against Garnishee Commerzbank AG, (with accompanying exhibits)

have been served this 18th day of March, 2013 upon:

                 GIBBSON P.C.
                 Paul A. Saso
                 One Pennsylvania Plaza, 37th Floor
                 New York, New York 1019-3701

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery. Mr. Saso appeared as counsel for Commerzbank AG, when he signed the addendum to Protective Agreement and Order [Docket #29] on behalf of Commerzbank AG.

                                                           Luma S. Al-Shibib