IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the Estate of    12 Civ. 1596 (AKH)
Aldo Vera, Sr.,

        **Plaintiff,**

v.                                      **CERTIFICATE OF SERVICE**

THE REPUBLIC OF CUBA,

        **Defendant,**

v.

COMMERZBANK AG,

        **Garnishee.**

**************************************************

        The undersigned hereby certifies that a true and correct copy of the foregoing:

(i)     Motion to Join Judgment Creditors to Turnover Motion Against Garnishee Commerzbank AG; and
(ii)    Memorandum in Support of Motion to Join Judgment Creditors to Turnover Motion Against Garnishee Commerzbank AG, (with accompanying exhibits)

have been served this 18th day of March, 2013 upon:

                MINISTRY OF FOREIGN AFFAIRS
                REPUBLIC OF CUBA
                CALZADA #360, VEDADO
                HAVANA, CUBA

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                                                        _____
                                                           Luma S. Al-Shibib

nydocs1-1006495.1