IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────x
ALDO VERA, JR., as Personal Representative      :
of the Estate of Aldo Vera, Sr.,                :
                                                :
                        Plaintiffs,             :   12-Civ-1596 (AKH)
                                                :
        -against-                               :
                                                :
THE REPUBLIC OF CUBA,                           :
                                                :
                        Defendant.              :
─────────────────────────────────────────x


RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
GARNISHEE DEUTSCHE BANK TRUST COMPANY AMERICAS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Garnishee Deutsche Bank Trust Company Americas ("DBTCA"), a privately-owned corporation, certifies that its parent corporations are Deutsche Bank Trust Corporation and Deutsche Bank AG. Of these parent corporations, only Deutsche Bank AG is publicly traded. No other publicly-held corporation owns more than 10 percent of DBTCA's stock.

Dated:  New York, New York
        March 14, 2013

                                        COVINGTON & BURLING LLP

                                        By:     s/ Mark P. Gimbel
                                                Mark P. Gimbel

                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, NY 10018-1405
                                        (212) 841-1000
                                        mgimbel@cov.com

                                        *Attorneys for Garnishee Deutsche Bank Trust
                                        Company Americas*