# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100

PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS †◊
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
NEIL L. GLAZER †
JARED G. SOLOMON
BARBARA L. MOYER †

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: RSWIFT@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY

February 28, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/13

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Aldo Vera v. The Republic of Cuba, No. 12 Civ. 1596

Dear Judge Hellerstein:

    I am one of the counsel for Plaintiff in the above matter and am appearing *pro hac vice*. I have engaged in discussions with counsel for several bank garnishees holding blocked Cuban accounts to work out any disputes over entitlement to Cuban accounts and thereby streamline the filing of turnover motions. I am about to file an uncontested turnover motion, following service of a writ of execution, on Garnishee Commerzbank AG. This garnishee was also served with a restraining notice and information subpoena, but not a writ of execution, by other judgment creditors who obtained a judgment against the Republic of Cuba in this District on October 23, 2012.

    I propose to give notice of the uncontested turnover motion to these other judgment creditors to permit them, should they have a basis, to contest Aldo Vera Jr.'s priority to the Cuban accounts at Commerzbank AG. In that way, finality of entitlement can be achieved.

    Accordingly, I respectfully request that the Court approve contemporaneous service of the uncontested turnover motion on counsel for these judgment creditors coupled with notice that, should they wish to intervene and oppose the motion, they should make a submission to the Court within 14 days after the Motion is filed.

| KOHN, SWIFT & GRAF, P.C. | CONTINUATION SHEET NO. 2 | HON. ALVIN K. HELLERSTEIN
FEBRUARY 28, 2013 |

Respectfully yours,

*[signature]*

Robert A. Swift

RAS:yr

So Ordered: **3-4-13**

*[signature]*
U.S.D.J.

85125