IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the Estate of   12 Civ. 1596 (AKH)
Aldo Vera, Sr.,

       Plaintiff,

v.                                                             CERTIFICATE OF SERVICE

THE REPUBLIC OF CUBA,

       Defendant,

v.

CREDIT AGRICOLE CORPORATE &
INVESTMENT BANK,

       Garnishee.

**************************************************

       The undersigned hereby certifies that true and correct copies of the Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with accompanying exhibits, have been served this 18th day of March, 2013 upon:

                 Krista Ellis, Esq.
                 Vice President and Legal Counsel
                 CREDIT AGRICOLE CORPORATE &
                 INVESTMENT BANK
                 Credit Agricole CIB Bldg.
                 1301 Avenue for the Americas
                 Ney York, New York  10119-6022

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery. Ms. Ellis appeared as counsel for Credit Agricole Corporate & Investment Bank when she signed, on Credit Agricole's behalf, the Protected Order entered in this matter.

                                                                  */s/ Luma S. Al-Shibib*
                                                               Luma S. Al-Shibib