

# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

March 18, 2013

**Christopher J. Houpt**
Direct Tel +1 212 506 2380
Direct Fax +1 212 849 5830
choupt@mayerbrown.com

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Vera v. The Republic of Cuba*
     12-cv-1596 (AKH)

Dear Judge Hellerstein:

We represent garnishee Société Générale in the above-captioned case. We have been working with Robert Swift, counsel for the plaintiff, in an attempt to resolve the pending motion for turnover (ECF No. 49). Despite both sides' good-faith efforts, we have been unable to come to an agreement.

Accordingly, Société Générale respectfully requests a second one-week extension (to March 25, 2013) of its time to respond to the motion. Plaintiff consents to this request.

Respectfully submitted,

Christopher J. Houpt

cc:   Robert Swift, Esq.


SO ORDERED:

Alvin K. Hellerstein, U.S.D.J.
3/19/13

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.