UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>             Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>             Defendant,<br><br>v.<br><br>COMMERZBANK AG,<br><br>             Garnishee. | 12 Civ. 1596 (AKH)<br><br>ECF Case<br>Document Electronically Filed<br><br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Garnishee Commerzbank AG in the above-entitled action, and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below.

Dated:  New York, New York
            March 20, 2013

                                                    **GIBBONS P.C.**
                                                    One Pennsylvania Plaza, 37th Floor
                                                    New York, New York 10119
                                                    Telephone (212) 613-2005
                                                    Facsimile (212) 554-9670
                                                    tmyers@gibbonslaw.com


                                                    By: s/ Terry Myers
                                                            Terry Myers

                                                    *Attorneys for Garnishee Commerzbank AG*