UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>       Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF CUBA,<br><br>       Defendant,<br><br>    v.<br><br>COMMERZBANK AG,<br><br>       Garnishee. | 12 Civ. 1596 (AKH)<br><br>ECF Case<br>Document Electronically Filed<br><br><br>**NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Garnishee Commerzbank AG in the above-entitled action, and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below.

Dated: New York, New York
    March 20, 2013

                **GIBBONS P.C.**
                One Pennsylvania Plaza, 37th Floor
                New York, New York 10119
                Telephone (212) 613-2171
                Facsimile (212) 554-9686
                psaso@gibbonslaw.com


                By: s/ Paul A. Saso
                   Paul A. Saso

                *Attorneys for Garnishee Commerzbank AG*