UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant, <br><br> v. <br><br> COMMERZBANK AG, <br><br> Garnishee. | 12 Civ. 1596 (AKH) <br><br> ECF Case <br> Document Electronically Filed |

**COMMERZBANK AG'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Garnishee Commerzbank AG, by its undersigned attorneys, states that it has no parent corporation and further states that the Federal Republic of Germany owns 10% or more of its stock.

Dated: New York, New York
       March 21, 2013

GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Telephone (212) 613-2000
Facsimile (212) 554-9670
tmyers@gibbonslaw.com
psaso@gibbonslaw.com

By:  s/ Paul A. Saso
     Terry Myers
     Paul A. Saso

*Attorneys for Garnishee Commerzbank AG*

#1914666 v1
103969-82379