UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ALDO VERA, JR.,

                     Plaintiff,

      -against-

THE REPUBLIC OF CUBA,

                     Defendant.

-------------------------------------------------------------- x

**ORDER**

12 Civ. 1596 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On January 22, 2013, Plaintiff filed a motion to compel The Standard Chartered Bank, Bank of China, and M&T Bank to reply to its information subpoenas. The three banks have since cooperated with Plaintiff, and Plaintiff has withdrawn his motion. The clerk shall mark document number 31 terminated.

    SO ORDERED.

Dated:    March __, 2013
              New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1