UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant, <br><br> v. <br><br> DEUTSCHE BANK TRUST COMPANY AMERICAS, <br><br> Garnishee. | 12 Civ. 1596 (AKH) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Respectfully enter my appearance as counsel in this case for Proposed Intervenors National Bank of Canada and National Bank Financial Group (together, "NBC"). I certify that I am admitted to practice in this Court.

Dated: New York, New York
       March 25, 2013

                                            WHITE & CASE LLP

                                            By: /s/ Kenneth A. Caruso
                                                  Kenneth A. Caruso, KC7769

                                            1155 Avenue of the Americas
                                            New York, New York 10036
                                            Tel: (212) 819-8200

                                            *Attorneys for NBC*