**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x
ALDO VERA, JR., as Personal Representative : 
of the Estate of Aldo Vera, Sr., :
                                                    :
                Plaintiff,                 :
                                                    :
        v.                                     :    12 Civ. 1596 (AKH)
                                                    :
THE REPUBLIC OF CUBA,           :    **NOTICE OF APPEARANCE**
                                                    :
                Defendant,               :
                                                    :
        v.                                     :
                                                    :
DEUTSCHE BANK TRUST COMPANY :
AMERICAS,                              :
                                                    :
                Garnishee.              :
                                                    :
———————————————————— x

To the Clerk of this Court and all parties of record:

Respectfully enter my appearance as counsel in this case for Proposed Intervenors

National Bank of Canada and National Bank Financial Group (together, "NBC"). I certify that I

am admitted to practice in this Court.

Dated: New York, New York
       March 25, 2013

                                WHITE & CASE LLP

                                By: /s/ Matthew R. Belz
                                    Matthew R. Belz, MB7317

                                1155 Avenue of the Americas
                                New York, New York 10036
                                Tel: (212) 819-8200

                                *Attorneys for NBC*