UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | 12 Civ. 1596 (AKH) |
| THE REPUBLIC OF CUBA, | : : : | NATIONAL BANK OF CANADA'S RULE 7.1 CORPORATE |
| Defendant, | : : | DISCLOSURE STATEMENT |
| v. | : : : | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, | : : : : | |
| Garnishee. | : : | |

Proposed Intervenor National Bank of Canada ("NBC"), by and through its attorneys, White & Case LLP, hereby submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. NBC has no parent corporation, and no publicly held corporation owns 10 percent or more of NBC's stock.

Dated: New York, New York
March 25, 2013

WHITE & CASE LLP

By: /s/ Kenneth A. Caruso
    Kenneth A. Caruso

1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Attorneys for NBC*

NEWYORK 8783788 (2K)