UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | : : : | |
| Plaintiff, | : : | |
| v. | : : | 12 Civ. 1596 (AKH) |
| THE REPUBLIC OF CUBA, | : : : | **NATIONAL BANK FINANCIAL GROUP'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendant, | : : | |
| v. | : : | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, | : : : | |
| Garnishee. | : : | |

Proposed Intervenor National Bank Financial Group ("NBFG"), by and through its attorneys, White & Case LLP, hereby submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. National Bank Financial Inc. ("NBF") is a wholly-owned, indirect subsidiary of National Bank of Canada ("NBC"). No publicly held corporation owns 10 percent or more of NBC's stock. NBF and the Treasury Department of NBC are collectively referred to as NBFG.

Dated: New York, New York
March 25, 2013

        WHITE & CASE LLP

        By: <u>/s/ Kenneth A. Caruso</u>
            Kenneth A. Caruso

        1155 Avenue of the Americas
        New York, New York 10036
        (212) 819-8200

        *Attorneys for NBFG*