UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant,<br><br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Garnishee. | 12 Civ. 1596 (AKH)<br><br>**NOTICE OF CROSS-MOTIONS TO INTERVENE AND TO STAY** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Kenneth A. Caruso and the exhibits attached thereto, the Affidavit of Brian A. Davis and the exhibits attached thereto, and the Memorandum of Law in Opposition to Plaintiff's Turnover Motion and in Support of Cross-Motions, Proposed Intervenors National Bank of Canada and National Bank Financial Group (together, "NBC") will cross-move this Court pursuant to CPLR §§ 5225(b) and 5239 and Rule 24 of the Federal Rules of Civil Procedure, at a date and time to be determined by the Court, for an order granting NBC's cross-motions to intervene in this proceeding and to stay the Turnover Motion, and granting such further relief as the Court may deem just and proper.

NEWYORK 8797309 (2K)

|  |  |
|---|---|
| Dated: New York, New York<br>March 25, 2013 | WHITE & CASE LLP<br><br>By: /s/ Kenneth A. Caruso<br>     Kenneth A. Caruso<br><br>1155 Avenue of the Americas<br>New York, New York 10036<br>(212) 819-8200<br><br>*Counsel for NBC* |

To:   Robert A. Swift (by ECF)
      Kohn, Swift & Graf, P.C.
      One South Broad Street, Suite 2100
      Philadelphia, Pennsylvania 19107
      (215) 238-1700

      Jeffrey E. Glen (by ECF)
      Kerry Sheehan (by ECF)
      Anderson Kill & Olick, P.C.
      1251 Avenue of the Americas
      New York, New York 10020
      (212) 278-1000

      Mark P. Gimbel (by ECF)
      Covington & Burling LLP
      620 Eighth Avenue
      New York, New York 10018
      (212) 841-1161

TABLE OF CONTENTS

Declaration of Kenneth A. Caruso

    Exhibit A:    Declaration of Peter M. Brennan, Coordinator, Office of the Coordinator for Cuban Affairs, U.S. Department of State, dated May 10, 2012, filed in Hausler v. Republic of Cuba, No. 08-20197 (S.D.Fla.)

    Exhibit B:    Testimony of Ernest Johnston, Jr., Deputy Assistant Secretary for Economic Affairs, U.S. Department of State, dated March 18, 1982, before the Subcommittee on Near Eastern and South Asian Affairs of the Committee on Foreign Relations, U.S. Senate

Affidavit of Brian A. Davis

    Exhibit C:    NBC Payment Order, dated June 16, 2006

    Exhibit D:    Deutsche Bank Trust Co. Americas Blocking Notice, dated June 16, 2006

    Exhibit E:    Bridge Funding and Reservation of Rights Agreement, dated June 23, 2006, between National Bank Financial Group and Sherritt International Corporation

    Exhibit F:    Settlement and Assignment of Receivables Agreement, dated November 23, 2006, between National Bank Financial Group and Sherritt International Corporation

NEWYORK 8797309 (2K)