UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ALDO VERA, JR., as Personal Representative :
of the Estate of Aldo Vera, Sr.,                :
                                                :
                    Plaintiff,                  :
                                                :
            v.                                  :   12 Civ. 1596 (AKH)
                                                :
THE REPUBLIC OF CUBA,                           :
                                                :
                    Defendant,                  :
                                                :
            v.                                  :
                                                :
DEUTSCHE BANK TRUST COMPANY                     :
AMERICAS,                                       :
                                                :
                    Garnishee.                  :
---------------------------------------------------------------x

**DECLARATION OF KENNETH A. CARUSO**

     KENNETH A. CARUSO declares, under penalties of perjury, as follows:

    1.    I am a member of the Bar of the State of New York and of this Court. I am a partner in the firm of White & Case, counsel for Proposed Intervenors National Bank of Canada and National Bank Financial Group (together, "NBC").

    1.    I make this Declaration in opposition to Plaintiff's turnover motion and in support of cross-motions by NBC to intervene in this proceeding and to stay the turnover motion.

    2.    In an action pending in the United States District Court for the Southern District of Florida, <u>Hausler v. Republic of Cuba</u>, No. 08-20197 (S.D.Fla.), the Hon. Adalberto Jordan, U.S.D.J. (now U.S.C.J.), issued an Order Inviting the United States to File Amicus Curiae Brief

to "address[,]" among other things, "the reason or reasons Cuba was designated a state sponsor of terrorism . . . ."

3. On May 10, 2012, the Government responded by submitting a Statement of Interest and Declaration of Peter M. Brennan, Coordinator for Cuban Affairs, U.S. Department of State. Attached hereto as Exhibit A is a true and correct copy of that declaration.

2. In his declaration, Mr. Brennan cited testimony by Ernest Johnston, Jr., former Deputy Assistant Secretary for Economic Affairs, Department of State, dated March 18, 1982, before the Subcommittee on Near Eastern and South Asian Affairs of the Committee on Foreign Relations, U.S. Senate. Attached hereto as Exhibit B is a true and correct copy of that testimony.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2013
      New York, New York

                                               /s/ Kenneth A. Caruso
                                                 Kenneth A. Caruso