# EXHIBIT C

```
-------------------- Instance Type and Transmission -----------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status     : Network Ack
Priority/Delivery           : Normal
Message Input Reference     : 1611 060616BNDCCAMMAXXX5650651114
-------------------------- Message Header -------------------------
Swift Input    : FIN 103 Single Customer Credt Transfer
Sender         : BNDCCAMMIMM
                 BANQUE NATIONALE DU CANADA
                 (TREASURY DEPARTMENT)
                 MONTREAL
                 CANADA CA
Receiver       : BKTRUS33XXX
                 DEUTSCHE BANK TRUST COMPANY AMERICAS
                 NEW YORK, NY
                 UNITED STATES US
--------------------------- Message Text --------------------------
 20: Sender's Reference
     FX1610169
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date       : Friday, June 16, 2006
     Currency   : USD (US DOLLAR)
     Amount     : 7135953,50
50A: Ordering Customer - BIC/BEI
     BNDCCAMMIMM
     BANQUE NATIONALE DU CANADA
     (TREASURY DEPARTMENT)
     MONTREAL
     CANADA CA
57D: Account With Inst -Name & Addr
     BANCO FINANCIERO INTERNACIONAL
     5TA Y 92 MIRAMAR
     CIUDAD DE LA HABANA, CUBA
 59: Beneficiary Customer-Name & Addr
     /030000003133322
     SAC ESICUBA SA
     INGRESOS NEGOCIOS ESPECIALES
     CALLE 18 NO 514 ENTRE 5TA Y 7MA
     MIRAMAR, CIUDAD DE LA HABANA, CUBA
71A: Details of Charges
     SHA
 72: Sender to Receiver Information
     /BNF/REF INVOICE NUMBER 57605620-22
     //AND 57605636
--------------------------- Message Trailer ----------------------
{MAC:E5564E69}
{CHK:BF0525156642}
```

Message History

*Original (Completed)

Created at '_MP_creation' on 6/16/2006 at 2:56:18 PM
By SWPREBMXA : Created at rp [_MP_creation] and assigned to unit [mtlTRES]
By SWPREBMXA : Routed from rp [_MP_creation] to rp [_MP_verification]; 1
instance(s) created at [prtMTLTRES1] respectively;On Processing by Function mpc
with result Success;(Rule:USER,2000)
By SWRAKPMXA : Disposed from rp [_MP_verification] to rp [_MP_mod_text]; On

processing by Function mpa with result Success;
By SWPREBMXA : Routed from rp [_MP_mod_text] to rp [_MP_verification]; 1 instance(s) created at [prtMTLTRES1] respectively;On Processing by Function mpm with result Success;(Rule:USER,5000)
By SWRAKPMXA : Routed from rp [_MP_verification] to rp [_MP_authorisation]; On Processing by Function mpa with result Success;(Rule:USER,300)
By SWRAKPMXA : Routed from rp [_MP_authorisation] to rp [FOFS_filter]; On Processing by Function mpa with result Success;(Rule:USER,80)
By SYSTEM : Routed from rp [FOFS_filter] to rp [_SI_to_SWIFT]; On Processing by Function FOFS_mpf with result OFAC test passed;(Rule:USER,700)
Sent to SWIFT 'BNDCCAMMAXXXF' on 6/16/2006 at 4:11:52 PM
Session Nr 5650 Sequence Nr 651114 Result: SWIFT Result: SWIFT Ack
  ACK Text: {1:F21BNDCCAMMAIMM5650651114}{4:{177:0606161611}{451:0}}
By SYSTEM : Completed in rp [_SI_to_SWIFT]; On Processing by Function _SI_to_SWIFT with result Success;(Rule:USER,3507)

*Copy - 1 (Completed)
Created at 'prtMTLTRES1' on 6/16/2006 at 2:56:18 PM
By SWPREBMXA : Created at rp [prtMTLTRES1] and assigned to unit [mtlTRES]
Sent to APPLI 'prtMTLTRES1' on 6/16/2006 at 2:56:25 PM
Session Nr 8809 Sequence Nr 103747 Result: APPLI Result: APPLI Ack
By SYSTEM : Completed in rp [prtMTLTRES1]; On Processing by Function AI_to_APPLI with result Success;(Rule:DEFAULT_RULE,0)

*Copy - 2 (Completed)
By SWPREBMXA : Created at rp [prtMTLTRES1] and assigned to unit [mtlTRES]
Sent to APPLI 'prtMTLTRES1' on 6/16/2006 at 3:21:05 PM
Session Nr 8816 Sequence Nr 103755 Result: APPLI Result: APPLI Ack
By SYSTEM : Completed in rp [prtMTLTRES1]; On Processing by Function AI_to_APPLI with result Success;(Rule:DEFAULT_RULE,0)

*Notification - 3 (Completed)
Created at 'SMQS_To_MQSeries' on 6/16/2006 at 4:12:04 PM
By SYSTEM : Created at rp [SMQS_To_MQSeries] and assigned to unit [mtlTRES]
By SYSTEM : MQSA-ROUTINGCODE=<ACK>
APPL-ROUTINGCODE=<C22>
Sent to SMQS 'D1940.APPL.ACKS' on 6/16/2006 at 4:12:05 PM
Session Nr 0172 Sequence Nr 007402 Result: SMQS Result: SMQS Ack
By SYSTEM : Message succesfully sent to MQSeries and completed.
By SYSTEM : Completed in rp [SMQS_To_MQSeries]; On Processing by Function SMQS_To_MQSeries with result Accept;(Rule:USER,20)