# EXHIBIT D

```
16/06/06-17:29:07           prtTRESCONF-8059-000001                    1
```

```
---------------------- Instance Type and Transmission ------------
Copy received from SWIFT
Priority                        : Normal
Message Output Reference        : 1728 060616BNDCCAMMAIMM5650520081
Correspondent Input Reference   : 1728 060616BKTRUS33AXXX8395922276
----------------------------- Message Header ---------------------
Swift Output   : FIN 199 Free Format Message
Sender         : BKTRUS33XXX
                 DEUTSCHE BANK TRUST COMPANY AMERICAS
                 NEW YORK,NY US
Receiver       : BNDCCAMMIMM
                 BANQUE NATIONALE DU CANADA
                 (TREASURY DEPARTMENT)
                 MONTREAL CA
MUR : 0606162228375630
------------------------------- Message Text ---------------------
 20: Transaction Reference Number
     060616 400062
 21: Related Reference
     FX1610169
 79: Narrative
     YOUR TRANSACTION DATED 06/16/2006 FOR USD
     7,135,953.50 UNDER YOUR REFERENCE FX1610169 CANNOT
     BE PROCESSED IN ACCORDANCE WITH YOUR INSTRUCTIONS
     DUE TO SANCTIONS AGAINST BANCO FINANCIERO
     INTERNACIONAL, SA LA HABANA CUBA UNDER REGULATIONS
     ISSUED BY THEUS OFFICE OF FOREIGN ASSETS CONTROL
     (OFAC) PLEASE BE ADVISED THAT YOUR ACCOUNT HAS
     BEEN DEBITED AND FUNDS PLACED INTO A BLOCKED
     ACCOUNT AT DEUTSCHE BANK TRUST COMPANY.
     .
     WE REGRET ANY INCONVENIENCE OUR ACTIONS MAY HAVE
     CAUSED BUT WE ARE PROHIBITEDFROM RETURNING BLOCKED
     FUNDS THAT ARE DEEMED IN THE INTEREST OF CUBA
     UNTIL SUCH TIME AS OFAC ISSUES A LICENSE
     PERMITTING RELEASE OF THESE FUNDS.
     .
     SHOULD YOU WISH TO APPLY FOR A LICENSE YOU MUST
     CONTACT:R. RICHARD NEWCOMB, DIRECTOR OFFICE OF
     FOREIGN ASSESTS CONTROL DEPT. OF THE TREASURY 1500
     PENNSYLVANIA AVE. NW WASHINGTON DC 20220
     .
     ANY QUESTIONS REGARDING APPLICATION FOR A LICENSE
     CAN BE REFERRED TO YOUR RELATIONSHIP MANAGER.
     .
     PLEASE QUOTE OUR REFERENCE NUMBER, 060616400062 IN
     ALL FUTURE CORRESPONDENCE RELATING TO THIS CASE.
     .
     REGARDS, ROY BOOTH PAYMENT INVESTIGATIONS
------------------------------ Message Trailer -------------------
{MAC:E47DE827}
{CHK:256B806C12AD}
```