UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF CUBA,<br><br>    Defendant,<br><br>    v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>    Garnishee. | 12 Civ. 1596 (AKH)<br><br>**NATIONAL BANK FINANCIAL GROUP'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Proposed Intervenor National Bank Financial Group ("NBFG"), by and through its attorneys, White & Case LLP, hereby submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. National Bank Financial Inc. ("NBF") is a wholly-owned, indirect subsidiary of National Bank of Canada ("NBC"). No publicly held corporation owns 10 percent or more of NBC's stock. NBF and the Treasury Department of NBC are collectively referred to as NBFG.

2

Dated: New York, New York
      March 25, 2013

WHITE & CASE LLP

By: /s/ Kenneth A. Caruso
     Kenneth A. Caruso

1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Attorneys for NBFG*