UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>      Plaintiff,<br><br>  v.<br><br>THE REPUBLIC OF CUBA,<br><br>      Defendant,<br><br>  v.<br><br>SOCIÉTÉ GÉNÉRALE,<br><br>      Garnishee. | 12 Civ. 1596 (AKH) |

## CORPORATE OWNERSHIP STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1, Garnishee Société Générale discloses that it has no parent company, and no publicly held corporation holds 10% or more of its stock.

New York, New York
March 25, 2013

                Respectfully submitted,

                s/Christopher J. Houpt
                MAYER BROWN LLP
                Steven Wolowitz
                Christopher J. Houpt
                1675 Broadway
                New York, New York  10019
                (212) 506-2500

                *Attorneys for Garnishee*
                *Société Générale*