UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br>  Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br>  Defendant, <br><br> v. <br><br> SOCIÉTÉ GÉNÉRALE, <br><br>  Garnishee. | Case No. 12-cv-1596 (AKH) <br><br> Judge Hellerstein <br><br> ECF Case |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Steven Wolowitz, Esq. of Mayer Brown LLP hereby appears in the above-captioned case as attorney for garnishee Société Générale.

Dated: New York, New York
       March 25, 2013

                                              s/ Steven Wolowitz
                                              Steven Wolowitz
                                              MAYER BROWN LLP
                                              1675 Broadway
                                              New York, NY 10019
                                              Tel.: (212) 506-2500
                                              Fax: (212) 262-1910