UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br>      Plaintiff, <br><br>  v. <br><br>THE REPUBLIC OF CUBA, <br><br>      Defendant, <br><br>  v. <br><br>SOCIÉTÉ GÉNÉRALE, <br><br>      Garnishee. | **Case No. 12-cv-1596 (AKH)** <br><br> **Judge Hellerstein** <br><br> **ECF Case** |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher J. Houpt, Esq. of Mayer Brown LLP hereby appears in the above-captioned case as attorney for garnishee Société Générale.

Dated: New York, New York
       March 26, 2013

                                                s/Christopher J. Houpt
                                                Christopher J. Houpt
                                                MAYER BROWN LLP
                                                1675 Broadway
                                                New York, NY 10019
                                                Tel.: (212) 506-2500
                                                Fax: (212) 262-1910