UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>                  Plaintiff,<br><br>          v.<br><br>THE REPUBLIC OF CUBA<br><br>                  Defendant,<br><br>         v.<br><br>INTESA SANPAOLO, S.p.A.,<br><br>                  Garnishee. | 12 Civ. 1596 (AKH)<br><br>DECLARATION OF ROBERT A. SWIFT IN SUPPORT OF MOTION FOR TURNOVER ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 69 AND CPLR § 5225(b)<br><br>FILED UNDER SEAL |