IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the　　　12 Civ. 1596 (AKH)
Estate of Aldo Vera, Sr.,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　CERTIFICATE OF SERVICE

THE REPUBLIC OF CUBA,

        Defendant,

v.

INTESA SANPAOLO S.p.A.,

        Garnishee.

**************************************************

    The undersigned hereby certifies that a true and correct copy of the foregoing: (i) Memorandum of Law in Opposition to Cross Motion to Stay and In Support of Motion for Turnover Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b); and (ii) Declaration of Robert A Swift in Support of Motion for Turnover Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, except to the extent filed under seal, have been served this 28th day of March, 2013 upon:

        Ministry of Foreign Affairs
        Republic of Cuba
        Calzada #360, Vedado
        Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                                                        _____
                                                        Luma S. Al-Shibib