IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
*************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| INTESA SANPAOLO S.p.A., | |
| Garnishee. | |

*****************************************************

The undersigned hereby certifies that a true and correct copy of the foregoing: (i) Memorandum of Law in Opposition to Cross Motion to Stay and In Support of Motion for Turnover Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b); and (ii) Declaration of Robert A Swift in Support of Motion for Turnover Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with supporting exhibits (declaration and exhibits filed under seal), have been served this 28th day of March, 2013 upon:

> Intesa Sanpaolo S.p.A.
> c/o Jennifer G. Newstead, Esq.
> Davis Polk & Wardwell LLP
> 450 Lexington Avenue
> New York, NY 10017

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient. Ms. Newstead has entered a notice of appearance in this case as counsel on behalf of Intesa Sanpaolo S.p.A., and prior to that, appeared, on behalf of the garnishee, as part of the Protective Order that has been entered in this matter.

Luma S. Al-Shibib

nydocs1-1007159.1