IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| SOCIETE GENERALE, | |
| Garnishee. | |

**************************************************

The undersigned hereby certifies that true and correct copies of the foregoing: (i) Reply Memorandum in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b) [D.I. 49]; and (ii) Declaration of Robert A. Swift in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, have been served this 29th day of March, 2013 upon:

> Steven Wolowitz &
> Christopher J. Houpt
> MAYER BROWN LLP
> 1675 Broadway
> New York, NY 10019

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipients, who have appeared as counsel for Societe Generale in this matter.

_____
Luma S. Al-Shibib

nydocs1-1007255.1