IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| SOCIETE GENERALE, | |
| Garnishee. | |

**************************************************

      The undersigned hereby certifies that true and correct copies of the foregoing: (i) Reply Memorandum in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b) [D.I. 49]; and (ii) Declaration of Robert A. Swift in Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), including all Exhibits thereto, except to the extent that such documents have been filed under seal, have been served this 29th day of March, 2013 upon:

                Ministry of Foreign Affairs
                Republic of Cuba
                Calzada #360, Vedado
                Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                                                                          Luma S. Al-Shibib