IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

| | |
|---|---|
| **ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,** | 12 Civ. 1596 (AKH) |
| **Plaintiff,** | |
| v. | **CERTIFICATE OF SERVICE** |
| **THE REPUBLIC OF CUBA,** | |
| **Defendant,** | |
| v. | |
| **RBS CITIZENS, N.A.,** | |
| **Garnishee.** | |

**************************************************

The undersigned hereby certifies that true and correct copies of the foregoing: Memorandum in Opposition to Cross Motion of RBS Citizens, N.A.; And In Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), has been served this 1st day of April, 2013 upon:

> Hayward Homes Smith
> Senior Counsel
> RBS Americas
> 600 Washington Blvd.
> Stamford, CT 06901

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient, who has appeared as counsel for RBS Citizens, N.A. in this matter.

_____
Luma S. Al-Shibib

nydocs1-1007509.1