**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALDO VERA, JR., as Personal Representative of the  **12 Civ. 1596 (AKH)**
Estate of Aldo Vera, Sr.,

   Plaintiff,

v.                 **CERTIFICATE OF SERVICE**

THE REPUBLIC OF CUBA,

   Defendant,

v.

STANDARD CHARTERED BANK,

   Garnishee.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   The undersigned hereby certifies that true and correct copies of the foregoing: Uncontested Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with supporting exhibits, has been served this 3rd day of April, 2013 upon:

      Barry J. Glickman, Esq.
      Zeichner Ellman & Krause LLP
      575 Lexington Avenue
      New York, New York 10022

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient, who has appeared as counsel for Standard Chartered Bank in this matter.

             _____
             Luma S. Al-Shibib