IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
*****************************************

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| THE REPUBLIC OF CUBA, | |
| Defendant, | |
| v. | |
| STANDARD CHARTERED BANK, | |
| Garnishee. | |

*****************************************

The undersigned hereby certifies that true and correct copies of the foregoing: Uncontested Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with supporting exhibits, except to the extent filed under seal, has been served this 3rd day of April, 2013 upon:

> Ministry of Foreign Affairs
> Republic of Cuba
> Calzada #360, Vedado
> Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

_____
Luma S. Al-Shibib

nydocs1-1007509.1