# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100

PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS º
DOUGLAS A. ABRAHAMS •
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
NEIL L. GLAZER †
JARED G. SOLOMON
BARBARA L. MOYER †

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: RSWIFT@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

• ALSO ADMITTED IN NEW YORK
º ALSO ADMITTED IN NEVADA
• ALSO ADMITTED IN NEW JERSEY

April 3, 2013



RECEIVED
03 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/13

**VIA FAX ONLY**

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Aldo Vera v. The Republic of Cuba, No. 12 Civ. 1596

Dear Judge Hellerstein:

I am one of the counsel for Plaintiff in the above matter and am appearing *pro hac vice*. Plaintiff filed a Turnover Motion against Credit Agricole Corporate & Investment Bank, a French bank, on March 18, 2013 (ECF #123). House Counsel for Garnishee requested a short extension of time to respond to the Motion, until April 9, 2013, to which I agreed. I write to request that the Court approve Garnishee's extension of time to respond to the Motion. This is the first request for an extension of time.

Respectfully yours,

Robert A. Swift

RAS:yr
Cc w/enc. via e-mail:  Jeffrey Glen, Esq.
                       Krista Ellis, Esq.

So Ordered:

/s/ Alvin K. Hellerstein
U.S.D.J.
4/3/13