IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

    Plaintiff,

v.

THE REPUBLIC OF CUBA,

    Defendant,

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS,

    Garnishee.

12 Civ. 1596 (AKH)

**CERTIFICATE OF SERVICE**

**************************************************

    The undersigned hereby certifies that a true and correct copy of the foregoing: Memorandum of Law In opposition to Cross Motion to Stay; And In Support of Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b) has been served this 4th day of April, 2013 upon:

> Ministry of Foreign Affairs
> Republic of Cuba
> Calzada #360, Vedado
> Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

    Luma S. Al-Shibib

nydocs1-1007657.1