UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA <br><br> Defendant, <br><br> v. <br><br> COMMERZBANK AG, <br><br> Garnishee. | 12 Civ. 1596 (AKH) <br><br> DECLARATION OF ROBERT A. SWIFT |

ROBERT A. SWIFT, declares under penalty of perjury as follows:

1. I am a senior member of the law firm of Kohn, Swift & Graf, P.C. which represents plaintiff, and am admitted *pro hac vice* in this litigation. I am familiar with the proceedings in this litigation. I make this Declaration based on my personal knowledge of the facts set forth herein.

2. Attached to Plaintiff's Reply Memorandum in Opposition to the Memorandum of the Villoldo Plaintiffs are eight exhibits, all true and correct copies of the originals, as follows:

   a. Exhibit 1 is the docket index in *Villoldo v. Ruz*, No. 2008-14505, in the Miami-Dade County Court.

   b. Exhibit 2 is the judgment entered May 29, 2009 in *Villoldo v. Ruz*, No. 2008-14505.

  c. Exhibit 3 is the docket index in *Villoldo v. Republic of Cuba*, No. 10-cv-20210 in the United States Court for the Southern District of Florida.

  d. Exhibit 4 is an Order entered July 8, 2010 in *Villoldo v. Republic of Cuba*, No. 10-cv-20210.

  e. Exhibit 5 is a second judgment entered August 22, 2011 in *Villoldo v. Ruz*, No. 2008-14505.

  f. Exhibit 6 is the complaint filed in *Villoldo v. Ruz*, No. 11-9393 in the United States District Court for the Southern District of New York.

  g. Exhibit 7 is the docket index in *Villoldo v. Ruz*, No. 11-9394.

  h. Exhibit 8 is the judgment entered in Aldo Vera, Jr. v. Republic of Cuba, No. 01-31216, entered on May 15, 2008 in the Miami-Dade County Court.

  h. Exhibit 9 is the Affidavit of Aldo Vera, Jr. dated April 2, 2013 which authenticates the exhibits attached thereto.

  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Philadelphia, Pennsylvania
on April 5, 2013, 2013

                    _____
                     Robert A. Swift