IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
*****************************************************************

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.,

      Plaintiff,

v.

THE REPUBLIC OF CUBA,

      Defendant,

v.

COMMERZBANK AG,

      Garnishee.

12 Civ. 1596 (AKH)

AFFIDAVIT OF SERVICE

*****************************************************************

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK )

      **DONALD FLYNN**, being duly sworn, deposes and says:

      1.    I am not a party to this action. I am over eighteen years of age and am employed by Anderson Kill & Olick, P.C., located at 1251 Avenue of the Americas, New York, New York 10020.

      2.    On April 5, 2013, I caused a true and correct copy of the foregoing: (i) Reply Memorandum In Opposition to the Memorandum of the Villoldo Plaintiffs; and In Support of Turnover Motion Re Commerzebank, with supporting Exhibits; and (ii) Declaration of Robert A. Swift, to be served by first class international mail delivery, by causing a prepaid package containing the documents to be delivered to the U.S. Postal

nydocs1-1007696.1

Service upon:

        Ministry of Foreign Affairs
        Republic of Cuba
        Calzada #360, Vedado
        Havana, Cuba

        _____
        DONALD FLYNN

Sworn to before me this
5th day of April, 2013

_____
NOTARY PUBLIC

LUMA AL-SHIBIB
NOTARY PUBLIC, State of New York
No. 02AL6261835
Qualified in New York County
Commission Expires May 14, 20_16_