IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **ALDO VERA, JR.**, as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> **Plaintiff,** <br><br> v. <br><br> **THE REPUBLIC OF CUBA,** <br><br> **Defendant,** <br><br> v. <br><br> **COMMERZBANK AG,** <br><br> **Garnishee.** | 12 Civ. 1596 (AKH) <br><br><br> **AFFIDAVIT OF SERVICE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK )

        **DONALD FLYNN**, being duly sworn, deposes and says:

        1.     I am not a party to this action. I am over eighteen years of age and am employed by Anderson Kill & Olick, P.C., located at 1251 Avenue of the Americas, New York, New York 10020.

        2.     On April 5, 2013, I caused a true and correct copy of the foregoing: (i) Reply Memorandum In Opposition to the Memorandum of the Villoldo Plaintiffs; and In Support of Turnover Motion Re Commerzebank, with supporting Exhibits; and (ii) Declaration of Robert A. Swift, to be served by first class regular mail, by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service

for mail delivery, upon:

Edward H. Rosenthal, Esq.
Beth I Goldman, Esq.
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, NY 10022

Andrew C. Hall, Esq.
Roarke Maxwell, Esq.
HALL, LAMB AND HALL P.A.
2665 South Bayshore Drive, PH1
Miami, FL 33133

Paul A. Saso, Esq.
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

_____
DONALD FLYNN

Sworn to before me this
5th day of April, 2013

_____
NOTARY PUBLIC

LUMA AL-SHIBIB
NOTARY PUBLIC, State of New York
No. 02AL6261835
Qualified in New York County
Commission Expires May 14, 2016

nydocs1-1007696.1