UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA <br><br> Defendant, <br><br> v. <br><br> DEUTSCHE BANK TRUST COMPANY AMERICAS, <br><br> Garnishee. | 12 Civ. 1596 (AKH) <br><br> PLAINTIFF'S MEMORANDUM IN RESPONSE TO THE MOTION TO INTERVENE, CROSS MOTION TO STAY, AND OBJECTION TO TURNOVER OF INTERVENORS NATIONAL BANK OF CANADA AND NATIONAL BANK FINANCIAL GROUP |

Plaintiff Aldo Vera, Jr. (the "Movant"), by his undersigned attorneys, submits this Memorandum of Law in response to the Cross Motion to Intervene and Stay (ECF # 137) and Opposition Memorandum submitted by National Bank of Canada ("RBC") and National Bank Financial Group ("NBFG"). (ECF # 140)

Intervenors sole claim as an "interested party" is as to Deutsche Bank Trust Company Americas Account No. 4860278. Plaintiff has contemporaneously filed with this Court a withdraw of his Writ of Execution, Restraining Notice and Turnover Motion as regards Account No. 4860278 only. Accordingly, Intervenors' motion to intervene, motion to stay and objections to the Turnover Motion are moot.

Dated: New York, New York
      April 8, 2013

Respectfully submitted,

KOHN, SWIFT & GRAF, P.C.

_____
Robert A. Swift
Admitted *Pro Hac Vice*
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: 215-238-1700
Fax:   215-238-1968

Jeffrey E. Glen
Luma Al-Shibib
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Phone: 212-278-1000
Fax:   212-278-1733

*Attorneys for Plaintiff Aldo Vera, Jr.*