IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

      Plaintiff,

v.

THE REPUBLIC OF CUBA,

      Defendant,

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS,

      Garnishee.

12 Civ. 1596 (AKH)

CERTIFICATE OF SERVICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      The undersigned hereby certifies that a true and correct copy of the foregoing: (i) Plaintiff's Withdrawal of Writ of Execution and Turnover Motion as Regards Account 4860278 at Deutsche Bank Trust Company Americas; and (ii) Plaintiff's Memorandum In Response to The Motion To Intervene, Cross Motion to Stay, And Objection to Turnover of Intervenors National Bank of Canada and National Bank Financial Group have been served this 8th day of April, 2013 upon:

Mark P. Gimbel, Esq.
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
*Counsel for Deutsche Bank Trust Company Americas*

Kenneth A. Caruso, Esq.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
*Counsel for National Bank Canada & National Bank Financial Group*

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for regular, first-class mail delivery to the above-named recipients.

                                                  Luma S. Al-Shibib

nydocs1-1007763.1