IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALDO VERA, JR., as Personal Representative of the   12 Civ. 1596 (AKH)
Estate of Aldo Vera, Sr.,

   Plaintiff,

v.      CERTIFICATE OF SERVICE

THE REPUBLIC OF CUBA,

   Defendant,

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS,

   Garnishee.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   The undersigned hereby certifies that a true and correct copy of the foregoing: (i) Plaintiff's Withdrawal of Writ of Execution and Turnover Motion as Regards Account 4860278 at Deutsche Bank Trust Company Americas; and (ii) Plaintiff's Memorandum In Response to The Motion To Intervene, Cross Motion to Stay, And Objection to Turnover of Intervenors National Bank of Canada and National Bank Financial Group have been served this 8th day of April, 2013 upon:

      Ministry of Foreign Affairs
      Republic of Cuba
      Calzada #360, Vedado
      Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                  *Luma S. Al-Shibib*

nydocs1-1007763.1