COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., )
)
) 12 Civ. 1596 (AKH)
Plaintiff, )
) PLAINTIFF'S WITHDRAW OF
) WRIT OF EXECUTION AND
v. ) TURNOVER MOTION AS
) REGARDS ACCOUNT 4860278 AT
) DEUTSCHE BANK TRUST
THE REPUBLIC OF CUBA ) COMPANY AMERICAS
)
Defendant, )
)
v. )
)
DEUTSCHE BANK TRUST COMPANY AMERICAS, )
)
Garnishee. )

RECEIVED APR 0 - 2013 CHAMBERS ALVIN K. HELLERSTEIN U.S.D.J.

Plaintiff Aldo Vera, Jr. withdraws its Writ of Execution, Restraining Notice and Turnover Motion as regards Account 4860278 at Deutsche Bank Trust Company Americas.

For clarity purposes, Plaintiff is maintaining its Writ of Execution, Restraining Notice and Turnover Motion as regards all other accounts at Deutsche Bank Trust Company Americas which were identified in Exhibit 3 of Plaintiff's Turnover Motion. (ECF # 69-3)

Dated: New York, New York
April 8, 2013

So ordered
4/9/13
[signature]

Respectfully submitted,

KOHN, SWIFT & GRAF, P.C.

[signature]
Robert A. Swift
Admitted *Pro Hac Vice*
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: 215-238-1700

Jeffrey E. Glen
Luma Al-Shibib
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Phone: 212-278-1000
Fax:    212-278-1733

*Attorneys for Plaintiff Aldo Vera, Jr.*