UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

        Plaintiff,

   v.

THE REPUBLIC OF CUBA

        Defendant,

   v.

CREDIT AGRICOLE CORPORATE &
INVESTMENT BANK

        Garnishee.
-----------------------------------------------------------------X

No. 12 Civ. 1596 (AKH)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of garnishee Credit Agricole Corporate & Investment Bank, New York Branch ("CA-CIB"). All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice before this Court.

CA-CIB reserves all rights and defenses it may have, and such appearance shall not impair or otherwise affect such rights and defenses, including defenses based on insufficient service of process or lack of jurisdiction, and all such rights and defenses are expressly preserved.

Dated: New York, New York
April 9, 2013

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Carmine D. Boccuzzi, Jr.
Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, NY 10006
(212) 225-2000
cboccuzzi@cgsh.com

*Attorney for Garnishee Credit Agricole Corporate & Investment Bank*