UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
ALDO VERA, JR., as Personal Representative of the Estate of :
Aldo Vera, Sr., :
: Case No. 12-cv-1596 (AKH)
  Plaintiff, :
: ECF Case
  v. :
:
THE REPUBLIC OF CUBA, :
:
  Defendant, :
:
  v. :
:
CREDIT AGRICOLE CORPORATE & INVESTMENT :
BANK, :
:
  Garnishee. :
-------------------------------------------------------------------------X

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Garnishee Crédit Agricole Corporate and Investment Bank, by and through its undersigned counsel, states that Crédit Agricole S.A., a publicly held corporation, owns more than 10% of Crédit Agricole Corporate and Investment Bank.

Dated: New York, New York
April 9, 2013

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Carmine D. Boccuzzi, Jr.
   Carmine D. Boccuzzi, Jr.

One Liberty Plaza
New York, New York 10006
(212) 225-2000
cboccuzzi@cgsh.com

*Counsel to Credit Agricole Corporate & Investment Bank*