IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,**

      **Plaintiff,**

v.

**THE REPUBLIC OF CUBA,**

      **Defendant,**

v.

**STANDARD CHARTERED BANK,**

      **Garnishee.**

12 Civ. 1596 (AKH)

**CERTIFICATE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      The undersigned hereby certifies that true and correct copies of the foregoing: (i) Uncontested Motion for Order Concerning Notice to and Service on Third Parties of Plaintiff's Turnover Motion [D.I. 159], with exhibits annexed thereto; and (ii) Declaration of Luma Al-Shibib In Support of Uncontested Motion for Order Concerning Notice to and Service on Third Parties of Plaintiff's Turnover Motion [D.I. 159], have been served this 24th day of April, 2013 upon:

      Bruce Goodman, Esq.
      Zeichner Ellman & Krause LLP
      575 Lexington Avenue
      New York, New York 10022

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient, who has appeared as counsel for Standard Chartered Bank in this matter.

                                                                */s/ Luma S. Al-Shibib*
                                                                Luma S. Al-Shibib

nydocs1-1008664.1