IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
**************************************************

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

       Plaintiff,

v.

THE REPUBLIC OF CUBA,

       Defendant,

v.

STANDARD CHARTERED BANK,

       Garnishee.

12 Civ. 1596 (AKH)

CERTIFICATE OF SERVICE

**************************************************

The undersigned hereby certifies that true and correct copies of the foregoing: (i) Uncontested Motion for Order Concerning Notice to and Service on Third Parties of Plaintiff's Turnover Motion [D.I. 159], with exhibits annexed thereto; and (ii) Declaration of Luma Al-Shibib In Support of Uncontested Motion for Order Concerning Notice to and Service on Third Parties of Plaintiff's Turnover Motion [D.I. 159], have been served this 24th day of April, 2013 upon:

       Ministry of Foreign Affairs
       Republic of Cuba
       Calzada #360, Vedado
       Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

       _____
       Luma S. Al-Shibib

nydocs1-1008664.1