UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant, | Case No. 12 Civ. 1596 (AKH) <br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Brandon R. Levitt, of the law firm Hall, Lamb & Hall, P.A., enters his appearance in the above-entitled action as counsel for Intervenors, Alfredo Villoldo and Gustavo E. Villoldo, individually, and as Personal Representative of the Estate of Gustavo Villoldo Argilagos, and requests that all CM/ECF notices be sent to him at the following email address:

blevitt@hlhlawfirm.com

Dated:  April 25, 2013

By: /s Brandon Levitt
   Brandon R. Levitt, Esq. (BL1028)
   HALL, LAMB AND HALL P.A.
   2665 South Bayshore Drive, PH-1
   Miami, Florida 33133
   Telephone: (305) 374-5030
   Facsimile (305) 374-5033
   blevitt@hlhlawfirm.com
   *Attorneys for Alfredo Villoldo, individually,*
   *and Gustavo E. Villoldo, individually, and*
   *as Administrator, Executor, and Personal*
   *Representative of the Estate of Gustavo*
   *Villoldo Argilagos*

{10225/00306963.1}