# EXHIBIT 4



The Federal Reserve Board

# Structure and Share Data for
# U.S. Banking Offices of Foreign Entities

Structure and Share | About

Data are collected as of the end of the month for March, June, September and December, and generally are released three months later.

**Structure Data**

There are two reports showing the same structure and asset information for each U.S. office, but in different orders. Offices located in Puerto Rico, American Samoa, Guam, the Virgin Islands and other U.S.-affiliated insular areas are excluded. The first report lists the offices by institution type. The second report is by the home country of the foreign bank.

Each report shows asset totals and subtotals for the categories displayed.

Code definitions appear at the end of each report.

Reports are available in Screen Reader HTML format and the underlying data are also available in ASCII format.

| Current report |
|---|
| September 2012 |

| Previous reports |

| | | | |
|---|---|---|---|
| **2012** | March | June | | |
| **2011** | March | June | September | December |
| **2010** | March | June | September | December |
| **2009** | March | June | September | December |
| **2008** | March | June | September | December |
| **2007** | March | June | September | December |
| **2006** | March | June | September | December |
| **2005** | March | June | September | December |
| **2004** | March | June | September | December |
| **2003** | March | June | September | December |
| **2002** | March | June | September | December |
| **2001** | March | June | September | December |

| ANGLO IRISH BK CORP<br>(FBK - IRELAND) | ANGLO IRISH BC NY REP OFF<br>(REP - REPRESENTATIVE OFFICE) | NEW YORK, NY | N/A | - - - - - | 0 |
|---|---|---|---|---|---|
| **ANGLO IRISH BK CORP TOTAL** | | | | | **0** |
| DEPFA BANK PLC<br>(FBO - IRELAND) | DEPFA BK PLC NY BR<br>(USB - UNINSURED STATE BRANCH) | NEW YORK, NY | HYPO REAL ESTATE HOLDING AG<br>(FBO - GERMANY) | - - H - - | 1,667 |
| **DEPFA BANK PLC TOTAL** | | | | | **1,667** |
| GOVERNOR AND COMPANY OF THE<br>BANK OF IRELAND, THE<br>(FHF - IRELAND) | GOVERNOR & CO BK IR STAMFOR<br>BR<br>(USB - UNINSURED STATE BRANCH) | STAMFORD, CT | N/A | - - - - - | 1,029 |
| GOVERNOR AND COMPANY OF THE<br>BANK OF IRELAND, THE<br>(FHF - IRELAND) | GOVERNOR & CO BK IRE NY REP OFF<br>(REP - REPRESENTATIVE OFFICE) | NEW YORK, NY | N/A | - - H - - | 0 |
| GOVERNOR AND COMPANY OF THE<br>BANK OF IRELAND, THE<br>(FHF - IRELAND) | GOVERNOR CO BK IRE CHI REP OFF<br>(REP - REPRESENTATIVE OFFICE) | CHICAGO, IL | N/A | - - - - - | 0 |
| **GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE TOTAL** | | | | | **1,029** |
| **IRELAND TOTAL** | | | | | **3,480** |

**COUNTRY: ISRAEL**

| FOREIGN PARENT<br>(TYPE AND COUNTRY) | U.S. OFFICE NAME<br>(TYPE) | U.S. OFFICE<br>LOCATION | TOP-TIER PARENT<br>(TYPE AND COUNTRY) | CODES | U.S.<br>OFFICE<br>ASSETS |
|---|---|---|---|---|---|
| BANK HAPOALIM B.M.<br>(FHF - ISRAEL) | BANK HAPOALIM AMERICAS TWR BR<br>(USB - UNINSURED STATE BRANCH) | NEW YORK, NY | ETERNITY FOUR-A TRUST<br>(FHF - UNITED STATES) | - G H - - | 0 |
| BANK HAPOALIM B.M.<br>(FHF - ISRAEL) | BANK HAPOALIM BM MIAMI BR<br>(USB - UNINSURED STATE BRANCH) | AVENTURA, FL | ETERNITY FOUR-A TRUST<br>(FHF - UNITED STATES) | - G - L X | 430 |
| BANK HAPOALIM B.M.<br>(FHF - ISRAEL) | BANK HAPOALIM BM NY BR<br>(ISB - INSURED STATE BRANCH) | NEW YORK, NY | ETERNITY FOUR-A TRUST<br>(FHF - UNITED STATES) | - G H - X | 6,376 |
| BANK HAPOALIM B.M.<br>(FHF - ISRAEL) | BANK HAPOALIM BM PLAZA BR<br>(USB - UNINSURED STATE BRANCH) | NEW YORK, NY | ETERNITY FOUR-A TRUST<br>(FHF - UNITED STATES) | - - H - X | 696 |
| **BANK HAPOALIM B.M. TOTAL** | | | | | **7,502** |
| BANK LEUMI LE-ISRAEL B.M.<br>(FBH - ISRAEL) | BANK LEUMI LE-ISRAEL BM NY AGY<br>(USA - UNINSURED STATE AGENCY) | NEW YORK, NY | N/A | - G - - - | 15 |
| BANK LEUMI LE-ISRAEL B.M.<br>(FBH - ISRAEL) | BANK LEUMI USA<br>(NMB - STATE NON-MEMBER BANK) | NEW YORK, NY | N/A | - - - - X | 5,311 |
| **BANK LEUMI LE-ISRAEL B.M. TOTAL** | | | | | **5,326** |
| ISRAEL DISCOUNT BANK LIMITED<br>(FBH - ISRAEL) | ISRAEL DISCOUNT BK OF NY<br>(NMB - STATE NON-MEMBER BANK) | NEW YORK, NY | EDGAR M. BRONFMAN IDB TRUST<br>C<br>(FBH - UNITED STATES) | - - H - X | 9,409 |
| **ISRAEL DISCOUNT BANK LIMITED TOTAL** | | | | | **9,409** |
| MIZRAHI TEFAHOT BANK LTD.<br>(FBO - ISRAEL) | MIZRAHI TEFAHOT BK LA BR<br>(ISB - INSURED STATE BRANCH) | LOS ANGELES, CA | M.W.Z. (HOLDINGS) LTD.<br>(FBO - ISRAEL) | - - H - X | 900 |
| **MIZRAHI TEFAHOT BANK LTD. TOTAL** | | | | | **900** |
| **ISRAEL TOTAL** | | | | | **23,137** |

**COUNTRY: ITALY**

| FOREIGN PARENT<br>(TYPE AND COUNTRY) | U.S. OFFICE NAME<br>(TYPE) | U.S. OFFICE<br>LOCATION | TOP-TIER PARENT<br>(TYPE AND COUNTRY) | CODES | U.S.<br>OFFICE<br>ASSETS |
|---|---|---|---|---|---|
| BANCA MONTE DEI PASCHI DI SIENA<br>S.P.A.<br>(FBO - ITALY) | BANCA MONTE DEI PASCHI NY BR<br>(USB - UNINSURED STATE BRANCH) | NEW YORK, NY | FONDAZIONE MONTE DEI PASCHI<br>DI SIENA<br>(FBO - ITALY) | - - H - X | 665 |
| **BANCA MONTE DEI PASCHI DI SIENA S.P.A. TOTAL** | | | | | **665** |
| INTESA SANPAOLO S.P.A.<br>(FBO - ITALY) | INTESA SANPAOLO SPA NY BR<br>(USB - UNINSURED STATE BRANCH) | NEW YORK, NY | N/A | - - H - X | 11,086 |
| **INTESA SANPAOLO S.P.A. TOTAL** | | | | | **11,086** |

# Intesa Sanpaolo

From Wikipedia, the free encyclopedia

**Intesa Sanpaolo** is a banking group resulting from the merger between Banca Intesa and Sanpaolo IMI based in Turin, Italy. It has clear leadership in the Italian market and a minor but growing international presence focused on Central-Eastern Europe, the Middle East and North Africa (77% of the bank's revenue (96.3% from Europe) and 86% of all loans to customers come from business in Italy).[1] When it was formed in 2007 it overtook Unicredit Group as the largest bank in Italy with 13 million customers and $690 billion worth of assets.[4] By 2010 its assets had grown to $877.66 billion 26th highest among all of the world's companies.[5][6]

Now is the second largest banking group in Italy, after Unicredit Group.

In 2009 group acquisitions included a 30% interest in business info company MF Honyvem, and an increased stake in Alitalia up to 33.3%[7] Even though the bank was rumoured to have been working with the government to keep Air France from acquiring a stake in Alitalia Air France eventually acquired 25%.[8][9]

## Contents

- 1 History
- 2 Major shareholders
- 3 Corporate Governance
- 4 Financial information
- 5 Business Units
- 6 Banca Intesa
  - 6.1 Retail Division
  - 6.2 Corporate Division
  - 6.3 Italian Subsidiary Banks Division
  - 6.4 International Subsidiary Banks Division
- 7 Sanpaolo IMI
- 8 Subsidiaries
- 9 Photo gallery
- 10 See also
- 11 References
- 12 External links

## History

Banca Intesa and Sanpaolo IMI, the two banks that merged in 2007 to create Intesa Sanpaolo, were themselves the product of many

**Intesa Sanpaolo S.p.A.**

| | |
|---|---|
| | INTESA ☐ SANPAOLO |
| Type | Società per azioni |
| Traded as | BIT: ISP (http://www.borsaitaliana.it/borsa/azioni/scheda.html?isin=IT0000072618&lang=en) |
| Industry | Financial services |
| Founded | 2007 (merger of Banca Intesa and Sanpaolo IMI) |
| Headquarters | Turin, Italy (secondary headquarters Milan) |
| Number of locations | 7,246 branches (5,581 in Italy and 1,761 abroad) (2011)[1] |
| Area served | Italy, Central Eastern Europe, Middle East, and North Africa[2] |
| Key people | Enrico Tommaso Cucchiani (CEO)and(Managing Director), Carlo Messina(CFO)and(General Manager), Andrea Beltratti (Chairman of the management board), Giovanni Bazoli (Chairman of the supervisory board), Gaetano Miccichè (General manager)[1] |
| Products | Retail, investment and private banking, investment management, public finance |
| Operating income | €16,785 million (2011)>[3] |
| Profit | €-8,190 million (2011)[3] |
| Total assets | €639,221 million (2011)[3] |
| Total equity | €47,040 million (2011)[3] |
| Employees | 100,118 (2011)[1] |

- Member: Fabio Pasquini
- Member: Eugenio Pavarani (joined on 20/07/2011)
- Member: Gianluca Ponzellini
- Member: Gianguido Sacchi Morsiani
- Member: Marco Spadacini
- Member: Livio Torio
- Member: Riccardo Varaldo

Members are elected to a three-year term by the annual general shareholders' meeting. The current members were appointed on 30 April 2010.[3]

# Financial information

Table with a comparison of Intesa Sanpaolo financial performance over the last 2 years.[3]

| Year | Operating income (million €) | Net income (million €) | Total assets (million €) | Total equity (million €) |
|------|------------------------------|------------------------|--------------------------|--------------------------|
| 2011 | 16,785 | -8,190 | 639,221 | 47,040 |
| 2010 | 16,529 | 2,705 | 657,025 | 53,533 |

# Business Units

The group's operations are segmented into 5 parts[15]

- **Banca dei Territori** - By far the largest division this is the company's domestic commercial bank in Italy. Subsidiaries include Mediocredito Italiano, Intesa Sanpaolo Private Banking, Banca Prossima, and insurance companies Intesa Sanpaolo Vita, Intesa Sanpaolo Assicura.
- **Corporate and Investment Banking** - Present in 29 countries this division acts as a "global partner" supporting the development of financial institutions, both nationally and internationally.
- **International Subsidiary Banks** - Present in 12 countries spanning central eastern Europe, the Middle East, and North Africa.
- **Eurizon Capital** - One of Italy's largest asset manager[16] that invests in such things as bonds (including government), publicly traded companies and also engages in short term borrowing and lending. In 2010 another leading European asset manager Pioneer was rumoured to have been interested in joining forces with Eurizon Capital.[17][18]
- Banca Fideuram - Offers financial advice services. It was created in 1968 as a subsidiary of IMI (later merged with Sanpaolo and then Banca Intesa to form the current company) with the purpose of managing IMI's Luxemberg mutual fund business. In 1992 it was merged with another subsidiary Manusardi, that is when it officially became Banca Fideuram. In 1997 it entered the private banking industry, 2000 it became a broker after acquiring French Company Groupe Wargny (was established in 1806, some of the Wargny business was sold in 2007) then in 2004 its parent company IMI took over its life insurance business. Its association with US company Frank Russell group gave it a foothold in the personal financial planning market.[19][20]

# Banca Intesa

Banca Intesa S.p.A. is a major Italian bank based in Milan. It was formed in 1998 from the merger of Cassa di Risparmio delle Provincie Lombarde and Banco Ambroveneto. In 1999 Banca Commerciale Italiana entered the group, which pursuant to the merger in 2001 changed its name in IntesaBci; on 1 January 2003, the group's name changed to Banca Intesa.

# INTESA ⬚ SANPAOLO

# Italian Leader with a European Scale

Updated as at 7 January 2013

# The Group International network

**EUROPE**

| Direct Branches | Representative Offices |
|---|---|
| Amsterdam | Athens |
| Dornbirn[1] | Brussels[2] |
| Frankfurt | Istanbul |
| Innsbruck[1] | Moscow |
| London | Stockholm |
| Madrid | Warsaw |
| Paris | |



| Country | Subsidiaries | Branches |
|---|---|---|
| Albania | Intesa Sanpaolo Bank Albania | 31 |
| Bosnia and Herzegovina | Intesa Sanpaolo Banka Bosna i Hercegovina | 54 |
| Croatia | Privredna Banka Zagreb | 214 |
| Czech Republic | VUB Banka | 1 |
| Hungary | CIB Bank | 119 |
| Ireland | Intesa Sanpaolo Bank Ireland | 1 |
| Luxembourg | Banca Fideuram | 1 |
| | Société Européenne de Banque (SEB) | 1 |
| Romania | Intesa Sanpaolo Bank Romania | 87 |
| Russian Federation | Banca Intesa | 76 |
| Serbia | Banca Intesa Beograd | 201 |
| Slovakia | VUB Banka | 243 |
| Slovenia | Banka Koper | 55 |
| Switzerland | Intesa Sanpaolo Private Bank (Suisse) | 1 |
| Ukraine | Pravex-Bank | 259 |
| United Kingdom | Banca IMI | 1 |

**AMERICA**

| Direct Branches | Representative Offices |
|---|---|
| George Town | Santiago |
| New York | São Paulo |

**AFRICA**

| Representative Offices | Country | Subsidiaries | Branches |
|---|---|---|---|
| Cairo | Egypt | Bank of Alexandria | 200 |
| Casablanca | | | |
| Tunis | | | |

**ASIA**

| Direct Branches | Representative Offices |
|---|---|
| Dubai | Abu Dhabi |
| Hong Kong | Beijing |
| Shanghai | Beirut |
| Singapore | Ho Chi Minh City |
| Tokyo | Mumbai |
| | Seoul |
| | Tehran[3] |

*Figures as at 30 September 2012*
*(1) Branches of Italian subsidiary Banca di Trento e Bolzano*
*(2) International Regulatory and Antitrust Affairs and Intesa Sanpaolo Eurodesk*
*(3) Suspended business*



29