# EXHIBIT 6



November 1, 2012

Via Overnight Courier

Mr. Jeffrey E. Glen, Esq.
Law Offices of Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

RE: **Subpoena with Restraining Notice: Aldo Vera, Jr., as personal Representative of the Estate of Aldo Vera, Sr., v. The Republic of Cuba**

Dear Mr. Glen:

This letter is in response to the above referenced Subpoena received by Banco Santander, S.A., New York Branch.

The New York Branch performed a search of its electronic records covering the names of the entities referenced in the Subpoena. The searches produced no matches or responsive documents. Accordingly, to the best of our knowledge, the New York Branch does not have nor has previously had a relationship with the entities referenced in the Subpoena and does not hold any documents or property responsive to the Subpoena.

Please feel free to contact me at (212) 407-4529 if further information is required.

Sincerely,

By: _____
Leslie Arias
Bank Regulatory Compliance Associate

Banco Santander, S.A. – New York Branch
45 East 53rd Street, New York, NY 10022   Telephone: (212) 350-3500   Fax: (212) 350-3535