# EXHIBIT 7

## FILED UNDER SEAL
## PURSUANT TO
## PROTECTIVE ORDER
## DATED JANUARY 14, 2013
## ECF #24