# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | 12 Civ. 1596 (AKH) |
| Plaintiff, | |
| v. | ORDER |
| THE REPUBLIC OF CUBA, | |
| Defendant. | |
| v. | |
| BANCO SANTANDER, S.A.; and INTESA SANPAOLO S.P.A., | |
| Garnishees. | |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

AND NOW, this ____ day of _____, 2013, upon Motion by Plaintiff to compel full and complete answers to the information subpoenas served on Garnishees Banco Santander, S.A. and Intesa Sanpaolo, S.p.A., the Motion is GRANTED. Each Garnishee shall furnish to plaintiff's counsel full and complete answers to the information subpoenas served on each for the Republic of Cuba, its agencies and instrumentalities, within 30 days from the date of this Order. The responses shall include information covering each Garnishee's operations and business worldwide. Garnishee Banco Santander, S.A. may become a signatory to the Protective Order approved by this Court (ECF # 24) and designate qualifying information furnished pursuant to this Order as "Confidential" under the terms of the Protective Order by entering into a stipulation with plaintiff's counsel.

BY THE COURT:

_____
Alvin K. Hellerstein
United States District Judge