IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>          Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>          Defendant,<br><br>v.<br><br>BANCO SANTANDER, S.A.; and INTESA SANPAOLO S.P.A.,<br><br>          Garnishees. | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |

   The undersigned hereby certifies that true and correct copies of the foregoing: (i) Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas; (ii) Declaration of Robert A. Swift In Support of Motion to Compel Full and Complete Answers to Information Subpoenas (with supporting exhibits); and (iii) Memorandum In Support of Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas, have been served this 1st day of May, 2013, except to the extent such documents have been filed under seal, upon:

      Ministry of Foreign Affairs
      Republic of Cuba
      Calzada #360, Vedado
      Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                   /s/ Luma S. Al-Shibib
                   Luma S. Al-Shibib

nydocs1-1007511.1