IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>         Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>         Defendant,<br><br>v.<br><br>BANCO SANTANDER, S.A.; and INTESA SANPAOLO S.P.A.,<br><br>         Garnishees. | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |

    The undersigned hereby certifies that true and correct copies of the foregoing: (i) Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas; (ii) Declaration of Robert A. Swift In Support of Motion to Compel Full and Complete Answers to Information Subpoenas (with supporting exhibits); and (iii) Memorandum In Support of Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas, have been served this 1st day of May, 2013, except to the extent such documents have been filed under seal, upon:

    Jennifer G. Newstead    Leslie Arias
    Davis Polk & Wardwell LLP  Banco Santander, S.A.
    450 Lexington Avenue    45 East 53rd Street
    New York, NY 10017     New York, New York 10022
    (Intesa Sanpaolo S.p.A.)    (Banco Santander, S.A.)

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipients.

                       Luma S. Al-Shibib

nydocs1-1007511.1