UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ALDO VERA, JR.,

                Plaintiff,

  -against-

THE REPUBLIC OF CUBA,

                Defendant.

------------------------------------------------------------ x

**ORDER**

12 Civ. 1596 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      National Bank of Canada moved to intervene on March 25, 2013 on the grounds that one of Plaintiff's turnover motions implicated an account that National Bank of Canada had an interest in. Since then, Plaintiff has amended his turnover motion so that it no longer involves that account, and National Bank of Canada has withdrawn its request to intervene. In light of Plaintiff's amendment, I deny National Bank of Canada's motion as academic. The clerk shall mark the motion (Doc. No. 137) terminated.

      SO ORDERED.

Dated:    May 6, 2013
              New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge