UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>         Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>         Defendant,<br><br>v.<br><br>PNC BANK, N.A.,<br><br>         Garnishee. | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |

    The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), has been served this 7th day of May, 2013, upon PNC Bank, B.A., by causing a prepaid package containing the document to be delivered to the U.S. Postal Service for mail delivery to the below-named recipient, counsel for PNC Bank, N.A.:

    Allen E. Molnar, Esq.
    HARRIS BEACH PLLC
    New York City Office
    100 Wall Street
    New York, NY 10005

                /s/ Luma S. Al-Shibib
                Luma S. Al-Shibib