UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

                                   **Plaintiff,**

       v.

THE REPUBLIC OF CUBA,

                                   **Defendant,**

       v.

PNC BANK, N.A.,

                                   **Garnishee.**

**12 Civ. 1596 (AKH)**

**CERTIFICATE OF SERVICE**

---

      The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), has been served this 7th day of May, 2013, upon the Republic of Cuba, by causing a prepaid package containing the document to be delivered to the U.S. Postal Service for international mail delivery to:

                Ministry of Foreign Affairs
                Republic of Cuba
                Calzada #360, Vedado
                Havana, Cuba

                                                              _/s/ Luma S. Al-Shibib_
                                                              Luma S. Al-Shibib