UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ALDO VERA, JR.,

                Plaintiff,

   -against-

THE REPUBLIC OF CUBA,

                Defendant.

------------------------------------------------------------------ x

**ORDER**

12 Civ. 1596 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff and the garnishee banks who are contesting Plaintiff's turnover motions shall appear before me for oral argument on June 25, 2013, at 2:30 p.m. in Courtroom 14D. The participants should be prepared to discuss the following issues: a) the source of the blocked funds under the Cuban Asset Control Regulations, 31 C.F.R. § 515.201, whether those funds came into the banks as clearing banks for electronic funds transfers of dollars being transferred to persons or companies within Cuba, and whether the turnover motions should be stayed pending final decision by the Second Circuit Court of Appeals in Hausler v. JP Morgan Chase Bank, NA; b) whether other objections bar Plaintiff from recovering on his turnover motions; c) whether Plaintiff should be required to send notice to third parties with a claimed interest in the bank accounts at issue in this case, and, if so, what procedures should be undertaken to ensure such notice is properly made; and d) any other issues that Plaintiff or the garnishee banks deem relevant.

      SO ORDERED.

Dated:    May /3, 2013
             New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge