UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____
```

ALDO VERA JR., AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
ALDO VERA, SR.              Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12CV1596__ (akh)

-v-

THE REPUBLIC OF CUBA

Defendant(s)

I hereby certify under the penalties of perjury that on 15 day of MAY, 20 13, I served:
MINISTER BRUNO EDUARDO RODRIGUEZ PARRILLA, CUBAN MINISTRY OF FOREIGN AFFAIRS
CALZADA #360, VEDADO HAVANA, CUBA

☐ One copy of the _____
_____
by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the SUMMONS AND COMPLAINT, NOTICE OF SUIT 3/12/2013, NOTICE OF DEFAULT
JUDGMENT 5/8/2013, JUDGMENT DATED 8/17/2012, NOTICE OF RIGHT TO APPEAL, FOREIGN
SOVERIGN IMMUNITIES ACT OF 1976, TRANSLATOR'S AFFIDAVITS, SPANISH TRANSLATION OF ALL
by DHL 17-1848-9065 _____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____
_____
by _____, to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
_____
by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
MAY 15, 2013

RUBY J. KRAJICK
CLERK OF COURT

Print Name: CHRIS AIELLO
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 15, 2013

Minister Bruno Eduardo Rodriguez Parrilla
Cuban Ministry of Foreign Affairs
Calzada #360, Vedado
Havana, Cuba

Re:   Vera vs. The Republic of Cuba,
      12 CV 1596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons and Complaint
Notice of Suit dated March 12, 2013
Notice of Default Judgment dated May 8, 2013
Judgment dated August 17, 2012
Notice of Right to Appeal
Foreign Sovereign Immunities Act
Translator's Affidavit dated March 12, 2012
Translator's Affidavit dated May 8, 2013
Spanish Translation of all documents

Respectfully yours,

Ruby J. Krajick
Clerk of the Court



Please fold or cut in half

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:    17   1848   9065

| | | | |
|---|---|---|---|
| To (Company) | | Rate Estimate: | $148.77 |
| Cuban Ministry of Foreign Affairs | | Protection: | Asset Protection US 0.00 |
| Calzada #360, Vedad | | Description: | Legal Document |
| | | Customs Value: | 0.00 USD |
| Havana, CUBA | | Weight (lbs.): | 0.5 lb |
| Cuba | | Dimensions: | 0 x 0 x 0 |
| Attention To: | Min. B.E.R. Parilla | Ship Ref: | Vera v. Cuba |
| Phone: | 537-836-41-64 | Special Svc: | Duties and Taxes Unpaid |
| Sent By: | JEANNIE VIERA-SANTIAGO | | |
| Phone: | 212-805-0146 | Bill Shipment To: | SENDER |
| | | Bill to Acct: | *****0963 |

DHL Signature (optional)_____Route_____Date_____Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.