

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/13

**Davis Polk**

New York    Paris
Menlo Park    Madrid
Washington DC    Tokyo
São Paulo    Beijing
London    Hong Kong



RECEIVED MAY 16 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

James L. Kerr

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4552 tel
212 701 5552 fax
james.kerr@davispolk.com

May 15, 2013

Re: Aldo Vera, Jr. v. The Republic of Cuba, 12 Civ. 1596 (AKH)

The Honorable Alvin K. Hellerstein
United States District Judge, S.D.N.Y.
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein:

This firm represents Intesa Sanpaolo, S.p.A. ("Intesa") in the above-captioned matter, and I write to request a short adjournment of Intesa's deadline to respond to Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas.

Intesa's opposition is currently due on Monday, May 20th, and Plaintiff's reply in further support of the motion would be due on May 30th.

Intesa is requesting a four-day adjournment of the deadline to oppose Plaintiff's motion, and Plaintiff has consented to the request. The adjournment requested would result in Intesa's response being due on May 24th, with Plaintiff's reply in further support of the motion being due on June 7, 2013.

This is Intesa's first request for an adjournment. We would respectfully request that your Honor grant the request by so-ordering this letter.

Very respectfully yours,

*/s/ James L. Kerr*

James L. Kerr

Facsimile

CC by email:   Robert A. Swift, Esq.
Jeffrey E. Glen, Esq.
Luma Al-Shibib, Esq.

Adjournment granted.
So ordered.

*/s/ Alvin K. Hellerstein*
5/16/13