# EXHIBIT B

William P Mullen
Sheriff

*[handwritten: Matthew Vras]*

436 GRANT STREET
PITTSBURGH, PA 15219-2496
PHONE (412) 350-4700
FAX (412) 350-6388

Chief Deputy

PLAINTIFF : Alfredo Villoldo

DEFT :

*[handwritten: Retera Crockett]*

GARNISHEE : PNC Bank
DISTRICT : District I
ADDRESS : 500 First Avenue
Pittsburgh, PA 15219

MUNICIPALITY/CITY WARD: Pittsburgh / 1

Originating County : Allegheny

ATTY Name/ADDRESS : , PA

ATTY PHONE :

TYPE OF SERVICE :

CASE # : 2:13-MC-00016
EXPIRES : 5/24/2013 11:59:59 PM

○ SUMMONS/PRAECIPE
○ SEIZURE OR POSSESSION
○ NOTICE AND COMPLAINT
○ REVIVAL OR SCI FA
○ INTERROGATORIES
○ EXECUTION – LEVY OR GARNISHEE
● OTHER

○ Personal  ● Person In charge  ○ Deputize  ○ Mail  ○ Posted  ○ Other  ○ Seize & Stored  ○ First Class Mail  ○ Publication

Service Address Direction :

Now I, the SHERIFF OF ALLEGHENY COUNTY, PA do hereby deputize the Sheriff of ___
County to execute this Writ and make return thereof according to law

"--Is the Sheriff instructed to take manual possession of the property? ___ If "yes" bond in the amount of $___ must be posted prior to levy."

Seize, levy, advertise and sell all the personal property of the defendant on the premises located at: ___
MAKE          MODEL          MOTOR NUMBER          SERIAL NUMBER          LICENSE NUMBER

I hereby CERTIFY and RETURN that on the _24_ day of _April_ 20_13_ at _11:05_ o'clock, AM/**PM**. Address Above/Address Below,
County of Allegheny, Pennsylvania

I have served in the manner Described below: _Redena Crockett_

[ ] Defendant(s) personally served
[ ] Adult in charge of Defendant's residence who refused to give name or relationship
[ ] Adult family member with whom said Defendant(s) reside(s). Name & Relationship
[X] Manager/Other person authorized to accept deliveries of U.S Mail  [ ] Agent or person in charge of Defendant(s) office or usual place of business.
[ ] Other___  [ ] Property Posted___
Defendant not found because:[ ] Moved [ ] Unknown [ ] No Answer [ ] Vacant [ ] Other
       [ ] Certified Mail [ ] Receipt___ [ ] Envelope Returned___ [ ] Neither Receipt or envelope; writ expired___
       [ ] Regular Mail   Why:___
You are hereby notified that on___, 20___, levy was made in the case of___
Possession/Sale has been set for___ 20___ at___ o'clock
       YOU MUST CALL DEPUTY ON THE MORNING OF SALE/POSSESSION BETWEEN 8:30-9:30 A.M.
ATTEMPTS___/___/___/___/

Additional Costs Due $___ This is placed On Writ when returned to Civil Division. Please check before Satisfying Case