UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ALDO VERA, JR., as Personal Representative　　　　　:
of the Estate of Aldo Vera, Sr.,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Plaintiff,　　　　　　　　　:　Case No. 12 Civ. 1596 (AKH)
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
THE REPUBLIC OF CUBA,　　　　　　　　　　　　　　:　**NOTICE OF APPEARANCE**
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Defendant.　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
-----------------------------------------------------------------------X

　　　　　PLEASE TAKE NOTICE that Edward H. Rosenthal, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears for intervenors Alfredo Villoldo and Gustavo E. Villoldo in the above-captioned proceeding.

Dated: New York, New York
　　　　May 21, 2013

　　　　　　　　　　　　　　　　　　　　　　FRANKFURT KURNIT KLEIN & SELZ, P.C.

　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　Edward H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　　　　488 Madison Ave., 10th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　　　(212) 980-0120

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Intervenors Alfredo Villoldo*
　　　　　　　　　　　　　　　　　　　　　　　*and Gustavo E. Villoldo*