UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALDO VERA, JR., as Personal Representative  :
of the Estate of Aldo Vera, Sr.,            :
                                            :
                              Plaintiff,    :   Case No. 12 Civ. 1596 (AKH)
                                            :
        -against-                           :
                                            :
THE REPUBLIC OF CUBA,                       :   **NOTICE OF APPEARANCE**
                                            :
                              Defendant.    :
                                            :
------------------------------------------------------------------X

   PLEASE TAKE NOTICE that Beth Goldman, of Frankfurt Kurnit Klein & Selz, P.C.,

hereby appears for intervenors Alfredo Villoldo and Gustavo E. Villoldo in the above-captioned

proceeding.

Dated: New York, New York
       May 21, 2013

                              FRANKFURT KURNIT KLEIN & SELZ, P.C.

                              By:_____
                                   Beth Goldman
                              488 Madison Ave., 10th Floor
                              New York, New York 10022
                              (212) 980-0120

                              *Attorneys for Intervenors Alfredo Villoldo*
                              *and Gustavo E. Villoldo*