UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

    Plaintiff,

v.

THE REPUBLIC OF CUBA,

    Defendant,

v.

COMMERZBANK AG,

    Garnishee.

12 Civ. 1596 (AKH)

ECF Case
Document Electronically Filed

---

## COMMERZBANK AG'S RESPONSE TO VILLOLDO INTERVENORS' MOTION FOR ORDER CONFIRMING INTERVENTION OR TO INTERVENE

Garnishee Commerzbank AG ("COBA") respectfully submits this response to Intervenors', Alfredo Villoldo and Gustavo E. Villoldo, individually, and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo Argilagos (the "Villoldo Intervenors"), motion for an order confirming their intervention or, in the alternative, to intervene in this action.

### RESPONSE

COBA wants one court to hear the claims of all persons claiming a priority interest in the assets that are blocked at COBA pursuant to regulations promulgated by the U.S. Treasury Department Office of Foreign Assets Control, concerning the Republic of Cuba. COBA ultimately will request an order from the Court that will authorize it to turn over the blocked assets to the party that establishes a right to those funds, avoiding the possibility that COBA be

#1941768 v1
103969-82379

subject to inconsistent judgments or to double liability, and releasing it from any and all liability to the parties that do not receive the funds that are turned over to another judgment creditor of the Republic of Cuba.

Accordingly, COBA consents to the Villoldo Intervenors' motion for an order confirming their intervention or, in the alternative, to intervene in this action.

Dated: New York, New York
       May 30, 2013

          **GIBBONS P.C.**
          One Pennsylvania Plaza, 37th Floor
          New York, New York 10119
          Telephone (212) 613-2000
          Facsimile (212) 554-9670
          tmyers@gibbonslaw.com
          psaso@gibbonslaw.com

          By:   s/ Paul A. Saso
                  Terry Myers
                  Paul A. Saso

          Attorneys for Garnishee Commerzbank AG

#1941768 v1
103969-82379