UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

                              Plaintiff,

v.

THE REPUBLIC OF CUBA,

                              Defendant,

v.

PNC BANK, N.A.,

                              Garnishee.

12 Civ. 1596 (AKH)

CERTIFICATE OF SERVICE

---

        The undersigned hereby certifies that a true and correct copy of the foregoing: (i) Reply Memorandum in Opposition to the Memorandum of the Villoldo Plaintiffs; and In Support of Turnover Motion re PNC Bank, N.A., and (ii) Declaration of Robert A. Swift (with supporting Exhibits), has been served this 30th day of May, 2013, upon the Republic of Cuba, by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery to:

                Ministry of Foreign Affairs
                Republic of Cuba
                Calzada #360, Vedado
                Havana, Cuba

                                                             */s/ Luma S. Al-Shibib*
                                                             Luma S. Al-Shibib