UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

          Plaintiff,

v.

THE REPUBLIC OF CUBA,

          Defendant,

v.

PNC BANK, N.A.,

          Garnishee.

12 Civ. 1596 (AKH)

CERTIFICATE OF SERVICE

---

      The undersigned hereby certifies that a true and correct copy of the foregoing: (i) Reply Memorandum in Opposition to the Memorandum of the Villoldo Plaintiffs; and In Support of Turnover Motion re PNC Bank, N.A., and (ii) Declaration of Robert A. Swift (with supporting Exhibits), has been served this 30th day of May, 2013, upon PNC Bank, N.A., by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the below-named recipient, counsel for PNC Bank, N.A.:

        Allen E. Molnar, Esq.
        HARRIS BEACH PLLC
        New York City Office
        100 Wall Street
        New York, NY 10005

                      */s/ Luma S. Al-Shibib*
                      Luma S. Al-Shibib