UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

          Plaintiff,

v.

THE REPUBLIC OF CUBA,

          Defendant,

v.

PNC BANK, N.A.,

          Garnishee.

12 Civ. 1596 (AKH)

CERTIFICATE OF SERVICE

---

    The undersigned hereby certifies that a true and correct copy of the foregoing: (i) Reply Memorandum in Opposition to the Memorandum of the Villoldo Plaintiffs; and In Support of Turnover Motion re PNC Bank, N.A., and (ii) Declaration of Robert A. Swift (with supporting Exhibits), has been served this 30th day of May, 2013, upon Intervenors, Alfred Villoldo and Gustavo E. Villoldo (the "Intervenors"), by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the below-named recipients, counsel for the Intervenors:

Edward H. Rosenthal, Esq.
Beth I Goldman, Esq.
FRANKFURT KURNIT KLEIN &
   SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, New York 10022

Andrew C. Hall, Esq.
Roarke Maxwell, Esq.
Brandon R. Levitt, Esq.
HALL, LAMB AND HALL P.A.
2665 South Bayshore Drive, PH1
Miami, FL 33133

_____
Luma S. Al-Shibib

nydocs1-1010760.1