UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

        Plaintiff,

        v.

THE REPUBLIC OF CUBA,

        Defendant,

        and

DEUTSCHE BANK TRUST COMPANY
AMERICAS, COMMERZBANK AG, RBS
CITIZENS, N.A.,

        Garnishees.

12 Civ. 1596 (AKH)

**NOTICE OF APPEARANCE**

-------------------------------------------------------------- X
JEANNETTE FULLER HAUSLER, as Successor
Personal Representative of the Estate of ROBERT
OTIS FULLER, ("BOBBY FULLER"), Deceased, on
behalf of THOMAS CASKEY as Personal
Representative of the Estate of LYNITA FULLER
CASKEY surviving daughter of ROBERT OTIS
FULLER, THE ESTATE OF ROBERT OTIS
FULLER, FREDERICK FULLER, FRANCES
FULLER, GRACE LUTES, IRENE MOSS, and
JEANNETTE FULLER HAUSLER

        Intervenor-Petitioner,

        v.

ALDO VERA, JR. as Personal Representative of the
Estate of Aldo Vera, Sr., ALFREDO VILLOLDO,
individually, and GUSTAVO VILLOLDO,
individually, and as Administrator, Executor, and
Personal Representative of the ESTATE OF
GUSTAVO VILLOLDO ARGILAGOS,

        Respondents.

-------------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The law firm of GREENBERG TRAURIG, LLP, hereby gives notice of its appearance as counsel on behalf of Intervenor-Petitioner Jeannette Fuller Hausler ("Mrs. Hausler"). All pleadings, motions and correspondence in the above-referenced matter should be sent to the undersigned attorney of record for Mrs. Hausler.

Undersigned counsel is admitted to practice in this Court.

Dated: May 31, 2013
      New York, New York

Respectfully submitted,

James W. Perkins
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 38th Floor
New York, New York 10166
Telephone (212) 801-9200
PerkinsJ@gtlaw.com
*Attorneys for Intervenor-Petitioner*
*Jeannette Fuller Hausler*