```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERA

                Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12CV1596__ (akh)

-v-

THE REPUBLIC OF CUBA

                Defendant(s)

I hereby certify under the penalties of perjury that on 5th day of June , 20 13 , I served:
MINISTER BRUNO EDUARDO RODRIGUEZ PARRILLA, CUBAN MINISTRY OF FOREIGN AFFAIRS
CALZADA #360, VEDADO, HAVANA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the PLEASE SEE ATTACHED PAPER

by DHL TRACKING # 91 3010 8175 , to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       6/5/2013

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*
Print Name: Jeanine Viera-Santia
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

June 5, 2013

Minister Bruno Eduardo Rodriguez Parrilla
Cuban Ministry of Foreign Affairs
Calzada #360, Vedado
Havana, Cuba

Re:   Aldo v. The Republic of Cuba,
      12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons
Complaint
Notice of Suit
Notice of Default Judgment
Judgment
Notice of Right to Appeal
Foreign Sovereign Immunities Act of 1976
Translator's Affidavit of Alexander R. Waleko dated March 12, 2012 and May 8, 2013
A Spanish translation of each document

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

- Summons and Complaint (including Exhibits 1 and 2 thereto) filed in the above-referenced action;

- Notice of Suit; dated March 12, 2013

- Notice of Default Judgment, dated May 8, 2013;

- Judgment, dated August 17, 2012, issued by Honorable Alvin K. Hellerstein, in this action against the Defendant, and awarding Plaintiff $49,346,713.22 (D.I. 12) (the "Judgment")

- Notice of Right to Appeal with blank court forms (D.I. 12-1) (the "Notice of Right to Appeal')

- The Foreign Sovereign Immunities Act of 1976, as Amended (the "FSIA");

- Translator's Affidavit of Alexandra R. Waleko, dated March 12, 2012;

- Translator's Affidavit of Alexandra R. Waleko, dated May 8, 2013 (the two Translator's Affidavits are collectively referred to herein as the "Translator Affidavits"); and,

- A Spanish translation of each of the: (i) Summons (ii) Complaint; (iii) Notice of Suit; (iv) Notice of Default Judgment; (v) Judgment; (vi) Notice of Right to Appeal; (vii) the FSIA; and (viii) the Translator Affidavits, with each translation appended to the back of the original English document to which it corresponds.