**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ALDO VERA, JR., as Personal Representative of the**
**Estate of Aldo Vera, Sr.,**

<div style="margin-left:2em">

**Plaintiff,**

v.

</div>

**THE REPUBLIC OF CUBA,**

<div style="margin-left:2em">

**Defendant,**

v.

</div>

**PNC BANK, N.A.,**

<div style="margin-left:2em">

**Garnishee.**

</div>

**12 Civ. 1596 (AKH)**

**CERTIFICATE OF SERVICE**

---

The undersigned hereby certifies that a true and correct copy of the foregoing Response to Notice of Filing by Alfredo and Gustavo Villoldo of Western District of Pennsylvania Court Order has been served this 6th day of June, 2013, upon PNC Bank, N.A., by causing a prepaid package containing the document to be delivered to the U.S. Postal Service for mail delivery to the below-named recipient, counsel for PNC Bank, N.A.:

Allen E. Molnar, Esq.
HARRIS BEACH PLLC
New York City Office
100 Wall Street
New York, NY 10005

Luma S. Al-Shibib