UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE REPUBLIC OF CUBA,<br><br>　　　　　　　　　　　Defendant,<br><br>　　　v.<br><br>PNC BANK, N.A.,<br><br>　　　　　　　　　　　Garnishee. | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |

　　　　The undersigned hereby certifies that a true and correct copy of the foregoing Response to Notice of Filing by Alfredo and Gustavo Villoldo of Western District of Pennsylvania Court Order has been served this 6th day of June, 2013, upon Alfredo and Gustavo Villoldo, by causing a prepaid package containing the document to be delivered to the U.S. Postal Service for mail delivery to the below-named recipients, counsel for Alfredo and Gustavo Villoldo:

Edward H. Rosenthal, Esq.
Beth I Goldman, Esq.
FRANKFURT KURNIT KLEIN &
　SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, New York 10022

Andrew C. Hall, Esq.
Roarke Maxwell, Esq.
Brandon R. Levitt, Esq.
HALL, LAMB AND HALL P.A.
2665 South Bayshore Drive, PH1
Miami, FL 33133

　　　　　　　　　/s/ Luma S. Al-Shibib
　　　　　　　　　　Luma S. Al-Shibib

nydocs1-1011100.1