UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

           Plaintiff,

v.

THE REPUBLIC OF CUBA,

           Defendant,

v.

PNC BANK, N.A.,

           Garnishee.

12 Civ. 1596 (AKH)

CERTIFICATE OF SERVICE

---

      The undersigned hereby certifies that a true and correct copy of the foregoing Response to Notice of Filing by Alfredo and Gustavo Villoldo of Western District of Pennsylvania Court Order has been served this 6th day of June, 2013, upon the Republic of Cuba, by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery to:

        Ministry of Foreign Affairs
        Republic of Cuba
        Calzada #360, Vedado
        Havana, Cuba

                                                                   Luma S. Al-Shibib