# EXHIBIT 1

*February 28, 2011*

**JAIME SUCHLICKI**
*1 Grove Isle #1605*
*Coconut Grove, Florida 33133*

*Institute for Cuban and Cuban-American Studies*
*University of Miami*
*P.O. Box 248123*
*Coral Gables, FL 33124*
*Tel: (305) 284-2822*
*Fax: (305) 284-4875*
*E-mail: jsuchlicki@miami.edu*

## PERSONAL DATA

| | |
|---|---|
| *Date of Birth:* | *December 8, 1939* |
| *Citizenship:* | *U.S. Citizen (born in Havana, Cuba)* |
| *Marital Status:* | *Married to the former Carol Meyer (Born in Providence, Rhode Island)* |
| *Children:* | *Michael, Kevin, and Joy (born in Miami, FL)* |

## EDUCATION

*1968 Ph.D., Latin American History, Texas Christian University*
*1965 M.A., Latin American History, University of Miami*
*1964 B.A., Latin American Studies, University of Miami*
*1959-1960  School of Social Studies, University of Havana*

## PROFESSIONAL EXPERIENCE

*Editor, Cuban Affairs Journal, 2005-Present.*

*Director, Institute for Cuban and Cuban American Studies, University of Miami, 1999-Present.*

*Emilio Bacardi Moreau Professor of History and International Studies, 1999-Present.*

*Professor of History and International Studies, University of Miami, 1975-Present*

*Editor, <u>Journal of Interamerican Studies and World Affairs</u>, University of Miami, 1983-1997.*

*Editor, <u>North-South Magazine</u>, University of Miami, 1991-1994.*

1

*Founding Executive Director, North-South Center, University of Miami, 1990-1992.*

*Director, Institute of Interamerican Studies, University of Miami, 1980-1992.*

*Director, Research Institute for Cuban Studies, University of Miami, 1980-1992.*

*Developer and Director, Info-South, Latin American Database, University of Miami, 1980-1992.*

*Associate Director, Center for Advanced International Studies, University of Miami, 1979-1980.*

*Director, Latin American Studies, University of Miami, 1975-1977.*

*Associate Professor of History, University of Miami, 1971-1975.*

*Director, Institute of Interamerican Studies, University of Miami, 1971-1973.*

*Assistant Professor of History, University of Miami, 1967-1971.*

*Associate Director, Institute of Interamerican Studies, University of Miami, 1970-1971.*

*Research Associate, Center for Advanced International Studies, University of Miami, 1967-1970.*

*Teaching Fellow, History Department, Texas Christian University, 1965-1966.*

*Assistant to the Director, Center for Advanced International Studies, University of Miami, 1964-1965.*

## AREAS OF SPECIALIZATION

*Interamerican Studies, Caribbean and Central American Affairs, and Cuban and Mexican History with concentration on contemporary affairs.*

## COURSE EXPERIENCE

*History of Cuba; History of the Caribbean; History of Mexico; Seminars on U.S.- Latin American Relations; Seminars on Foreign Policies of Latin American Nations*

## PUBLICATIONS

### Articles

*Alan Gross: Cuba wants to benefit from any deal. The Miami Herald.* November 26, 2012

*How Significant is Cuba's Elimination of its Exit Visa Requirement. Inter-American Dialogue, Latin America Advisor, October 2012.*

*The Cuban Missile Crisis: Fifty Years Later. Selous Foundation for Public Policy, October 29, 2012.*

*Cuba Lifts Restrictions on Travel. ICCAS Focus. October 16, 2012.*

*The Cuban Missile Crisis: Fifty Years Later. ICCAS Focus. October 4, 2012.*

*Ignore Raul Castro's Siren Song, The Miami Herald, October 1, 2012.*

*Venezuela-Iran: U.S. Should Worry About his Alliance. The Miami Herald. August 5, 2012.*

*Does Venezuela Represent a Threat to the United States? ICCAS Focus. August 7, 2012.*

*Venezuela, una amenaza a la seguridad de EEUU. El Nuevo Herald. August 4, 2012.*

*Getting Ready for Life after Castro, Foreign Policy, May 11, 2012.*

*Is Cuba Planning a Legal Mariel? ICCAS Focus. May 3, 2012*

*Lessons from Poland for Cuba's Catholic Church. The Miami Herald. March 25, 2012.*

*La leccion de la Iglesia polaca, El Nuevo Herald, Marzo 22, 2012.*

*Guevara Deserves to be Forgotten." Galawy independent. March 21, 2012.*

*La libertad cuesta muy cara. El Nuevo Herald. February 2, 2012.*

*La contraproducente politica de Obama hacia Cuba, El Nuevo Herald, Octubre, 2011.*

*Chavez' Cancer: Cuba & U.S. Policy Implications, Miami Herald, July 28, 2011.*

*Drilling for Oil in Cuban Waters, Focus on Cuba, June, 2011.*

*A Cuban Oil Bonanza?, Garten Rothkoff*, May 27, 2011.

*Will Raul Castro Offer Concessions to the U.S., Focus on Cuba, March, 2011.*

*The Party is On, Focus on Cuba, December, 2010.*

*Lessons of the Cuban Missile Crisis, Focus on Cuba, October, 2010.*

*Another Mariel, Not Likely, Focus on Cuba, August, 2010.*

*How Will Half a Million Layoffs Affect Cuba's Economy, Inter-American Dialogue's, January 11, 2011.*

*There won't be another Mariel, Miami Herald, August 20, 2010.*

*A Choice Between Good and Evil, Focus on Cuba, Cuba Transition Project, August 18, 2010.*

*What is Fidel Castro Up to?, Focus on Cuba, Cuba Transition Project, August, 2010.*

*Lo que Fidel Castro se trae entre manos. El Nuevo Herald. August 2010.*

*Implications of Ending the Cuba Travel Ban, Focus on Cuba, Cuba Transition Project, July, 2010.*

*Implicaciones de ponerle fin a la prohibicion de viajar a Cuba, Focus on Cuba, Cuba Transition Project, Julio 20, 2010.*

*El turismo norteamericano no va a traer democracia a Cuba, Focus on Cuba, Cuba Transition Project, Abril 27, 2010.*

*American Tourists Won't Bring Democracy to Cuba, Focus on Cuba, Cuba Transition Project, April, 2010.*

*Secretary of State on Cuba, Focus on Cuba, Cuba Transition Project, April, 2010.*

*Habla de Cuba la Secretaria de Estado, Hillary Clinton, Focus on Cuba, Cuba Transition Project, Abril 19, 2010.*

*Lifting travel ban will not make Cuba more democratic. South Florida Sun-Sentinel. December 2009.*

*The Cuba-Venezuela Challenge to Hemispheric Security: Implications for the*

*United States, published by the Center for Hemispheric Policy, December 7, 2009.*

*Lessons of the Cuban Missile Crisis, Focus on Cuba, Cuba Transition Project, October, 2009.*

*Lecciones de la Crisis de los Misiles en Cuba, Focus on Cuba, Cuba Transition Project, Octubre 22, 2009.*

*Cuba-Russian Growing Military cooperation, Focus on Cuba, Cuba Transition Project, September, 2009.*

*The party's over, The Miami Herald, August 2009.*

*Ascendencia militar en Cuba, Focus on Cuba, Cuba Transition Project, Agosto 11, 2009.*

*Hardships Increase, not ease, The Miami Herald, July, 2009.*

*Negotiating With Cuba, Focus on Cuba, Cuba Transition Project, July 2009.*

*Negociaciones entre Cuba y Estados Unidos, Focus on Cuba, Cuba Transition Project, Julio 23, 2009.*

*Fidel Strolls, Raul Rules, Latin Business Chronicle, March 2009.*

*Mientras Fidel pasea, Raul gobierna, Focus on Cuba, Cuba Transition Project, Marzo 4, 2009.*

*La visita del General Raul Castro a Rusia, Focus on Cuba, Cuba Transition Project, Febrero, 2009.*

*General Raul Castro's Visit to Russia, Focus on Cuba, Cuba Transition Project, February 3, 2008.*

*What is the Significance of Warmer Cuba-EU Economic Relations? Inter-American Dialogue's Latin America Advisor, November, 2008.*

*La Union Europea no debe esperar mucho de los hermanos Castro, Focus on Cuba, Cuba Transition Project, Noviembre, 2008.*

*A New Missile Crisis?, Focus on Cuba, Cuba Transition Project, July 21, 2008.*

*De vuelta al pasado con Raul, Focus on Cuba, Cuba Transition Project, Mayo 28, 2008.*

*Back to the Past with Raul, Focus on Cuba, Cuba Transition Project, May 27,*

*2008.*

*American Tourists will Not Bring* Democracy to Cuba, Latino Magazine, April 2008.

It's Party  Time, Focus on Cuba, Cuba Transition Project, March 3, 2008.

La Hora del Partido en Cuba, Focus on Cuba, Cuba Transition Project, Marzo 5, 2008.

When Should the U.S. Change Policy Toward Cuba, Cuba Brief, Institute for Cuban and Cuban-American Studies, August 13, 2007, with Jason Poblete.

Cuba Without Fidel, Focus on Cuba, Cuba Transition Project, July 31, 2007.

*Challenges to a Post-Castro Cuba, Harvard International Review, June, 2007.*

*A Choice Between Good and Evil, Miami Herald, May, 2007.*

*Don't Lift the Cuba Travel Ban, Front Page Magazine, April, 2007.*

*The Cuba Travel Ban, Cuba Brief, Institute for Cuban and Cuban-American Studies, March 15, 2007.*

*Should the United States Remove Sanctions on Cuba?, The Costco Connection, March 2007.*

*¿Va Venezuela por el camino de Cuba?, Opinión 2001, February, 2007, with Andy Gomez.*

*Is Raul Castro Ready to deal?, The Miami Herald, January, 2007.*

*¿Habra cambios con Raul? Focus on Cuba, Cuba Transition Project, Enero 8, 2007.*

*The Russians are Coming, Focus on Cuba, Cuba Transition Project, December 18, 2006.*

*Cuba Renews Ties With Old Ally Russia, The Miami Herald, December, 2006.*

*Regresan los Rusos, Focus on Cuba, Cuba Transition Project, Diciembre 18, 2006.*

*Venezuela, factor clave en la demora de la transición en Cuba, Diario Las Americas, October, 2006.*

*Transition Si, Succession No in Cuba, <u>Cuba Focus</u>, Cuba Transition Project, September 18, 2006.*

*En Cuba: transición si, sucesión no, <u>El Nuevo Herald</u>, September, 2006.*

*The End of "Fidelismo," The Beginning of "Raulismo," <u>Focus on Cuba</u>, Cuba Transition Project, August 24, 2006.*

*Bet On Dictatorship, <u>The Miami Herald</u>, August, 2006.*

*The Party Goes On, <u>Focus on Cuba</u>, Cuba Transition Project, July, 2006.*

*El Partido Vive, <u>Focus on Cuba</u>, Cuba Transition Project, Julio 12, 2006.*

*"Castro brother's plan: The Party Must Go On," <u>The Miami Herald</u>, July 12, 2006.*

*"¿Cambio en la politica norteamericana?," <u>El Nuevo Herald</u>, May 3, 2006.*

*"10 Steps to Improve Relations," <u>The Miami Herald</u>, March 24, 2006.*

*Myths and Realities in Castro's Cuba, <u>Cuba Facts</u>, Cuba Transition Project, January, 2006.*

*"Cuba sin Castro," <u>Real Instituto Elcano de Estudios Internacionales y Estrategicos,</u> May 31, 2005.*

*Export of Workers, <u>Cuba Focus</u>, Cuba Transition Project, May 24, 2005.*

*"Castro exporta cubanos," <u>El Nuevo Herald</u>, May 17, 2005.*

*"Export of Workers," <u>The Miami Herald</u>, May 9, 2005.*

*"If Cuba Had Taken Another Path," <u>The Miami Herald</u>, March 16, 2005.*

*"Chile prospera, Cuba sufre," <u>El Nuevo Herald</u>, February 5, 2005.*

*Lessons of the Missile Crisis, <u>Cuba: Special Report, Issue 7</u>, Institute for Cuban and Cuban-American Studies, October 29, 2004.*

*"Castro Would Reap Benefits of Lifting U.S. Travel Ban," <u>Tampa Tribune,</u> October 7, 2004.*

*"Cuba After Castro," <u>The World and I</u>, January 2004.*

*"Lessons of Yesteryear Still Guide U.S. Policy Today," <u>The Miami Herald</u>, October 22, 2003.*

*Cuba's Crackdown the Result of Internal Developments, Not U.S. Policy,* <u>Cuba: Special Report, Issue 2,</u> *April 14, 2003.*

*Cuba on Israel: Policies and Statements, Cuba<u>: Special Report, Issue I,</u> Institute for Cuban and Cuban-American Studies, March 18, 2003.*

*"Historical Setting" in  Rex A. Hudson, ed.  <u>Cuba: A Country Study</u>. Washington, D.C.  Library of Congress, 2002.*

*Will Carter Influence Castro?,<u>Focus on Cuba</u>, Cuba Transition Project, May 8, 2002.*

*"Castro's Cuba: More Continuity than Change."  <u>Journal of International Comparative Studies</u>, Winter, 2000.*

*"Elian & U.S. Policy Toward Cuba."  <u>Washington Quarterly</u>, Summer, 2000.*

*"Castro's Cuba: Continuity Instead of Change" in Susan K. Purcell & David Rothkopf, eds.  <u>Cuba: The Contours of Change</u>, Boulder: Lyme Rienner, 2000.*

*"Cuba Beyond Castro" in Irving L. Horowitz and J. Suchlicki eds. <u>Cuban Communism</u>.  New Jersey: Transaction, 2000.*

*"Cuba Beyond Castro" chapter in <u>Cuban Communism</u> 9th Edition. Transaction Publications, 1998.*

*"Castro's Uneven Trading Field" <u>Journal of Commerce</u>, Sept. 18, 1998. "Implications of Lifting the U.S. Embargo & Travel Ban of Cuba" <u>Center for a Free Cuba</u>" Aug. 1998.*

*"The Party Goes On" <u>Cuba Brief</u>, Winter 1997.*

*"Cuba Without Soviet Subsidies" <u>Freedom Review</u>, Jan. 1997.*

*"Castro: The Last Caudillo" with Irving L. Horowitz, <u>Freedom Review</u>, April-May 1996.*

*"U.S.-Cuba Relations: Time for a change?" <u>Freedom Review</u>, July-August 1995.*

*"Mexico's New Year Awakening," <u>North-South</u>, the Magazine of the Americas, March-April, 1994.*

*"Myths and Realities in U.S./Cuban Relations," <u>North-South</u>, the Magazine of the Americas, August-September, 1993.*

*Myths and Realities in US/Cuban Relations," <u>Journal of Interamerican Studies</u>*

_and World Affairs,_ Summer, 1993.

"Russia is Facing a Troubled Present, a Chilling Future", _Viewpoint,_ _The Miami_ _Herald,_ January 7, 1993.

"Should the U.S. Continue Cuba's Isolation," _Viewpoint,_ _The Miami Herald,_ January 12, 1992.

"Castro Pursues Double Strategy," _Sun-Sentinel,_ January 8, 1989.

"Castro: A Bulwark of Socialism," _The World and I,_ December 1988.

"Do We Really Want Angola Agreement?" _Viewpoint,_ The Miami Herald, August 21, 1988.

"The Challenge in Latin America: Recommendations on U.S. Policy." _Global_ _Affairs,_ Summer 1988
.

"U.S. Ties Won't Change Castro. . ." _The Miami News,_ July 5, 1988.

"Panama at the Crossroad" _The Miami News,_ June 15, 1988.

"Cuba After Fidel," Viewpoint, _The Miami Herald,_ January 1988.

"Soviet Policy in Central America," in William Kintner, ed., _The Crisis in Central_ _America_ (Washington, D.C.: The Washington Institute, 1987).

"Soviet Policy in Latin America: Some Implications for the U.S.," _Journal of_ _Interamerican Studies and World Affairs,_ Spring 1987.

"Cuba and Security Implications for the United States," in Jaime Suchlicki and Damian J. Fernandez, eds., _Cuban Foreign Policy:_ The New Internationalism, (Coral Gables: University of Miami, 1988).

"Don't Expect Significant Changes in Castro's Policies," _Viewpoint,_ _The Miami_ _Herald,_ November 1987).

"Cuban Foreign Policy: Implications for the U.S." in Jaime Suchlicki, ed., Cuba: _Continuity and Change_ (Coral Gables: University of Miami, 1987).

"Cuba: The Failure of Socialism" with Antonio Jorge in Ibid.
"Nicaragua and Soviet Temptation," _Viewpoint, The Miami Herald,_ November 1986.

"The Missile Crisis Revisited," _Los Angeles Times,_ October 1986.

"Sending Message to Soviet Calls for Contras and More," _Los Angeles Times,_

*August 1986.*

*"Is Fidel Ready to Deal?" Viewpoint, The Miami Herald, August 1984.*

*"Soviet Challenge to U.S. Interest in Central America," Miami Magazine, March 1984.*

*"Is Castro Ready to Accommodate?" Strategic Review, Fall 1984.*

*Castro's Costly Path to Dependency, Problems of Communism, Sept.-Oct. 1984.*

*"Credibility, The Price of Uncertainty," Miami Magazine, June 1984.*

*"Why the Russians Might-or Might Not-Be Tempted by Nicaragua," Christian Science Monitor, November 1982.*

*"U.S. Blockade of Cuba Fits Iraqi-Bombing Mold," The Miami Herald, June 1981.*

*"Nicaragua: Nuevo rumbo entre dos fuegos," Opiniones Latinoamericanas, November 1979.*

*"Recent Research on Student Violence in Latin America," Latin American Research Review, Fall 1972.*

*"The Allende Regime: Actions and Reactions," Problems of Communism, May-June 1971, co-author with Leon Goure.*

*"The Intellectual Background of the Cuban Revolution," SECOLAS, 1972.*

*"An Assessment of Castroism," Orbis, Spring, 1972.*

*"University Students and politics in Latin America," in Robert S. Rothenberg, ed., Conflict and Change on the Campus: Response to Student Hyperactivism (New York: School and Society Books, 1970).*

*"Stirrings of Cuban Nationalism, the Student Generation of 1930," Journal of Interamerican Studies and World Affairs, July 1968.*

*"Cuba" in Donald K. Emmerson, ed., Students and Politics in Developing Nations (New York: Praeger, 1968).*

*"University Students and Politics in Latin America," School and Society, March 1968.*

*"University of Havana Students and Politics, 1956-1957," in Robert E. McNicoll, ed., Latin American Panorama (G.P. Putnam, 1968).*

*"El Estudiantado de la Universidad de La Habana en la Politica Cubana, 1956-*

10

1957," *Journal of Interamerican Studies and World Affairs*, January 1967.

"The Political Ideology of Jose Marti," *Caribbean Studies*, April 1966.

"Castro's Cuba: A Dissenting View," *Perspective*, Spring 1966.

## BOOKS

*Breve Historia de Cuba*, Los Angeles: Pureplay Press, 2006.

*Cuban Communism*.11th edition with Irving L. Horowitz. New Jersey: Transaction, 2003.

*Cuba: From Columbus to Castro*, 5th Edition (Washington, D.C.: Pergamon Brassey Press, 2002).

*Mexico: From Montezuma to the Fall of the PRI*, 2nd Edition (Washington, D.C.: Pergamon-Brassey Press, 2001).

*Mexico: From Montezuma to NAFTA and Beyond*, paperback edition, New Jersey: Transaction, 2000.

*The Cuban Economy: Dependency and Development*, ed. With Antonio Jorge, (Coral Gables: University of Miami 1990).

*The Cuban Military: Status and Outlooks*, ed., (Coral Gables: University of Miami 1989).

*Investing in Cuba: Problems and Prospects* (New Brunswick: Transaction 1994)

*Historical Dictionary of Cuba*, 2nd Edition (Metuchen, NJ: The Scarecrow Press, Inc. 2002).

*Cuban Foreign Policy: The New Internationalism*, ed. with Damian J. Fernandez, (Coral Gables: University of Miami, 1988).

*International Terrorism: Threats and Responses*, ed. With Yonah Alexander (1987).

*Problems of Succession in Cuba*, ed. (Coral Gables: University of Miami, 1986).

*Cuba: Continuity and Change*, ed. (Coral Gables: University of Miami, 1985), with Antonio Jorge and Damian Fernandez.

*Latin America Fact Book* (Coral Gables: University of Miami Monographs in International Affairs, 1975, with Dodd Harvey and Irving Reed).

*Cuba, Castro and Revolution*, ed. (Coral Gables, University of Miami Press,1972).

11

_A Documentary Guide to the Cuban Revolution,_ (Coral Gables: University of Miami Press, 1970).

_University Students and Revolution in Cuba, 1920-1968_ (Coral Gables: University of Miami Press, 1969).

_The Cuban Revolution: A Documentary Bibliography, 1952-1968_ (Coral Gables: Center for Advanced International Studies, 1968).

_The Torrijos Legacy in Panama_ (in progress)

## OTHER RESEARCH

"The Cuban Military" (U.S. Dept. Of Defense, 1995) co-author.

"When Change Comes to Cuba: Social and Economic Impact of Cuban Migration on Dade County" (Metro-Dade County, 1992) co-author.

"NAFTA and Dade County's Economy" (Metro-Dade County, 1994) co-author.

"Soviet/Cuban Policies in Latin America" (Office of Policy Support, U.S. Department of Defense, 1984-1988).

"Sources of Instability in Latin America" (International Security Agency, U.S. Department of Defense, 1975) co-author.

"Soviet Penetration of Latin America" (International Security Agency, U.S. Department of Defense, 1974) co-author with Leon Goure.

"Cuba and Security Implications for the U.S." (International Security Agency, U.S. Department of Defense, 1973).

"The Allende Regime: Implications for the U.S." (International Security Agency, U.S. Department of Defense, 1973).

"The Role of the Military in Latin American Politics" (U.S. Air Force, 1972), co-author.

"The Psycho-Social Dynamics of Ethnic Groups in Dade County" (Department of Health, Education and Welfare, 1971), co-author.

"The Cuban Migration and Its Impact in Dade County" (Department of Health, Education, and Welfare, 1969), co-author.

Contributor to The Oxford Encyclopedia of Women in World History.

Contributor to McGraw-Hill's Encyclopedia of World Biographies.

Contributor to The Worldmark Encyclopedia of the Nations.

*Contributor to The Biographic Encyclopedia of the World.*

*Contributor to Scribner's Encyclopedia of Latin American History*

## LANGUAGES

*Fluent in English and Spanish.  Reading knowledge of Portuguese.*

## HONORS, AWARDS, AND PROFESSIONAL ASSOCIATIONS

*One of the top "100 Latinos in Miami" selected by Fundacion Fusionarte of Spain.*
*Breve Historia de Cuba selected by the International Latino Book Award as "Best Book of the Year" of 2006.*
*Latin American Editor, Transaction Publishers, Rutgers University.*
*Listed in Contemporary Authors.*
*Listed in International Who's Who.*
*Listed in The Directory of Scholars in Third World Studies.*
*U.S. Office of Education Grant Recipient to develop Undergraduate International Studies at the University of Miami, 1980.*
*National Endowment for Humanities Grant Recipient, 1978.*
*University Students and Revolution in Cuba selected by the American Library Association and Choice as one of the "Outstanding Academic Books' of 1971.*
*Conference on Latin American History (Member).*

## UNIVERSITY ACTIVITIES

*Faculty Advisor, Cuban Studies Association, University of Miami, 1995-date.*
*Member, Advisory Board on Bilingual Education, University of Miami, 1971-1980.*
*Faculty Advisor, International Graduate Student Association, 1979.*
*Member, University Lectureship Committee, 1974-1975.*

## OTHER PROFESSIONAL ACTIVITIES

*Project Director, US Aid grant on Transition in Cuba, 2001-Present.*

*Project Co-Director, US Aid grant to prepare US government officials for changes in Cuba, 1998-1999.*

*Principal Investigator, National Endowment for Democracy grant to support the Paraguayan Institute of Geopolitical and International Studies, 1987-1989.*

*Principal Investigator, USIA/Radio Marti grant to establish a Database on Cuba at the University of Miami, 1984-1992.*

*Principal Investigator, Department of Defense grant to organize seminars and conferences on Soviet/Cuban Relations in Latin America, 1985-1988.*

*President, Hispanic American Housing Council of Florida, 1979-1990. This includes the study, investigation, and recommendation to State and Local Government regarding the conditions and adequacy of minority housing.*

*Co-producer, Minefield, film on Democratization in the Southern Cone sponsored by a grant from the National Endowment for Democracy, 1987.*

*Principal Investigator, United States Information Agency grant to organize European seminars on the political and economic situations in Latin America, 1985-1986.*

*Director, Organization of American States summer seminars on "International Trade," 1983-1992.*

*President, Board of Directors, South Dade Hebrew Academy (1977-1979).*

*Consultant, WPBT TV Channel 2 Miami, 1977-1978.*

*Co-Principal Investigator with Dr. Leon Goure, International Security Agency, U.S. Department of Defense grant to the Center for Advanced International Studies, University of Miami for research on "Soviet Policies in Latin America" (1975).*

*Co-Principal Investigator, International Security Agency, U.S. Department of Defense grant to the Center for Advanced International Studies, University of Miami for research on "Instability and Violence in Latin America" (1974).*

*Principal Investigator, Ford Foundation Grant to the Center for Advanced International Studies, University of Miami for research on Cuba (1969-1972).*

*Principal Investigator, International Security Agency, U.S. Department of Defense grant to the Center for Advanced International Studies, University of Miami for research on "Chile and Security Implications for the U.S." (1971).*

## NONACADEMIC ACTIVITIES

*For the past twenty-five years, I have been a consultant to various U.S. government agencies on Latin American and Cuban topics. Further information provided upon request.*

## LECTURES AND CONFERENCES

Organized and directed Seminar "Transicion o Sucesion en Cuba" in Panama City, Panama, February 4, 2010.

14

*Organized and directed Seminar "Cuba Under Raul: Domestic and Foreign Policies" in Bucharest, Romania, May 28, 2009.*

*"Cuba Transition: Prospects for Significant Political and Economic Liberalization Over the Next Two Years," sponsored by the Office of External Research, Bureau of Intelligence & Research, U.S. Department of State, National Intelligence Council, and Cuba Venezuela Missino Manager's Office, August 2008.*

*"Cuba's Current Situation and Prospect for Transition" Western Hemisphere Affairs Roundtable at U.S. Southern Command, July, 2008.*

*Organized and directed Seminar "Cambios Politicos y el Estado de Derecho en America Latina," at ICCAS, June 26, 2008.*

*"Cambios Politicos y el Estado de Derecho en America Latina," Seminar at ICCAS, June, 2008.*

*"What's Raul Castro Up To?" Seminar for the Press at ICCAS, Miami, May, 2008.*

*"The Influence of Iran in Latin America: The Venezuelan and Cuban Connections," in association with The Anti-Defamation League, March 2008.*

*"Cuba: Opportunities and Challenges" The Brookings Institution, Washington, D.C., February 2008*

*U.S. Army War College panel on Cuba, February, 2008.*

*Testified at the U.S. Senate, Finance Committee, on Implications of Lifting the U.S. Embargo and Travel Ban of Cuba, December, 2007.*

*Organized and directed Seminar "Cuba: What to Expect," at Coral Gables, on December 1, 2007.*

*"Will Cuba Follow the Chinese Model?"' panel discussion at ICCAS, May, 2007.*

*"Transition and the Cuban Military," panel discussion at ICCAS, February, 2007. Organized and directed Seminar "Cuba:Sucesion o Transicion?" in cooperation with Fundacion Dialogo, People in Need, and Asociacion Ibero-Americana por la Libertad, in Madrid, Spain, October 26, 2005.*

*Organized and directed Seminar "The Czech Republic's Transition Experiences," in cooperation with Transition Promotion Unit, Foreign Ministry of the Czech Republic at ICCAS, October 18, 2005.*

*Roundtable discussion in collaboration with the Consulate of the Republic of Poland and The American Institute of Polish Culture on "The Policy Transition: Lessons for Cuba," at ICCAS, February 13, 2006.*

15

*Organized and directed 'International Forum on Cuba's Transition to Democracy," on the eve of the XXXV Regular Session of the Organization of American States General Assembly, in Ft. Lauderdale, FL, June 4, 2005.*

*Organized and directed Seminar "The Internal Situation in Cuba and the Challenges to the International Democratic Community," in collaboration with The Center for Development of Latin America, the Political Science Department of the University of Belgrano, and The Konrad Adenauer foundation in Buenos Aires, Argentina, April 7, 2005.*

*Organized and directed Seminar "Transition from Communism: Lessons Learned, Challenges Ahead for Cuba," November, 2004.*

*Testified at the U.S. House of Representatives, Committee on Government Reform, on Human Rights Conditions in Cuba, June 2004.*

*Organized and directed Seminar "Humanitarian Aid for a Democratic Transition in Cuba," in Washington, D.C., January 16, 2004.*

*Organized and directed Seminar "U.S./Cuba Seminar," at ICCAS, October 4, 2003.*

*Round table Discussion on "How to Accelerate Transition in Cuba" at ICCAS, January 15, 2003.*

*Organized and directed Seminar "Cuba Transition: Special Issues," at the U.S. Senate, October 17, 2002.*

*Organized and directed Seminar "Cuba Transition: Prospects, Problems and Recommendations," at the U.S. House of Representatives, September 5, 2002.*

*Guest lecture, "Latin America: Continuity and Change" Couchiching Institute, Toronto, 1995.*

*Guest lecture on "U.S. Policy Toward Cuba" Council on Foreign Relations, 1994.*

*Testified at the U.S. House, Committee on Foreign Affairs on Cuba, July 1991.*

*Paper on "Cuba and Security Implications for the United States" presented at the American Bar Association Conference on "Peace and Security in the Caribbean," San Juan, Puerto Rico, January 27-28, 1989.*

*Organized and directed seminars, conferences, and lectures on Cuba at the University of Miami (1983-present).*

*Guest Lecturer, "Soviet Policies in Latin America," SOUTHCOM, Panama City, Panama (1988).*

*Organized and directed seminar, "Esquipulas II: An Assessment," Graduate School of International Studies, University of Miami 1987.*

16

*Organized and directed Department of Defense Conferences on "Soviet/Cuban Strategy and Policies in Central America and the Caribbean" in Costa Rica (1984); Dominican Republic (1984); Venezuela (1985); Ecuador (1985); Argentina (1986); Guatemala (1987); and Miami (1988).*

*Organized and directed OAS sponsored seminar on International Trade for Caribbean Public and Private Sector Officials (1983-1992).*

*Organized and directed seminar, "Democracy and Violence in Peru," Graduate School of International Studies, University of Miami (1986).*

*Organized and directed USIA-sponsored seminars on Central America in Madrid, Spain and London, England (1985).*

*Speaker, Second Annual Journalists' and Editors' Workshop on Central America (1984).*

*Guest lecturer, Miami Media Round Table Discussion on Third World Trade and Development Issues (1983).*

*Guest lecturer on "Soviet/Cuban Policies in Latin America," U.S. Army Special Warfare Center, Fort Bragg, North Carolina (1983).*

*Testified at the House of Representatives Foreign Affairs Committee on International Security and Scientific Affairs and on Western Hemisphere Affairs, on the topic of Central America and the Grenada Invasion (1983).*

*Organized and directed USIA sponsored seminars in the Dominican Republic, Guatemala, Panama, and Jamaica (1982-1983).*

*Guest lecturer, International Institute of Strategic Studies, London, England (1980).*

*Organized and Chaired International Conference on U.S. - Latin America sponsored by the Center for Advanced International Studies (1979).*

*Presented Paper, Caribbean Studies Association Meeting, Martinique, W.I. (1979).*

*Presented Paper, American Historical Association, San Francisco, California (1978).*

*Chaired session, Caribbean Studies Association Meeting, St. Lucia (1977).*

*Chaired session on Soviet Policies in Latin America at conference sponsored by Center for Advanced International Studies (1976).*

*Guest lecturer, The National War College, Washington, D.C. (1976).*

*Participant, Capitol Hill Seminar at the House of Representatives, Washington, D.C.*

17

*"U.S. Policy Toward Cuba, Chile, and Panama," (1975).*

*Chaired International Conference on Latin American-U.S. Relations with special emphasis on the Caribbean and Central America for the Center for Advanced International Studies, University of Miami (1974).*

*Guest lecturer, Air Force Academy, Colorado Springs, Colorado (1974).*

*Presented Paper, Southern Historical Association Meeting, Atlanta, Georgia (1974).*

*Chaired session on the Caribbean for the American Assembly yearly meeting in Colorado (1974).*

*Chaired three-day round table discussion co-sponsored by Columbia University and the Air Force Academy on "U.S. and the Caribbean" (1974).*

*Presented paper at the Southeastern Conference on Latin American Studies Meeting, Atlanta, Georgia (1973).*

*Guest lecturer, Cornell University, Ithaca, New York (1973).*

*Chaired session at an International Conference on Cuban Bibliography at the Hispanic Foundation of the Library of Congress, Washington, D.C. (1973).*

*Guest lecturer, Henriquez Urena University, Dominican Republic (1972).*

*Presented Paper, "Latin America Today," Florida Council of the Social Studies Meeting, Jacksonville, Florida (1972).*

*Chaired seminar on Problems of Development for High Officials of the Ecuadorian government, both in Miami and in Ecuador (1971).*

*Guest lecturer, Catholic University, Guayaquil, Ecuador (1970).*

*Guest lecturer, University of Panama, Panama (1970).*

*Guest lecturer, University of Texas, Arlington, Texas (1967).*