# EXHIBIT 3

# NUEVA OLA DE ATENTADOS INICIA CASTRO CON ALDO VERA

10-26-76

El alevoso asesinato a balazos por la espalda, del combatiente cubano anticastrista, ex comandante Aldo Vera Serafín, perpetrado el pasado lunes en una calle del sector de Puerto Nuevo, en un suburbio de San Juan de Puerto Rico, es obra de la garra asesina del tirano Castro, que inicia con este crimen una nueva ola de sangre contra sus enemigos en Estados Unidos.

Precisamente, la semana anterior este periódico ofreció en su principal cintillo de la primera plana las versiones captadas dentro de Cuba, en los círculos diplomáticos, que aseguraban que el déspota había dado órdenes a su pandilla internacional de asesinos de iniciar una ola de atentados y terrorismo en Estados Unidos contra exiliados cubanos y contra objetivos del Gobierno norteamericano, como represalia por el incremento de la actividad combativa de diversas organizaciones de exiliados contra su tiranía.

La quinta columna comunista en Puerto Rico, liderada por Juan Mari Bras, es el brazo ejecutor de el tirano en el asesinato del ex comandante Aldo Vera y en los numerosos actos de terrorismo que se han producido en Puerto Rico.

Las autoridades norteamericanas están comenzando a tomar medidas, convencidas de que el largo brazo asesino del sátrapa de Cuba, ha iniciado una sangrienta ola de violencia en el territorio de los Estados Unidos.

Alerta
viernes 29 Octb

Después de recibir la ovación entusiasta de todos sus hombres, el doctor Fidel Castro disfruta de unos momentos de alegría contemplando el show. Lo rodean los capitanes Juan Nuiry y Luciano Nieves Mestre y otros distinguidos oficiales.

Aldo Vera

*El atentado de San Juan*

# El asesinato de Aldo Vera fue una venganza castrista

## Lo pronosticó un periódico comunista de Puerto Rico

(VEA PAGINA 2)



# NOTA DE MAX LESNIK

## *La muerte de Aldo Vera en San Juan*

[illegible]