# EXHIBIT 4

EXCERPTS FROM DANIEL JAMES MARCH 12, 1982
CONGRESSIONAL TESTIMONY

Mr. JAMES. "Perhaps most alarming of all for the United States is that Cuban intelligence has also succeeded in uniting some eight of nine terrorist groups in Puerto Rico, following the same pattern it has been pursuing in Nicaragua, Guatemala, El Salvador, and other Latin American countries. Specifically, the Puerto Rican DGI agent I mentioned earlier, Filiberto Inocencia Ojeda Rios, was the one who united the Puerto Rican Terrorist groups under a Joint operations command--Mando de Operaciones Conjuntas (MOC)--according to my informants. "He was the genius behind , as one of them put it. He was at that time in charge of Caribbean activities for the Coordinating Revolutionary Junta.

Ojeda's career illustrates the overlapping between DGI and Americas Department activities, as well as the inner workings of Puerto Rican terrorism and the grave threat, grossly underestimated by some elements of our own intelligence community, that it represents to the United States.

He organized the FALN, from his vantage point as a member of t e Cuban UN Mission, in early 1974. He trained the FALN's first cadres m handling explosives and urban guerrilla tactics, but never commanded the organization. By the spring of 1974 the FALN going operational, "reopens the second front of the struggle by bringing the armed struggle for Puerto Rican national liberation to within the borders of the United States, at a higher level," according to the terrorists own Chronology of Armed Struggle in Puerto Rico and the U.S., 1967-1980." The "reopening" of the "second front' took the form of firebombing three New York City department stores on as many consecutive days. Then, in September and October of that year, the FALN bombed the Newark, N.J., City fall and Police Headquarters, and five more prominent places in Ojeda met with several extremist leaders, including Juan Antonio Corretjer, the "godfather" of Puerto Rican terrorism, as I called him before--the same one that publicly threatened President Reagan--and returned to Cuba to report that armed struggle on the island was a feasible objective. He then went back to Puerto Rico for further meetings with Corretjer and other extremists, as a result of which the Revolutionary Commandos of the People--or CRP--was formed in 1976 to conduct urban guerrilla warfare. I am aware that in your previous remarks you quoted Carlos Marighella, the Brazilian expert in

urban guerrilla warfare, and you said something to the effect that this so far has not been introduced into the United States, which is true of the mainland; unfortunately, I think this has already begun to happen on the island of Puerto Rico."

Mr. JAMES. "Mr. Chairman, <u>1976 was a banner year for the proliferation of terrorist groups in Puerto Rico, chiefly as the result of the defection of 3,000 members of the Popular Socialist Party, led by an admitted Marxist-Leninist, Juan Mari Bras, who I interviewed in Puerto Rico last November</u>. They defected following their disillusionment in the PSP's abysmal showing in the gubernatorial election. An estimated 600 of that batch had had varying degrees of guerrilla training in Cuba and now turned to urban guerrilla war fare. Soon thereafter, the principal terrorist groups operating today surfaced in connection with violent acts of one kind or another."

"[]in all, <u>from 1975 through 1981, Puerto Rican terrorist groups have perpetrated 260 acts of violence on the island and up to 100 on the mainland, most of the latter by the FALN</u>. Something like 9 Puerto Rican terrorist groups have proliferated over the past 15 years--an average, Mr. Chairman, of about 1 per every 400,000 inhabitants of Puerto Rico--and that incredible total may not be complete. Only five of them are considered truly important: CRP, FARP, OVRP, Macheteros, and FALN. These are the groups which OJeda appears to have unified under a single joint operations command (MOC), which in turn comes under the Coordinating Revolutionary Junta run by the DGI and Department of Americas out of Havana."

Senator DENTON. "You have spoken of the close ties between Cubans and Puerto Ricans, especially the FALN. Do you have any specific information concerning the training of Puerto Rican terrorists by Cuba, in Cuba or elsewhere, and what is the specific information and the source of that information?"

Mr. JAMES. "Well, for years now, Mr. Chairman, there has been a lot of traffic between Puerto Rico and Cuba. Little of it known in this country I spoke with Juan Marl Bras, the leader of the

Puerto Rican Socialist Party, and he confessed himself to be a Marxist Leninist--the word Socialist in the party's name is just an euphemism. He enjoys the closest relations with Cuba and has sent any number of his youthful members there. I mentioned in my testimony that some 600 of them received training of one sort or another in Cuba. Those 600 have now become dispersed among the various terrorist groups on the island of Puerto Rico.

Much of this information, Mr. Chairman, comes from the intelligence community in Puerto Rico and they have followed it for the last few years."