UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>        **Plaintiff,**<br><br>  v.<br><br>THE REPUBLIC OF CUBA,<br><br>        **Defendant,**<br><br>  v.<br><br>BANCO SANTANDER, S.A.; and INTESA SANPAOLO S.P.A.,<br><br>        **Garnishees.** | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |

    The undersigned hereby certifies that true and correct copies of the foregoing: (i) Plaintiff's Reply Memorandum In Support of Motion to Compel Full and Complete Answers to Information Subpoenas; (ii) Second Declaration of Robert A. Swift In Support of Motion to Compel Full and Complete Answers to Information Subpoenas (with supporting exhibits); and (iii) Affidavit of Jaime Suchlicki, sworn to on April 8, 2013 (with supporting exhibits), have been served this 7th day of June, 2013, upon:

      Ministry of Foreign Affairs
      Republic of Cuba
      Calzada #360, Vedado
      Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                     _/s/ Luma S. Al-Shibib_
                     Luma S. Al-Shibib

nydocs1-1011158.1