# EXHIBIT 1

**EXECUTION ON DEUTSCHE BANK or DEUTSCHE BANK TRUST COMPANY AMERICAS**

| Event | Vera ("Deutsche Bank Trust Company Americas") | Hausler ("Deutsche Bank") | Villoldo |
|---|---|---|---|
| Levy by Clerk of Court | 11/16/12 | 3/26/09 | None |
| Writ of Execution Served | 1/4/13 | 5/27/09 | None |
| Turnover Motion Filed | 2/28/13 | None | None |
| Letter Extensions to File Turnover Motion | None | 4/4/12; 9/19/12; 1/18/13 | None |

**EXECUTION ON COMMERZBANK AG**

| Event | Vera | Hausler | Villoldo |
|---|---|---|---|
| Levy by Clerk of Court | 11/16/12 | 1/4/11 | None |
| Writ of Execution Served | 1/4/13 | 1/21/11 | None |
| Turnover Motion Filed | 3/14/13 | None | 3/13/13 |
| Letter Extensions to File Turnover Motion | None | 4/5/11; 10/11/11; 4/4/12; 9/19/12; 3/28/13* | None |

\* The endorsed letters in the docket do not list Commerzbank as a garnishee subject to the extension.

**EXECUTION ON RBS CITIZENS, N.A.**

| Event | Vera | Hausler | Villoldo |
|---|---|---|---|
| Levy by Clerk of Court | 11/16/12 | 6/27/12 | None |
| Writ of Execution Served | 1/4/13 | 11/26/12 | None |
| Turnover Motion Filed | 2/25/13 | None | None |
| Letter Extensions to File Turnover Motion | None | 3/28/13 | None |