# EXHIBIT 3

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 12,1520                    DOCKET NO. 12 Civ 1596

THE PRESIDENT OF THE UNITED STATES OF AMERICA To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of   The Republic of Cuba

In your district you cause to be made the sum of Forty-nine million three-hundred forty-six thousand seven hundred and thirteen dollars and twenty-two cents, ($49,346,713.22)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit,   Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

recovered against the said The Republic of Cuba

in an action between Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

PLAINTIFF and The Republic of Cuba

DEFENDANT, in favor of said Plaintiff Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

as appears by the record filed in the Clerk's Office of said District Court on the _____17th_____ day of August in the year of 2012.

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the __16th__ day of __November__ in the year of our Lord __2012__, and of the Independence of the United States the two hundred __37__ year.
(year)

CLERK

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr. | 12 Civ 1596 |
| DEFENDANT | TYPE OF PROCESS |
| The Republic of Cuba, including its agencies and instrumentalities listed in attached Ex. A | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deutsche Bank Trust Company Americas
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
60 Wall Street, New York, NY 10005

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeffrey E. Glen
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 18
Check for service on U.S.A.: No

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Phone: 212-250-2500. Michele Marano, a paralegal working for Deutsche Bank Trust Company Americas, can be contacted at 904-527-5284. This Writ of Execution shall apply to all accounts held by or on behalf of The Republic of Cuba, including its agencies and instrumentalities listed in the attached Exhibit A, as well as all property held by Deutsche Bank Trust Company Americas that has been blocked pursuant to the Cuban Assets Control Regulations (31 CFR Section 515).

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 212-278-1009
DATE: 12/20/12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 18
District of Origin: No. 54
District to Serve: No. 54
Date: 12/20/12

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Kris Kwong, Paralegal

Date: 01/04/13   Time: 14:08

Total Mileage Charges including endeavors: $1.26
Total Charges: $56.26
Advance Deposits: $0.00

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U S Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev 12/80