# EXHIBIT 6

# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 12,1520                          DOCKET NO. 12 Civ 1596

THE PRESIDENT OF THE UNITED STATES OF AMERICA To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of     The Republic of Cuba

In your district you cause to be made the sum of   Forty-nine million three-hundred forty-six thousand seven hundred and thirteen dollars and twenty-two cents, ($49, 346,713,22)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second

Circuit,   Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

recovered against the said The Republic of Cuba

in an action between Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

PLAINTIFF and The Republic of Cuba

DEFENDANT, in favor of said Plaintiff, Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

as appears by the record filed in the Clerk's Office of said District Court on the _____17th_____ day

of August in the year of 2012.

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the ___16th___ day of ___November_____ in the year of our Lord _____2012____ , and of the Independence of the United States the two hundred _____
_____37_____ year.
(year)

                                                       CLERK

nydocs1-999181.1

**USM-285 is a 6-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr. | COURT CASE NUMBER<br>12 Civ 1596 |
| DEFENDANT<br>The Republic of Cuba | TYPE OF PROCESS<br>Amended Writ of Execution |

SERVE AT {
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Commerzbank AG
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2 World Financial Center, New York, NY 10281-1050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kerry A. Sheehan
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Commerzbank AG's outside counsel, Terry Myers, can be reached at 212-613-2005. This Amended Writ of Execution shall apply to all accounts held by Commerzbank AG or on behalf of the Republic of Cuba, its agencies and instrumentalities, including but not limited to property blocked by the US Department of the Treasury pursuant to 31 C.F.R. Part 515.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>212-278-1028 | DATE<br>1/25/13 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 3/ | District to Serve<br>No. 2/ | Signature of Authorized USMS Deputy or Clerk | Date<br>1/25/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Carmen Rosado Para legal

Address (complete only different than shown above)

| ☒ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|
| Date<br>1/28/13 | Time<br>1235 ☐ am ☒ pm |
| Signature of U.S. Marshal or Deputy<br>4640 |

| Service Fee<br>$ 55.00 | Total Mileage Charges including endeavors)<br>$ .57 | Forwarding Fee | Total Charges<br>$ 55.57 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS

PRINT 5 COPIES:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

12-1596-32✓

Form USM-285
Rev 12/80

Entered in USDS