# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER, | 09 Civ. 10289 (VM) |
| | 18 Misc. 302 |
| Petitioner, | NOTICE OF LEVY EXTENSION |
| v. | |
| | RE: Fidel Castro Ruz, Raul Castro Ruz, |
| | The Republic of Cuba, and |
| JP MORGAN CHASE BANK, N.A, et al. | The Cuban Revolutionary Armed Forces |
| Respondents. | |

PLEASE TAKE NOTICE that pursuant to the order of the Court in the above-captioned matter (a copy of the order is attached hereto as Exhibit A, and a copy of the related correspondence is attached hereto as Exhibit B), the United States Marshal's levy on assets held by you that occurred on or about January 21, 2011 has been extended to and including October 7, 2013.

Dated: New York, New York
       May 14, 2013

Respectfully,

GREENBERG TRAURIG, LLP

_____
James W. Perkins
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
perkinsj@gtlaw.com
*Attorneys for Petitioner*

TO: Commerzbank AG
    2 World Financial Center, Suite 3101
    New York, NY 10281-3204