UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>          Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF CUBA,<br><br>          Defendant,<br><br>    v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS; COMMERZEBANK, AG; and RBS CITIZENS, N.A.,<br><br>          Garnishees,<br><br>ALFREDO VILLOLDO, et al.; and JEANETTE FULLER HAUSLER, et al.,<br><br>          Intervenors. | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |

  The undersigned hereby certifies that true and correct copies of the foregoing: (i) Plaintiff's Memorandum In Support of Vera's Priority and In Opposition to Hausler's Priority to Assets of the Republic of Cuba in Garnishees' Custody; and (ii) Declaration of Robert A. Swift (with supporting exhibits), have been served this 17th day of June, 2013, upon:

      Ministry of Foreign Affairs
      Republic of Cuba
      Calzada #360, Vedado
      Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

                */s/ Luma S. Al-Shibib*
                Luma S. Al-Shibib

nydocs1-1014575.1