UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

                Plaintiff,

v.

THE REPUBLIC OF CUBA,

                Defendant,

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS;
COMMERZEBANK, AG; and RBS CITIZENS, N.A.,

                Garnishees,

ALFREDO VILLOLDO, et al.; and
JEANETTE FULLER HAUSLER, et al.,

                Intervenors.

12 Civ. 1596 (AKH)

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that true and correct copies of the foregoing: (i) Plaintiff's Memorandum In Support of Vera's Priority and In Opposition to Hausler's Priority to Assets of the Republic of Cuba in Garnishees' Custody; and (ii) Declaration of Robert A. Swift (with supporting exhibits), have been served this 17th day of June, 2013, upon the following parties by hand delivery:

                Beth Ilana Goldman
                Edward Henry Rosenthal
                Frankfurt Kurnit Klein & Selz PC
                488 Madison Avenue
                New York, NY 10022

                (Attorneys for Alfredo Villoldo)

Brandon R. Levitt
Kachroo Legal Services, P.C.
245 Park Avenue, 39th Floor
New York, NY 10167

(Attorneys for Alfredo Villoldo)


James Wilson Perkins
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

(Attorneys for Jeanette Fuller Hausler)

Luma S. Al-Shibib