UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE REPUBLIC OF CUBA,<br><br>　　　　　　　　　　　　Defendant,<br><br>　　v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS; COMMERZEBANK, AG; and RBS CITIZENS, N.A.,<br><br>　　　　　　　　　　　　Garnishees,<br><br>ALFREDO VILLOLDO, et al.; and<br>JEANETTE FULLER HAUSLER, et al.,<br><br>　　　　　　　　　　　　Intervenors. | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |

　　　　The undersigned hereby certifies that true and correct copies of the foregoing: (i) Plaintiff's Memorandum In Support of Vera's Priority and In Opposition to Hausler's Priority to Assets of the Republic of Cuba in Garnishees' Custody; and (ii) Declaration of Robert A. Swift (with supporting exhibits), have been served this 17th day of June, 2013, upon the following parties by regular first class mail via the U.S. Postal Service:

　　　　　　　　　　**Mark Putnam Gimbel**
　　　　　　　　　　Covington & Burling LLP(NYC)
　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　New York, NY 10018-1405

　　　　　　　　　　(Attorneys for Deutsche Bank Trust Company Americas)

nydocs1-1014575.1

**Paul Anthony Saso**
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

(Attorneys for Commerzebank, AG)


**Hayward Homes Smith**
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017

(Attorneys for RBS Citizens, N.A.)

*Luma S. Al-Shibib*