UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>      Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>      Defendant,<br><br>and<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, COMMERZBANK AG, RBS CITIZENS, N.A.,<br><br>      Garnishees. | 12 Civ. 1596 (AKH)<br><br>ECF Case<br>Document Electronically Filed<br><br>**DECLARATION OF WALTER PETZINGER IN RESPONSE TO INTERVENOR-PETITIONER JEANNETTE FULLER HAUSLER'S PETITION TO DETERMINE ADVERSE CLAIMS PURSUANT TO FRCP 69 AND CPLR § 5239** |
| JEANNETTE FULLER HAUSLER, as Successor Personal Representative of the Estate of ROBERT OTIS FULLER, ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, IRENE MOSS, and JEANNETTE FULLER HAUSLER<br><br>      Intervenor-Petitioner,<br><br>v.<br><br>ALDO VERA, JR. as Personal Representative of the Estate of Aldo Vera, Sr., ALFREDO VILLOLDO, individually, and GUSTAVO VILLOLDO, individually, and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>      Respondents. | |

#1949682 v1
103969-82379

**WALTER PETZINGER** hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am Director and Senior Counsel at Commerzbank AG, New York Branch ("COBA") and submit this declaration in response to Intervenor-Petition Jeanette Fuller Hausler's (the "Hausler Intervenor") Petition pursuant to Rule 69 of the Federal Rules of Civil Procedure and Section 5239, 5227 of the New York Civil Practice Law and Rules. I submit this declaration based upon personal knowledge and upon my review of relevant files and communications.

2. Upon information and belief, counsel for the Hausler Intervenor provided a copy of the Hausler Intervenor's first letter application for an extension of the Hausler 1/4/11 Writ to Janis Meyer, Esq., an attorney at Dewey & LeBoeuf LLP, on or about April 5, 2011 with whom the Hausler Intervenor's attorney had previously corresponded.

3. Upon information and belief, Ms. Meyer informed the Hausler Intervenor's counsel that Dewey & LeBoeuf had not appeared on behalf of COBA in the Hausler Proceeding and that all future correspondence should be directed to me, after also providing him with my contact information.

4. Subsequent to Ms. Meyer's providing me with a copy of the April 5, 2011 letter application to the Court in the Hausler Proceeding, I never received any written correspondence or other notice from the Hausler Intervenor concerning any of their four subsequent letter applications to the Court in the Hausler Proceeding requesting an extension of the Hausler 1/4/11 Writ or concerning any of the letters endorsed by Judge Marrero after they were entered on the Hausler Proceeding docket until the Hausler Intervenor served upon COBA a Notice of Levy

Extension on or about May 14, 2013.  Attached as <u>Exhibit A</u> is a true and correct copy of the Notice of Levy Extension.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 17, 2013

_____
Walter Petzinger, Esq.