UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>                              Plaintiff,<br><br>      v.<br><br>THE REPUBLIC OF CUBA,<br><br>                              Defendant,<br><br>      and<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, COMMERZBANK AG, RBS CITIZENS, N.A.,<br><br>                              Garnishees. | 12 Civ. 1596 (AKH)<br><br>ECF Case<br>Document Electronically Filed<br><br><br><br>**CERTIFICATE OF SERVICE** |
| JEANNETTE FULLER HAUSLER, as Successor Personal Representative of the Estate of ROBERT OTIS FULLER, ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, IRENE MOSS, and JEANNETTE FULLER HAUSLER<br><br>                              Intervenor-Petitioner,<br><br>      v.<br><br>ALDO VERA, JR. as Personal Representative of the Estate of Aldo Vera, Sr., ALFREDO VILLOLDO, individually, and GUSTAVO VILLOLDO, individually, and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>                              Respondents. | |

#1950393 v1
103969-82379

I, Lori V. Duignan, hereby certify that on June 17, 2013, the following documents were electronically filed with the Court via the CM/ECF system:

1.) Commerzbank AG's Answer to Intervenor-Petitioner Jeannette Fuller Hausler's Petition to Determine Adverse Claims Pursuant to FRCP 69 and CPLR § 5239;

2.) Commerzbank AG's Memorandum of Law in Response to Intervenor-Petitioner Jeannette Fuller Hausler's Petition to Determine Adverse Claims Pursuant to FRCP 69 and CPLR § 5239; and

3.) Declaration of Walter Petzinger in Response to Intervenor-Petitioner Jeannette Fuller Hausler's Petition to Determine Adverse Claims Pursuant to FRCP 69 and CPLR § 5239.

I further certify that on June 17, 2013, a true and correct copy of the aforementioned documents were served upon the following counsel via hand delivery:

> James W. Perkins
> Greenberg Traurig, LLP
> MetLife Building
> 200 Park Avenue
> New York, New York 10166
> *Attorneys for Intervenor-Petitioner*
> *Jeannette Fuller Hausler*

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Lori V. Duignan*
Lori V. Duignan