UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12 Civ. 1596 (AKH) <br><br><br> **CERTIFICATE OF SERVICE** |

    I, Brandon R. Levitt, hereby certify that on June 18, 2013, the following documents were electronically filed with the Court via the CM/ECF system:

1. Motion to Vacate the Judgment for Lack of Subject Matter Jurisdiction to Account for All Funds Received and to Disgorge;

2. Memorandum in Support of Motion to Vacate the Judgment for Lack of Subject Matter Jurisdiction to Account for All Funds Received and to Disgorge;

3. Declaration of Andrew C. Hall in Support of Motion to Vacate the Judgment for Lack of Subject Matter Jurisdiction to Account for All Funds Received and to Disgorge.

    I further certify that on June 19, 2013, a true and correct copy of the aforementioned documents were served upon the following parties via overnight delivery and email (where indicated):

1. BPD Bank, Attn: Eva M. Pizano, 90 Broad Street, 5th Floor, New York, NY 10004;

2. Sumitomo Mitsui Banking Corporation William Hanley, General Counsel, Americas Division, 277 Park Avenue, New York, NY 10172;

3. Bank of Tokyo-Mitsubishi UFJ, Ltd., Karl Geercken, Alston & Bird, LLP, 90 Park Avenue, New York, NY 10016, karl.geercken@alston.com

4. Bank of China, c/o Richard De Palma, Esq., Thompson Hine, 335 Madison Avenue, 12th Floor, New York, NY 10017, Richard.depalma@thompsonhine.com

{10225/00313853.1}

5. BNP Paribas, c/o Carmine D. Boccuzzi, Jr., Esq., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, cboccuzzi@cgsh.com

6. PNC Bank, N.A., Allen Molnar, Esq., Harris Beach PLLC, 100 Wall Street, New York, NY 10005, amolnar@harrisbeach.com

7. Bruno Eduardo Rodriguez Parrilla, Minister of Foreign Affairs, Cuban Interests Section, 2630 16th Street, N.W., Washington, DC 20009

I certify under penalty of perjury that the foregoing is true and correct.

Brandon R. Levitt (BL1028)

{10225/00313853.1}