UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
ALDO VERA, JR., as Personal
Representative of the Estate of Aldo Vera,
Sr.,

                Plaintiff,    :  12 Civ. 1596 (AKH)

       v.    :  **NOTICE OF APPEARANCE**

THE REPUBLIC OF CUBA

                Defendant.

------------------------------- x

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Respondent Intesa Sanpaolo S.p.A.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
          June 20, 2013

                              DAVIS POLK & WARDWELL LLP

                              By: _____
                                  /Karen E. Wagner

                              450 Lexington Avenue
                              New York, New York 10017
                              (212) 450-4404 (phone)
                              (212) 701-5404 (fax)
                              karen.wagner@davispolk.com