UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>        Plaintiff,<br><br>   v.<br><br>THE REPUBLIC OF CUBA,<br><br>        Defendant,<br><br>   v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS; COMMERZEBANK, AG; and RBS CITIZENS, N.A.,<br><br>        Garnishees,<br><br>ALFREDO VILLOLDO, et al.; and<br>JEANETTE FULLER HAUSLER, et al.,<br><br>        Intervenors.<br><br>JEANETTE FULLER HAUSLER, et al.,<br><br>        Intervenor-Petitioner,<br><br>   v.<br><br>ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and ALFREDO VILLOLDO, et al.,<br><br>        Respondents. | 12 Civ. 1596 (AKH)<br><br><br>CERTIFICATE OF SERVICE |

   The undersigned hereby certifies that a true and correct copy of Plaintiff-Respondent Vera's Answer to Hausler's Petition to Determine Adverse Claims Pursuant

nydocs1-1014843.1

to FRCP 69 and CPLR § 5239 has been served this 20th day of June, 2013, upon:

>Ministry of Foreign Affairs
>Republic of Cuba
>Calzada #360, Vedado
>Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

Luma S. Al-Shibib