UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE REPUBLIC OF CUBA,<br><br>　　　　　　　　　　Defendant,<br><br>　v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS; COMMERZEBANK, AG; and RBS CITIZENS, N.A.,<br><br>　　　　　　　　　　Garnishees,<br><br>ALFREDO VILLOLDO, et al.; and JEANETTE FULLER HAUSLER, et al.,<br><br>　　　　　　　　　　Intervenors. | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |
| JEANETTE FULLER HAUSLER, et al.,<br><br>　　　　　　　　　　Intervenor-Petitioner,<br><br>　v.<br><br>ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and ALFREDO VILLOLDO, et al.,<br><br>　　　　　　　　　　Respondents. | |

　　　　The undersigned hereby certifies that a true and correct copy of Plaintiff-Respondent Vera's Answer to Hausler's Petition to Determine Adverse Claims Pursuant to FRCP 69 and CPLR § 5239 has been served this 20th day of June, 2013, upon the

following parties by regular first class mail via the U.S. Postal Service:

**Mark Putnam Gimbel**
Covington & Burling LLP(NYC)
620 Eighth Avenue
New York, NY 10018-1405

(Attorneys for Deutsche Bank Trust Company Americas)

**Beth Ilana Goldman**
**Edward Henry Rosenthal**
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022

(Attorneys for Alfredo Villoldo)

**Paul Anthony Saso**
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

(Attorneys for Commerzebank, AG)

**Brandon R. Levitt**
Kachroo Legal Services, P.C.
245 Park Avenue, 39th Floor
New York, NY 10167

(Attorneys for Alfredo Villoldo)

**Hayward Homes Smith**
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017

(Attorneys for RBS Citizens, N.A.)

**James Wilson Perkins**
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

(Attorneys for Jeanette Fuller Hausler)

Luma S. Al-Shibib