

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
ALDO VERA, JR., as Personal Representative :
of the Estate of Aldo Vera, Sr., :
:
      Plaintiff, :
:
-against-                            :       No. 12 Civ. 1596 (AKH)
:
THE REPUBLIC OF CUBA, :
:
      Defendants. :
---------------------------------------------------------- X

## STIPULATION AND ORDER ON EXTENSION OF TIME TO RESPOND TO HAUSLER PETITION TO DETERMINE ADVERSE CLAIMS

Intervenors, Alfredo Villoldo and Gustavo E. Villoldo, individually, and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo Argilagos ("Villoldos") and Intervenor-Petitioner Jeannette Fuller Hausler ("Hausler") hereby stipulate and agree, subject to approval of the Court, as follows:

1. On May 31, 2013, Hausler filed a petition to determine adverse claims to certain assets in the custody of garnishees.

2. On June 13, 2013, the Court entered an order granting Villoldos' motion to intervene.

3. Hausler and the Villoldos have agreed to an extension of time for the Villoldos to respond to Hausler's petition. The parties have agreed to allow the Villoldos to file their response on or before July 12, 2013 and to allow Hausler to file her reply on or before July 26, 2013.

IT IS HEREBY STIPULATED AND AGREED:

Dated: June 20, 2013
New York, New York

By: _____
Edward H. Rosenthal, Esq.
Beth I. Goldman, Esq.
FRANKFURT KURNIT KLEIN &
SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel.: (212) 980-0120
Fax: (212) 593-9175

Andrew C. Hall, Esq.*
Brandon R. Levitt, Esq.
HALL, LAMB AND HALL P.A.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Tel.: (305) 374-5030
Fax: (305) 374-5033
* admitted *pro hac vice*

*Attorneys for Alfredo Villoldo,
individually, and Gustavo E. Villoldo,
individually, and as Administrator,
Executor, and Personal Representative
of the Estate of Gustavo Villoldo
Argilagos*

By: _____
James W. Perkins, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue, 38th Floor
New York, New York 10166
Phone: (212) 801-3188
Fax: (212) 801-6400
*Attorneys for Intervenor-Petitioner
Jeannette Fuller Hausler*

SO ORDERED:

Dated: June __, 2013
New York, New York

_____
Honorable Alvin K. Hellerstein
United States District Judge

6-24-13