UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant, <br><br> v. <br><br> DEUTSCHE BANK TRUST COMPANY AMERICAS; COMMERZEBANK, AG; and RBS CITIZENS, N.A., <br><br> Garnishees, <br><br> ALFREDO VILLOLDO, et al.; and JEANETTE FULLER HAUSLER, et al., <br><br> Intervenors. | 12 Civ. 1596 (AKH) <br><br><br> CERTIFICATE OF SERVICE |
| JEANETTE FULLER HAUSLER, et al., <br><br> Intervenor-Petitioner, <br><br> v. <br><br> ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and ALFREDO VILLOLDO, et al., <br><br> Respondents. | |

The undersigned hereby certifies that a true and correct copy of: (i) Plaintiff-Respondent Vera's Amended Answer to Hausler's Petition to Determine Adverse Claims Pursuant to FRCP 69 and CPLR § 5239; (ii) Plaintiff's Amended Memorandum

nydocs1-1014982.1

In Support of Vera's Priority and In Opposition to Hausler's Priority to Assets of the Republic of Cuba In Garnishee's Custody; and (iii) Amended Declaration of Robert A. Swift, with supporting exhibits, have been served this 24th day of June, 2013, upon:

> Ministry of Foreign Affairs
> Republic of Cuba
> Calzada #360, Vedado
> Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

_____
Luma S. Al-Shibib

nydocs1-1014982.1