UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>                      Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>                      Defendant,<br><br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS; COMMERZEBANK, AG; and RBS CITIZENS, N.A.,<br><br>                      Garnishees,<br><br>ALFREDO VILLOLDO, et al.; and JEANETTE FULLER HAUSLER, et al.,<br><br>                      Intervenors. | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |
| JEANETTE FULLER HAUSLER, et al.,<br><br>                      Intervenor-Petitioner,<br><br>v.<br><br>ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and ALFREDO VILLOLDO, et al.,<br><br>                      Respondents. | |

        The undersigned hereby certifies that a true and correct copy of: (i) Plaintiff- Respondent Vera's Amended Answer to Hausler's Petition to Determine Adverse Claims Pursuant to FRCP 69 and CPLR § 5239; (ii) Plaintiff's Amended Memorandum In Support of Vera's Priority and In Opposition to Hausler's Priority to Assets of the Republic of Cuba In Garnishee's Custody; and (iii) Amended Declaration

nydocs1-1014982.1

of Robert A. Swift, with supporting exhibits, have been served this 24th day of June, 2013, upon the following parties by regular first class mail via the U.S. Postal Service:

**Mark Putnam Gimbel**
Covington & Burling LLP(NYC)
620 Eighth Avenue
New York, NY 10018-1405

(Attorneys for Deutsche Bank Trust Company Americas)

**Beth Ilana Goldman**
**Edward Henry Rosenthal**
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022

(Attorneys for Alfredo Villoldo)

**Paul Anthony Saso**
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

(Attorneys for Commerzebank, AG)

**Brandon R. Levitt**
Kachroo Legal Services, P.C.
245 Park Avenue, 39th Floor
New York, NY 10167

(Attorneys for Alfredo Villoldo)

**Hayward Homes Smith**
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017

(Attorneys for RBS Citizens, N.A.)

**James Wilson Perkins**
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

(Attorneys for Jeanette Fuller Hausler)

Luma S. Al-Shibib