Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022

*Attorneys for Garnishee*
  *Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALDO VERA, SR., <br><br> Plaintiff, <br><br> - against - <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12CV 1596 (AKH) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

ENTER my appearance as counsel in this case for Standard Chartered Bank, named as a garnishee. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         June 25, 2013

                                        ZEICHNER ELLMAN & KRAUSE LLP

                                        By: _____
                                          Barry J. Glickman
                                          Attorneys for Garnishee
                                            Standard Chartered Bank
                                          575 Lexington Avenue
                                          New York, New York  10022
                                          (212) 223-0400