Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022

*Attorneys for Garnishee*
 *Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALDO VERA, SR., <br><br> Plaintiff, <br><br> - against - <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12CV 1596 (AKH) <br><br> **STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

The undersigned attorneys for garnishee Standard Chartered Bank certify, upon information and belief, that Standard Chartered Bank is a wholly-owned subsidiary of Standard Chartered PLC, which is a publicly held company listed on the London and Hong Kong stock exchanges. Standard Chartered PLC has no parent corporation, nor does any publicly held corporation owned 10% or more of its stock

Dated:   New York, New York
         June 25, 2013

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    Barry J. Glickman
    Attorneys for Garnishee
      Standard Chartered Bank
    575 Lexington Avenue
    New York, New York 10022
    (212) 223-0400