Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022

*Attorneys for Garnishee
Mercantil Commercebank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALDO VERA, SR., <br><br>         Plaintiff, <br><br> - against - <br><br> THE REPUBLIC OF CUBA, <br><br>         Defendant. | Case No. 12CV 1596 (AKH) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

ENTER my appearance as counsel in this case for Mercantil Commercebank, N.A. named as a garnishee. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         June 25, 2013

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman
Attorneys for Garnishee
  Mercantil Commercebank, N.A.
575 Lexington Avenue
New York, New York  10022
(212) 223-0400