Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022

*Attorneys for Garnishee*
  *Mercantil Commercebank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALDO VERA, SR., <br><br> Plaintiff, <br><br> - against - <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12CV 1596 (AKH) <br><br> **STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

The undersigned attorneys for garnishee Mercantil Commercebank, N.A. certify, upon information and belief, that Mercantil Commercebank, N.A. is a wholly owned subsidiary of Mercantil Commercebank Florida Bankcorp Inc. a Florida Corporation incorporated, which is beneficially owned by Mercantil Commercebank Holding Corporation, which is a wholly owned subsidiary of Mercantil Servicios Financieros, S.A. a corporation domiciled in the Bolivarian Republic of Venezuela.

Dated:  New York, New York
        June 25, 2013

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman
Attorneys for Garnishee
  Mercantil Commercebank, N.A.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400