USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

        Plaintiff,

    v.

THE REPUBLIC OF CUBA,

        Defendant,

    and

DEUTSCHE BANK TRUST COMPANY
AMERICAS, COMMERZBANK AG, RBS
CITIZENS, N.A.,

        Garnishees.

----------------------------------------x

JEANNETTE FULLER HAUSLER, as Successor
Personal Representative of the Estate of ROBERT
OTIS FULLER, ("BOBBY FULLER"), Deceased, on
behalf of THOMAS CASKEY as Personal
Representative of the Estate of LYNITA FULLER
CASKEY surviving daughter of ROBERT OTIS
FULLER, THE ESTATE OF ROBERT OTIS
FULLER, FREDERICK FULLER, FRANCES
FULLER, GRACE LUTES, IRENE MOSS, and
JEANNETTE FULLER HAUSLER

        Intervenor-Petitioner,

    v.

ALDO VERA, JR. as Personal Representative of the
Estate of Aldo Vera, Sr., ALFREDO VILLOLDO,
individually, and GUSTAVO VILLOLDO,
individually, and as Administrator, Executor, and
Personal Representative of the ESTATE OF
GUSTAVO VILLOLDO ARGILAGOS,

        Respondents.

----------------------------------------x

12 Civ. 1596 (AKH)

**STIPULATION AND ORDER
EXTENDING TIME FOR
REPLY ON HAUSLER
PETITION TO DETERMINE
ADVERSE CLAIMS**

WDC 372818623v1

Plaintiff Aldo Vera, Jr. ("Vera") and Intervenor-Petitioner Jeannette Fuller Hausler ("Hausler") hereby stipulate and agree, subject to approval of the Court, as follows:

1. On May 31, 2013, Hausler filed a Petition pursuant to CPLR 5239 and supporting papers to determine adverse claims to certain assets in the custody of garnishees.

2. On June 17, 2013, Vera filed an Answer to the Petition and related papers in opposition.

3. On June 24, 2013, Vera filed an Amended Answer to the Petition and amended related papers in opposition.

4. Hausler and Vera have agreed to an extension of time for Hausler to file her reply papers to on or before July 12, 2013.

[THIS PORTION OF PAGE INTENTIONALLY LEFT BLANK]

WDC 372818623v1



**IT IS HEREBY STIPULATED AND AGREED:**

Dated: June 25, 2013
New York, New York

By: /s/ Jeffrey E. Glen
Jeffrey E. Glen, Esq.
Luma Salah Al-Shibib, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax:   (212) 278-1733

Robert Alan Swift, Esq.
KOHN, SWIFT, & GRAF, P.C.
1 South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: (215) 238-1700
Fax:   (215) 238-1968

*Attorneys for Plaintiff/Respondent
Aldo Vera, Jr.*

By: /s/ James W. Perkins
James W. Perkins, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue, 38th Floor
New York, New York 10166
Phone: (212) 801-3188
Fax:   (212) 801-6400

*Attorneys for Intervenor-Petitioner
Jeannette Fuller Hausler*

**SO ORDERED:**

Dated: June 27, 2013
New York, New York

/s/ Alvin K. Hellerstein
Honorable Alvin K. Hellerstein
United States District Judge