# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100

PHILADELPHIA, PENNSYLVANIA 19107-3304



JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS †◊
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
NEIL L. GLAZER †
JARED G. SOLOMON
BARBARA L. MOYER †

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: rswift@kohnswift.com

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY

July 1, 2013

**VIA FAX**

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Aldo Vera v. The Republic of Cuba, No. 12 Civ. 1596

Dear Judge Hellerstein:

    I am one of the counsel for Plaintiff in the above matter and am appearing *pro hac vice*. Following the hearing on June 25, counsel for the three judgment creditors engaged in discussion to consider working jointly in execution on their respective judgments. Those discussions show promise and would result, if successful, in withdrawal of claims by the judgment creditors *inter se*.

    One of the motions before your Honor is the Villoldo Motion to Vacate the Vera Judgment (ECF # 251). Vera's response is due July 5. Rather than file a response, counsel for Vera and Villoldo have agreed to extend the time for response one week -- to July 12, 2013 – with the expectation that the Motion may be withdrawn in advance of that date. Therefore, Plaintiff Vera respectfully requests an extension to file a response until July 12.

Respectfully yours,

Robert A. Swift

RAS:yr
Cc via e-mail: Andrew Hall, Esq.

So ordered:

Alvin Hellerstein, U.S.D.J.

7-1-13