

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

        Plaintiff,

v.

THE REPUBLIC OF CUBA,

        Defendant,

v.

ALFREDO VILLOLDO, et al.; and
JEANETTE FULLER HAUSLER, et al.,

        Intervenors.

12 Civ. 1596 (AKH)

**STIPULATION**



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to approval of the Court, as follows:

1. On June 18, 2013, Intervenors, Alfredo Villoldo and Gustavo E. Villoldo, individually, and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo Argilagos ("Villoldo") filed a Motion to Vacate the Vera Judgment for Lack of Subject Matter Jurisdiction, to Account for all Funds Received and to Disgorge (ECF# 251).

2. The response of Plaintiff Aldo Vera, Jr. ("Vera") to the Villoldo Motion to Vacate is due on July 12, 2013.

3. In light of ongoing negotiations regarding a cooperation agreement by and between the three judgment creditors involved in this action, Vera and Villoldo

nydocs1-1015859.1

have agreed to extend the time for Vera to respond to the Motion to Vacate until no later than August 2, 2013.

Dated: July 11, 2013

By: /s/ Luma S. Al-Shibib
Jeffrey E. Glen
Luma S. Al-Shibib
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Phone: 212-278-1000
Fax: 212-278-1733

Of Counsel:
Robert A. Swift *
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: 215-238-1700
Fax: 215-238-1968
* (admitted pro hac vice)

Attorneys for Plaintiff Aldo Vera, Jr.

By: /s/ Andrew C. Hall
Andrew C. Hall *
Brandon R. Levitt (BL1028)
HALL, LAMB AND HALL P.A.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: 305-374-5030
Fax: (305)374-5033
* (admitted pro hac vice)

and

Edward H. Rosenthal
Beth I Goldman
FRANKFURT KURNIT KLEIN &
  SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, New York 10022
Phone: 212-980-0120
Fax: 212-593-9175

Attorneys for Alfredo Villoldo and Gustavo E. Villoldo, Individually, and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo Argilagos

SO ORDERED:

Dated: July 11, 2013
New York, New York

BY THE COURT:

/s/ Alvin K. Hellerstein
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE