UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
                                                              Case No. 12-CV-1596 (AKH)

ALDO VERA, JR. AS PERSONAL
REPRESENTATIVE OF
THE ESTATE OF ALDO VERA, SR.,

                Plaintiff,

-against-

THE REPUBLIC OF CUBA,

                Defendant
-----------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending             ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**BARRY J. GLICKMAN**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BG 5877   My State Bar Number is: 1921808

I am,

☒ An attorney

☐ A Government Agency attorney ☐

   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Zeichner Ellman & Krause LLP
FIRM ADDRESS: 575 Lexington Avenue, New York, New York 10022
FIRM TELEPHONE NUMBER: 212-223-0400
FIRM FAX NUMBER: 212-753-0396

NEW FIRM:
FIRM NAME: Zeichner Ellman & Krause LLP
FIRM ADDRESS: 1211 Avenue of the Americas, New York, New York 10036
FIRM TELEPHONE NUMBER: 212-223-0400
FIRM FAX NUMBER: 212-753-0396

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: August 16, 2013

                                                ATTORNEY'S SIGNATURE

#725719