UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
                                                Case No.  12-CV-1596 (AKH)
ALDO VERA, JR. AS PERSONAL
REPRESENTATIVE OF
THE ESTATE OF ALDO VERA, SR. ,

                          Plaintiff,

     -against-

THE REPUBLIC OF CUBA,

                         Defendant
-----------------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending                  [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                          Bruce S. Goodman
                          FILL IN ATTORNEY NAME

My SDNY Bar Number is: __BG8953__  My State Bar Number is: _____4228060_____

I am,

    [X]    An attorney

    [ ]    A Government Agency attorney [ ]

           A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:    Zeichner Ellman & Krause LLP
                    FIRM ADDRESS:  575 Lexington Avenue
                                         New York, New York 10022
                    FIRM TELEPHONE NUMBER:  212-223-0400
                    FIRM FAX NUMBER:  212-753-0396

NEW FIRM:    FIRM NAME:    Zeichner Ellman & Krause LLP
                    FIRM ADDRESS:  1211 Avenue of the Americas
                                         New York, New York 10036
                    FIRM TELEPHONE NUMBER: 212-223-0400
                    FIRM FAX NUMBER:  212-753-0396

    [X]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
            was entered on _____ by Judge _____

Dated:    August 16, 2013

                                                           ATTORNEY'S SIGNATURE

#725719