# EXHIBIT 1

Case 1:12-cv-01596-AKH   Document 285-1   Filed 08/23/13   Page 1 of 3

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/12
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALDO VERA, JR.,
as Personal Representative of the Estate of Aldo Vera, Sr.,

      Plaintiff,

v.

THE REPUBLIC OF CUBA,

      Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

12 Civ. 1596 (AKH)

JUDGMENT

$12,1520

AND NOW, this 17 day of August, 2012, upon Plaintiff's Motion for Default Judgment against the Republic of Cuba, if appearing that (a) Cuba was served with the Summons and Complaint on April 24, 2012 pursuant to 28 U.S.C. § 1608(a)(3), (b) Cuba failed to answer or otherwise move in response to the Complaint within 60 days of service, (c) the Clerk of the Court entered a Certificate of Default against Cuba on June 27, 2012, (d) Cuba was served with Plaintiff's Motion but has not responded thereto, (e) this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 1602 *et seq.*, (f) Plaintiff's Florida Judgment of May 15, 2008 is entitled to full faith and credit in this Court pursuant to 28 U.S.C. § 1738, and (g) Plaintiff has established his right to relief pursuant to 28 U.S.C. § 1608(e) except that 28 U.S.C. § 1606 prohibits this Court from entering punitive damages against a foreign sovereign; the Motion is GRANTED pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of plaintiff Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr., and against

nydocs1-988214.1

the defendant Republic of Cuba in the amount of FORTY-FIVE MILLION FIVE HUNDRED SEVENTY-NINE THOUSAND FIVE HUNDRED NINETY-ONE and 22/100 DOLLARS ($45,579,591.22) together with interest at ~~1%~~ *the federal rate* from May 15, 2008 to the date in the amount of $ 3,767,122.00 , totaling $ 49,346,713.22. 

The Clerk is directed to send a copy of this Judgment in both English and Spanish to the defendant Republic of Cuba in accordance with 28 U.S.C. § 1608(a)(3). Plaintiff's counsel shall furnish the Clerk with a Spanish translation of this Judgment.

BY THE COURT:

Alvin K. Hellerstein
United States District Judge

nydocs1-988214.1