# EXHIBIT 2



U.S. Department of Justice

United States Marshals Service
*Southern District of New York*

500 Pearl Street, Suite 400
New York, New York 10007

Telephone (212) 331-7200
Facsimile (212) 637-6130

January 25, 2013

Commerzbank AG
ATTN: Legal Department
2 World Financial Center
New York, NY 10281-1050

    RE:    Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr. vs. The Republic of Cuba, 12 Civ. 1596

Dear Legal Department:

    Pursuant to the attached Writ of Execution, I am herewith levying on all the right, title and interest that the judgment debtor, The Republic of Cuba, has in any funds, property or assets being held by your institution, including but not limited to property blocked by the US Department of Treasury pursuant to 31 F.F.R. Part 515, to satisfy the judgment of $49,346,768.79 which includes fees for the United States Marshals Service in the amount of $55.57 plus interest from August 17, 2012.

    Please remit payment(s) promptly to:

        United States Marshal
        Southern District of New York
        500 Pearl Street, Suite 400
        New York, NY 10007

    Thank you in advance for your cooperation in this matter.

                Very truly yours,

                Joseph R. Guccione
                United States Marshal,
                Southern District of New York
        By:
                Joann Goodson
                Property Management Specialist
                (212) 331-7116

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr. | COURT CASE NUMBER<br>12 Civ 1596 |
| DEFENDANT<br>The Republic of Cuba | TYPE OF PROCESS<br>Amended Writ of Execution |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Commerzbank AG
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  2 World Financial Center, New York, NY 10281-1050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kerry A. Sheehan
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Commerzbank AG's outside counsel, Terry Myers, can be reached at 212-613-2005. This Amended Writ of Execution shall apply to all accounts held by Commerzbank AG or on behalf of the Republic of Cuba, its agencies and instrumentalities, including but not limited to property blocked by the US Department of the Treasury pursuant to 31 C.F.R. Part 515.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 212-278-1028
DATE: 1/25/13

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 2/
District to Serve: No. 2/
Signature of Authorized USMS Deputy or Clerk
Date: 1/25/13

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Carmen Rosado Para legal

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 1/28/13    Time: 1235  [X] pm

Signature of U.S. Marshal or Deputy: 4640

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $55.00 | .57 | | $55.57 | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U S Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

12-1596-32✓

Form USM-285
Rev 12/80

*Entered in JDIS*

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 12,1520  DOCKET NO. 12 Civ 1596

THE PRESIDENT OF THE UNITED STATES OF AMERICA To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of The Republic of Cuba

In your district you cause to be made the sum of Forty-nine million three-hundred forty-six thousand seven hundred and thirteen dollars and twenty-two cents, ($49,346,713.22)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second

Circuit, Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

recovered against the said The Republic of Cuba

in an action between Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

PLAINTIFF and The Republic of Cuba

DEFENDANT, in favor of said Plaintiff, Aldo Vera, Jr. as Personal Representative of the Estate of Aldo Vera, Sr.

as appears by the record filed in the Clerk's Office of said District Court on the _____17th_____ day

of August in the year of 2012.

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the _16th_ day of _November_ in the year of our Lord _2012_, and of the Independence of the United States the two hundred _37_ year.
(year)

_____
CLERK

SDNY Web

nydocs1-999181.1

## United States District Court
### SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

                              Plaintiff

-against-

THE REPUBLIC OF CUBA,

                              Defendant

and

AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED, BPD BANK, BNP PARIBAS S. A., BANCO DO BRASIL S. A., BANCO INDUSTRIAL DE VENEZUELA, BANCO ITAU EUROPA INTERNATIONAL, BANCO POPULAR NORTH AMERICA, BANCO SANTANDER, S. A., BANCO DE LA NACION ARGENTINA, BANCO ESPIRITO SANTO, S. A., BANCOESTADO (BANCO DEL ESTADO DE CHILE), BANK HAPOALIM, B. M., BANK OF NEW YORK MELLON, BANK OF CHINA, THE BANK OF NOVA SCOTIA, BANK OF TOKYO-MITSUBISHI UFJ TRUST COMPANY, BARCLAYS BANK PLC, CREDIT AGRICOLE CIB, COMMERZBANK AG, DEUTSCHE BANK AG, DEUTSCHE BANK TRUST COMPANY AMERICAS, FEDERAL RESERVE BANK OF NEW YORK, GIBRALTAR PRIVATE BANK & TRUST, HSBC BANK USA, N.A., HABIB AMERICAN BANK (HAB), INTESA SANPAOLO, KBC BANK N.V., INVESTORS SAVINGS BANK, M&T BANK, MERCANTIL COMMERCEBANK, N. A., MIZUHO CORPORATE BANK (USA), NEW YORK COMMUNITY BANCORP, INC., NORDEA BANK FINLAND, PLC, THE NORTHEN TRUST INTERNATIONAL BANKING CORPORATION, PONCE DE LEON FEDERAL BANK, PNC BANK, N.A., RBS CITIZENS NA, ROYAL BANK OF CANADA, SOCIETE GENERALE, SOVEREIGN BANK, STANDARD CHARTERED BANK, SUMITOMO MITSUI BANKING CORPORATION, TD BANK, NA, UNICREDIT SPA, UNION BANK NA, WELLS FARGO BANK, NA, BANCO BILBAO VIZCAYA ARGENTARIA, S.A., CITIBANK, JP MORGAN CHASE & CO., NATIONAL BANK OF CANADA, BANK OF AMERICA, THE ROAYAL BANK OF SCOTLAND PLC, THE ROYAL BANK OF SCOTLAND N. V, UBS AG,

                              Garnishees

### EXECUTION AGAINST PROPERTY

Kerry A. Sheehan

Attorney for

Aldo Vera, Jr. As Personal Representative of the Estate of Aldo Vera, Sr., Plaintiff

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect

Forty-nine million three-hundred forty-six thousand seven hundred and thirteen Dollars

and twenty-two cents,

with interest from the 17th

day of August, 2012,

besides your fees, etc

_____ Attorney

nydocs1-999181.1