# EXHIBIT 3
FILED UNDER SEAL
PURSUANT TO
PROTECTIVE ORDER
DATED JANUARY 18, 2013