# EXHIBIT 4

## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED JANUARY 18, 2013