UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>　　　　　　　　　　Defendant,<br><br>v.<br><br>COMMERZEBANK, AG,<br><br>　　　　　　　　　　Garnishee. | 12 Civ. 1596 (AKH)<br><br>CERTIFICATE OF SERVICE |

　　　　The undersigned hereby certifies that a true and correct copy of Plaintiff's Amended Uncontested Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with supporting exhibits, has been served this 23rd day of August, 2013, upon the following parties by regular first class mail via the U.S. Postal Service:

| | |
|---|---|
| **Terry Alan Myers**<br>**Paul Anthony Saso**<br>Gibbons P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119<br><br>(Attorneys for Commerzbank AG) | **Brandon R. Levitt**<br>**Andrew C. Hall**<br>HALL, LAMB and HALL, P.A.<br>Grand Bay Plaza, Penthouse One<br>2665 South Bayshore Drive<br>Miami, Florida, 33133<br><br>(Attorneys for Alfredo Villoldo) |

nydocs1-1018172.1

**Beth Ilana Goldman**
**Edward Henry Rosenthal**
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022

(Attorneys for Alfredo Villoldo)

**James Wilson Perkins**
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

(Attorneys for Jeanette Fuller Hausler)

**Roberto Martinez**
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Fl 33134

(Attorneys for Jeanette Fuller Hausler)

/s/ Luma S. Al-Shibib
Luma S. Al-Shibib

nydocs1-1018172.1