UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant, <br><br> v. <br><br> COMMERZEBANK, AG, <br><br> Garnishee. | 12 Civ. 1596 (AKH) <br><br> CERTIFICATE OF SERVICE |

The undersigned hereby certifies that a true and correct copy of Plaintiff's Amended Uncontested Motion for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), with supporting exhibits, except to the extent that any such material has been filed under seal, has been served this 23rd day of August, 2013, by first class international mail delivery, by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service upon:

>Ministry of Foreign Affairs
>Republic of Cuba
>Calzada #360, Vedado
>Havana, Cuba

_____
Luma S. Al-Shibib

nydocs1-1018172.1