# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100

PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LaROCCA
DENIS F. SHEILS ◊
DOUGLAS A. ABRAHAMS •
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
NEIL L. GLAZER †
JARED G. SOLOMON
BARBARA L. MOYER †

• ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
† ALSO ADMITTED IN NEW JERSEY

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com
E-MAIL: RSWIFT@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

August 15, 2013

VIA FAX

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Aldo Vera v. The Republic of Cuba, No. 12 Civ. 1596

Dear Judge Hellerstein:

I am one of the counsel for Plaintiff Vera in the above matter and am appearing *pro hac vice*. At the hearing in this matter on June 25, your Honor scheduled a status conference for August 19 at 4 pm. After consulting with my co-counsel and counsel for the garnishee banks, all counsel believe that the conference should be adjourned. We propose that the conference be rescheduled for the week of September 23, and propose Thursday September 26. Since the omnibus petition/complaint (referenced in item 3 of my letter of July 26, 2013) will not be filed by August 19, it is premature to expect the garnishee banks to have a position on scheduling and further proceedings. Consequently, there is little that could be accomplished at the status conference.

The judgment creditors have agreed to extend the time for the garnishee banks to respond to the omnibus petition/complaint until seven days after a conference with your Honor, assuming the conference is held the week of September 23, 2013. Of course, this is subject to whatever your Honor should decide is an appropriate response time at the conference.

I can assure your Honor that the judgment creditors are working diligently and jointly to implement the three items stated in my letter of July 26 and expect to meet the schedule with the possible exception that the submission of proposed stipulations of turnover with three banks (item 1 of my letter) could be delayed by a few days in order to finalize the paperwork.

Accordingly, I request that your Honor adjourn the status conference scheduled for August 19 until the week of September 23, 2013.

*Handwritten annotation:* The conf. is adjourned to Sep. 23, 2013, 4:00 p.m. 8-15-13 /s/ AKH

KOHN, SWIFT & GRAF, P.C.  CONTINUATION SHEET NO. 2  HON. ALVIN K. HELLERSTEIN
AUGUST 15, 2013

Respectfully yours,

*Robert A. Swift*

Robert A. Swift

RAS:yr
Cc via ECF e-mail: All Counsel

So ordered:

_____
Alvin Hellerstein, U.S.D.J.

85125