

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

              Plaintiff,

v.

THE REPUBLIC OF CUBA,

              Defendant.

--------------------------------------------------------------- x

12 Civ. 1596 (AKH)

**STIPULATION AND ORDER AMENDING PROTECTIVE ORDER**

     WHEREAS, on January 14, 2013, the Court entered a Protective Agreement and Order (Dkt No. 24) (the "Protective Order") governing the production and exchange of documents and information given or exchanged by recipients of subpoenas who have joined in that Protective Order;

     WHEREAS, the Court has amended the Protective Order from time to time;

     WHEREAS, on May 17, 2013, Judge Hellerstein endorsed a stipulation and order (Dkt No. 207, filed May 20, 2013) permitting Judgment Creditor-Intervenor Jeannette Fuller Hausler ("Hausler") to limited intervention in this proceeding;

     WHEREAS, on June 12, 2013, Judge Hellerstein granted Judgment Creditor-Invervenors Alfredo Villoldo and Gustavo Villoldo's (collectively, "Villoldo") motion to intervene (Dkt No. 241, filed June 13, 2013);

     WHEREAS, pursuant to the Court's directive, Aldo Vera, Jr. ("Vera"), Hausler, and Villoldo (collectively, the "Judgment Creditors") have agreed to work cooperatively in the prosecution of this matter (*see* Dkt No. 280);

     WHEREAS, the exchange of information among the Judgment Creditors is necessary to facilitate cooperation in prosecuting this matter;

1

2

WHEREAS, the Protective Order provides in paragraph L, that additional parties may agree to be subject to its terms by signing a counterpart thereof and by serving a copy on all parties of record, and filing same with the Court;

WHEREAS, Hausler and Villoldo have agreed to become parties to, and are willing to be bound by, the terms of the Protective Order and Addendum.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the Judgment Creditors, as follows:

1. All provisions of the Protective Order, as previously amended shall remain in full force and effect.

2. Hausler, Villoldo, and their undersigned counsel agree to abide by the terms of the Protective Order as amended.

3. The parties to this Stipulation and Order shall be deemed to have signed a counterpart of the Protective Order as provided in paragraph L thereof and agree that execution of this Stipulation and Order shall have the same force and effect as executing a counterpart of the Protective Order.

4. This stipulation may be executed by facsimile or email, and in counterparts.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

**IT IS HEREBY STIPULATED AND AGREED:**

Dated: August 20, 2013
       New York, New York

KOHN, SWIFT, & GRAF, P.C.                    HALL, LAMB AND HALL, P.A.

By: /s/ Robert A. Swift                      By: _____
    Robert Alan Swift, Esq.                       Brandon R. Levitt, Esq.
    1 South Broad Street, Suite 2100              2665 South Bayshore Drive, PH1
    Philadelphia, PA 19107                        Miami, Florida 33133
    Phone: (215) 238-1700                         Phone: (305) 374-5030
    Fax:   (215) 238-1968                         Fax:   (305) 374-5033
    Email: rswift@kohnswift.com                   Email: blevitt@hlhlawfirm.com

*Attorneys for Plaintiff Aldo Vera, Jr.*         *Attorneys for Villoldo Intervenors*


GREENBERG TRAURIG, LLP                       COLSON HICKS EIDSON

By: _____                   By: _____
    James W. Perkins, Esq.                        Roberto Martinez, Esq.
    200 Park Avenue, 38th Floor                   255 Alhambra Circle, Penthouse
    New York, New York 10166                      Coral Gables, FL 33134
    Phone: (212) 801-3188                         Phone: (305) 476-7400
    Fax:   (212) 801-6400                         Fax:   (305) 476-7444
    Email: perkinsj@gtlaw.com                     Email: bob@colson.com

*Attorneys for Intervenor-Petitioner*        *Attorneys for Intervenor-Petitioner*
*Jeannette Fuller Hausler*                   *Jeannette Fuller Hausler*


**SO ORDERED:**

Dated: August ___, 2013
       New York, New York

                                             _____
                                             Honorable Alvin K. Hellerstein
                                             United States District Judge

3

IT IS HEREBY STIPULATED AND AGREED:

Dated:  August 20, 2013
        New York, New York

| | |
|---|---|
| KOHN, SWIFT, & GRAF, P.C. | HALL, LAMB AND HALL, P.A. |
| By: _____ | By: /s/ Brandon R. Levitt |
| Robert Alan Swift, Esq. | Brandon R. Levitt, Esq. |
| 1 South Broad Street, Suite 2100 | 2665 South Bayshore Drive, PH1 |
| Philadelphia, PA 19107 | Miami, Florida 33133 |
| Phone: (215) 238-1700 | Phone: (305) 374-5030 |
| Fax:   (215) 238-1968 | Fax:   (305) 374-5033 |
| Email: rswift@kohnswift.com | Email: blevitt@hlhlawfirm.com |
| *Attorneys for Plaintiff Aldo Vera, Jr.* | *Attorneys for Villoldo Intervenors* |
| | |
| GREENBERG TRAURIG, LLP | COLSON HICKS EIDSON |
| By: _____ | By: _____ |
| James W. Perkins, Esq. | Roberto Martinez, Esq. |
| 200 Park Avenue, 38th Floor | 255 Alhambra Circle, Penthouse |
| New York, New York 10166 | Coral Gables, FL 33134 |
| Phone: (212) 801-3188 | Phone: (305) 476-7400 |
| Fax:   (212) 801-6400 | Fax:   (305) 476-7444 |
| Email: perkinsj@gtlaw.com | Email: bob@colson.com |
| *Attorneys for Intervenor-Petitioner Jeannette Fuller Hausler* | *Attorneys for Intervenor-Petitioner Jeannette Fuller Hausler* |

SO ORDERED:

Dated:  August ___, 2013
        New York, New York

_____
Honorable Alvin K. Hellerstein
United States District Judge

3

**IT IS HEREBY STIPULATED AND AGREED:**

Dated: August 20, 2013
New York, New York

KOHN, SWIFT, & GRAF, P.C.

By: _____
Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax: (215) 238-1968
Email: rswift@kohnswift.com

*Attorneys for Plaintiff Aldo Vera, Jr.*

HALL, LAMB AND HALL, P.A.

By: _____
Brandon R. Levitt, Esq.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: (305) 374-5030
Fax: (305) 374-5033
Email: blevitt@hlhlawfirm.com

*Attorneys for Villoldo Intervenors*

GREENBERG TRAURIG, LLP

By: _____
James W. Perkins, Esq.
200 Park Avenue, 38th Floor
New York, New York 10166
Phone: (212) 801-3188
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

*Attorneys for Intervenor-Petitioner
Jeannette Fuller Hausler*

COLSON HICKS EIDSON

By: _____
Roberto Martinez, Esq.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: bob@colson.com

*Attorneys for Intervenor-Petitioner
Jeannette Fuller Hausler*

**SO ORDERED:**

Dated: August 27, 2013
New York, New York

_____
Honorable Alvin K. Hellerstein
United States District Judge

3