08/26/2013 16:33 FAX    215 238 1968         KOHN SWIFT & GRAF PC                              ☒003/006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal )
Representative of the Estate of Aldo Vera, )  12 Civ. 1596 (AKH)
Sr., )
)
                  Plaintiff, )  STIPULATED TURNOVER ORDER
)
      v. )
)
THE REPUBLIC OF CUBA )
)
                  Defendant, )
)
      v. )
)
COMMERZBANK AG, )
)
                  Garnishee. )
)

AND NOW, this 27 day of August, 2013, counsel for Plaintiff Aldo Vera, Jr. and Commerzbank AG ("Commerzbank") stipulate and agree as follows:

1. Plaintiff Aldo Vera, Jr., as personal representative of the Estate of Aldo Vera, Sr., obtained a Judgment in this Court on August 20, 2012 in the amount of $49,346,713.22, of which $48,511,553.06 remains unsatisfied.

2. On August 23, 2013, the Plaintiff filed an Amended Uncontested Motion for Turnover Pursuant to Federal Rule of Civil Procedure 69 and CPLR 5225(b) against Commerzbank (the "Motion") (ECF Dkt. No. 289, which is currently pending before the Court.

3. Commerzbank has provided notice to the United States Department of the Treasury's Office of Foreign Assets Control ("OFAC") of this Motion and OFAC has not appeared or otherwise objected to the relief sought in the Motion.

#1971437 v1

08/26/2013 16:34 FAX 215 238 1968          KOHN SWIFT & GRAF PC                    ☒004/006

4.      Plaintiff's Motion establishes that the Turnover Assets detailed in Exhibit 3 of the Motion, totaling $5,829,840.69 as of July 31, 2013, are subject to turnover pursuant to N.Y. C.P.L.R. § 5225, 28 U.S.C. § 1610(g) and the Terrorism Risk Insurance Act of 2002, Pub. L. No. 107-297, 116 Stat. 2322 (2002), codified at 28 U.S.C. § 1610 note, in partial satisfaction of Plaintiff's judgment.

5.      Plaintiff's counsel has provided notice to the judgment creditors in *Villoldo v. Castro Ruz*, No. 11-cv-9394 (LTS) (S.D.N.Y) and *Hausler v. The Republic of Cuba, et al.*, No. 09 Civ. 10289 (VM) (S.D.N.Y.) of this Stipulated Turnover Order. Plaintiff's counsel has informed Commerzbank's counsel that these judgment creditors shall execute certain covenants not to sue Commerzbank, which covenants will be delivered in escrow to counsel for Commerzbank in advance of the transfer of the Turnover Assets as provided for below.

6.      Within ten (10) business days after this Order is no longer subject to appeal and after delivery to Commerzbank's counsel of the covenants not to sue, Commerzbank shall pay and turn over to Plaintiff $5,829,840.69 plus accrued interest by wire transfer to Kohn Swift & Graf, P.C. pursuant to wire instructions to be furnished Garnishee by Plaintiff, in partial satisfaction of Plaintiff's judgment of August 20, 2012.

7.      Upon payment and turnover of the aforesaid amount (a) Plaintiff releases and discharges Commerzbank from all liability and obligations of any nature to Plaintiff.

#1971437 v1

| KOHN, SWIFT & GRAF, P.C. | GIBBONS P.C. |
|---|---|
| *[signature: Robert A. Swift]* | |
| Robert A. Swift | Terry Myers |
| Admitted *Pro Hac Vice* | Paul Saso |
| One South Broad Street, Suite 2100 | One Pennsylvania Plaza, 37th Floor |
| Philadelphia, Pennsylvania 19107 | New York, New York 10119 |
| Phone: 215-238-1700 | Phone: 212-613-2171 |
| Fax:   215-238-1968 | |
| | Attorney for Commerzbank AG |
| Attorney for Aldo Vera, Jr. | |

So Ordered:

_____
Alvin K. Hellerstein
United States District Judge

#1971437 v1

| KOHN, SWIFT & GRAF, P.C. | GIBBONS P.C. |
|---|---|
| | /s/ Terry Myers |
| Robert A. Swift | Terry Myers |
| Admitted *Pro Hac Vice* | Paul Saso |
| One South Broad Street, Suite 2100 | One Pennsylvania Plaza, 37th Floor |
| Philadelphia, Pennsylvania 19107 | New York, New York 10119 |
| Phone: 215-238-1700 | Phone: 212-613-2171 |
| Fax:   215-238-1968 | |
| | Attorney for Commerzbank AG |
| Attorney for Aldo Vera, Jr. | |

So Ordered:

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
United States District Judge    8-27-13

3

#1971437 v1
103969-82379