| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,; and<br><br>JEANETTE FULLER HAUSLER, as Successor Personal Representative of ROBERT OTIS FULLER, Deceased, on behalf of the Estate of LYNITA FULLER CASKEY, the surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, IRENE MOSS, and JEANETTE FULLER HAUSLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>Petitioners,<br><br>v.<br><br>STANDARD CHARTERED BANK, and MERCANTIL COMMERCEBANK, N.A.<br><br>Respondents/Garnishees. | **C E R T I F I C A T E<br>O F   S E R V I C E** |

The undersigned hereby certifies that a true and correct copy of the **Petition For Turnover Order Re: Standard Chartered Bank And Mercantil Commercebank, N.A. (ECF # 284)**, with supporting exhibits, has been served this **11th day of September, 2013**, by **hand**

nydocs1-1019089.1

**delivery** upon counsel for Standard Chartered Bank and Mercantil Commercebank, N.A., at the following address:

> Barry J. Glickman, Esq.
> Zeichner Ellman & Krause LLP
> 1211 Avenue of the Americas
> New York, New York 10036

> /s/ Luma S. Al-Shibib
> Luma S. Al-Shibib