

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

        Plaintiff,

v.

THE REPUBLIC OF CUBA,

        Defendant,

and

DEUTSCHE BANK TRUST COMPANY
AMERICAS, COMMERZBANK AG, RBS
CITIZENS, N.A.,

        Garnishees.

------------------------------------------------------------ X

JEANNETTE FULLER HAUSLER, as Successor
Personal Representative of the Estate of ROBERT
OTIS FULLER, ("BOBBY FULLER"), Deceased, on
behalf of THOMAS CASKEY as Personal
Representative of the Estate of LYNITA FULLER
CASKEY surviving daughter of ROBERT OTIS
FULLER, THE ESTATE OF ROBERT OTIS
FULLER, FREDERICK FULLER, FRANCES
FULLER, GRACE LUTES, IRENE MOSS, and
JEANNETTE FULLER HAUSLER

        Intervenor-Petitioner,

v.

ALDO VERA, JR. as Personal Representative of the
Estate of Aldo Vera, Sr., ALFREDO VILLOLDO,
individually, and GUSTAVO VILLOLDO,
individually, and as Administrator, Executor, and
Personal Representative of the ESTATE OF
GUSTAVO VILLOLDO ARGILAGOS,

        Respondents.

------------------------------------------------------------ X

12 Civ. 1596 (AKH)

STIPULATION AND
[PROPOSED] ORDER
WITHDRAWING
INTERVENOR-PETITIONER
JEANNETTE FULLER
HAUSLER'S PETITION TO
DETERMINE ADVERSE
CLAIMS PURSUANT TO
FRCP 69 AND CPLR § 5239
AND RELATED FILINGS



WHEREAS, on May 31, 2013, Intervenor-Petitioner Jeannette Fuller Hausler ("Hausler"), by and through her attorneys Greenberg Traurig, LLP, filed a Petition to Determine Adverse Claims Pursuant to FRCP 69 and CPLR § 5239 (Dkt No. 255) (the "5239 Petition") seeking a determination that she has priority judgment creditor rights over Plaintiff Aldo Vera, Jr. ("Vera"), and Intervenors Alfredo Villoldo and Gustavo Villoldo (collectively, "Villoldo") to funds held in certain blocked accounts at Deutsche Bank Trust Company Americas ("DBTCA"), Commerzbank AG ("Commerzbank"), and RBS Citizens, N.A. ("Citizens");

WHEREAS, on May 31, 2013, in support of her 5239 Petition, Hausler also filed a memorandum of law (Dkt No. 227) and the Declaration of James W. Perkins (Dkt No. 226) with supporting exhibits;

WHEREAS, on June 17, 2013, Vera filed a memorandum of law in opposition to the 5239 Petition (Dkt No. 242) as well as the Declaration of Robert A. Swift (Dkt No. 243) and supporting exhibits;

WHEREAS, on June 17, 2013, Commerzbank filed an answer to the 5239 Petition (Dkt No. 247), memorandum of law in opposition to the 5239 Petition (Dkt No. 248), and Declaration of Walter Petzinger (Dkt No. 249) and supporting exhibits;

WHEREAS, on June 20, 2013, Vera filed an answer to the 5239 Petition (Dkt No. 257);

WHEREAS, on June 24, 2013, Vera filed an amended answer to the 5239 Petition (Dkt No. 262), an amended memorandum of law to the 5239 Petition (Dkt No. 263), and the Declaration of Robert A. Swift and supporting exhibits (Dkt No. 264);

WHEREAS, on July 26, 2013, counsel for Vera informed the Court via letter (later endorsed by Judge Hellerstein on July 29, 2013) that the Judgment Creditors reached an agreement to move forward to cooperatively file complaints against garnishee banks (*see* Dkt No. 280).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned, and SO ORDERED by the Court that the 5239 Petition and all related filings are withdrawn, and the Clerk shall mark Docket Numbers 255, 226, 227, 242, 243, 247, 248, 249, 257, 262, 263, and 264 terminated.

Dated: September 4, 2013
New York, New York

GREENBERG TRAURIG, LLP

By: _____
James W. Perkins, Esq.
200 Park Avenue, 38th Floor
New York, New York 10166
Phone: (212) 801-3188
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

*Attorneys for Petitioner*
*Jeannette Fuller Hausler*

KOHN, SWIFT, & GRAF, P.C.

By: _____
Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax: (215) 238-1968
Email: rswift@kohnswift.com

*Attorneys for Plaintiff/Respondent*
*Aldo Vera, Jr.*

HALL, LAMB AND HALL, P.A.

By: _____
Brandon R. Levitt, Esq.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: (305) 374-5030
Fax: (305) 374-5033
Email: blevitt@hlhlawfirm.com

*Attorneys for Villoldo Respondents*

GIBBONS P.C.

By: _____
Terry Alan Myers, Esq.
One Pennsylvania Plaza, 37th Floor
New York, New York
Phone: (212) 613-2005
Fax: (212) 554-9670
Email: tmyers@gibbonslaw.com

*Attorneys for Garnishee Commerzbank AG*

**SO ORDERED:**

Dated: August __, 2013
New York, New York

_____
Honorable Alvin K. Hellerstein
United States District Judge

3

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned, and SO ORDERED by the Court that the 5239 Petition and all related filings are withdrawn, and the Clerk shall mark Docket Numbers 255, 226, 227, 242, 243, 247, 248, 249, 257, 262, 263, and 264 terminated.

Dated: August __, 2013
New York, New York

GREENBERG TRAURIG, LLP

By: _____
James W. Perkins, Esq.
200 Park Avenue, 38th Floor
New York, New York 10166
Phone: (212) 801-3188
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

*Attorneys for Petitioner*
*Jeannette Fuller Hausler*

KOHN, SWIFT, & GRAF, P.C.

By: _____
Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax: (215) 238-1968
Email: rswift@kohnswift.com

*Attorneys for Plaintiff/Respondent*
*Aldo Vera, Jr.*

HALL, LAMB AND HALL, P.A.

By: /s/ _____
Brandon R. Levitt, Esq.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: (305) 374-5030
Fax: (305) 374-5033
Email: blevitt@hlhlawfirm.com

*Attorneys for Villoldo Respondents*

GIBBONS P.C.

By: _____
Terry Alan Myers, Esq.
One Pennsylvania Plaza, 37th Floor
New York, New York
Phone: (212) 613-2005
Fax: (212) 554-9670
Email: tmyers@gibbonslaw.com

*Attorneys for Garnishee Commerzbank AG*

**SO ORDERED:**

Dated: August __, 2013
New York, New York

_____
Honorable Alvin K. Hellerstein
United States District Judge

3

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned, and SO ORDERED by the Court that the 5239 Petition and all related filings are withdrawn, and the Clerk shall mark Docket Numbers 255, 226, 227, 242, 243, 247, 248, 249, 257, 262, 263, and 264 terminated.

Dated: August __, 2013
New York, New York

GREENBERG TRAURIG, LLP

By: _____
James W. Perkins, Esq.
200 Park Avenue, 38th Floor
New York, New York 10166
Phone: (212) 801-3188
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

*Attorneys for Petitioner
Jeannette Fuller Hausler*

KOHN, SWIFT, & GRAF, P.C.

By: _____
Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax: (215) 238-1968
Email: rswift@kohnswift.com

*Attorneys for Plaintiff/Respondent
Aldo Vera, Jr.*

HALL, LAMB AND HALL, P.A.

By: _____
Brandon R. Levitt, Esq.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: (305) 374-5030
Fax: (305) 374-5033
Email: blevitt@hlhlawfirm.com

*Attorneys for Villoldo Respondents*

GIBBONS P.C.

By: /s/ Terry Alan Myers
Terry Alan Myers, Esq.
One Pennsylvania Plaza, 37th Floor
New York, New York
Phone: (212) 613-2005
Fax: (212) 554-9670
Email: tmyers@gibbonslaw.com

*Attorneys for Garnishee Commerzbank AG*

**SO ORDERED:**
Dated: Sep. 12, 2013
New York, New York

/s/ Alvin K. Hellerstein
Honorable Alvin K. Hellerstein
United States District Judge

3