UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ALDO VERA, JR.,

                      Plaintiff,

-against-

THE REPUBLIC OF CUBA,

                      Defendant.

-------------------------------------------------------------- x

**ORDER DENYING MOTION TO JOIN AND MOTION TO TURNOVER FUNDS**

12 Civ. 1596 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Plaintiff moved to join the plaintiffs in a related action, Villoldo v. Fidel Castro Ruz, 11-cv-9394, on March 18, 2013. Since then, I have ordered that the plaintiffs in the Villoldo case be admitted into this case as intervenors. Plaintiff's original motion (Doc. No. 113) is therefore denied as academic.

    Plaintiff also moved for a turnover order against funds at Commerzbank AG on March 15, 2013. However, on August 27, 2013, Commerzbank agreed to turnover $5,829,840.69 to Plaintiff. In light of this agreement, Plaintiff's turnover motion (Doc. No. 107) is also denied as academic.

    The status of the remaining pending motions will be discussed at the upcoming status conference, scheduled for September 23, 2013 at 4 p.m.

    SO ORDERED.

Dated:    September __, 2013
             New York, New York

                                               ALVIN K. HELLERSTEIN
                                               United States District Judge

1