UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,                      12 CIV 1596 (AKH)

    v.

THE REPUBLIC OF CUBA,                 **NOTICE OF APPEARANCE**

        Defendant.
───────────────────────────────────────

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., *et al.*,

        Petitioners,

    v.

BANCO BILBAO VIZCAYA
ARGENTARIA (S.A.), *et al.*,

        Respondents/Garnishees.
───────────────────────────────────────

        Paul K. Stecker of Phillips Lytle LLP hereby appears in this action as counsel for respondent/garnishee HSBC Bank USA, N.A.

DATED:      September 20, 2013

                                  PHILLIPS LYTLE LLP

                                  By:    s/ Paul K. Stecker
                                          Paul K. Stecker
                                Attorneys for Respondent/Garnishee
                                 HSBC Bank USA, N.A.
                                Suite 3400, One HSBC Center
                                Buffalo, New York 14203
                                (716) 847-8400
                                pstecker@phillipslytle.com

                                and

                                The New York Times Building
                                620 Eighth Avenue, 23rd Floor
                                New York, NY 10018-1405
                                (212) 759-4888

FFFtl/Doc #01-2705417.1