# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Civil Case No.: 12 CV 1596  
Date Filed: 9/9/13

---------------------------------------------------X

ALDO VERA, JR., as Personal  
Representative of the Estate of **ALDO VERA, SR.**,

        Plaintiff,

- against -

**THE REPUBLIC OF CUBA,**

        Defendant.

---------------------------------------------------X

ALDO VERA, JR., as Personal  
Representative of the Estate of **ALDO VERA, SR.**  
et al.,

        Petitioners,

- against -

**BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);  
BANK OF AMERICA N.A.; BANK OF NEW YORK  
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;**  
et al.,

        Respondents/Garnishees.

---------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**  
Attorneys for Petitioner  
1251 Avenue of the Americas  
42nd Floor  
New York, New York 10020  
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, September 11, 2013, at 5:04 P.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3.**

Upon:         **Credit Suisse AG New York Branch**  
Located at:    11 Madison Avenue, New York, New York 10010-3629

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **Credit Suisse AG New York Branch** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Grace Shentwu** – Legal Assistant, thereof and she stated that she was authorized to accept service of process for Credit Suisse AG New York Branch

Grace Shentwu's Description: Asian, Tan Skin, Female, Black Hair, 30 Years Old, 5' 4" and 120 Lbs.

        Corey Guskin  
        License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public

**JOAN GUSKIN**  
Notary Public, State of New York  
No. 01GU6230103  
Qualified in Nassau County  
Commission Expires November 01, 2014