# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

**ALDO VERA, JR.**, as Personal
Representative of the Estate of **ALDO VERA, SR.**,

        Plaintiff,

  - against -

**THE REPUBLIC OF CUBA,**

        Defendant.
----------------------------------------------------X
**ALDO VERA, JR.**, as Personal
Representative of the Estate of **ALDO VERA, SR.**
et al.,

        Petitioners,

  - against -

**BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;**
et al.,

        Respondents/Garnishees.
----------------------------------------------------X

**Civil Case No.: 12 CV 1596**
Date Filed: 9/9/13

Attorney: **Anderson Kill & Olick, P.C.**
      Attorneys for Petitioner
      1251 Avenue of the Americas
      42nd Floor
      New York, New York 10020
      212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Thursday, September 12, 2013, at 11:26 A.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3.**

Upon:        **RBS Citizens, N.A.**
Located at:     Citizens Bank, 2371 Central Park Avenue, Yonkers, New York 10710

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **RBS Citizens, N.A.** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Justin Rivera** – Administration, thereof and he stated that he was authorized to accept service of process for RBS Citizens, N.A.

Justin Rivera's Description: African American, Black Skin, Male, Black Hair, 28 Years Old, Glasses, 5' 9" and 165 Lbs.

**Corey Guskin**

License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014