# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Case No.: 12 CV 1596<br>Date Filed: 9/9/13 |

-------------------------------------------------X

ALDO VERA, JR., as Personal
Representative of the Estate of ALDO VERA, SR.,

          Plaintiff,

- against -

THE REPUBLIC OF CUBA,

          Defendant.

-------------------------------------------------X

ALDO VERA, JR., as Personal
Representative of the Estate of ALDO VERA, SR.
et al.,

          Petitioners,

- against -

BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;
et al.,

          Respondents/Garnishees.

-------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioner
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, September 11, 2013, at 3:20 P.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3**.

Upon:       **Brown Brothers Harriman & Co.**
Located at:  140 Broadway, New York, New York 10005-1101

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **Brown Brothers Harriman & Co.** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Johnny Mejia** – Associate, thereof and he stated that he was authorized to accept service of process for Brown Brothers Harriman & Co.

Johnny Mejia's Description: Hispanic, Brown Skin, Male, Black Hair, 35 Years Old, 5' 6" and 185 Lbs.

                                                  Corey Guskin

                                               License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public

JOAN GUSKIN
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014