# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Case No.: 12 CV 1596<br>Date Filed: 9/9/13 |

------------------------------------------------------------X

**ALDO VERA, JR.**, as Personal
Representative of the Estate of **ALDO VERA, SR.**,

           Plaintiff,

- against -

**THE REPUBLIC OF CUBA,**

           Defendant.

------------------------------------------------------------X

**ALDO VERA, JR.**, as Personal
Representative of the Estate of **ALDO VERA, SR.**
et al.,

           Petitioners,

- against -

**BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;**
et al.,

           Respondents/Garnishees.

------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioner
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, September 13, 2013, at 12:19 P.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3.**

Upon:       **Royal Bank of Canada**      1 212 858 7200
Located at:   3 World Financial Center, 200 Vesey Street, New York, New York 10281

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **Royal Bank of Canada** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Daniel Decker** – Paralegal, thereof and he stated that he was authorized to accept service of process for Royal Bank of Canada

Daniel Decker's Description: Caucasian, White Skin, Male, Brown Hair, Beard, 34 Years Old, 6' 1" and 190 Lbs.

                                                             Corey Guskin

                                                             License # 1094475

Sworn to before me this 13th day of September, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014