# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Case No.: 12 CV 1596<br>Date Filed: 9/9/13 |

-----------------------------------------------X

ALDO VERA, JR., as Personal
Representative of the Estate of **ALDO VERA, SR.**,

        Plaintiff,

- against -

**THE REPUBLIC OF CUBA,**

        Defendant.
-----------------------------------------------X
ALDO VERA, JR., as Personal
Representative of the Estate of **ALDO VERA, SR.**
et al.,

        Petitioners,

- against -

**BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;**
et al.,

        Respondents/Garnishees.
-----------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioner
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, September 11, 2013, at 4:12 P.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3**.

Upon:        **Bank of New York Mellon**
Located at:    One Wall Street, 11th Floor, New York, New York 10286

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **Bank of New York Mellon** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Peter Paik** – Paralegal, thereof and he stated that he was authorized to accept service of process for Bank of New York Mellon.

Peter Paik's Description: Asian, Tan Skin, Male, Black Hair, 32 Years Old, 5' 7" and 180 Lbs.

                                  Corey Guskin *(signature)*
                                  License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public *(signature)*

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014