# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Civil Case No.: 12 CV 1596**
Date Filed: 9/9/13

-------------------------------------------------------X

**ALDO VERA, JR., as Personal**
Representative of the Estate of **ALDO VERA, SR.,**

Plaintiff,

- against -

**THE REPUBLIC OF CUBA,**

Defendant.

-------------------------------------------------------X

**ALDO VERA, JR., as Personal**
Representative of the Estate of **ALDO VERA, SR.**
et al.,

Petitioners,

- against -

**BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;**
et al.,

Respondents/Garnishees.

-------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioner
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Thursday, September 12, 2013, at 3:04 P.M. deponent **served** the within **Summons in a Civil Action and Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3.**

Upon:       **HSBC Bank (HSBC Bank USA, N.A.)**
Located at:   452 Fifth Avenue, New York, New York 10018

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **HSBC Bank (HSBC Bank USA, N.A.)** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Julie Castelbaum** – Customer Service, thereof and she stated that she was authorized to accept service of process for HSBC Bank (HSBC Bank USA, N.A.)

Julie Castelbaum's Description: Caucasian, White Skin, Female, Black Hair, Seated, 24 Years Old, 5' 5" and 115 Lbs.

**Corey Guskin**

License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public

**JOAN GUSKIN**
**Notary Public, State of New York**
No. 01GU6230103
**Qualified in Nassau County**
**Commission Expires November 01, 2014**