## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Civil Case No.: 12 CV 1596  
Date Filed: 9/9/13

-------------------------------------------------X  
ALDO VERA, JR., as Personal  
Representative of the Estate of ALDO VERA, SR.,

        Plaintiff,

- against -

THE REPUBLIC OF CUBA,

        Defendant.  
-------------------------------------------------X  
ALDO VERA, JR., as Personal  
Representative of the Estate of ALDO VERA, SR.  
et al.,

        Petitioners,

- against -

BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);  
BANK OF AMERICA N.A.; BANK OF NEW YORK  
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;  
et al.,

        Respondents/Garnishees.  
-------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**  
Attorneys for Petitioner  
1251 Avenue of the Americas  
42nd Floor  
New York, New York 10020  
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, September 11, 2013, at 3:59 P.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3.**

Upon:       **Intesa Sanpaolo S.p.A.**  
Located at:   1 William Street, New York, New York 10004

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Intesa Sanpaolo S.p.A.** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Serena Palumbo** – In-House Counsel, thereof and she stated that she was authorized to accept service of process for Intesa Sanpaolo S.p.A.

Serena Palumbo's Description: Latino, Light Brown Skin, Female, Black Hair, 35 Years Old, 5' 4" and 120 Lbs.

Corey Guskin  
License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public

**JOAN GUSKIN**  
Notary Public, State of New York  
No. 01GU6230103  
Qualified in Nassau County  
Commission Expires November 01, 2014