# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Case No.: 12 CV 1596
Date Filed: 9/9/13

-----------------------------------------------X

ALDO VERA, JR., as Personal
Representative of the Estate of **ALDO VERA, SR.**,

          Plaintiff,

- against -

**THE REPUBLIC OF CUBA,**

          Defendant.

-----------------------------------------------X

ALDO VERA, JR., as Personal
Representative of the Estate of **ALDO VERA, SR.**
et al.,

          Petitioners,

- against -

**BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;**
et al.,

          Respondents/Garnishees.

-----------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioner
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, September 11, 2013, at 3:41 P.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3.**

Upon:     **J.P. Morgan Chase Bank, N.A.**
Located at:   1 Chase Manhattan Plaza, B3, New York, New York 10005

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **J.P. Morgan Chase Bank, N.A.** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Janine D. Redick** – Legal Specialist I, thereof and she stated that she was authorized to accept service of process for J.P. Morgan Chase Bank, N.A.

Janine D. Redick's Description: African American, Black Skin, Female, Black Hair, Glasses, 32 Years Old, 5' 4" and 155 Lbs.

                                                        Corey Guskin

                                                        License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014