# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Case No.: 12 CV 1596<br>Date Filed: 9/9/13 |

-------------------------------------------------X

ALDO VERA, JR., as Personal
Representative of the Estate of ALDO VERA, SR.,

          Plaintiff,

- against -

THE REPUBLIC OF CUBA,

          Defendant.

-------------------------------------------------X

ALDO VERA, JR., as Personal
Representative of the Estate of ALDO VERA, SR.
et al.,

          Petitioners,

- against -

BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;
et al.,

          Respondents/Garnishees.

-------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioner
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Tuesday, September 10, 2013, at 4:29 P.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3**.

Upon:       **Bank of America, N.A.**
Located at:   Bank of America Tower at One Bryant Park, West 42nd Street and 6th Avenue, New York, New York 10036

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **Bank of America, N.A.** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Audra Bernard** – Paralegal, thereof and she stated that she was authorized to accept service of process for Bank of America, N.A.

Audra Bernard's Description: African American, Black Skin, Female, Red Hair, 35 Years Old, 5' 5" and 170 Lbs.

                                 **Corey Guskin**

                                   License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014