# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Case No.: 12 CV 1596
Date Filed: 9/9/13

-----------------------------------------------------X

ALDO VERA, JR., as Personal
Representative of the Estate of ALDO VERA, SR.,

        Plaintiff,

- against -

THE REPUBLIC OF CUBA,

        Defendant.
-----------------------------------------------------X

ALDO VERA, JR., as Personal
Representative of the Estate of ALDO VERA, SR.
et al.,

        Petitioners,

- against -

BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;
et al.,

        Respondents/Garnishees.
-----------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioner
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Thursday, September 12, 2013, at 3:28 P.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3**.

Upon:       **Barclays Bank PLC**
Located at:   745 Seventh Avenue, New York, New York 10019

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **Barclays Bank PLC** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Dana Prussian** – Legal Assistant, thereof and she stated that she was authorized to accept service of process for Barclays Bank PLC

Dana Prussian's Description: Caucasian, White Skin, Female, Black Hair, 28 Years Old, 5' 5" and 125 Lbs.

Corey Guskin
License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014