# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Case No.: 12 CV 1596
Date Filed: 9/9/13

-------------------------------------------------X
ALDO VERA, JR., as Personal
Representative of the Estate of ALDO VERA, SR.,

    Plaintiff,

- against -

THE REPUBLIC OF CUBA,

    Defendant.
-------------------------------------------------X
ALDO VERA, JR., as Personal
Representative of the Estate of ALDO VERA, SR.
et al.,

    Petitioners,

- against -

BANCO BILBAO VIZCAYA ARGENTARIA(S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.;
et al.,

    Respondents/Garnishees.
-------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
Attorneys for Petitioner
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Wednesday, September 11, 2013, at 1:20 P.M. deponent **served** the within **Summons in a Civil Action** and **Notice of Petition, Omnibus Petition for Turnover Order** and **Exhibits 1 through 3**.

Upon:     **Citibank, N.A.**
Located at:     One Court Square, Long Island City, New York 11120

**Corporate Service:**

A corporation, by delivering there at a true copy of the aforesaid documents to **Citibank, N.A.** personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Notice of Petition and knew said individual to be **Bik Ying Ng** – Legal Support, thereof and she stated that she was authorized to accept service of process for Citibank, N.A.

Bik Ying Ng's Description: Asian, Tan Skin, Female, Black Hair, 28 Years Old, 5' 5" and 110 Lbs.

              Corey Guskin

              License # 1094475

Sworn to before me this 12th day of September, 2013

Notary Public

JOAN GUSKIN
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014