# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 12 CIV 1596 (AKH)

Date Filed: _____

Plaintiff:
**Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr.**

vs.

Defendant:
**The Republic of Cuba**

-and an additional action-

**State of New York, County of Albany)ss.:**

Received these papers to be served on **Wells Fargo Bank, Na, C/O Corporation Service Company, 80 State Street, Albany, NY 12207**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **18th day of September, 2013 at 12:05 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Notice of Petition, Omnibus Petition for Turnover Order** to Cathy Krieger-Jewell as Service Clerk of Corporation Service Company as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 160, Hair: Gray, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 19th day of September, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, _____

J.R. O'Rourke
Process Server

Our Job Serial Number: 2013002417

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x