|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY<br>DOC #:<br>DATE FILED: 9/24/13 |

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA <br><br> Defendant, <br><br> v. <br><br> BANCO DO BRASIL, NEW YORK BRANCH <br><br> Garnishee. | 12 Civ. 1596 (AKH) <br><br> STIPULATED TURNOVER ORDER |

AND NOW, this ___ day of August, 2013, counsel for Plaintiff Aldo Vera, Jr. and Banco do Brasil, New York Branch ("BDB-NY") stipulate and agree as follows:

1. Plaintiff Aldo Vera, Jr., as personal representative of the Estate of Aldo Vera, Sr., obtained a Judgment in this Court on August 20, 2012 in the amount of $49,346,713.22, of which $48,511,553.06 remains unsatisfied.

2. On March 14, 2013, the Plaintiff filed an Uncontested Motion for Turnover Pursuant to Federal Rule of Civil Procedure 69 and CPLR 5225(b) against BDB-NY (the "Motion") (ECF Dkt. No. 101), which is currently pending before the Court.

3. The United States Department of the Treasury's Office of Foreign Assets Control ("OFAC") of this Motion and OFAC has not appeared or otherwise objected to the relief sought in the Motion.

#1903393 v4

4. Plaintiff's Motion establishes that the Turnover Assets detailed in Exhibit 3 of the Motion, totaling $1,207,958.49, plus accrued interest, are subject to turnover pursuant to N.Y. C.P.L.R. § 5225, 28 U.S.C. § 1610(g) and the Terrorism Risk Insurance Act of 2002, Pub. L. No. 107-297, 116 Stat. 2322 (2002), codified at 28 U.S.C. § 1610 note, in partial satisfaction of Plaintiff's judgment.

5. Within ten (10) days of the date of this Order, BDB-NY shall pay and turn over to Plaintiff $1,207,958.49 plus accrued interest by wire transfer to Kohn Swift & Graf, P.C. pursuant to wire instructions to be furnished Garnishee by Plaintiff, in partial satisfaction of Plaintiff's judgment of August 20, 2012.

6. Upon payment and turnover of the aforesaid amount, Plaintiff releases and discharges BDB-NY from all liability and obligations of any nature to Plaintiff. Plaintiff shall furnish BDB-NY with covenants not to sue by judgment creditors in *Villoldo v. Castro Ruz*. No. 11-cv-9394 (LTS) (S.D.N.Y) and *Hausler v. The Republic of Cuba, et al.*, No. 09 Civ. 10289 (VM) (S.D.N.Y.).

KOHN, SWIFT & GRAF, P.C.

*/s/ Robert A. Swift*
Robert A. Swift
Admitted *Pro Hac Vice*
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: 215-238-1700
Fax: 215-238-1968

Attorney for Aldo Vera, Jr.

GUNSTER

*/s/ Aaron Tandy*
Aaron Tandy
One Biscayne Tower
2 S. Biscayne Blvd., Suite 3400
Miami, FL
Phone: 305-376-6000

Attorney for Garnishee Banco Do Brasil, S.A.

So Ordered: 9/23/13

*/s/ Alvin K. Hellerstein*
Alvin K. Hellerstein
United States District Judge

#1903393 v4