UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

| | | |
|---|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of ALDO VERA, SR., et al., | : | Case No. 12-CV-01596 (AKH) |
| | : | |
| Plaintiff, | : | |
| -against- | : | |
| | : | |
| THE REPUBLIC OF CUBA, | : | |
| Defendant. | : | |
| | : | |

----------------------------------------------------------------------- x    NOTICE OF APPEARANCE

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of ALDO VERA, SR., et al., | : |
| | : |
| Petitioners, | : |
| -against- | : |
| | : |
| BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); BANK OF AMERICA, N.A.; BANK OF NEW YORK MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.; et al., | : |
| Respondents. | : |

----------------------------------------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of J. KELLEY NEVLING, JR., of counsel to the firm of LEVI LUBARSKY & FEIGENBAUM LLP, in this case as counsel for respondent THE BANK OF NEW YORK MELLON.

I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
September 24, 2013

                                        LEVI LUBARSKY & FEIGENBAUM LLP

                                        By:  s/J. Kelley Nevling, Jr.
                                                 J. Kelley Nevling, Jr.
                                        1185 Avenue of the Americas, 17th Floor
                                        New York, New York 10036
                                        Tel. (212) 308-6100
                                        Fax: (212) 308-8830
                                        knevling@llf-law.com

                                        Attorneys for Respondent
                                        The Bank of New York Mellon