UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

ALDO VERA, JR., as Personal Representative    :    Case No. 12-CV-01596 (AKH)
of the Estate of ALDO VERA, SR., et al.,

    :

        Plaintiff,

    :

    -against-

    :

THE REPUBLIC OF CUBA,

    :

        Defendant.

    :

------------------------------------------------------------------------ x    RULE 7.1. STATEMENT

ALDO VERA, JR., as Personal Representative    :
of the Estate of ALDO VERA, SR., et al.,

    :

        Petitioners,

    :

    -against-

    :

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.);
BANK OF AMERICA, N.A.; BANK OF NEW YORK    :
MELLON; BARCLAY'S BANK PLC;
CITIBANK N.A.; et al.,    :

        Respondents.    :

------------------------------------------------------------------------ x

        Respondent The Bank of New York Mellon, by its attorneys, Levi Lubarsky &

Feigenbaum LLP, as its disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, states that its parent corporation is The Bank of New York Mellon Corporation, a

publicly held corporation, and that no other publicly held corporation owns 10% or more of its

stock.

Dated: New York, New York
      September 24, 2013

                                                        LEVI LUBARSKY & FEIGENBAUM LLP

                                                        By:  <u>s/J. Kelley Nevling, Jr.</u>
                                                                J. Kelley Nevling, Jr.
                                            1185 Avenue of the Americas, 17th Floor
                                            New York, New York 10036
                                            Tel. (212) 308-6100
                                            Fax: (212) 308-8830
                                            knevling@llf-law.com

                                            Attorneys for Respondent
                                            The Bank of New York Mellon