UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,                               12 CIV 1596 (AKH)

   v.

THE REPUBLIC OF CUBA,                      **STATEMENT PURSUANT TO**
                                                                             **RULE 7.1, FED. R. CIV. P.**

        Defendant.
_____

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., *et al.*,

        Petitioners,

   v.

BANCO BILBAO VIZCAYA
ARGENTARIA (S.A.), *et al.*,

        Respondents/Garnishees.
_____

        Respondent/garnishee HSBC Bank USA, N.A. ("HSBC"), by its attorneys, Phillips Lytle LLP, states that its parent corporation, through various intermediate subsidiaries, is HSBC Holdings plc. No other publicly-held corporation owns more than 10 percent of the stock of HSBC.

        DATED:        September 25, 2013

                                                               PHILLIPS LYTLE LLP

                                                               By:    s/ Paul K. Stecker
                                                                         Paul K. Stecker
                                                              Attorneys for Respondent/Garnishee
                                                                HSBC Bank USA, N.A.
                                                              Suite 3400, One HSBC Center
                                                                Buffalo, New York 14203
                                                                (716) 847-8400
                                                                pstecker@phillipslytle.com

and

The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, NY 10018-1405
(212) 759-4888

FFFtl
Doc #01-2707440.1

- 2 -