UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALDO VERA, JR., and as Personal
Representative of the Estate of Aldo Vera, Sr.,

              Plaintiff,

-against-

THE REPUBLIC OF CUBA,

              Defendant.
-----------------------------------------------------------X

Case No. 12 Civ. 1596 (AKH)

**ORDER FOR ADMISSION OF
ANDREW C. HALL, ESQ.
*PRO HAC VICE***

Upon the Motion of Andrew C. Hall for Admission Pro Hac Vice:

IT IS HEREBY ORDERED that Andrew C. Hall is admitted to practice *pro hac vice* as counsel for Intervenors Alfredo Villoldo and Gustavo E. Villoldo, individually and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo Argilagos, in the above-captioned action. All attorneys appearing before this court are subject to the Local Rules of this Court, including Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.

Dated: 9/25/13

SO ORDERED:

_____
U.S.D.J.
Alvin K. Hellerstein