UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED: 9/27/2013           │
└─────────────────────────────────┘
```

VERA

                         Plaintiff(s)          **CERTIFICATE OF MAILING**

                                                Case No.:  12CV1596        (akh)

              -v-

THE REPUBLIC OF CUBA

                         Defendant(s)

_____

I hereby certify under the penalties of perjury that on 27th day of September , 20 13 , I served:
CUBAN MINISTRY OF FOREIGN AFFAIRS, CALZADA #360, VEDAD 10400, HAVANA CITY, CUBA

☐  One copy of the _____

    by _____ , to the individual of the
    foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒  One copy of the PLEASE SEE ATTACHED PAPER _____

    by DHL WAY BILL 92 3983 5710 _____ , to the head of the ministry
    of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
    1608(a)(3).

☐  Two copies of the _____

    by _____ , to the  Secretary of State,
    Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
    (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
    20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  One copy of the _____

    by _____ , to the head of the agency or
    instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
    Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
       SEPTEMBER 27, 2013

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              _Jeanine Viera Sentiago_
                              Print Name: JEANINE VIERA-SAN
                              DEPUTY CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

RUBY J. KRAJICK
CLERK OF CLERK

September 27, 2013

Cuban Ministry of Foreign Affairs
Calzada #360,
Vedad 10400
Havana City, Cuba

Re:   Vera v. The Republic of Cuba,
      12 CV 1596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the
following documents are being served on you on behalf of the Plaintiff in the above-referenced
action which names your country and/or a government office as a defendant:

PLEASE SEE ATTACHED PAPER WORK

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

issued by Honorable Laura Taylor Swain in this action against the Defendant, and awarding Plaintiff $2,903,233,898.07 (ECF #298-1) (the "Villoldo Judgment");

- Notice of Right to Appeal with blank court forms (ECF #12-1) (the "Notice of Right to Appeal");

- The Foreign Sovereign Immunities Act of 1976, as Amended (the "FSIA");

- Translator's Affidavit of Alexandra R. Waleko dated September 19, 2013 (the "Translator's Affidavit");

- A Spanish translation of each of the: (i) Summons and Notice of Petition (ii) Omnibus Petition; (iii) Notice of Suit; (iv) Notice of Default Judgment; (v) the Vera Judgment; (vi) the Hausler Judgment; (vii) the Villoldo Judgment; (viii) Notice of Right to Appeal; (ix) the FSIA; and (x) the Translator's Affidavit, with each translation appended to the back of the original English document to which it corresponds.



© 2006 All rights reserved.

**EXPRESS WORLDWIDE**
DHL Online

**DOX**

**From:** KOHN, SWIFT & GRAF, P.C.
Jeannie Viera-Santiago  Phone: 212-805-0146
500 Pearl Street c/o Clerk, U.S.D.C. S.D.N.Y.
NEW YORK NY 10007
United States

Origin:
**ZYP**

**To:** Cuban Ministry of Foreign Affairs
Calzada #360, Vedad

Contact:
Min. B.E.R. Parilla
537-836-41-64

**10400, HAVANA CITY**
Cuba

## CU-HAV-HAB

**SX**

Day          Time:

Ref-Code: Vera v. Cuba

Date:
2013-09-23

Shpt Weight:
**2.0 lb**

Piece:
**1/1**

These commodities, technology or software were exported from the United States in accordance with the
Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content:
Legal Document

WAYBILL 92  3983  5710

(2L)CU10400+42000064

(J)JD01 2061 5811 9032 3886

LPP #10000414 (7/05) PN

Place Waybill Pouch or peel and stick Waybill in this area.

DHL Express (USA), Inc.
1200 S Pine Island Rd
Plantation, FL 33324

DHL CANNOT DELIVER TO P.O. BOXES