UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2013

VERA

                       Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12CV1596__ (akh)

-v-

THE REPUBLIC OF CUBA

           Defendant(s)

I hereby certify under the penalties of perjury that on 27th day of September, 20 13, I served:
CUBAN MINISTRY OF FOREIGN AFFAIRS, CALZADA #360, VEDAD 10400, HAVANA CITY, CUBA

[ ] One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[X] One copy of the PLEASE SEE ATTACHED PAPER

by Fed Ex tracking #8709 6058 6821, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       SEPTEMBER 27, 2013

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*
Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

THE STANDARD CHARTERED/MERCANTIL COMMERCEBANK PETITION:

- Summons filed in the above-referenced action;

- Complaint (including Exhibits 1 and 2 thereto) filed in the above-referenced action;

- Petition for Turnover Order Re: Standard Chartered Bank and Mercantil Commercebank, N.A. filed in the above-referenced action

- Notice of Suit dated September 20, 2013;

- Notice of Default Judgment dated May 8, 2012;

- Judgment for Aldo Vera, Jr., dated August 17, 2012, and issued by Honorable Alvin K. Hellerstein in this action against the Defendant, and awarding Plaintiff $49,346,713.22 (ECF #12) (the "Vera Judgment");

- Judgment for Jeannette Hausler, dated September 22, 2008, and issued by Honorable Adalberto Jordan in this action against the

nydocs1-1019612.1

THE OMNIBUS PETITION:

- Summons and Notice of Petition filed in the above-referenced action;

- Omnibus Petition (including Exhibits 1, 2, and 3 thereto) filed in the above-referenced action;

- Notice of Suit dated September 20, 2013;

- Notice of Default Judgment dated May 8, 2012;

- Judgment for Aldo Vera, Jr., dated August 17, 2012, and issued by Honorable Alvin K. Hellerstein in this action against the Defendant, and awarding Plaintiff $49,346,713.22 (ECF #12) (the "Vera Judgment");

- Judgment for Jeannette Hausler, dated September 22, 2008, and issued by Honorable Adalberto Jordan in this action against the Defendant, and awarding Plaintiff $454,000,000.000 (ECF #298-2) (the "Hausler Judgment");

nydocs1-1019612.1

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

**RUBY J. KRAJICK**
CLERK OF CLERK

September 27, 2013

Bruno Eduardo Rodriguez Parilla
Minister of Foreign Affairs
Cuban Interest Section
2630 16th Street , N.W.
Washington, D.C. 20009

Re:    <u>Vera v. The Republic of Cuba,</u>
       12 CV 1596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

PLEASE SEE ATTACHED PAPER WORK

Respectfully yours,

*Ruby J. Krajick*
Ruby J. Krajick
Clerk of the Court

Enc.

# FedEx US Airbill

**FedEx Tracking Number:** 8709 6058 6821

**1 From**
- Date: 1-23-13
- Sender's Name: Robert A. Swift
- Sender's FedEx Account Number: 0191-1230-6
- Company: KOHN SWIFT & GRAF
- Address: 1 S BROAD ST STE 2100
- City: PHILADELPHIA  State: PA  ZIP: 19107-3389
- Phone: (215) 238-1700

**2 Your Internal Billing Reference:** OPTIONAL

**3 To**
- Recipient's Name: Bruno Eduardo Rodríguez Parilla
- Company: Minister of Foreign Affairs, Cuban Interests Section
- Address: 2630 16th Street, N.W.
- City: Washington  State: D.C.  ZIP: 20009

**4a Express Package Service**
- [X] FedEx Priority Overnight

**4b Express Freight Service**

**5 Packaging**
- [X] FedEx Pak*

**6 Special Handling and Delivery Signature Options**

**7 Payment Bill to:**
- [X] Sender

Find drop-off locations at fedex.com

0410776829