

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 10/10/13

PAUL A. SASO
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct (212) 613-2171 Fax (212) 554-9686
psaso@gibbonslaw.com

October 8, 2013



**VIA HAND DELIVERY**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   Vera v. Rep. of Cuba
           (S.D.N.Y.) 12-cv-1596

Dear Judge Hellerstein:

    We represent garnishee bank, Commerzbank AG ("COBA"), in the above-referenced matter. On August 27, 2013, the Court entered a Stipulated Turnover Order resolving all issues and claims relating to COBA in this matter.

    Accordingly, we write to respectfully request that counsel for COBA be removed from the Court's electronic filing notifications for this action. We have been informed by the court clerk that we are required to make this application by letter to the Court.

                                                  Respectfully submitted,

                                                  Paul A. Saso
                                                  Director

cc:    Robert Swift, Esq. (counsel for Plaintiffs)
        Edward Rosenthal, Esq. (counsel for Villoldo Petitioners)
        James Perkins, Esq. (counsel for Hausler Petitioners) (all via electronic mail)

gibbonslaw.com