UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.,

                Plaintiff,

-against-

THE REPUBLIC OF CUBA,

                Defendant,

-against-

BANCO SANTANDER, S.A.; and
INTESA SANPAOLO S.P.A.,

                Garnishees.
------------------------------------------------------------ X

**ORDER**

12 Civ. 1596 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/13

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff's motion to compel full and complete answers to the information subpoenas served on Garnishees Banco Santander, S.A. and Intesa Sanpaolo, S.p.A. is granted for the reasons stated in the record.

      Each Garnishee shall furnish to plaintiff's counsel full and complete answers to the information subpoenas served on each for the Republic of Cuba, its agencies and instrumentalities, within 30 days from the date of this Order. The responses shall include information covering each Garnishee's operations and business worldwide. Garnishee Banco Santander, S.A. may become a signatory to the Protective Order approved by this Court (ECF #24) and designate qualifying information furnished pursuant to this Order as "Confidential" under the terms of the Protective Order by entering into a stipulation with plaintiff's counsel.

      SO ORDERED.

Dated:    October 30, 2013
             New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge