# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually, and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br> Plaintiffs, <br><br> v. <br><br> FIDEL CASTRO RUZ, as an individual, and as an official, employee, or agent of The Republic of Cuba, RAUL CASTRO RUZ, as an individual, and as an official, employee, or agent of The Republic of Cuba, THE MINISTRY OF INTERIOR, an agency or instrumentality of The Republic of Cuba, THE ARMY OF THE REPUBLIC OF CUBA, an agency or instrumentality of The Republic of Cuba, and THE REPUBLIC OF CUBA, a foreign state, <br><br> Defendants, <br><br> v. <br><br> PNC BANK, N.A., <br><br> Garnishee. | Misc. No. 2:13-mc-00016 |

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF ORDER PURSUANT TO 28 U.S.C. § 1610(C) AS TO THE ACCOUNT OF THE CUBAN TELEPHONE COMPANY HELD BY GARNISHEE PNC BANK, N.A.

AND NOW, this 28th day of May, 2013, upon Plaintiffs' Motion for Entry of Order Pursuant to 28 U.S.C. § 1610(c) as to the Account of the Cuban Telephone Company Held by Garnishee PNC Bank, N.A., the Motion is GRANTED. The Court hereby concludes that (1) for the purposes of execution, a reasonable period of time has elapsed

following the entry of judgment and the giving of notice to the Defendants, (2) the Cuban Telephone Company at all relevant times was an agency and instrumentality of the Republic of Cuba, and (3) the blocked account of the Cuban Telephone Company in the possession of Garnishee PNC Bank is blocked property subject to execution in satisfaction of the Plaintiffs' judgment, under § 201(a) of the TRIA and 28 U.S.C. § 1610(g). Within ten (10) days from the date of this Order, PNC Bank N.A. shall turn over the proceeds of the savings account in the name of ITT Cuban Telephone Company totaling $2,339,467.01 to Plaintiffs, together with any accrued interest, in partial satisfaction of the Plaintiffs' judgment.

BY THE COURT:

_____
Arthur J. Schwab
United States District Judge

CC: Thomas Farrell & Jennifer Stanley

Andrew Hall & Brandon Levitt

Hon. Alvin K. Hellerstein