# EXHIBIT C

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually, and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>              Plaintiffs,<br><br>         v.<br><br>FIDEL CASTRO RUZ, as an individual, and as an official, employee, or agent of The Republic of Cuba, RAUL CASTRO RUZ, as an individual, and as an official, employee, or agent of The Republic of Cuba, THE MINISTRY OF INTERIOR, an agency or instrumentality of The Republic of Cuba, THE ARMY OF THE REPUBLIC OF CUBA, an agency or instrumentality of The Republic of Cuba, and THE REPUBLIC OF CUBA, a foreign state,<br><br>              Defendants,<br><br>v.<br><br>STATE STREET BANK & TRUST CO.,<br><br>              Trustee Process Defendant. | Case No. 4:13-MC-94014 (TSH)<br><br>~~[PROPOSED] TURNOVER~~ ORDER |

AND NOW, this 24ᵗʰ day of *September*, 2013, upon Plaintiffs' Unopposed Motion for Entry of Turnover Order, the Motion is GRANTED. The Court hereby finds and orders as follows:

1.    Plaintiffs obtained a judgment in the Southern District of New York on October 25, 2012 in the amount of $2,903,233,898.07, plus interest (the "Judgment"), and the entire principal amount of the Judgment remains unsatisfied.

2.      This Court has previously determined that certain funds held at State Street Bank & Trust Co. are subject to execution and attachment under the Terrorism Risk Insurance Act and the Foreign Sovereign Immunities Act because the owner of the funds is an agency and instrumentality of the Republic of Cuba. Dkt. No. 18.

3.      The Court hereby directs State Street Bank & Trust Co. to turn over the proceeds of Account No. XXX-X16-9 totaling $38,959.00 and the proceeds of Account No. XXX-X05-1 totaling $104,125.28, together with any accrued interest, to the Plaintiffs within ten (10) days from the date of this Order.

4.      This Order enforces a duly registered Florida state court judgment, recognized by a New York Federal Court and given full faith and credit by this Court.

So ordered,

_____, J.

Date: September 24, 2013