UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

                              Plaintiff,

                    v.

THE REPUBLIC OF CUBA,

                              Defendant,

                    v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); and
STANDARD CHARTERED BANK,

                              Garnishees.

12 Civ. 1596 (AKH)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      :  ss.:
COUNTY OF NEW YORK )

     Vivian Costandy Michael, being duly sworn, deposes and says:

     Deponent is not a party to the action, is over 18 years of age, and is employed by Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020.

     On the 13th day of November, 2013, I served true and complete copies of (i) Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas; (ii) Declaration of Robert A. Swift in Support of Motion to Compel Full and Complete Answers to Information Subpoenas (with supporting exhibits); and (iii) Memorandum in Support of Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas upon:

     Barry J. Glickman, Esq.
     Zeichner Ellman & Krause LLP
     1211 Avenue of the Americas
     New York, New York 10036

nydocs1-1007511.1

*(Standard Chartered Bank)*

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient.

_____
Vivian Costandy Michael

Sworn to before me on this
13th day of November, 2013

_____
Notary Public

Dennis Joseph Nolan
NOTARY PUBLIC, State of New York
No. 02NO6224114
Qualified in Westchester County
Commission Expires June 28, 2014