UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

      Plaintiff,

v.

THE REPUBLIC OF CUBA,

      Defendant,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); and STANDARD CHARTERED BANK,

      Garnishees.

12 Civ. 1596 (AKH)

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK )
      : ss.:
COUNTY OF NEW YORK )

  Vivian Costandy Michael, being duly sworn, deposes and says:

  Deponent is not a party to the action, is over 18 years of age, and is employed by Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020.

  The undersigned hereby certifies that true and correct copies of: (i) Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas; (ii) Declaration of Robert A. Swift in Support of Motion to Compel Full and Complete Answers to Information Subpoenas (with supporting exhibits); and (iii) Memorandum in Support of Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas, have been served, except to the extent such documents have been filed under seal, upon:

      Thomas DeSimone

nydocs1-1007511.1

Banco Bilbao Vizcaya Argentaria (S.A.)
1345 Avenue of the Americas
New York, NY 10015

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for mail delivery to the above-named recipient.

*V. C Michael*
Vivian Costandy Michael

Sworn to before me on this
13th day of November, 2013

*Dennis J. Nolan*
Notary Public

Dennis Joseph Nolan
NOTARY PUBLIC, State of New York
No. 02NO6224114
Qualified in Westchester County
Commission Expires June 28, 2014

nydocs1-1007511.1