Hellerstein A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #:
11/21/13

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

        Petitioners,

v.

REPUBLIC OF CUBA, et al.,

        Defendants.

12 Civ. 1596 (AKH)

STIPULATION AND ORDER

---

IT IS HEREBY STIPULATED AND AGREED by and between Aldo Vera, Jr., Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA"), and Standard Chartered Bank, with respect to Vera's motion to compel:

1. Papers in opposition to the motion shall be served and filed no later than December 6, 2013.

2. Reply papers in support of the motion shall be served and filed no later than December 16, 2013.

Dated: New York, New York
November 18, 2013

By: /s/ Kenneth A. Caruso
Kenneth A. Caruso

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

Attorneys for BBVA

NEWYORK 9047778 v1

By: _____
    Barry J. Glickman

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400

Attorneys for Standard Chartered Bank

By: *Robert A. Swift* (signed)
    Robert A. Swift

Kohn, Swift & Graf, P.C.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 2389-1700

Attorneys for Aldo Vera, Jr.

SO ORDERED
November 21, 2013

*(signature)*
Hon. Alvin K. Hellerstein
United States District Judge

2

NEWYORK 5047778 v1

By: /s/ Barry J. Glickman
Barry J. Glickman

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400

Attorneys for Standard Chartered Bank

By: _____
Robert A. Swift

Kohn, Swift & Graf, P.C.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 2389-1700

Attorneys for Aldo Vera, Jr.

SO ORDERED
November __, 2013

_____
Hon. Alvin K. Hellerstein
United States District Judge

2