UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

                Plaintiff,

v.

THE REPUBLIC OF CUBA,

                Defendant.

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,; and

JEANETTE FULLER HAUSLER, as Successor Personal Representative of ROBERT OTIS FULLER, Deceased, on behalf of the Estate of LYNITA FULLER CASKEY, the surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, IRENE MOSS, and JEANETTE FULLER HAUSLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

                Petitioners,

v.

STANDARD CHARTERED BANK, and MERCANTIL COMMERCEBANK, N.A.

                Respondents/Garnishees.

Case No. 12-CV-01596 (AKH)

STIPULATED ORDER RE CONSOLIDATION

The undersigned Petitioners and Respondent Banks, by their undersigned attorneys, hereby stipulate as follows:

nydocs1-1022032.1

1. Petitioners' claims against Respondent Banks Standard Chartered Bank ("SCB") and Mercantil Commercebank, N.A. ("MCB") shall be consolidated with claims asserted by Petitioners in the Omnibus Petition.

2. Respondent Banks Standard Chartered Bank and Mercantil Commercebank, N.A. shall be bound by the terms of the Order with Respect to Giving Notice of Turnover Proceeding entered by this Court and the First Amended Omnibus Petition as to claims against all banks to which reference is made therein shall include SCB and MCB as respondents.

Dated: New York, New York
November 4, 2013

KOHN, SWIFT & GRAF, P.C.

Robert A. Swift, Esq.
Admitted *Pro Hac Vice*
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Phone: 215-238-1700
Fax: 215-238-1968

Jeffrey E. Glen, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Phone: 212-278-1000
Fax: 212-278-1733

*Attorneys for Petitioner Aldo Vera, Jr.*

HALL, LAMB and HALL, P.A.

Andrew C. Hall, Esq.
Admitted *Pro Hac Vice*
Brandon R. Levitt, Esq.
Grand Bay Plaza, Penthouse One
2665 South Bayshore Drive
Miami, Florida, 33133
Phone: (305) 374-5030
Fax: (305) 374-5033

*Attorneys for Petitioners Alfredo Villoldo, individually, and Gustavo E. Villoldo, individually, and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo Agrilagos*

_(signature)_
James W. Perkins, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 801-3188
Fax: (212) 688-2449

Roberto Martinez, Esq.
Admitted *Pro Hac Vice*
Ronald W. Kleinman, Esq.
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, Florida, 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

*Attorneys for Petitioner
Jeannette Fuller Hausler*

_(signature)_
Barry J. Glickman, Esq.
Bruce Goodman, Esq.
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036
Tel. (212) 826-5327
Fax (212) 753-0396

*Attorneys for Standard Chartered Bank and
Mercantil Commercebank, N.A.*

So Ordered:

_(signature)_
Alvin K. Hellerstein, U.S.D.J.
11/6/13