UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., : <br> : <br> Plaintiff, : <br> vs. : <br> : <br> THE REPUBLIC OF CUBA, : <br> : <br> Defendant. : | 12 Civ. 1596 (AKH) <br><br> NOTICE OF CROSS-MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER |

---

PLEASE TAKE NOTICE that upon the Declaration of Kenneth A. Caruso, dated November 15, 2013, the exhibits attached thereto (previously submitted in support of the motion to dismiss the Omnibus Petition for Turnover, and incorporated herein by reference), the Declaration of Juan Manuel De Remedios, dated December 5, 2013, the exhibits attached thereto, and the accompanying Memorandum of Law, non-party Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") will cross-move this Court, pursuant to Sections 5240, 3104 and 2304 of the New York C.P.L.R., made applicable by Federal Rule of Civil Procedure 69(a), on a date and at a time to be fixed by the Court, for an order quashing the Information Subpoena previously served on BBVA in this action, granting a protective order with respect to that Information Subpoena and granting such further relief as the Court may deem just and proper.

NEWYORK 9059748 v1 (2K)

PLEASE TAKE FURTHER NOTICE that papers in opposition to this cross-motion must be served by December 20, 2013, and reply papers in support of this cross-motion must be served by December 27, 2013.

Dated: New York, New York
December 6, 2013

WHITE & CASE LLP

By: _____
Kenneth A. Caruso

1155 Avenue of the Americas
New York, New York  10036
Tel:    (212) 819-8200

*Counsel for Banco Bilbao Vizcaya Argentaria, S.A.*

To:    All Counsel (by ECF)

2

NEWYORK 9059748 v1 (2K)