UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br> JEANNETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br> ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br> Petitioners, <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br> Respondents/Garnishees. | **DECLARATION OF ROBERT A. SWIFT** |

ROBERT A. SWIFT, declares under penalty of perjury as follows:

104554

1. I am a senior member of the law firm of Kohn, Swift & Graf, P.C. which represents plaintiff, and am admitted *pro hac vice* in this litigation. I am familiar with the proceedings in this litigation. I make this Declaration based on my personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a photocopy of an article in Spanish by Nestor F. Concepcion published on page 7 of the October 27, 1976 edition of the Puerto Rican newspaper *El Nuevo Dia*, the newspaper of widest circulation in Puerto Rico reporting on the killing of Aldo Vera, Sr. Behind the article is an English translation of the first three paragraphs of the article.

3. Attached hereto as Exhibit B is a photocopy of the testimony and prepared statement of Daniel James before the Senate Subcommittee on Security and Terrorism on March 12, 1982.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Philadelphia, Pennsylvania
on December 5, 2013

_____
Robert A. Swift

104554