UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE REPUBLIC OF CUBA,<br><br>                    Defendant,<br><br>     v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.) and STANDARD CHARTERED BANK,<br><br>                    Garnishees. | Case No. 12-CV-01596 (AKH)<br><br>**STANDARD CHARTERED BANK'S CROSS-MOTION TO QUASH AND FOR A <u>PROTECTIVE ORDER</u>** |

TAKE NOTICE that upon the accompanying Memorandum of Law in Opposition to Plaintiff's Motion to Compel and in Support of Cross-Motion to Quash and for a Protective Order, dated December 6, 2013, garnishee Standard Chartered Bank shall make a cross-motion at the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York on the return date of plaintiff's motion to compel, pursuant to Sections 5240, 3104 and 2304 of the N.Y.C.P.L.R., made applicable by Federal Rule of Civil Procedure 69(a), for an order quashing plaintiff's Information Subpoena, dated October 25, 2012 and/or for a protective order with respect to that subpoena, and granting such further relief as the Court may deem just and proper.

TAKE FURTHER NOTICE that answering papers, if any, must be served not later than December 20, 2013.

Dated: New York, New York
December 6, 2013

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Barry J. Glickman
Barry J. Glickman
Bruce S. Goodman
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

*Attorneys for Respondent/Garnishee
Standard Chartered Bank*