UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>     Plaintiff,<br><br>     v.<br><br>THE REPUBLIC OF CUBA,<br><br>     Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>     Petitioners,<br><br>     v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>     Respondents/Garnishees. | AFFIDAVIT OF SERVICE |

STATE OF NEW YORK )
        : ss.:
COUNTY OF NEW YORK )

   Vivian Costandy Michael, being duly sworn, deposes and says:

nydocs1-1023871.1

Deponent is not a party to the action, is over 18 years of age, and is employed by Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020.

The undersigned hereby certifies that on December 6, 2013, true and correct copies of: (i) Plaintiff's Memorandum of Law of Petitioner Aldo Vera, Jr. in Opposition to the Motion to Dismiss of Respondent Banco Bilbao Vizcaya Argentaria (S.A.) (with supporting exhibit); (ii) Declaration of Robert A. Swift (with supporting exhibits); and (iii) Affidavit of Aldo Vera, Jr., were served upon:

> Ministry of Foreign Affairs
> Republic of Cuba
> Calzada #360, Vedado
> Havana, Cuba

by causing a prepaid package containing the documents to be delivered to the U.S. Postal Service for international mail delivery.

_____
Vivian Costandy Michael

Sworn to before me on this
9th day of December, 2013

_____
Notary Public

Matthew Francis Putorti
NOTARY PUBLIC, State of New York
No. 02PU6264131
Qualified in Washington County
Commission Expires June 25, 2016