UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

        Plaintiff,

v.

THE REPUBLIC OF CUBA,

        Defendant.
-------------------------------------------------------------- x

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.; and

JEANETTE FULLER HAUSLER, and WILLIAM
FULLER as court-appointed co-representatives of the
ESTATE OF ROBERT OTIS FULLER, deceased, on
behalf of all beneficiaries of the Estate and the
ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually and as
Administrator, Executor, and Personal Representative
of the ESTATE OF GUSTAVO VILLOLDO
ARGILAGOS,

        Petitioners,

v.

BANCO BILBOA VIZCAYA ARGENTARIA (S.A.);
BANK OF AMERICA N.A.; BANK OF NEW YORK
MELLON; BARCLAY'S BANK PLC; CITIBANK
N.A., CREDIT SUISSE AG, NEW YORK BRANCH;
DEUTSCHE BANK TRUST COMPANY
AMERICAS; HSBC BANK (HSBC BANK USA,
N.A.); INTESA SANPAOLO S.P.A.; JP MORGAN
CHASE BANK, N.A.; RBS CITIZENS, N.A;
ROYAL BANK OF CANADA; SOCIETE
GENERALE; UBS AG; WELLS FARGO BANK,
NA; BROWN BROTHERS HARRIMAN & CO.,

        Respondents/Garnishees.
-------------------------------------------------------------- x



Case No. 12-CV-01596 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/14

**STIPULATION AND
[PROPOSED] OMNIBUS
PROTECTIVE ORDER
REGARDING DISCLOSURE,
SHARING AND USE OF
DOCUMENTS AND
INFORMATION**

#85161590v3

```
------------------------------------------------------------  x
JEANNETTE FULLER HAUSLER,                                     :
                                                              :
                Petitioner,                                   :
                                                              :   09 Civ. 10289 (VM)
        v.                                                    :
                                                              :   In Respect of a Judgment Entered
JPMORGAN CHASE BANK, N.A., et al.,                            :   in the State of Florida, Case No.
                                                              :   02-12475-CA-09
                Garnishee-Respondents.                        :
                                                              :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------  x
ALFREDO VILLOLDO, individually, and                           :
GUSTAVO E. VILLOLDO, individually, and as                     :
Administrator, Executor, and Personal Representative          :
of the ESTATE OF GUSTAVO VILLOLDO                             :
ARGILAGOS,                                                    :
                                                              :   Case No. 11 Civ. 9394 (LTS)
                Petitioners,                                  :
                                                              :
        v.                                                    :
                                                              :
FIDEL CASTRO RUIZ,                                            :
                                                              :
                Respondent.                                   :
------------------------------------------------------------  x
```

WHEREAS, on October 23, 2009, in the miscellaneous proceeding captioned *Hausler v. The Republic of Cuba*, 18 Misc. 302 (S.D.N.Y.) (in Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09) (the "*Hausler* Proceedings"), the Court entered a Protective Agreement and Order which was thereafter amended from time to time (Dkt Nos. 6, 389, 482, 528) (the "*Hausler* Protective Order") to govern the production and use of documents and information produced by various garnishee banks subject to the Protective Order;

WHEREAS, on January 14, 2013, in *Vera v. The Republic of Cuba*, 12-cv-1596 (AKH) (S.D.N.Y.) (the "*Vera* Proceeding"), the Hon. Alvin K. Hellerstein, U.S.D.J. entered a Protective

2

#85161590v3

Agreement and Order (*Vera* Dkt No. 24) (the "*Vera* Protective Order") (Exhibit A hereto) to govern the production and use of documents and information produced by various garnishees banks pursuant to the *Vera* Protective Order;

WHEREAS, the plaintiffs in *Villoldo v. Fidel Castro Ruiz, et al.*, 11 Civ. 9394 (LTS) and various related proceedings, including without limitation, *Villoldo v. Credit Suisse AG, New York Branch*, 13 Civ. 2401 (LTS) (the "*Villoldo* Proceedings"), have agreed to be bound by the terms of protective agreements and orders the terms of which are substantively similar to the terms of the *Hausler* and *Vera* Protective Agreements in connection with documents and information produced by various garnishee banks subject to such protective agreements and orders (the "*Villoldo* Protective Agreements and Orders");

WHEREAS, Plaintiff-Judgment Creditors in the *Vera*, *Villoldo* and *Hausler* proceedings have sought and obtained discovery of documents and information from various garnishee banks (the "Garnishee Banks")[1] pursuant to the protective orders entered or agreed to in each for the purpose of enforcing their judgments against the Republic of Cuba and others, and it is intended for such discovered information to be subject to this Omnibus Protective Order;

WHEREAS, following intervention in the *Vera* Proceeding by the *Villoldo* and *Hausler* plaintiffs, and pursuant to Judge Hellerstein's directive in the *Vera* Proceeding, the plaintiff-judgment creditors have agreed to resolve their differences and coordinate efforts in enforcing their respective judgments against the Republic of Cuba and others in the context of the *Vera* Proceeding (*see Vera* Dkt No. 280);

---

[1] The Garnishee Banks are Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., Credit Suisse AG, New York Branch, Intesa Sanpaolo S.p.A., JPMorgan Chase Bank, N.A., The Royal Bank of Scotland, N.V. (f/k/a ABN AMRO Bank N.V.), UBS AG, Wells Fargo Bank, N.A, Deutsche Bank Trust Company Americas and The Bank of New York Mellon.

WHEREAS, pursuant to a stipulation and order amending the *Vera* Protective Order and entered on August 27, 2013, the plaintiffs in the *Hausler* and *Vera* Proceedings agreed to become parties to and to be bound by the terms of the *Vera* Protective Order (the "Joint Protective Order");

WHEREAS, the *Hausler* Protective Order, the *Vera* Protective Order and the *Villoldo* Protective Agreements and Orders each contain a provision that limits the use of documents produced subject to such Protective Order only in connection with the proceeding in which the Protective Order was entered and for enforcing the judgment giving rise to the proceeding;

WHEREAS, in order to give effect to the Joint Protective Order and to permit the *Vera*, *Villoldo* and *Hausler* parties to share the documents produced by the Garnishee Banks in the various proceedings in a way consistent with the protective agreements and orders agreed to and/or entered in each proceeding, each Garnishee Banks is prepared to consent, pursuant to this Stipulation and Proposed Omnibus Protective Order, to the sharing and use of documents produced by the *Vera*, *Villoldo* and *Hausler* plaintiffs in each of the above-referenced proceedings in the Omnibus Proceeding to be brought under Docket No. 12-cv-1596 (AKH) (the "Omnibus Proceeding") as if all such documents had been produced subject to the protection of the *Vera* Protective Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS, between and among the undersigned counsel:

1. All documents produced by and on behalf of the Garnishee Banks that are parties to or the intended beneficiaries of the *Hausler* Protective Order, the *Vera* Protective Order and the *Villoldo* Protective Agreements and Orders may be made available to and used by the respective plaintiffs in the *Vera*, *Villoldo* and *Hausler* proceedings, as well as in the Omnibus

Proceeding, subject to the Joint Protective Order and their agreement hereby to be bound by the terms and conditions of the *Vera* Protective Order;

2. Each of the Garnishee Banks which has produced documents and information subject to the terms of one or more of the Protective Orders entered in the *Vera*, *Villoldo* and *Hausler* matters shall be entitled to enforce the terms of the *Vera* Protective Order against any or all of the plaintiffs in the context of the Omnibus Proceeding;

3. To the extent that the *Hausler* Protective Order and the *Villoldo* Protective Orders require amendment to permit documents and information produced subject to their protection to be used only in connection with their respective proceedings, the parties hereto consent to such an amendment, which amendment can be proposed for so-ordering in the *Hausler* and *Villoldo* Proceedings by submitting a so-ordered copy of this Omnibus Protective Order by letter to the respective courts in the *Hausler* and *Villoldo* Proceedings;

4. To the extent they are not already covered under the Protective Order in this proceeding, Plaintiffs in the *Vera* Proceeding agree to abide by the terms of such Protective Order; and

5. This Stipulation may be executed by facsimile or email, and in counterparts.

**IT IS HEREBY STIPULATED AND AGREED:**

Dated: ~~October~~ December 20, 2013
New York, New York

GREENBERG TRAURIG, LLP

By: _____
James W. Perkins, Esq.
200 Park Avenue, 38th Floor
New York, New York 10166
Phone: (212) 801-3188
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

*Attorneys for Jeannette Fuller Hausler*

COLSON HICKS EIDSON

By: _____
Roberto Martinez, Esq.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: bob@colson.com

*Attorneys for Jeannette Fuller Hausler*

KOHN, SWIFT, & GRAF, P.C.

By: _____
Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax: (215) 238-1968
Email: rswift@kohnswift.com

*Attorneys for Aldo Vera, Jr.*

HALL, LAMB AND HALL, P.A.

By: _____
Brandon R. Levitt, Esq.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: (305) 374-5030
Fax: (305) 374-5033
Email: blevitt@hlhlawfirm.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

6

ANDERSON KILL & OLICK, P.C.

By: _____
Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax: (212) 278-1733
Email: jglen@andersonkill.com

*Attorneys for Aldo Vera, Jr.*

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr, Esq.
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552
Fax: (212) 701-5552
Email: james.kerr@davispolk.com

*Attorneys for Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., Credit Suisse AG, New York Branch, Intesa Sanpaolo S.p.A., JPMorgan Chase Bank, N.A., The Royal Bank of Scotland, N.V. (f/k/a ABN AMRO Bank N.V.), UBS AG, and Wells Fargo Bank, N.A.*

LEVI LUBARSKI & FEIGENBAUM LLP

By: _____
Steven B. Feigenbaum, Esq.
1185 Avenue of the Americas
17th Floor
New York, New York 10036
Phone: (212) 308-6330
Fax: (212) 308-8830
Email: sfeigenbaum@llf-law.com

*Attorneys for The Bank of New York Mellon*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____ for
Edward H. Rosenthal, Esq.
488 Madison Avenue, 10th Floor
New York, New York 10022
Phone: (212) 980-0120
Fax: (212) 593-9175
Email: erosenthal@fkks.com

*Attorneys for Alfredo Villoldo and Gustovo Villoldo*

COVINGTON & BURLING LLP

By: _____
Mark P. Gimbel, Esq.
620 Eighth Avenue
New York, New York 10018
Phone: (212) 841-1161
Email: mgimbel@cov.com

*Attorneys for Deutsche Bank Trust Company Americas*

PHILLIPS LYTLE LLP

By: _____
Paul K. Stecker, Esq.
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018
Phone: (212) 759-4888
Fax: (716) 852-6100
Email: pstecker@phillipslytle.com

*Attorneys for HSBC Bank USA, N.A.*

#85161590v3

| | |
|---|---|
| PREET BHARARA<br>United States Attorney for the<br>Southern District of New York<br><br>By: /s/ David S. Jones<br>David S. Jones, Esq.<br>Tara M. La Morte, Esq.<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Phone: (212) 637-2746<br>Email: tara.lamorte2@usdoj.gov<br><br>*Attorneys for the United States* | RBS CITIZENS, N.A.<br><br>By: /s/ Hayward H. Smith<br>Hayward H. Smith, Esq.<br>600 Washington Boulevard<br>Stamford, CT 06901<br>Phone: (203) 897-2495<br>Fax: (203) 873-4185<br>Email: hayward.smith@rbs.com<br><br>*Senior Counsel for RBS Citizens, N.A.* |

SO ORDERED: Jan 3, 2014
Dated: October ___, 2013
New York, New York

/s/ Alvin K. Hellerstein
Honorable Alvin K. Hellerstein
United States District Judge

8