# EXHIBIT 1

FILED UNDER SEAL PURSUANT TO PROTECTIVE AGREEMENT AND ORDER FILED IN *VERA V. THE REPUBLIC OF CUBA*, 12 Civ. 1596, ECF #421