UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/14

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,

vs.

THE REPUBLIC OF CUBA,

        Defendant.

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

        Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.,

        Respondents/Garnishees.

12 Civ. 1596 (AKH)

## STIPULATION AND ORDER

**WHEREAS**, on September 20, 2013, Petitioners filed the Omnibus Petition For Turnover Order (the "Original Petition") [Dkt. No. 298];

**WHEREAS**, on November 15, 2013, Respondent Banco Bilbao Vizcaya Argentaria S.A. ("BBVA") filed its Motion To Dismiss Petition (the "motion to dismiss") [Dkt. Nos. 349-351];

**WHEREAS**, on December 6, 2013, Petitioners filed papers in opposition to the motion to dismiss [Dkt. Nos. 360-364];

**WHEREAS**, on December 23, 2013, BBVA filed its reply papers in support of the motion to dismiss [Dkt. No. 377];

**WHEREAS**, on December 23, 2013, briefing on BBVA's motion to dismiss was completed;

**WHEREAS**, on February 12, 2014, Petitioners filed the Amended Omnibus Petition For Turnover Order (the "Amended Petition") [Dkt. No. 423];

**WHEREAS**, in the interest of judicial economy and efficiency, Petitioners and BBVA wish to renew briefing for the Original Petition as to the Amended Petition;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that the motion to dismiss, Petitioners' opposition to the motion to dismiss, and BBVA's reply in support of the motion to dismiss are hereby renewed as against the Amended Petition.

Dated: New York, New York
March 10, 2014

By: *Kenneth A. Caruso /pmw*
Kenneth A. Caruso

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

Attorneys for BBVA

By: _____
Andrew C. Hall

Hall, Lamb and Hall, P.A.
Grand Bay Plaza, Penthouse One
2665 South Bayshore Drive
Miami, Florida 33133
(305) 374-5030

Attorneys for Villoldo Petitioners

By: _____
Jeffrey E. Glen

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
(215) 278-1000

Attorneys for Vera

2

**WHEREAS**, on December 23, 2013, briefing on BBVA's motion to dismiss was completed;

**WHEREAS**, on February 12, 2014, Petitioners filed the Amended Omnibus Petition For Turnover Order (the "Amended Petition") [Dkt. No. 423];

**WHEREAS**, in the interest of judicial economy and efficiency, Petitioners and BBVA wish to renew briefing for the Original Petition as to the Amended Petition;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that the motion to dismiss, Petitioners' opposition to the motion to dismiss, and BBVA's reply in support of the motion to dismiss are hereby renewed as against the Amended Petition.

Dated: New York, New York
March 10, 2014

By: _____
Kenneth A. Caruso

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

Attorneys for BBVA

By: _____
Andrew C. Hall

Hall, Lamb and Hall, P.A.
Grand Bay Plaza, Penthouse One
2665 South Bayshore Drive
Miami, Florida 33133
(305) 374-5030

Attorneys for Villoldo Petitioners

By: _____
Jeffrey E. Glen

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
(215) 278-1000

Attorneys for Vera

WHEREAS, on December 23, 2013, briefing on BBVA's motion to dismiss was completed;

WHEREAS, on February 12, 2014, Petitioners filed the Amended Omnibus Petition For Turnover Order (the "Amended Petition") [Dkt. No. 423];

WHEREAS, in the interest of judicial economy and efficiency, Petitioners and BBVA wish to renew briefing for the Original Petition as to the Amended Petition;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties that the motion to dismiss, Petitioners' opposition to the motion to dismiss, and BBVA's reply in support of the motion to dismiss are hereby renewed as against the Amended Petition.

Dated: New York, New York
March 10, 2014

By: _____
Kenneth A. Caruso

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

Attorneys for BBVA

By: _____
Andrew C. Hall

Hall, Lamb and Hall, P.A.
Grand Bay Plaza, Penthouse One
2665 South Bayshore Drive
Miami, Florida 33133
(305) 374-5030

Attorneys for Villoldo Petitioners

By: _Jeffrey E. Glen (s/vom)_
Jeffrey E. Glen

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
(215) 278-1000

Attorneys for Vera

By: *[signature]*
Roberto Martinez

Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

Attorneys for Hausler Petitioners

SO ORDERED

March 12, 2014

By: *[signature]*
Hon. Alvin K. Hellerstein
United States District Judge

3