UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2014
```

VERA

                      Plaintiff(s)

-v-

REPUBLIC OF CUBA

                      Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 12CV1596 (akh)

I hereby certify under the penalties of perjury that on 21st day of APRIL, 20 14, I served:
BANCO EXTERIOR DE CUBA, CALLE 23 NO 55 ESQ AP VEDADO MUNICIPIO PLAZA, 10100 LA HABANA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the AMENDED OMNIBUS PETITION FOR TURNOVER ORDER, NOTICE OF PROCEEDING INFORMATION SHEET IDENTIFYING BLOCKED WIRE TRANSFER, AMENDED NOTICE ORDER, SPANISH TRANSLATION, TRANSLATOR CERTIFYING THE TRANSLATION by DHL WAYBILL TRACKING#17 7301 8730, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
4/21/2014

RUBY J. KRAJICK
CLERK OF COURT

_[signature]_
Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

April 21, 2014

Banco Exterior De Cuba
Calle 23 No. 55 Esq AP
Vedado Municipio Plaza
10100, La Habana Cuba

Re:   Vera v. Republic of Cuba
      12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Amended Omnibus Petition for Turnover Order
Notice of Proceeding
Information Sheet Identifying the Blocked Wire Transfer
Amended Notice Order
Spanish Translation
Declaration by the Translator Certifying the Translation

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

