*Hellerstein, A.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>    Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>    Defendant.<br><br>ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>    Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>    Garnishees-Respondents. | Case No. 12-CV-01596 (AKH)<br><br><br><br>**STIPULATION EXTENDING TIME TO FILE THIRD-PARTY PETITIONS ALLEGING CLAIMS IN THE NATURE OF INTERPLEADER WITH RESPECT TO NON-EFT ACCOUNTS** |



WHEREAS, the Petitioners filed their Amended Omnibus Petition for Turnover Order on February 12, 2014 ("the Amended Turnover Petition") (Dkt. No. 423), seeking turnover of certain accounts held on the books of Citibank, N.A. ("Citibank") and JPMorgan Chase Bank, N.A. ("JPM Chase");

WHEREAS Exhibits 5 and Exhibit 10 to the Amended Turnover Petition, filed under seal, identify particular accounts held on the books of Citibank and JPM Chase, respectively, as to which Petitioners are seeking turnover;

WHEREAS "Schedule C" in both Exhibit 5 and Exhibit 6 identifies certain accounts that are not blocked wire transfers (the "Non-EFT Accounts");

WHEREAS, the Court so-ordered a Stipulation and Order Amending Order with Respect to Giving Notice of Turnover on March 26, 2014 (Dkt. No.455) that set a deadline of April 10, 2014 for the Garnishee-Respondents to file third-party petitions alleging claims in the nature of interpleader;

WHEREAS, the Court so-ordered a Stipulation Extending Time to File Third-Party Petitions Alleging Claims in the Nature of Interpleader with Respect to Non-EFT Accounts on April 11, 2014 (Dkt. No. 485) that extended the April 10, 2014 deadline for filing petitions in the nature of interpleader as to Non-EFT Accounts held by Citibank and JPM Chase until April 24, 2014;

WHEREAS, Citibank and JPM Chase are prepared to file their third-party petitions alleging claims in the nature of interpleader in respect of such Non-EFT Accounts; and

2



WHEREAS, counsel for Petitioners and counsel for Citibank and JPM Chase have determined that it would be appropriate to defer that filing for additional time to permit consideration of issues related to such claims,

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT:

The deadline for Citibank and JPM Chase to file third-party petitions alleging claims in the nature of interpleader as to the Non-EFT Accounts identified in Schedule C to Exhibits 5 and 10, respectively, to the Amended Turnover Petition is hereby extended through and including May 1, 2014.

Dated: April 23, 2014
New York, New York

| KOHN, SWIFT, & GRAF, P.C. | HALL, LAMB AND HALL, P.A. |
|---|---|
| By: *Robert Alan Swift /RAV by permission* | By: _____ |
| Robert Alan Swift, Esq. | Brandon R. Levitt, Esq. |
| 1 South Broad Street, Suite 2100 | 2665 South Bayshore Drive, PH1 |
| Philadelphia, PA 19107 | Miami, Florida 33133 |
| Phone: (215) 238-1700 | Phone: (305) 374-5030 |
| Fax: (215) 238-1968 | Fax: (305) 374-5033 |
| Email: rswift@kohnswift.com | Email: blevitt@hlhlawfirm.com |
| *Attorneys for Aldo Vera, Jr.* | *Attorneys for Alfredo Villoldo and Gustavo Villoldo* |

| FRANKFURT KURNIT KLEIN & SELZ, P.C. | COLSON HICKS EIDSON |
|---|---|
| By: _____ | By: [signature] |
| Edward H. Rosenthal, Esq. | Roberto Martinez, Esq. |
| 488 Madison Avenue, 10th Floor | 255 Alhambra Circle, Penthouse |
| New York, New York 10022 | Coral Gables, FL 33134 |
| Phone: (212) 980-0120 | Phone: (305) 476-7400 |
| Fax: (212) 593-9175 | Fax: (305) 476-7444 |
| Email: erosenthal@fkks.com | Email: bob@colson.com |
| *Attorneys for Alfredo Villoldo and Gustavo Villoldo* | *Attorneys for Jeannette Fuller Hausler* |

3

WHEREAS, counsel for Petitioners and counsel for Citibank and JPM Chase have determined that it would be appropriate to defer that filing for additional time to permit consideration of issues related to such claims.

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT:

The deadline for Citibank and JPM Chase to file third-party petitions alleging claims in the nature of interpleader as to the Non-EFT Accounts identified in Schedule C to Exhibits 5 and 10, respectively, to the Amended Turnover Petition is hereby extended through and including May 1, 2014.

Dated: April 23, 2014
New York, New York

KOHN, SWIFT, & GRAF, P.C.

By: _____
Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax:   (215) 238-1968
Email: rswift@kohnswift.com

*Attorneys for Aldo Vera, Jr.*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: *Edward H. Rosenthal (RG)*
Edward H. Rosenthal, Esq.
488 Madison Avenue, 10th Floor
New York, New York 10022
Phone: (212) 980-0120
Fax:   (212) 593-9175
Email: erosenthal@fkks.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

HALL, LAMB AND HALL, P.A.

By: _____
Brandon R. Levitt, Esq.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: (305) 374-5030
Fax:   (305) 374-5033
Email: blevitt@hlhlawfirm.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

COLSON HICKS EIDSON

By: _____
Roberto Martinez, Esq.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:   (305) 476-7444
Email: bob@colson.com

*Attorneys for Jeannette Fuller Hausler*

3

GREENBERG TRAURIG, LLP

By: _____
James Wilson Perkins, Esq.
200 Park Avenue
New York, NY 10166
Phone: (212) 801-9200
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

*Attorneys for Jeannette Fuller Hausler*

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr, Esq.
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552
Fax: (212) 701-5552
Email: james.kerr@davispolk.com

*Attorneys for Citibank, N.A. and JPMorgan Chase Bank, N.A.*

ANDERSON KILL P.C.

By: _____ by permission
Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax: (212) 278-1733
Email: jglen@andersonkill.com

*Attorneys for Aldo Vera, Jr.*


Dated: April 25, 2014
New York, New York

_____
Honorable Alvin K. Hellerstein
United States District Judge

4