**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

       Plaintiff,

   v.

THE REPUBLIC OF CUBA,

       Defendant.

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.; and

JEANNETTE FULLER HAUSLER and WILLIAM
FULLER, as court-appointed co-representatives of the
ESTATE OF ROBERT OTIS FULLER, deceased, on
behalf of all beneficiaries of the Estate and the ESTATE
OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually and as
Administrator, Executor, and Personal
Representative of the ESTATE OF GUSTAVO
VILLOLDO ARGILAGOS,

       Petitioners,

   v.

BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et
al.,

       Garnishees-Respondents.

Case No. 12-CV-01596 (AKH)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Garnishees-Respondents Bank of
America, N.A.; Barclays Bank PLC; Citibank, N.A.; Credit Suisse AG, New York Branch;
Intesa Sanpaolo S.p.A.; JPMorgan Chase Bank, N.A.; UBS AG; and Wells Fargo Bank, N.A.

I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         April 29, 2014

                        DAVIS POLK & WARDWELL LLP

                        By:  _Daniel T. Young_____
                             Daniel T. Young

                        450 Lexington Avenue
                        New York, New York 10017
                        (212) 450-4447 (phone)
                        (212) 701-5447 (fax)
                        daniel.young@davispolk.com