Hellerstein, A.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

        Plaintiff,

v.

THE REPUBLIC OF CUBA,

        Defendant.

Case No. 12-CV-01596 (AKH)

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representative of the ESTATE OF ROBERT OTIS FULLER, and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

        Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), BANK OF AMERICA, N.A., BANK OF NEW YORK MELLON, BARCLAY'S BANK PLC, CITIBANK N.A., CREDIT SUISSE AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, HSBC BANK (HSBC BANK USA, N.A.), INTESA SANPAOLO S.P.A., JP MORGAN CHASE BANK, N.A. RBS CITIZENS, N.A., ROYAL BANK OF CANADA, SOCIETE GENERALE, UBS AG, WELLS FARGO BANK, NA, BROWN BROTHERS HARRIMAN & CO., MERCANTIL COMMERCEBANK, N.A., STANDARD CHARTERED BANK, and BANCO SANTANDER, S.A.,

        Respondents/Garnishees.

DEUTSCHE BANK TRUST COMPANY AMERICAS,

Respondent, Garnishee, and Third-Party Petitioner,

v.

COMMERZBANK AG (as successor in interest to Dresdner Bank AG), MOPEDS SLOVAKIA L.T.D., and UNICREDIT BANK CZECH REPUBLIC AND SLOVAKIA, A.S. (as successor in interest to Creditanstalt, A.S.),

     Third-Party Respondents and Adverse Claimants.

and

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, and ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

     Petitioners and Interpleader Respondents.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, as counsel for and on behalf of the parties indicated below, that (1) Respondent Commerzbank AG acknowledges and accepts service of the Third Party Petition Alleging Claims in the Nature of Interpleader (the "Third Party Petition"), dated April 7, 2014, and waives any defense as to the sufficiency of service of process, and (2) the last day for Interpleader Third-Party Respondent Commerzbank AG to respond to the Third Party Petition filed by Respondent-Garnishee and Third Party Petitioner Deutsche Bank Trust Company Americas is hereby extended to and including May 22, 2014.

Dated: New York, New York
April 28, 2014

|  |  |
|---|---|
| GIBBONS P.C. | COVINGTON & BURLING LLP |
| By: *[signature]*<br>Terry Myers<br>Paul A. Saso<br>One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119<br>Phone: (212) 613-2000<br><br>*Attorneys for Commerzbank AG* | By: *[signature]*<br>Mark P. Gimbel<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>Phone: (212) 841-1000<br><br>*Attorneys for Deutsche Bank Trust Company Americas* |

**SO ORDERED:**

*[signature]*
U.S.D.J.
4-30-14