**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/14
```

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative<br>of the Estate of Aldo Vera, Sr.,<br><br>        Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>        Defendant. | Case No. 12-CV-01596<br>(AKH) |
| ALDO VERA, JR., as Personal Representative<br>of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM<br>FULLER, as court-appointed co-representatives of the<br>ESTATE OF ROBERT OTIS FULLER, deceased, on<br>behalf of all beneficiaries of the Estate and the<br>ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and<br>GUSTAVO E. VILLOLDO, individually and as<br>Administrator, Executor, and Personal<br>Representative of the ESTATE OF GUSTAVO<br>VILLOLDO ARGILAGOS,<br><br>        Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.),<br>et al.,<br><br>        Garnishees-Respondents. | STIPULATION<br>EXTENDING TIME<br>TO FILE THIRD-PARTY<br>PETITIONS ALLEGING<br>CLAIMS IN THE NATURE<br>OF INTERPLEADER<br>WITH RESPECT TO NON-<br>EFT ACCOUNTS |

WHEREAS, the Petitioners filed their Amended Omnibus Petition for Turnover Order on February 12, 2014 ("the Amended Turnover Petition") (Dkt. No. 423), seeking turnover of certain accounts held on the books of Citibank, N.A. ("Citibank") and JPMorgan Chase Bank, N.A. ("JPM Chase");

WHEREAS Exhibits 5 and Exhibit 10 to the Amended Turnover Petition, filed under seal, identify particular accounts held on the books of Citibank and JPM Chase, respectively, as to which Petitioners are seeking turnover;

WHEREAS "Schedule C" in both Exhibit 5 and Exhibit 6 identifies certain accounts that are not blocked wire transfers (the "Non-EFT Accounts");

WHEREAS, the Court so-ordered a Stipulation and Order Amending Order with Respect to Giving Notice of Turnover on March 26, 2014 (Dkt. No.455) that set a deadline of April 10, 2014 for the Garnishee-Respondents to file third-party petitions alleging claims in the nature of interpleader;

WHEREAS, the Court so-ordered a Stipulation Extending Time to File Third-Party Petitions Alleging Claims in the Nature of Interpleader with Respect to Non-EFT Accounts on April 11, 2014 (Dkt. No. 485) that extended the April 10, 2014 deadline for filing petitions in the nature of interpleader as to Non-EFT Accounts held by Citibank and JPM Chase until April 24, 2014;

WHEREAS, the Court so-ordered a Stipulation Extending Time to File Third-Party Petitions Alleging Claims in the Nature of Interpleader with Respect to Non-EFT Accounts on April 28, 2014 (Dkt. No. 528) that extended the April 24, 2014 deadline for filing petitions in the nature of interpleader as to Non-EFT Accounts held by Citibank and JPM Chase until May 1, 2014;

WHEREAS, counsel for Petitioners and counsel for Citibank and JPM Chase have determined that it would again be appropriate to defer that filing, and have agreed to a final extension of time for the filing of third-party petitions in respect of the Non-EFT Accounts;

NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT:

The deadline for Citibank and JPM Chase to file third-party petitions alleging claims in the nature of interpleader as to the Non-EFT Accounts identified in Schedule C to Exhibits 5 and 10, respectively, to the Amended Turnover Petition is hereby extended through and including May 6, 2014.

Dated: May 1, 2014
       New York, New York


KOHN, SWIFT, & GRAF, P.C.

By: _____
    Robert Alan Swift, Esq.
    1 South Broad Street, Suite 2100
    Philadelphia, PA 19107
    Phone: (215) 238-1700
    Fax:    (215) 238-1968
    Email:  rswift@kohnswift.com

*Attorneys for Aldo Vera, Jr.*


HALL, LAMB AND HALL, P.A.

By: _____ / APV by permission
    Brandon R. Levitt, Esq.
    2665 South Bayshore Drive, PH1
    Miami, Florida 33133
    Phone:  (305) 374-5030
    Fax:    (305) 374-5033
    Email:  blevitt@hlhlawfirm.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

3

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: *Edward H. Rosenthal /AAV by permission*
    Edward H. Rosenthal, Esq.
    488 Madison Avenue, 10th Floor
    New York, New York 10022
    Phone:  (212) 980-0120
    Fax:     (212) 593-9175
    Email:  erosenthal@fkks.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

COLSON HICKS EIDSON

By: *Roberto Martinez /AAV by permission*
    Roberto Martinez, Esq.
    255 Alhambra Circle, Penthouse
    Coral Gables, FL 33134
    Phone:  (305) 476-7400
    Fax:     (305) 476-7444
    Email:  bob@colson.com

*Attorneys for Jeannette Fuller Hausler*

GREENBERG TRAURIG, LLP

By: *James W. Perkins /AAV by permission*
    James Wilson Perkins, Esq.
    200 Park Avenue
    New York, NY 10166
    Phone:  (212) 801-9200
    Fax:     (212) 801-6400
    Email:  perkinsj@gtlaw.com

*Attorneys for Jeannette Fuller Hausler*

DAVIS POLK & WARDWELL LLP

By:
    James L. Kerr, Esq.
    450 Lexington Avenue
    New York, New York 10017
    Phone:  (212) 450-4552
    Fax:     (212) 701-5552
    Email: james.kerr@davispolk.com

*Attorneys for Citibank, N.A. and JPMorgan Chase Bank, N.A.*

ANDERSON KILL P.C.

By: *Jeffrey E. Glen /AAV by permission*
    Jeffrey E. Glen, Esq.
    1251 Avenue of the Americas
    New York, New York 10020
    Phone:  (212) 278-1000
    Fax:     (212) 278-1733
    Email:  jglen@andersonkill.com

*Attorneys for Aldo Vera, Jr.*

Dated: May 2, 2014   5/5/14
      New York, New York

                Honorable Alvin K. Hellerstein
                United States District Judge

4