Hellerstein, A.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/14

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

          Plaintiff,

v.

THE REPUBLIC OF CUBA,

          Defendant.

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and

JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representative of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

          Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,

          Garnishees-Respondents.

Case No. 12-CV-01596 (AKH)

| |
|---|
| CREDIT SUISSE AG, NEW YORK BRANCH<br><br>                    Garnishee-Respondent and<br>                    Third-Party Petitioner,<br><br>v.<br><br>ACINOX S.A.; COMMERZBANK AG (F/K/A DRESDNER BANK OF NEW YORK); and CUBANA DE AVIACIÓN SA;<br><br>ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;<br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>                    Adverse Claimants-<br>                    Respondents. |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, as counsel for and on behalf of the parties indicated below, that (1) Respondent Commerzbank AG acknowledges and accepts service of the Third Party Petition Alleging Claims in the Nature of Interpleader Filed by Credit Suisse AG, New York Branch (the "Third Party Petition"), dated April 10, 2014 and (2) the last day for Interpleader Third-Party Respondent Commerzbank AG to respond to the Third Party Petition filed by Respondent-Garnishee and Third Party Petitioner Credit Suisse AG, New York Branch is hereby extended to and including May 22, 2014.

2

Dated: New York, New York
May 1, 2014

| | |
|---|---|
| GIBBONS P.C. | DAVIS POLK & WARDWELL LLP |
| By: *[signature]*<br>Terry Myers<br>Paul A. Saso<br>One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119<br>Phone: (212) 613-2000 | By: *[signature]*<br>James L. Kerr<br>Daniel T. Young<br>450 Lexington Avenue<br>New York, New York 10017<br>Phone: (212) 450-4552 |
| *Attorneys for Commerzbank AG* | *Attorneys for Credit Suisse AG, New York Branch* |

So Ordered
5/8/14
*[signature]*

3