UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>                        Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>                        Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representative of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>                        Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>                        Garnishees-Respondents. | |

| |
|---|
| WELLS FARGO BANK, N.A., <br><br>                          Garnishee-Respondent and <br>                          Third-Party Petitioner, <br><br>v. <br><br>BANCO ESPAÑOL DE CREDITO; BANCO POPULAR ESPAÑOL S.A.; BANCO SUDAMERIS BRASIL; CILBERTI SANTINA; COMMERZBANK AG (F/K/A DRESDNER BANK NEW YORK); CORPORACIÓN HABANOS S.A.; CUBANA DE AVIACIÓN SA; CUBANACAN COMERCIO INTERNACIONAL LTDA.; HAVANA HOLDINGS LIMITED; ING BANK LONDON; NETHERLANDS CARIBBEAN BANK N.V.; and ROYAL BANK OF SCOTLAND INTERNATIONAL; <br><br>ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; <br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br>                          Adverse Claimants- <br>                          Respondents. |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, as counsel for and on behalf of the parties indicated below, that (1) Respondent Commerzbank AG acknowledges and accepts service of the Third Party Petition Alleging Claims in the Nature of Interpleader Filed by Wells Fargo Bank, N.A. (the "Third Party Petition"), dated April 10, 2014 and (2) the last day for Interpleader Third-Party Respondent Commerzbank AG to respond to the

2

Third Party Petition filed by Respondent-Garnishee and Third Party Petitioner Wells Fargo Bank, N.A. is hereby extended to and including May 22, 2014.

Dated: New York, New York
May 1, 2014

GIBBONS P.C.

By: _____
Terry Myers
Paul A. Saso
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Phone: (212) 613-2000

*Attorneys for Commerzbank AG*

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr
Daniel T. Young
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552

*Attorneys for Wells Fargo Bank, N.A.*

*So Ordered*
*5/8/14* /s/ AKH

3