# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

RECEIVED
MAY 13 2014
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Jeffrey E. Glen, Esq.
Jglen@andersonkill.com
212-278-1009

*Via Facsimile*

So ordered.
/s/ Al K. Hellerstein
5-13-14

May 12, 2014

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>Aldo Vera, Jr. v. The Republic of Cuba; 12-cv-01596</u>

Dear Judge Hellerstein:

This firm represents plaintiff Aldo Vera, Jr. in the above-referenced matter. I write to inform the Court that certain of this firm's attorneys who are designated "Attorneys to Be Noticed" on the ECF System no longer work on this matter. Accordingly, I respectfully request that the following attorneys from Anderson Kill P.C. cease to be designated "Attorneys to Be Noticed" on the ECF system and cease to receive correspondence or notifications pertaining to this matter:

- Luma Salah Al-Shibib, Esq.
- Carrie Maylor DiCanio, Esq.
- Kerry Ann Sheehan, Esq.

I continue to represent Aldo Vera, Jr. and should continue to be designated "Attorney to Be Noticed" on the ECF system and to receive all usual notifications and correspondence. Please do not hesitate to contact me with any questions or concerns.

Regards,

Jeffrey E. Glen (s/vcm with permission)

Jeffrey E. Glen

JEG/vcm

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/14

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

nydocs1-1032126.1