UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2014
```

Vera

　　　　　　　　　　　　　　　Plaintiff(s)　　　　　**CERTIFICATE OF MAILING**

　　　　　　　　　　　　　　　　　　　　　　　　　Case No.: __12 CV 01596__ (akh)

　　　-v-

Republic of Cuba

　　　　　　　　　　　　　　　Defendant(s)

I hereby certify under the penalties of perjury that on 1 day of May , 20 14 , I served:
Havanatur, S.A., Calle 8 No. 56 e/ 1ra. y 3ra., Reparto Vista Alegre, Santiago de Cuba, Cuba

[X] One copy of the PLEASE SEE ATTACHED.

　　　by DHL, WAYBILL # 47 0917 6091 , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

　　　by_____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

　　　by_____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

　　　by_____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
　　　　5/1/2014

　　　　　　　　　　　　　　　　　　　RUBY J. KRAJICK
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　*Tatiana Villada* (signature)
　　　　　　　　　　　　　　　　　　　Print Name: Tatiana Villada
　　　　　　　　　　　　　　　　　　　DEPUTY CLERK OF COURT

An English-language summons issued by this Court, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Bank of America, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order and a Spanish-language translation of the same


