UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2014
```

Vera

                        Plaintiff(s)        **CERTIFICATE OF MAILING**

Case No.: __12 CV 01596__ (akh)

-v-

Republic of Cuba

                  Defendant(s)

I hereby certify under the penalties of perjury that on _1st_ day of _May_, 20_14_, I served: _Ministry of Foreign Affairs of Cuba (Cuba MinRex), Avenida de los Presidentes, 10149 Habana Vieja, Cuba_

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the _PLEASE SEE ATTACHED._

by _DHL WAYBILL # 47 0913 1254_____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       5/1/2014

                                        RUBY J. KRAJICK
                                        CLERK OF COURT

                                        _/s/ Tatiana Villada_
                                        Print Name: Tatiana Villada
                                        DEPUTY CLERK OF COURT

An English-language Notice of Suit prepared in conformity with 22 C.F.R. § 93.2, and a Spanish-language translation of the same;
A certification of translation as to the Notice of Suit;
An English-language summons issued by this Court, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language copy of the same;
An English-language copy of the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, pursuant to 22 C.F.R. § 93.2(e)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 1, 2014

Ministry of Foreign Affairs of Cuba (Cuba MinRex)
Avenida de los Presidentes
10149 Habana Vieja
Cuba

Re:   Vera v. Repuplic of Cuba,
      12 CV 01596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

An English-language Notice of Suit prepared in conformity with 22 C.F.R. § 93.2, and a Spanish-language translation of the same;
A certification of translation as to the Notice of Suit;
An English-language summons issued by this Court, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language copy of the same;
An English-language copy of the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, pursuant to 22 C.F.R. § 93.2(e)

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.



# 1-800-CALL DHL
## 1-800-225-5345
### www.dhl-usa.com

DO NOT SEND CASH, CASH EQUIVALENT OR JEWELR...





| EXPRESS WORLDWIDE | XPD | |
|---|---|---|
| DHL Online | | |

From: DAVIS POLK & WARDWELL
James Kerr  Phone: 212-450-4050
450 LEXINGTON AVE FL 11
NEW YORK NY 10017
United States

Origin: ZYP

To: Ministry of Foreign Affsirs of Cuba
(Cuba MinRex)
Avenida de los Presidents

**10149, HABANA VIEJA**
Cuba

Contact: 212-450-4050

## CU-HAV-HAB

**SX**

Date: 2014-04-18    Shpt Weight: **0.5 lb**    Piece: **1/1**

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Documents

WAYBILL 47  0913  1254

(2L)CU10149+32000064

(J)JD01 4600 0005 0934 5240