UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2014
```

Vera

                      Plaintiff(s)         **CERTIFICATE OF MAILING**

Case No.: __12 CV 01596__ (akh)

-v-

Republic of Cuba

                      Defendant(s)

I hereby certify under the penalties of perjury that on 1st day of May, 20 14, I served:
Cubana De Aviacion S.A., Calle 23 No. 64 esq. P Infanta, Vedado, ciudad de La Habana, Cuba

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED

by DHL WAYBILL # 47 0911 5633, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
5/1/2014

                                       RUBY J. KRAJICK
                                       CLERK OF COURT

                                       *Tatiana Villada*
                                       Print Name: Tatiana Villada
                                       DEPUTY CLERK OF COURT

An English-language summons issued by this Court, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Credit Suisse AG," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order and a Spanish-language translation of the same

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

**RUBY J. KRAJICK**
CLERK OF CLERK

May 1, 2014

Cubana De Aviacion S.A.
Calle 23 No. 64 esq. P Infanta, Vedado
Ciudad de La Habana,
Cuba

Re:  <u>Vera v. Republic of Cuba,</u>
     12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language summons issued by this Court, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Credit Suisse AG," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order and a Spanish-language translation of the same

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.



# 1-800-CALL DH

1-800-225-53

www.dhl-usa.co

**DO NOT SEND CASH, CASH EQUIVALENT OR JEWE**

**DHL CANNOT DELIVER TO P.O. BO**





| EXPRESS WORLDWIDE DHL Online | XPD | |
|---|---|---|
| From: DAVIS POLK & WARDWELL<br>James Kerr Phone: 212-/45-0/4050<br>450 LEXINGTON AVE FL 11<br>NEW YORK NY 10017<br>United States | | Origin:<br>ZYP |
| To: CUBANA DE AVIACION S.A<br>CALLE 23 NO.64 ESQ. P INFANTA VEDAD<br><br>10100, La HABANA<br>Cuba | | Contact:<br>5378381039 |

**CU-HAV-HAB**

SX | Day | Time:

Date: 2014-04-18 | Shpt Weight: 0.5 lb | Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Documents

WAYBILL 47  0911  5633

(2L)CU10100+32000064

(J)JD01 4600 0005 0934 3183