UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Vera

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 12 cv 1596 (akh)

-v-

Republic of Cuba

Defendant(s)

I hereby certify under the penalties of perjury that on 17 day of April, 20 14, I served:
BOUYGUES BATIMENT (CUBA) CENTRO DE NEGOCIOS MIRAMAR, 4TO PISO OFICINA NO 412,
5ta Ave s/ne/76 y78, 10200, MIRAMAR PLAYA, LA HAVANE, CUBA

[X] One copy of the AMENDED OMINBUS PETITION FOR TURNOVER ORDER, NOTICE OF PROCEEDINGS, INFORMATION SHEET IDENTIFYING THE BLOCKED WIRE TRANSFER, AMENEDED NOTICE ORDER, SPANISH TRANSLATION, DECLARATION PROVIDED BY TRANSLATOR CERTIFYING THE TRANSLATION by DHL WAYBILL TRACKING # 17 7301 0131, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
4/17/2014

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Richard Wilson
DEPUTY CLERK OF COURT

**EXPRESS WORLDWIDE**
DHL Online

From: DAVIS POLK
JAME KERR Phone: 212-/45-0/4050
450 LEXINGTON AVE
NEW YORK NY 10017
United States

XPD

Origin: ZYP

To: BOUYGUES BATIMENT (CUBA)
CENTRO DE NEGOCIOS MIRAMAR
4TO PISO OFICINA NO 412
5ta Ave s/ne/76 y78
**10200, MIRAMAR PLAYA, LA HAVANE**
Cuba

Contact: ETDE DI CUBA TUNNEL
212-450-4050

## CU-HAV-HAB

**SX**

Date: 2014-04-07
Shpt Weight: **0.5 lb**
Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: DOCUMENTS

WAYBILL 17  7301  0131

(2L)CU10200+32000064

(J)JD01 4600 0004 6636 4788



SERVICE A
DHL
Controll
Expor
SX