UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____

Vera

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12 cv 1596____ (akh)

-v-

Republic of Cuba

Defendant(s)

_____

I hereby certify under the penalties of perjury that on 17  day of April_____ , 2014__, I served:
 MCV COMMERCIAL S.A. , INSTERSECCION DE VIA BLANCA Y MONUMENTAL BERRO 10100, HABAN
 DEL ESTE, HABANA , CUBA

☒ One copy of the  AMENDED OMINBUS PETITION FOR TURNOVER ORDER, NOTICE OF PROCEEDINGS,
INFORMATION SHEET IDENTIFYING THE BLOCKED WIRE TRANSFER, AMENEDED NOTICE ORDER,
SPANISH TRANSLATION, DECLARATION PROVIDED BY TRANSLATOR CERTIFYING THE TRANSLATION
by  DHL WAYBILL TRACKING # 17 7300 0703_____ , to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____
_____

by_____ , to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____
_____

by _____ , to the  Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
_____

by _____ , to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
4/17/2014_____

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Richard Wilson
DEPUTY CLERK OF COURT



**EXPRESS WORLDWIDE**
DHL Online

**XPD**

From: DAVIS POLK
JAIME KERR  Phone: 212-/45-0/4050
450 LEXINGTON AVE
NEW YORK NY 10017
**United States**

Origin:
**ZYP**

To: MCV COMERCIAL S.A
INSTERSECCION DE VIA BLANCA
Y MONUMENTAL
BERROA
**10100, HABANA DEL ESTE, HABANA**
Cuba

Contact:

212-450-4050

## CU-HAV-HAB

**SX**

Day          Time:

Date:
2014-04-07

Shpt Weight:
**0.5 lb**

Piece:
**1/1**

These commodities, technology or software were exported from the United States in accordance with the
Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content:
DOCUMENTS

WAYBILL 17 7300 0703

(2L)CU10100+32000064

(J)JD01 4600 0004 6636 3652

Place W