UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2014

Vera

                    Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 12 cv 1596 (akh)

-v-

Republic of Cuba

                Defendant(s)

I hereby certify under the penalties of perjury that on 17 day of April, 20 14, I served: EES EMPRESA GEOMINERA, CARRERERA DE SIBONEY, KM 2 1/2 ALTUIRAS DE SAN JUAN, 90100, SANTIAGO DE CUBA, CUBA

[X] One copy of the AMENDED OMINBUS PETITION FOR TURNOVER ORDER, NOTICE OF PROCEEDINGS, INFORMATION SHEET IDENTIFYING THE BLOCKED WIRE TRANSFER, AMENEDED NOTICE ORDER, SPANISH TRANSLATION, DECLARATION PROVIDED BY TRANSLATOR CERTIFYING THE TRANSLATION by DHL WAYBILL TRACKING # 17 7308 0002 , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
4/17/2014

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Richard Wilson
DEPUTY CLERK OF COURT

| EXPRESS WORLDWIDE<br>DHL Online | XPD |  |
|---|---|---|
| From: DAVIS POLK & WARDWELL<br>JAMES KERR Phone: 212-450-4050<br>450 LEXINGTON AVE FL 11<br>NEW YORK NY 10017<br>United States | | Origin:<br>ZYP |
| To: EES EMPRESA GEOMINERA<br>CARRETERA DE SIBONEY<br>KM 2 1/2 ALTUIRAS DE SAN JUAN<br>**90100, SANTIAGO DE CUBA, CUBA**<br>Cuba | | Contact:<br>212-450-4050 |

## CU-HAV-HAB

**SX**

| | Day | Time: |
|---|---|---|
| Date: 2014-04-07   Shpt Weight: **0.5 lb** | Piece: | 1/1 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.



Content:
DOCUMENTS

WAYBILL 17 7308 0002



(2L)CU90100+32000064



(J)JD01 4600 0004 6637 2895

