UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____
```

Vera

                          Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12 cv 1596__ (akh)

-v-

Republic of Cuba

                        Defendant(s)

I hereby certify under the penalties of perjury that on _17_ day of _April_, 20_14_, I served: _HOTEL SOL PALMERAS, CARRETERA DE LAS MORLAS, 42200, VARADERA, CUBA._

[X] One copy of the _AMENDED OMINBUS PETITION FOR TURNOVER ORDER, NOTICE OF PROCEEDINGS, INFORMATION SHEET IDENTIFYING THE BLOCKED WIRE TRANSFER, AMENEDED NOTICE ORDER, SPANISH TRANSLATION, DECLARATION PROVIDED BY TRANSLATOR CERTIFYING THE TRANSLATION_ by _DHL WAYBILL TRACKING # 17 7305 2234_, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
4/17/2014

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Richard Wilson
DEPUTY CLERK OF COURT


EXPRESS PACK - SMALL