UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vera

                        Plaintiff(s)      **CERTIFICATE OF MAILING**

Case No.: __12 cv 1596__ (akh)

-v-

Republic of Cuba

                        Defendant(s)

---

I hereby certify under the penalties of perjury that on _17_ day of _April_, 20_2014_, I served:
_CON-IMPEX GMBH, 5TA AVENIDA E 76 Y 78, EDIFICIO SANTIAGO OFICINA 302, 11300, PLAYA, LA HABANA, CUBA_

☒ One copy of the _AMENDED OMINBUS PETITION FOR TURNOVER ORDER, NOTICE OF PROCEEDINGS, INFORMATION SHEET IDENTIFYING THE BLOCKED WIRE TRANSFER, AMENEDED NOTICE ORDER, SPANISH TRANSLATION, DECLARATION PROVIDED BY TRANSLATOR CERTIFYING THE TRANSLATION_ by _DHL WAYBILL TRACKING # 17 7307 5872_, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
       4/17/2014

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    Print Name: Richard Wilson
                                    DEPUTY CLERK OF COURT



**EXPRESS WORLDWIDE**
DHL Online

XPD

From: DAVIS POLK & WARDWELL
JAMES KERR  Phone: 212-450-4050
450 LEXINGTON AVE FL 11
NEW YORK NY 10017
United States

Origin:
ZYP

To: CON-IMPEX GMBH
5TA AVENIDA E 76 Y 78
EDIFICIO SANTIAGO  OFICINA 302

**11300, PLAYA, LA HABANA**
Cuba

Contact:
FRANK PETER APEL
5372044400

**CU-HAV-HAB**

**SX**

Date: 2014-04-07
Shpt Weight: **0.5 lb**
Piece: **1/1**

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: DOCUMENTS

WAYBILL 17  7307  5872

(2L)CU11300+32000064

(J)JD01 4600 0004 6637 2421



XPRESS PACK - SMALL