UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2014
```

Vera

                        Plaintiff(s)        **CERTIFICATE OF MAILING**

Case No.: 12 cv 1596 (akh)

-v-

Republic of Cuba

                        Defendant(s)

I hereby certify under the penalties of perjury that on 17 day of April, 20 14, I served: CORAL CONTAINER, S.A, CALLE OF 170, PISO 1, 10100, HABABNA VIEJA, HABANA, CUBA

[X] One copy of the AMENDED OMINBUS PETITION FOR TURNOVER ORDER, NOTICE OF PROCEEDINGS, INFORMATION SHEET IDENTIFYING THE BLOCKED WIRE TRANSFER, AMENEDED NOTICE ORDER, SPANISH TRANSLATION, DECLARATION PROVIDED BY TRANSLATOR CERTIFYING THE TRANSLATION by DHL WAYBILL TRACKING # 17 7300 4892, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
       4/17/2014

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Richard Wilson
DEPUTY CLERK OF COURT

