UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2014
```

VERA

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 12CV1596 (akh)

-v-

REPUBLIC OF CUBA

Defendant(s)

I hereby certify under the penalties of perjury that on 1st day of May, 20 14, I served:
MINISTER BRUNO EDUARDO RODRIGUEZ PARRILLA, CUBAN MINISTRY OF FOREIGN AFFAIRS
CALZADA #360, VEDADO, HAVANA CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the NOTICE OF SUIT DATED 4/9/14, SUMMONS IN A CV ACTION & NOTICE OF PETITION DATED 9/9/13, AMENDED OMNIBUS PETITION FOR TURNOVER ORDER DATED 2/12/14, COPY OF THE FOREIGN SOVEREIGN IMMUNITIES ACT, SPANISH TRANSLATION
by FEDEX TRACKING# 8057 7765 8326, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
May 1, 2014

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*

Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

April 30, 2014

Minister Bruno Eduardo Rodriguez Parrilla
Cuban Ministry of Foreign Affairs
Calzada No. 360, Vedado
Havana, Cuba

Re: Vera v. Republic of Cuba
12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Notice of Suit dated April 9, 2014
Summons in a Civil Action and Notice of Petition dated Sept. 9, 2013
Amended Omnibus Petition for Turnover Order dated Feb. 12, 2014
Copy of the Foreign Sovereign Immunities Act (including both 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605A)
A Spanish Translation of (1) through (4)

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

# FedEx Express US Airbill

Package

FedEx Tracking Number: **8057 7765 8326**

**1 From** Please print and press hard.

Date: 4/14
Sender's FedEx Account Number: [SENDER'S FEDEX ACCOUNT NUMBER ONLY]
Sender's Name: 
Phone: 
Company: HALL LAMB AND HALL PA
Address: 2665 S BAYSHORE DR PH 1
Dept/Floor/Suite/Room: 
City: MIAMI    State: FL    ZIP: 33133-5468

**2 Your Internal Billing Reference** (First 24 characters will appear on invoice.)
10225 OPTIONAL

**3 To**
Recipient's Name: Minister Bruno Eduardo Rodriguez    Phone: 
Company: Cuban Ministry of Foreign Affairs
Address: 230 16th Street, N.W.
Dept/Floor/Suite/Room: 
Address: 
City: Washington    State: DC    ZIP: 20009

0114341851

**4 Express Package Service**
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [X] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**
- [ ] FedEx Envelope
- [X] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**
- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes (Shipper's Declaration not required)
- [ ] Yes (Shipper's Declaration)
- [ ] Dry Ice

Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value
                                  $         .00

119