UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2014
```

VERA

                                Plaintiff(s)      **CERTIFICATE OF MAILING**

                                                  Case No.:  12CV1596  (akh)

-v-

REPUBLIC OF CUBA

                                Defendant(s)

---

I hereby certify under the penalties of perjury that on 1st day of May , 20 14 , I served:
CASA FINANCIERA FINTUR, S.A. , 5TA AVE. 4605 ENTRE 46A Y 60 MIRAMAR, MUNICIPIO PLAYA, LA HABABA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED PAPER

by WAYBILL # 47 0916 2452 , to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
        May 1, 2014

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      Print Name: JEANINE VIERA-SAN
                                      DEPUTY CLERK OF COURT

RUBY J. KRAJICK
CLERK OF CLERK

May 1, 2014

Casa Financiera Fintur, S.A.
5ta Ave. 4605 entre 46A y 60
Miramar
Municipio Playa
La Habana, Cuba

Re: Vera v. Republic of Cuba
12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language summons issued by this Court, and a Spanish- language translation of the same
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition; and
An English-language copy of the Amended Omnibus Petition for Turnover Order and a Spanish-language translation of the same.

Respectfully yours,

Ruby Krajick
Clerk of the Court

Enc.

# 1-800-CALL DHL
1-800-225-5345
www.dhl-usa.com

DO NOT SEND CASH, CASH EQUIVALENT OR JEWELRY
DHL CANNOT DELIVER TO P.O. BOXES





**EXPRESS WORLDWIDE**
DHL Online — XPD

From: DAVIS POLK & WARDWELL
James Kerr  Phone: 212-450-4050
450 LEXINGTON AVE FL 11
NEW YORK NY 10017
United States

Origin: ZYP

To: Case Financiera Fintur, S.A.
5ta Ave. 4605 entre 46A 7 60

Municipio Playa
**10100, La Habana, MIRAMAR**
Cuba

Contact: 212-450-4050

**CU-HAV-HAB**

SX

Date: 2014-04-18
Shpt Weight: **0.5 lb**
Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Documents

WAYBILL 47  0916  2452

(2L)CU10100+32000064

(J)JD01 4600 0005 0934 9200