UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2014
```

VERA

                    Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 12CV1596 (akh)

-v-

REPUBLIC OF CUBA

                Defendant(s)

---

I hereby certify under the penalties of perjury that on 1st day of May, 20 14, I served:
CUBANA DE AVIACION S.A., CALLE 23 NO 64 ESQ., P INFANTA VEDADO, CIUDAD DE, 10100, LA HABABA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED PAPER

by WAYBILL # 22 6137 1836, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
May 1, 2014

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    Print Name: JEANINE VIERA-SAN
                                    DEPUTY CLERK OF COURT




1-800-CALL DHL
1-800-225-5345
www.dhl-usa.com
DO NOT SEND CASH, CASH EQUIVALENT OR JEWELRY
DHL CANNOT DELIVER TO P.O. BOXES

EXPRESS WORLDWIDE — XPD
DHL Online
From: DAVIS POLK & WARDWELL
James Kerr  Phone: 212-450-4050
450 LEXINGTON AVE FL 11
NEW YORK NY 10017
United States

Origin: ZYP

To: CUBANA DE AVIACION S.A
CALLE 23 NO 64 Esq.
P INFANTA VEDADO
Ciudad de
10100, La Habana
Cuba

Contact: 5378381039

CU-HAV-HAB

SX

Date: 2014-04-17
Shpt Weight: 0.5 lb
Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Documents

WAYBILL 22  6137  1836
(2L)CU10100+32000064
(J)JD01 4600 0005 0914 8746

ALERT
lled
rt
K
CVG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 1, 2014

Cubana de Aviacion S.A.
Calle 23 No. 64 Esq.
P Infanta Vedado
Ciudad de
10100, La Habana, Cuba

Re: <u>Vera v. Republic of Cuba</u>
12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language summons issued by this Court, and a Spanish- language translation of the same
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Wells Fargo Bank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition; and
An English-language copy of the Amended Omnibus Petition for Turnover Order and a Spanish-language translation of the same.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

An English-language summons issued by this Court, and a Spanish- language translation of the same

An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Wells Fargo Bank, N.A.," and a Spanish-language translation of the same;

A certification of translation as to the summons and third-party petition; and

An English-language copy of the Amended Omnibus Petition for Turnover Order and a Spanish-language translation of the same.