UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2014

VERA

                              Plaintiff(s)

            -v-

REPUBLIC OF CUBA

                          Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: __12CV1596____ (akh)

---

I hereby certify under the penalties of perjury that on 28th day of APRIL _____, 20 14 , I served:
 MINISTER BRUNO EDUARDO RODRIUEZ PARRILLA, CUBAN MINISTRY OF FOREIGN AFFAIRS, _____
 CALZADA NO. 360, VEDADO, HAVANA, CUBA _____

☐ One copy of the _____

_____

by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the PLEASE SEE ATTACHED PAPER WORK _____

_____

by DHL WAYBILL # 63 6076 5714 _____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____

_____

by _____, to the  Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

_____

by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
       4/28/2014 _____

                             **RUBY J. KRAJICK**
                             **CLERK OF COURT**

                             Print Name: JEANINEVIERA-SAN
                             DEPUTY CLERK OF COURT

RUBY J. KRAJICK
CLERK OF CLERK

April 28, 2014

Minister Bruno Eduardo Rodriguez Parrilla
Cuban Ministry of Foreign Affairs
Calzada No. 360, Vedado
Havana, Cuba

Re:     Vera v. Republic of Cuba,
        12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the
following documents are being served on you on behalf of the Plaintiff in the above-referenced
action which names your country and/or a government office as a defendant:

Notice of Suit dated April 9, 2014
Summons in a Civil Action and Notice of Petition dated September 9, 2013
Amended Omnibus Petition for Turnover Order dated Feb. 12, 2014
Copy of the Foreign Soverign Immunities Act (including both 28 U.S.C. § 1605 (a) (7) and 28
U.S.C.§ 1605A)
Spanish Translation

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.