UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vera

                    Plaintiff(s)      **CERTIFICATE OF MAILING**

Case No.: 12 CV 01596 (akh)

-v-

Republic of Cuba

                Defendant(s)

I hereby certify under the penalties of perjury that on 21 day of May, 20 14, I served:
CORPORACION HABANOS S.A., ATTN: LUIS SANCHEZ-HARGUINDEY PARDO DE VERA, CO-PRESIDENT
3RA NO. 2006 E/ 20 Y 22, MIRAMAR, PLAYA, 11300 LA HABANA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED.

by DHL, WAYBILL # 47 9555 4606, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
5/21/2014

                              **RUBY J. KRAJICK**
                              **CLERK OF COURT**

                              *Tatiana Villada*
                              Print Name: Tatiana Villada
                              DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 21, 2014

Corporacion Habanos S.A.
Attn: Luis Sanchez-Harguindey Pardo De Vera, Co-President
3ra 2006 e/ 20 y 22
Miramar, Playa, 11300
La Habana, Cuba

Re: <u>Vera v. Repuplic of Cuba,</u>
12 CV 01596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons on a Third-Party Complaint;

Third-Party Petition of Respondent the Bank of New York Mellon for Interpleader and Other Relief, with Exhibit A (wire transfer information) and Exhibit B (amended Omnibus Petition for Turnover Order);

Declaration of Spanish translator;

Spanish translations of the preceding documents

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

Summons on a Third-Party Complaint;

Third-Party Petition of Respondent the Bank of New York Mellon for Interpleader and Other Relief, with Exhibit A (wire transfer information) and Exhibit B (amended Omnibus Petition for Turnover Order);

Declaration of Spanish translator;

Spanish translations of the preceding documents



---

Please fold or cut in half
## DO NOT PHOTOCOPY
Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

