UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2014
```

Vera

                                   Plaintiff(s)        **CERTIFICATE OF MAILING**

Case No.: __12 CV 01596__ (akh)

-v-

Republic of Cuba

                                  Defendant(s)

_____

I hereby certify under the penalties of perjury that on __21__ day of __May__, 20__14__, I served: __CUBANA DE AVIACION S.A., ATTN: ARTURO BADA ALVAREZ, CEO, CALLE 23 NO. 64, LA RAMPA, VEDADO, CIUDAD DE LA HABANA, 10400 CUBA__

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the __PLEASE SEE ATTACHED.__

by __DHL, WAYBILL # 47 9544 0392__, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
5/21/2014

                                        RUBY J. KRAJICK
                                        CLERK OF COURT

                                        _/s/ Tatiana Villada_
                                        Print Name: Tatiana Villada
                                        DEPUTY CLERK OF COURT

Summons on a Third-Party Complaint;

Third-Party Petition of Respondent the Bank of New York Mellon for Interpleader and Other Relief, with Exhibit A (wire transfer information) and Exhibit B (amended Omnibus Petition for Turnover Order);

Declaration of Spanish translator;

Spanish translations of the preceding documents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 21, 2014

Cubana de Aviacion S.A.
Attn: Arturo Bada Alvarez, CEO
Calle 23 No. 64, La Rampa, Vedado
Ciudad de La Habana, 10400 Cuba

Re:   Vera v. Repuplic of Cuba,
      12 CV 01596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons on a Third-Party Complaint;

Third-Party Petition of Respondent the Bank of New York Mellon for Interpleader and Other Relief, with Exhibit A (wire transfer information) and Exhibit B (amended Omnibus Petition for Turnover Order);

Declaration of Spanish translator;

Spanish translations of the preceding documents

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.



Please fold or cut in half

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

