UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/14

VERA

                    Plaintiff(s)          **CERTIFICATE OF MAILING**

                                          Case No.:  12CV1596 _____ (akh)

                    -v-

REPUBLIC OF CUBA

                    Defendant(s)

_____

I hereby certify under the penalties of perjury that on 21th day of MAY _____, 20 14 , I served:
 CASA FINANCIERA FINTUR S.A. CALLE 5TA. NO. 4605 ENTRE 46A Y 60 ATTN: HUMBERTO PEREZ
 GONZALEZ PRESIDENT, 11300, PLAYA, CUBA

☐ One copy of the _____
   _____

   by _____, to the individual of the
   foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____
   _____

   by_____, to the head of the ministry
   of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
   1608(a)(3).

☐ Two copies of the _____
   _____

   by _____, to the Secretary of State,
   Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
   (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
   20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED PAPER _____
   _____

   by DHL WAYBILL # 47 9554 9264 _____, to the head of the agency or
   instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
   Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
       5/21/2014
       _____

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              _Jeanine Viera-Santiago_
                              Print Name: JEANINE VIERA-SAN
                              DEPUTY CLERK OF COURT

Summons on a Third Party Complaint
Third-Party Petition of Respondent the Bank of New York Mellon for Interpleader and Other Relief, with Exhibit A ( wire transfer information) and Exhibit B (amended Omnibus Petition for Turnover Order)
Declaration of Spanish Translator
Spanish Translation of the preceding documents

RUBY J. KRAJICK
CLERK OF CLERK

May 21, 2014

Casa Financiera Fintur S.A.
Calle 5ta No. 4605 Entre 46A y 60
Attn: Humberto Perez Gonzalez
President
11300, Playa, Cuba

Re:  Vera v. Republic of Cuba
     12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the
following documents along  is being served on you on behalf of the Plaintiff in the above-
referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Summons on a Third Party Complaint
Third-Party Petition of Respondent the Bank of New York Mellon for Interpleader and Other
Relief, with Exhibit A ( wire transfer information) and Exhibit B (amended Omnibus Petition for
Turnover Order)
Declaration of Spanish Translator
Spanish Translation of the preceding documents

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

© 2005 All rights reserved.

Place Waybill Pouch or peel and stick Waybill in this area.

## EXPRESS WORLDWIDE
DHL Online

**XPD**

From: LEVI LUBARSKY & FEIGENBAUM
Steven Feigenbaum Phone: 212-308-6100
1185 AVE OF THE AMERICAS FL 17
NEW YORK NY 10036
United States

Origin:
**ZYP**

To: Casa Financiera Fintur S.A.
Calle 5ta. No.4605 Entre 46A y 60
Attn: Humberto Perez Gonzalez
President
**11300, PLAYA**
**Cuba**

Contact:
5372049709

## CU-HAV-HAB

**SX**

Day          Time:

Ref-Code: 1096.80      Date: 2014-04-24      Shpt Weight: **0.5 lb**      Piece: **1/1**

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
Legal Documents



WAYBILL 47 9554 9264



(2L)CU11300+32000064



(J)JD01 4600 0005 2964 4756