UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2014
```

Vera

                            Plaintiff(s)          **CERTIFICATE OF MAILING**

                                                            Case No.:   12 CV 01596   (akh)

-v-

Republic of Cuba

                            Defendant(s)

I hereby certify under the penalties of perjury that on 1    day of May              , 20 14   , I served:
MCV Comercial S.A., Interseccion de via Blanca y Monumental, Berroa, Habana del este, Ciudad de la Habana, Cuba

[X] One copy of the  PLEASE SEE ATTACHED.

by  DHL, WAYBILL # 22 6134 9484            , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
5/1/2014

                                          RUBY J. KRAJICK
                                          CLERK OF COURT

                                            */s/ Tatiana Villada*
                                            Print Name: Tatiana Villada
                                            DEPUTY CLERK OF COURT

An English-language summons issued by this Court, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Citibank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order and a Spanish-language translation of the same

1-800-225-5345
www.dhl-usa.com
**DO NOT SEND CASH, CASH EQUIVALENT OR JEWELRY**





SEP #10000408 (4/07) PPA

– SMALL