Hellerstein, A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/14

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br>                Plaintiff, <br><br>v. <br><br>THE REPUBLIC OF CUBA, <br><br>                Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br>                Petitioners, <br><br>v. <br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br>                Garnishees-Respondents. | **STIPULATION** |

*caption continued on following page*

#85922092v2

#85922092v2

JPMORGAN CHASE BANK, N.A.,

        Garnishee-Respondent and
        Third-Party Petitioner,

v.

AT&T INC. and CUBAN-AMERICAN TELEPHONE & TELEGRAPH COMPANY;

EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA"); EMPRESA DE RADIOCOMUNICACIÓN Y DIFUSIÓN DE CUBA ("RADIOCUBA"); EMPRESA DE TELECOMUNICACIONES DE CUBA SA ("ETECSA"); and the REPUBLIC OF CUBA;

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;

JEANNETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

        Adverse Claimants-
        Respondents.

ii

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time of AT&T Inc. and Cuban-American Telephone & Telegraph Company to answer or move with respect to the Third-Party Petition Alleging Claims in the Nature of Interpleader, as filed by JPMorgan Chase Bank, N.A. on May 6, 2014, is hereby extended to and including June 30, 2014. No prior request for an adjournment has been made.

Dated: New York, New York
       May 21, 2014

AT&T INC.
CUBAN-AMERICAN TELEPHONE
 & TELEGRAPH COMPANY

By: _____
    Andrew L. Stein

AT&T Services, Inc.
1 AT&T Way, Room 3A176
Bedminster, NJ 07921
Phone: (908) 234-6150

*General Attorney – AT&T Services, Inc.*

DAVIS POLK & WARDWELL LLP

By: _____
    James L. Kerr

450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552

*Attorneys for JPMorgan Chase Bank, N.A.*

So-Ordered:

_____
Hon. Alvin K. Hellerstein
United States District Judge   5/27/14

#85922092v2