UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. |  |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representative of the ESTATE OF ROBERT OTIS FULLER, and <br><br> ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br> Petitioners, <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), BANK OF AMERICA, N.A., BANK OF NEW YORK MELLON, BARCLAY'S BANK PLC, CITIBANK N.A., CREDIT SUISSE AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, HSBC BANK (HSBC BANK USA, N.A.), INTESA SANPAOLO S.P.A., JP MORGAN CHASE BANK, N.A. RBS CITIZENS, N.A., ROYAL BANK OF CANADA, SOCIETE GENERALE, UBS AG, WELLS FARGO BANK, NA, BROWN BROTHERS HARRIMAN & CO., MERCANTIL COMMERCEBANK, N.A., STANDARD CHARTERED BANK, and BANCO SANTANDER, S.A., <br><br> Respondents/Garnishees. | Case No. 12-CV-01596 (AKH) <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Dbt f !2;23.dw 126: 7.BLI !!!Epdvn f ou6: 9!!!Gjrfie!16033025!!!Qbhf !3!pg4

DEUTSCHE BANK TRUST COMPANY AMERICAS,

Respondent, Garnishee, and Third-Party Petitioner,

v.

COMMERZBANK AG (as successor in interest to Dresdner Bank AG), MOPEDS SLOVAKIA L.T.D., and UNICREDIT BANK CZECH REPUBLIC AND SLOVAKIA, A.S. (as successor in interest to Creditanstalt, A.S.),

              Third-Party Respondents and Adverse Claimants.

and

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, and ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

              Petitioners and Interpleader Respondents.

PLEASE TAKE NOTICE that Respondent, Garnishee, and Third-Party Petitioner Deutsche Bank Trust Company Americas, by its counsel Covington & Burling LLP, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby dismisses with prejudice its Third-Party Interpleader Petition as against Third-Party Respondent and Adverse Claimant Commerzbank AG only, by filing this Notice of Voluntary Dismissal prior to the service of an answer or motion for summary judgment. This Notice of Voluntary Dismissal does not dismiss claims against any other Third Party Respondent and Adverse Claimant.

2

Dbtf!2;23.dw.126:7.BLI!!!Epdvnfou6:9!!!Gjrhe!16033025!!!Qbhf!4!pg4

Dated: New York, New York
May 22, 2014

COVINGTON & BURLING LLP

By: _____

Gregory S. Nieberg
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
gnieberg@cov.com

*Attorneys for Respondent and Third-Party Petitioner Deutsche Bank Trust Company Americas*

**SO ORDERED:** 5/27/14

U.S.D.J.