Hellerstein, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br>     Plaintiff, <br><br>v. <br><br>THE REPUBLIC OF CUBA, <br><br>     Defendant. |  |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representative of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br>     Petitioners, <br><br>v. <br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br>     Garnishees-Respondents. | Case No. 12-CV-01596 (AKH) |

#2087886 v1
103969-82379

WELLS FARGO BANK, N.A.,

                Garnishee-Respondent and
                Third-Party Petitioner,

v.

BANCO ESPAÑOL DE CREDITO; BANCO POPULAR ESPAÑOL S.A.; BANCO SUDAMERIS BRASIL; CILBERTI SANTINA; COMMERZBANK AG (F/K/A DRESDNER BANK NEW YORK); CORPORACIÓN HABANOS S.A.; CUBANA DE AVIACIÓN SA; CUBANACAN COMERCIO INTERNACIONAL LTDA.; HAVANA HOLDINGS LIMITED; ING BANK LONDON; NETHERLANDS CARIBBEAN BANK N.V.; and ROYAL BANK OF SCOTLAND INTERNATIONAL;

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;

JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

                Adverse Claimants-
                Respondents.

## STIPULATION

WHEREAS Interpleader Third-Party Respondent Commerzbank AG ("COBA") has received one prior extension of time to respond to the Third Party Petition (the "Petition") filed by Respondent-Garnishee and Third Party Petitioner Wells Fargo Bank, N.A. ("Wells Fargo") to May 22, 2014; and

WHEREAS COBA and Wells Fargo are discussing an amicable resolution to this third party action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, as counsel for and on behalf of the parties indicated below, that the last day for COBA to respond to the Petition is hereby extended to and including June 4, 2014.

Dated: New York, New York
May 22, 2014

GIBBONS P.C.

By: _____
Terry Myers
Paul A. Saso
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Phone: (212) 613-2000

*Attorneys for Commerzbank AG*

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr
Daniel T. Young
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552

*Attorneys for Wells Fargo Bank, N.A.*

So Ordered
5/27/14
[signature]

3

#2087886 v1
103969-82379