Hellerstein, A.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

            Plaintiff,

v.

THE REPUBLIC OF CUBA,

            Defendant.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/14

Case No. 12-CV-01596 (AKH)

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and

JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representative of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

            Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,

            Garnishees-Respondents.

CREDIT SUISSE AG,
NEW YORK BRANCH

                Garnishee-Respondent and
                Third-Party Petitioner,

v.

ACINOX S.A.; COMMERZBANK AG (F/K/A
DRESDNER BANK OF NEW YORK); and CUBANA
DE AVIACIÓN SA;

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.;

JEANETTE FULLER HAUSLER, and WILLIAM
FULLER as court-appointed co-representatives of the
ESTATE OF ROBERT OTIS FULLER, deceased, on
behalf of all beneficiaries of the Estate and the ESTATE
OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E.
VILLOLDO, individually and as Administrator, Executor
and Personal Representative of the ESTATE OF
GUSTAVO VILLOLDO ARGILAGOS,

                Adverse Claimants-
                Respondents.

## STIPULATION

WHEREAS Interpleader Third-Party Respondent Commerzbank AG ("COBA") has received one prior extension of time to respond to the Third Party Petition (the "Petition") filed by Respondent-Garnishee and Third Party Petitioner Credit Suisse AG ("Credit Suisse") to May 22, 2014; and

WHEREAS COBA and Credit Suisse are discussing an amicable resolution to this third party action;

#2087878 v1
103969-82379

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, as counsel for and on behalf of the parties indicated below, that the last day for COBA to respond to the Petition is hereby extended to and including June 4, 2014.

Dated: New York, New York
May 22, 2014

GIBBONS P.C.

By: _____
Terry Myers
Paul A. Saso
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Phone: (212) 613-2000

*Attorneys for Commerzbank AG*

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr
Daniel T. Young
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552

*Attorneys for Credit Suisse AG*

So Ordered
5/27/14

#2087878 v1
103969-82379