UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); BANK OF AMERICA N.A.; BANK OF NEW YORK MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK TRUST COMPANY AMERICAS; HSBC BANK (HSBC BANK USA, N.A.); INTESA SANPAOLO S.P.A.; JP MORGAN CHASE BANK, N.A.; RBS CITIZENS, N.A.; ROYAL BANK OF CANADA; SOCIETE GENERALE; UBS AG; WELLS FARGO BANK, NA; BROWN BROTHERS HARRIMAN & CO.; MERCANTIL COMMERCEBANK, N.A.; STANDARD CHARTERED BANK; AND BANCO SANTANDER, S.A.,<br><br>Respondents/Garnishees. | **ANSWER OF THE HAUSLER PETITIONERS TO JPMORGAN CHASE BANK N.A.'s THIRD-PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF INTERPLEADER** |

JPMORGAN CHASE BANK, N.A..,

    Garnishee-Respondent and Third-Party Petitioner,

v.

AT&T INC. and CUBAN-AMERICAN TELEPHONE & TELEGRAPH COMPANY;

EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA"); EMPRESA DE RADIOCOMUNICACIÓN Y DIFUSION DE CUBA ("RADIOCUBA"); EMPRESA DE TELECOMUNICACIONES DE CUBA SA ("ETECSA"); and the REPUBLIC OF CUBA

and

ALDO VERA, JR., as personal representative of the Estate of Aldo Vera, Sr., JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, and ALFREDO VILLOLDO, individually and as Administrator, Executor and Personal representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

    Adverse Claimants-Respondents

Petitioner Jeannette Fuller Hausler, and William Fuller as court-appointed co-representatives of the Estate of Robert Otis Fuller, deceased, on behalf of all beneficiaries of the Estate and the Estate of Robert Otis Fuller (collectively "Hausler Petitioners"), by their undersigned attorneys, for their Answer to the Third-Party Petition Alleging Claims in the Nature of Interpleader (ECF No. 559) (the "Interpleader Petition") filed by JPMorgan Chase Bank, N.A. ("JPMorgan") state that they claim no interest in the accounts which are the subject of the Interpleader Petition and, therefore, neither admit nor deny the allegations contained in paragraphs 1 – 45 of the Interpleader Petition. To the extent a response is required to each

specific factual allegation, Hausler adopts and incorporates as if fully set forth herein the responses of the Villoldo and Vera Claimants in their separate filed answer to the Interpleader Petition.

| | |
|---|---|
| COLSON, HICKS, EIDSON | GREENBERG TAURIG, LLP |
| /s/ Roberto Martinez | /s/ James W. Perkins |
| Roberto Martinez, Esq.* | 200 Park Avenue, 38th Floor |
| Ronald W. Kleinman, Esq. | New York, New York 10166 |
| 255 Alhambra Circle, Penthouse | Phone: (212) 801-3188 |
| Coral Gables, Florida, 33134 | Fax:    (212) 801-6400 |
| Phone: (305) 476-7400 | |
| Fax: (305) 476-7444 | |
| * *pro hac vice* admission pending (ECF No. 293) | |

| | |
|---|---|
| *Attorneys for Petitioners Jeanette Fuller Hausler, and William Fuller as court-appointed co-representatives of the Estate of Robert Otis Fuller, deceased, on behalf of all beneficiaries of the Estate and the Estate Of Robert Otis Fuller* | *Attorneys for Petitioners Jeanette Fuller Hausler, and William Fuller as court-appointed co-representatives of the Estate of Robert Otis Fuller, deceased, on behalf of all beneficiaries of the Estate and the Estate Of Robert Otis Fuller* |