UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/2014
```

Vera

                        Plaintiff(s)        **CERTIFICATE OF MAILING**

Case No.: 12 CV 01596 (akh)

-v-

Republic of Cuba

                     Defendant(s)

I hereby certify under the penalties of perjury that on 23rd day of May, 20 14, I served:
MINISTRY OF FOREIGN AFFAIRS OF CUBA (CUBA MINREX), AVENIDA DE LOS PRESIDENTES, 10149 HABANA VIEJA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED

by DHL WAYBILL # 56 0270 6480, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
5/23/2014

                                     **RUBY J. KRAJICK**
                                     **CLERK OF COURT**

                                     */s/ Tatiana Villada*
                                   Print Name: Tatiana Villada
                                   DEPUTY CLERK OF COURT

An English-language Notice of Suit prepared in conformity with 22 C.F.R. § 93.2, and a Spanish-language translation of the same;

A certification of translation;

An English-language summons, and a Spanish-language translation of the same;

An English-language "Third-party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;

A certification of translation as to the summons and third-party petition;

An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

An English-language copy of the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, pursuant to 22 C.F.R. § 93.2(e)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 23, 2014

Ministry of Foreign Affairs of Cuba (Cuba MinRex)
Avenida de los Presidentes
10149 Habana Vieja
Cuba

Re: <u>Vera v. Republic of Cuba,</u>
12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

> An English-language Notice os Suit prepared in conformity with 22 C.F.R. § 93.2, and a Spanish-language translation of the same;
> A certification of translation;
> An English-language summons, and a Spanish-language translation of the same;
> An English-language "Third-party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
> A certification of translation as to the summons and third-party petition;
> An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;
> An English-language copy of the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, pursuant to 22 C.F.R. § 93.2(e)

Respectfully Yours,

Ruby J. Krajick
Clerk of the Court
Enc.


