UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2014
```

Vera

                         Plaintiff(s)        **CERTIFICATE OF MAILING**

Case No.: 12 CV 01596 (akh)

-v-

Republic of Cuba

                       Defendant(s)

I hereby certify under the penalties of perjury that on 28th day of May, 20 14, I served:
EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA"), ZANJA 855 6TO PISO ESQ., SAN FRANCISCO, HABANA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED

by DHL WAYBILL # 56 0265 0863, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
5/28/2014

                                          RUBY J. KRAJICK
                                          CLERK OF COURT

                                          _/s/ Tatiana Villada_
                                          Print Name: Tatiana Villada
                                          DEPUTY CLERK OF COURT

An English-language summons and a Spanish-language translation of the same;

An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;

A certification of translation as to the summons and third-party petition;

An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 28, 2014

Empresa de Telecomunicaciones Internacionales De Cuba ("EMTELCUBA")
Zanja 855 6to. piso esq.
San Francisco
Habana, Cuba

Re: <u>Vera v. Republic of Cuba,</u>
12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language summons, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

Respectfully yours,

Ruby J. Krajick
Clerk of the Court
Enc.


