UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2014

Vera

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12 CV 01596__ (akh)

-v-

Republic of Cuba

Defendant(s)

I hereby certify under the penalties of perjury that on 29th day of May _____, 20 14 , I served:
EMPRESA DE TELECOMUNICACIONES DE CUBA SA ("ETECSA"), EGIDO NO. 610 ENTRE GLORIA Y
APODACA, HABANA VIEJA, CIUDAD DE LA HABANA, CUBA, HAVANA, CUBA

☐ One copy of the _____
_____
by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____
_____
by_____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____
_____
by _____, to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED _____
_____
by DHL WAYBILL # 56 0268 3833 _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
5/29/2014

**RUBY J. KRAJICK**
**CLERK OF COURT**

*Tatiana Villada*

Print Name: Tatiana Villada
DEPUTY CLERK OF COURT

An English-language summons and a Spanish-language translation of the same;

An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;

A certification of translation as to the summons and third-party petition;

An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

RUBY J. KRAJICK
CLERK OF CLERK

May 29, 2014

Empresa de Telecomunicaciones De Cuba Sa ("ETECSA")
Egido no. 610 entre Gloria y Apodaca
Habana Vieja
Ciudad de La Habana, Cuba
Havana, Cuba

Re:   Vera v. Republic of Cuba,
      12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the
following documents along  is being served on you on behalf of the Plaintiff in the above-
referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language summons, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed
by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a
Spanish-language translation of the same;

Respectfully yours,

Ruby J. Krajick
Clerk of the Court
Enc.

DO NOT SEND CASH, CASH
DHL CANN

All services provided by

## EXPRESS WORLDWIDE
DHL Online

**DOX**



**Origin:**
ZYP

From: DAVIS POLK & WARDWELL
James Kerr Phone: 212-450-4050
450 LEXINGTON AVE FL 11
NEW YORK NY 10017
United States

**Contact:**
ETECSA
212-450-4050

To: EMPRESA DE TELECOMUNICACIONES DE CU
EGIDO NO 610 ENTRE GLORIA Y APODACA
HABANA VIEJA
CIUDAD DE LA HABAN
**10100, HABANA VIEJA**
Cuba

## CU-HAV-HAB

**SX**

| Day | Time: |
| --- | --- |

| Date: | Shpt Weight: | Piece: |
| --- | --- | --- |
| 2014-05-22 | **1.0 lb** | **1/1** |

These commodities, technology or software were exported from the United States in accordance with the
Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**Content:**
DOCUMENTS



WAYBILL 56  0268  3833



(2L)CU10100+42000064

(J)JD01 4600 0006 6044 4914

### SERVICE A
DHL
Controlle
Export
# SX