UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vera

         Plaintiff(s)     **CERTIFICATE OF MAILING**

               Case No.: 12 CV 01596 (akh)

  -v-

Republic of Cuba

         Defendant(s)

I hereby certify under the penalties of perjury that on 29th day of May, 20 14, I served: BANCO NACIONAL DE CUBA, AGUIAR 456 E/ AMARGURA Y LAMPARILLA, MUNICIPIO HABANA VIEJA, LA HABANA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED

by DHL WAYBILL # 56 0269 2421, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
5/29/2014

              RUBY J. KRAJICK
              CLERK OF COURT

              *Tatiana Villada*
              Print Name: Tatiana Villada
              DEPUTY CLERK OF COURT

An English-language summons and a Spanish-language translation of the same;

An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;

A certification of translation as to the summons and third-party petition;

An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 29, 2014

Banco Nacional de Cuba
Aguiar 456 e/ Amargura y Lamparilla
Municipio Habana Vieja
La Habana, Cuba

Re:  Vera v. Republic of Cuba,
     12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language summons, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

Respectfully yours,

Ruby J. Krajick
Clerk of the Court
Enc.

| EXPRESS WORLDWIDE<br>DHL Online | DOX |  |
|---|---|---|
| From: DAVIS POLK & WARDWELL<br>James Kerr  Phone: 212-450-4050<br>450 LEXINGTON AVE FL 11<br>NEW YORK NY 10017<br>United States | | Origin:<br>ZYP |
| To: BANCO NACIONAL DE CUBA<br>AGUIAR 456 e/AMARGURA Y LAMPARILLA<br>MUNICIPIO HABANA VIEJA<br><br>10100, HABANA VIEJA<br>Cuba | | Contact:<br>212-450-4050 |

## CU-HAV-HAB

**SX**

| | Day | Time: |
|---|---|---|
| Date:<br>2014-05-22 | Shpt Weight:<br>**1.0 lb** | Piece:<br>**1/1** |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content:
DOCUMENTS


WAYBILL 56  0269  2421


(2L)CU10100+42000064


(J)JD01 4600 0006 6044 5915

---

SERVICE A

DHL
Controlle
Export

SX