UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2014
```

Vera

                        Plaintiff(s)

    -v-

Republic of Cuba

                        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 12 CV 01596 (akh)

I hereby certify under the penalties of perjury that on 29th day of May, 2014, I served: EMPRESA DE RADIOCOMUNICACION Y DIFUSION DE CUBA ("RADIOCUBA"), AVENIDA INDEPENCIA E/ 19 DE MAYO Y ARANGUREN, 2 DO PISO, PLAZA DE LA REVOLUCION, HAVANA, CUBA, ARTICLE#R766985431

[ ] One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[X] One copy of the PLEASE SEE ATTACHED

by DHL WAYBILL # 56 0267 0824, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
5/29/2014

RUBY J. KRAJICK
CLERK OF COURT

*Tatiana Villada* (signature)
Print Name: Tatiana Villada
DEPUTY CLERK OF COURT

An English-language summons and a Spanish-language translation of the same;

An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;

A certification of translation as to the summons and third-party petition;

An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 29, 2014

Empresa de Radiocomunicacion Y Difusion De Cuba ("RADIOCUBA")
Avenida Independencia e/19 de Mayo y Aranguren
2 do Piso
Plaza de la Revolucion
Havana, Cuba

Re:   <u>Vera v. Republic of Cuba,</u>
      12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language summons, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

Respectfully yours,

Ruby J. Krajick
Clerk of the Court
Enc.





| EXPRESS WORLDWIDE | DOX | |
|---|---|---|
| DHL Online | | |

From: DAVIS POLK & WARDWELL
James Kerr  Phone: 212-450-4050
450 LEXINGTON AVE FL 11
NEW YORK NY 10017
United States

Origin: ZYP

To: EMPRESA DE RADIOCOMUNICACION Y DIFU
AVENIDA INDEPENDENCIA E/19
MAYO Y ARANGUREN 2 DO PISO
PLAZA DEL LA REVOLUCION
**10148, HABANA VIEJA**
Cuba

Contact: #R766 985 431
212-450-4050

## CU-HAV-HAB

**SX**

Date: 2014-05-22
Shpt Weight: **1.0 lb**
Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: DOCUMENTS

WAYBILL 56  0267  0824

(2L)CU10148+42000064

(J)JD01 4600 0006 6044 3276

SERVICE AL...
DHL
Controlled
Export

SX