UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br>                Plaintiff, <br><br>v. <br><br>THE REPUBLIC OF CUBA, <br><br>                Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br>                Petitioners, <br><br>v. <br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br>                Garnishees-Respondents. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(A)(1)** |

*caption continued on following page*

WELLS FARGO BANK, N.A.,

        Garnishee-Respondent and
Third-Party Petitioner,

v.

BANCO ESPAÑOL DE CREDITO; BANCO POPULAR ESPAÑOL S.A.; BANCO SUDAMERIS BRASIL; CILBERTI SANTINA; COMMERZBANK AG (F/K/A DRESDNER BANK NEW YORK); CORPORACIÓN HABANOS S.A.; CUBANA DE AVIACIÓN SA; CUBANACAN COMERCIO INTERNACIONAL LTDA.; HAVANA HOLDINGS LIMITED; ING BANK LONDON; NETHERLANDS CARIBBEAN BANK N.V.; and ROYAL BANK OF SCOTLAND INTERNATIONAL;

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;

JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

        Adverse Claimants-
Respondents.

PLEASE TAKE NOTICE that Garnishee and Third-Party Petitioner Wells Fargo Bank, N.A., by its counsel Davis Polk & Wardwell LLP, hereby dismisses with prejudice and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure any and all claims

in the nature of interpleader asserted by it against Adverse Claimant-Respondent Commerzbank AG in the Third-Party Petition Alleging Claims in the Nature of Interpleader Filed by Wells Fargo Bank, N.A. (Dkt. No. 478).

Dated: New York, New York
June 4, 2014

Karen E. Wagner
*Of Counsel*

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr
450 Lexington Avenue
New York, New York 10017
(212) 450-4552

*Attorneys for Garnishee and Third-Party Petitioner Wells Fargo Bank, N.A.*