Hellerstein, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/14

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

       Plaintiff,

vs.

THE REPUBLIC OF CUBA,

       Defendant.

12 Civ. 1596 (AKH)

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

       Petitioners,

vs.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.,

       Respondents/Garnishees.

BANK OF AMERICA, N.A.,

       Garnishee-Respondent and
       Third-Party Petitioner,

vs.

BANCO BILBAO VIZCAYA ARGENTARIA S.A.
(F/K/A ARGENTARIA CAJA POSTAL Y BANCO
HIPOTECARIO S.A.), et al.,

       Adverse Claimants-Respondents.

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties that the time of Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") to

answer or move with respect to the Third-Party Petition Alleging Claims in the Nature of Interpleader Filed by Bank of America, N.A. on April 10, 2014, is hereby extended to and including July 18, 2014. No prior request for an adjournment has been made.

Dated: New York, New York
June 12, 2014

By: _____
James L. Kerr

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4552

*Attorneys for Bank of America, N.A.*

By: _____
Kenneth A. Caruso

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for BBVA*

**SO ORDERED**

June 16, 2014

By: _____
Hon. Alvin K. Hellerstein
United States District Judge