Hellerstein, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOC
DOC #:
DATE FILED: 6/16/14

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

    Plaintiff,

vs.

THE REPUBLIC OF CUBA,

    Defendant.

12 Civ. 1596 (AKH)

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

    Petitioners,

vs.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.,

    Respondents/Garnishees.

---

HSBC BANK USA, N.A.,

    Respondent-Garnishee and
    Stakeholder/Third-Party Petitioner,

vs.

BANCO BILBAO VIZCAYA ARGENTARIA, S.A.,
et al.,

    Third-Party Respondents/
    Adverse Claimants.

---

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the parties that the time of Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") to

NEWYORK 9229942

answer or move with respect to the Third-Party Petition Alleging Claims in the Nature of Interpleader, as filed by HSBC Bank USA, N.A. on March 12, 2014, is hereby extended to and including July 18, 2014. Previously, BBVA requested and received an extension to and including June 19, 2014. This second extension is requested on the ground that the relevant employee at BBVA has been hospitalized.

Dated: New York, New York
June 12, 2014

By: /s/ Paul K. Stecker
Paul K. Stecker
Sean C. McPhee

Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, New York 14203
(716) 847-8400

and

The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018-1405
(212) 759-4888

*Attorneys for HSBC Bank USA, N.A.*

By: /s/ Kenneth A. Caruso /pmw
Kenneth A. Caruso

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for BBVA*

**SO ORDERED**

June 16, 2014

By: /s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein
United States District Judge

2