Hellerstein, A.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>        Plaintiff,<br>vs.<br><br>THE REPUBLIC OF CUBA,<br><br>        Defendant. | 12 Civ. 1596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., et al.,<br><br>        Petitioners,<br>vs.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.,<br><br>        Respondents/Garnishees. | <br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/16/14 |
| THE BANK OF NEW YORK MELLON,<br><br>        Third-Party Petitioner,<br>vs.<br><br>ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., et al.,<br><br>        Counterclaim Respondents,<br>and<br><br>SBH EURL (a/k/a LA CASA DEL HABANO), et al.,<br><br>        Third-Party Respondents. | |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that the time of BBVA Bancomer S.A. ("BBVA") to answer or move with respect to the Third-Party Petition of Respondent The Bank of New York Mellon for Interpleader and Other Relief, as filed by The Bank of New York Mellon on April 18, 2014, is hereby extended to and including July 18, 2014. No prior request for an adjournment has been made.

Dated: New York, New York
       June 12, 2014

By: _____
    Steven B. Feigenbaum
    Gregory P. Feit

Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 308-6100

*Attorneys for The Bank of New York Mellon*

By: _____
    Kenneth A. Caruso

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for BBVA*

### SO ORDERED

June **16**, 2014

By: _____
    Hon. Alvin K. Hellerstein
    United States District Judge