# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK





| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>　　　　　　　　　Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>　　　　　　　　　Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>　　　　　　　　　Garnishees-Respondents. | **STIPULATION** |

*caption continued on following page*

JPMORGAN CHASE BANK, N.A.,

        Respondent/Garnishee and
        Third-Party Petitioner,

v.

AUSTRALIA AND NEW ZEALAND BANKING GROUP; BANCO DE SABADELL, S.A.; BANCO SANTANDER, S.A.; CASA FINANCIERA FINTUR, S.A.; CONSULADO DE CUBA IN BARCELONA; CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK (F/K/A CREDIT LYONNAIS); CUBANIQUEL; DEUTSCHE BANK UK (F/K/A MORGAN GRENFELL & CO LTD.); ETCO INTERNATIONAL COMMODITIES LTD.; ING BANK N.V., CURAÇAO; LCL, S.A. (F/K/A CRÉDIT LYONNAIS); LLOYDS BANK PLC; NAVIERA ARMAMEX S.A. DE C.V.; ROYAL BANK OF CANADA MONTREAL; and SITA INFORMATION NETWORKING COMPUTING B.V.;

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;

JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

        Adverse Claimants-
        Respondents.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time of Crédit Agricole Corporate and Investment Bank – New York Branch to answer or move with respect to the Third-Party Petition Alleging Claims in the Nature of Interpleader, as filed by JPMorgan Chase Bank, N.A. on April 10, 2014, is hereby extended to and including July 16, 2014. One prior request for an adjournment has been granted (Dkt. No. 604).

Dated: New York, New York
June 13, 2014

CRÉDIT AGRICOLE CORPORATE AND
INVESTMENT BANK - NEW YORK BRANCH
(F/K/A CREDIT LYONNAIS - NEW YORK BRANCH)

By: _____
Krista Ellis

1301 Avenue of the Americas
Phone: (212) 261-3958
Krista.Ellis@ca-cb.com

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr

450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552
james.kerr@davispolk.com

*Attorneys for JPMorgan Chase Bank, N.A.*

So-Ordered:

_____
Hon. Alvin K. Hellerstein
United States District Judge

#85933243v1