Hellerstein, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/14

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

      Plaintiff,

vs.

THE REPUBLIC OF CUBA,

      Defendant.

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

      Petitioners,

vs.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.,

      Respondents/Garnishees.

---

12 Civ. 1596 (AKH)

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties that the time of Banco Bilbao Vizcaya Argentaria, S.A.; BBVA Bancomer, S.A. (f/k/a Banca Promex SA); and BBVA Colombia S.A. (f/k/a Banco Ganadero) to answer, move with respect to, and/or submit written objections to, the Notice Documents received from Bank of America, N.A., and Citibank N.A. is hereby extended to and including July 18, 2014. No prior request for an adjournment has been made, and the parties agree that no further extensions will be requested or permitted. The parties agree that this extension does not affect the notice deadline for the remaining parties to the wire transfers involving BBVA.

Dated: New York, New York
June 12, 2014

By: _____
    James L. Kerr

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4552

*Attorneys for Bank of America, N.A.
and Citibank N.A.*

By: _____
    Andrew C. Hall
    Brandon R. Levitt

Hall, Lamb & Hall, P.A.
Grand Bay Plaza, Penthouse One
2665 South Bayshore Drive
Miami, Florida, 33133
(305) 374-5030

*Attorneys for Alfredo Villoldo, individually,
and Gustavo E. Villoldo, individually, and as
Administrator, Executor, and Personal
Representative of the Estate of Gustavo
Villoldo Agrilagos*

By: _____
    Kenneth A. Caruso

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for BBVA*

By: _____
    Robert A. Swift

Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
(215) 238-1700

Jeffrey E. Glen
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

*Attorneys for Petitioner Aldo Vera, Jr.*

2

Dated: New York, New York
June 12, 2014

By: /s/ James L. Kerr
    James L. Kerr

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4552

*Attorneys for Bank of America, N.A. and Citibank N.A.*

By: _____
    Andrew C. Hall
    Brandon R. Levitt

Hall, Lamb & Hall, P.A.
Grand Bay Plaza, Penthouse One
2665 South Bayshore Drive
Miami, Florida, 33133
(305) 374-5030

*Attorneys for Alfredo Villoldo, individually, and Gustavo E. Villoldo, individually, and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo Agrilagos*

By: /s/ Kenneth A. Caruso /pmv
    Kenneth A. Caruso

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for BBVA*

By: _____
    Robert A. Swift

Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
(215) 238-1700

Jeffrey E. Glen
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

*Attorneys for Petitioner Aldo Vera, Jr.*

By: _____
Roberto Martinez
Ronald W. Kleinman

Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida, 33134
(305) 476-7400

*Attorneys for Petitioners Jeanette Fuller Hausler, and William Fuller as court-appointed co-representatives of the Estate of Robert Otis Fuller, deceased, on behalf of all beneficiaries of the Estate and the Estate Of Robert Otis Fuller*

**SO ORDERED**

June 18, 2014

By: _____
Hon. Alvin K. Hellerstein
United States District Judge

3