

Hellerstein, A.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br>          Plaintiff, <br><br>v. <br><br>THE REPUBLIC OF CUBA, <br><br>          Defendant. | Case No. 12-CV-01596 (AKH) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 6/24/14 |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br>          Petitioners, <br><br>v. <br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br>          Garnishees-Respondents. | **STIPULATION** |

*caption continued on following page*

| |
|---|
| JPMORGAN CHASE BANK, N.A., |
|                   Garnishee-Respondent and Third-Party Petitioner, |
| v. |
| AT&T INC. and CUBAN-AMERICAN TELEPHONE & TELEGRAPH COMPANY; |
| EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA"); EMPRESA DE RADIOCOMUNICACIÓN Y DIFUSIÓN DE CUBA ("RADIOCUBA"); EMPRESA DE TELECOMUNICACIONES DE CUBA SA ("ETECSA"); and the REPUBLIC OF CUBA; |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; |
| JEANNETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and |
| ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, |
|                   Adverse Claimants-Respondents. |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time of AT&T Inc. and Cuban-American Telephone & Telegraph Company to answer or move with respect to the Third-Party Petition Alleging Claims in the Nature of Interpleader, as

filed by JPMorgan Chase Bank, N.A. on May 6, 2014, is hereby extended to and including July 31, 2014. This is AT&T Inc.'s and Cuban-American Telephone & Telegraph Company's second request for an adjournment.

Date: New York, New York
June 20, 2014

AT&T INC.
CUBAN-AMERICAN TELEPHONE
& TELEGRAPH COMPANY

By: *Andrew L. Stein*
Andrew L. Stein

AT&T Services, Inc.
1 AT&T Way, Room 3A176
Bedminster, NJ 07921
Phone: (908) 234-6150

*General Attorney – AT&T Services, Inc.*

DAVIS POLK & WARDWELL LLP

By: *James L. Kerr*
James L. Kerr

450 Lexington Avenue
New York, New York 10017

*Attorneys for JPMorgan Chase Bank, N.A.*

So-Ordered: 6/24/14

Hon. Alvin K. Hellerstein
United States District Judge