UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br> JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br> ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br> Petitioners, <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br> Garnishees-Respondents. | [PROPOSED] ORDER <br><br>  USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 6/26/14 |

[PROPOSED] ORDER

**WHEREFORE**, based on the stipulation of the parties dated June 17, 2014 and the Exhibits annexed thereto, which are addressed to the designated authority in the Federative Republic of Brazil, and for good cause shown, it is hereby

**ORDERED**, that Garnishee-Respondents' application for an Order authorizing the issuance of a Request for Service Abroad is granted; and it is further

**ORDERED**, that the Clerk of the Court for the United States District Court for the Southern District of New York shall execute and to affix the seal of the Court to any and all documents necessary and proper to the issuance of said Request for Service Abroad, and in particular to affix the signature and seal of the Clerk of the Court to pages 2 and 5 of the originals of annexed form USM-272 (Exhibit A and Exhibit C) and translated USM-272 (Exhibit B and Exhibit D) as presented to the Clerk of the Court by counsel for the Garnishee-Respondent upon the filing of this order.

SO ORDERED.
June 25, 2014

Honorable Alvin K. Hellerstein
United States District Judge

2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>        Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF CUBA,<br><br>        Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>        Petitioners,<br><br>    v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>        Garnishees-Respondents. | **STIPULATION PROVIDING FOR ISSUANCE OF REQUEST FOR SERVICE ABROAD AND PROPOSED ORDER**<br><br> |

**STIPULATION PROVIDING FOR ISSUANCE OF REQUEST
FOR SERVICE ABROAD AND PROPOSED ORDER**

WHEREAS, Garnishee-Respondent Wells Fargo Bank, N.A., having filed its

Third-Party Petition Alleging Claims in the Nature of Interpleader on April 10, 2014 (the

"Third-Party Petition"), needs to serve the Third-Party Petition on an Adverse Claimants-Respondents located in the Federative Republic of Brazil;

WHEREAS, the Federative Republic of Brazil is not a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, but is a signatory to the Inter-American Convention on Letters Rogatory (the "Inter-American Service Convention"), as is the United States;

WHEREAS, the Inter-American Service Convention requires that the request for service abroad bear the seal and signature of the clerk of the court from which the process issues;

WHEREAS, Adverse Claimant-Respondent Banco Sudameris Brazil is located in the Federative Republic of Brazil, and maintains an office at Rua XV de Novembro, 213 - 1º andar Centro Sao Paulo, SP 01013-001 Brazil;

WHEREAS, Exhibits A and B hereto contain the information required to effect service on Banco Sudameris Brazil pursuant to the Inter-American Service Convention and utilize the forms prescribed by the Additional Protocol to the Inter-American Convention on Letters Rogatory;

WHEREAS, attached at Tabs 1 and 2 of Exhibit A are copies of the Summons and Third-Party Petition in the above-referenced action, while translations and certificates of accuracy for each are attached at Tab 1, 2, and 3 of Exhibit B, respectively, as required by the Inter-American Service Convention;

WHEREAS, Adverse Claimant-Respondent Cubanacan Comercio Internacional LTDA is located in the Federative Republic of Brazil, and maintains an office at Avenida Acoce, 287 / Fu – Indianopolis São Paulo, SP Brazil;

2

WHEREAS, Exhibits C and D hereto contain the information required to effect service on Cubanacan Comercio Internacional LTDA pursuant to the Inter-American Service Convention and utilize the forms prescribed by the Additional Protocol to the Inter-American Convention on Letters Rogatory;

WHEREAS, attached at Tabs 1 and 2 of Exhibit C are copies of the Summons and Third-Party Petition in the above-referenced action, while translations and certificates of accuracy for each are attached at Tabs 1, 2, and 3 of Exhibit D, respectively, as required by the Inter-American Service Convention;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Petitioners and counsel Wells Fargo Bank, N.A., subject to approval of the Court, that an order be entered substantially in the form annexed hereto directing the Clerk of the Court to affix the signature and seal of the Clerk of the Court on pages 2 and 5 of each of the annexed forms USM-272 (Exhibit A and Exhibit C) and translated USM-272 (Exhibit B and Exhibit D).

AND IT IS FURTHER STIPULATED AND AGREED that the time of the Garnishee-Respondents to serve the Third-Party Complaint on Banco Sudameris Brazil and Cubanacan Comercio Internacional LTDA is extended for the time necessary to permit the processing of the forms by the Clerk of the Court and the U.S. Central

Authority following so-ordering of the annexed proposed order by the Court.

Dated: ~~April~~ June 17, 2014
New York, New York

KOHN, SWIFT, & GRAF, P.C.

By: /s/ Robert A. Swift
Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax: (215) 238-1968
Email: rswift@kohnswift.com

*Attorneys for Aldo Vera, Jr.*

HALL, LAMB AND HALL, P.A.

By: /s/
Brandon R. Levitt, Esq.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: (305) 374-5030
Fax: (305) 374-5033
Email: blevitt@hlhlawfirm.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Edward H. Rosenthal /BRL
Edward H. Rosenthal, Esq.
488 Madison Avenue, 10th Floor
New York, New York 10022
Phone: (212) 980-0120
Fax: (212) 593-9175
Email: crosenthal@fkks.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

COLSON HICKS EIDSON

By: /s/ Roberto Martinez /MP By Permission
Roberto Martinez, Esq.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: bob@colson.com

*Attorneys for Jeannette Fuller Hausler*

4

GREENBERG TRAURIG, LLP

By: /s/ *(signed)*
James Wilson Perkins, Esq.
200 Park Avenue
New York, NY 10166
Phone: (212) 801-9200
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

*Attorneys for Jeannette Fuller Hausler*

DAVIS POLK & WARDWELL LLP

By: /s/ *(signed)*
James L. Kerr, Esq.
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552
Fax: (212) 701-5552
Email: james.kerr@davispolk.com

*Attorneys for Wells Fargo Bank, N.A.*

ANDERSON KILL P.C.

By: /s/ Jeffrey E. Glen
Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax: (212) 278-1733
Email: jglen@andersonkill.com

*Attorneys for Aldo Vera, Jr.*