*Hellerstein, a.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>        Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>        Defendant. | Case No. 12-cv-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>        Petitioners<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>        Garnishees-Respondents. | **STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT BANCO DE SABADELL, S.A. TO FILE RESPONSE TO THIRD-PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF INTERPLEADER** |

*caption continued on following page*

JPMORGAN CHASE BANK, N.A..

        Respondent/Garnishee and
        Third-Party Petitioner

        v.

AUSTRALIA AND NEW ZEALAND BANKING
GROUP; BANCO DE SABADELL, S.A.; BANCO
SANTANDER, S.A.; CASA FINANCIERA FINTUR,
S.A.; CONSULADO DE CUBA IN BARCELONA;
CREDIT AGRICOLE CORPORATE AND
INVESTMENT BANK (F/K/A CREDIT
LYONNAIS); CUBANIQUEL; DEUTSCHE BANK
UK (F/K/A MORGAN GRENFELL & CO. LTD.);
ETCO INTERNATIONAL COMMODITIES LTD.;
ING BANK N.Y., CURACAO; LCL, S.A. (F/K/A
CREDIT LYONNAIS); LLOYDS BANK PLC;
NAVIERA ARMAMEX S.A. DE C.V.; ROYAL
BANK OF CANADA MONTREAL; and SITA
INFORMATION NETWORKING COMPUTING B.V.;

ALDO VERA, JR., as Personal Representative of the Estate of Aldo
Vera, Sr.;

JEANNETTE FULLER HAUSLER and WILLIAM
FULLER, as court-appointed co-representatives of the
ESTATE OF ROBERT OTIS FULLER, deceased, on
behalf of all beneficiaries of the Estate and the ESTATE OF
ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO
E. VILLOLDO, individually and as Administrator,
Executor, and Personal Representative of the ESTATE
OF GUSTAVO VILLOLDO ARGILAGOS,

        Adverse Claimants-Respondents.

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

that the time for Banco de Sabadell, S.A., to respond to the Third-Party Petition Alleging Claims

in the Nature of Interpleader, as filed by JP Morgan Chase Bank, N.A. on April 10, 2014, is

hereby extend through and including July 31, 2014. This is Sabadell's first request for an extension.

Dated: June 27, 2014

By: _____
Paulo R. Lima
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Miami, FL 33131
Tel: (305) 810-2500
Fax: (305) 810-2460
Email: plima@hunton.com

*Attorneys for Banco de Sabadell, S.A.*

By _____
James L. Kerr
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4552
Fax: (212) 701-5552
Email: james.kerr@davispolk.com

*Attorneys for JPMorgan Chase Bank, N.A.*

SO ORDERED:

_____

Hon. Alvin K. Hellerstein
United States District Judge

Dated: _____