UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/14
```

VERA

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 12CV1596 (akh)

-v-

REPUBLIC OF CUBA

Defendant(s)

I hereby certify under the penalties of perjury that on 23rd day of MAY, 20 14, I served:
EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA") AVIENDA INDEPENDCIA E/19 DE MAYO Y ARANGUREN 2 DO PISO PLAZA DE REVOLUCION 10100, HAVANA CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the SUMMONS, THIRD PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF INTERPLEADER FILED BY CITIBANK, N.A., AMENDED OMNIBUS PETITION FOR TURNOVER ORDER, TRANSLATION FOR EACH DOCUMENT, CERTIFICATION FROM TRANSLATOR, NOTICE OF SUIT by DHL WAYBILL #56 0270 2221 _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
5/23/2014

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*

Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

**RUBY J. KRAJICK**
**CLERK OF CLERK**

May 23, 2014

Ministry of Foreign Affairs Cuba (Cuba MinRex)
Avenida de los Pesidentes
10149 Habana Vieja, Cuba

Re:   Vera v. Republic of Cuba
      12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Notice of Suit prepared in conformity with 22 C.F.R. § 93.2
Notice of Suit
Summons
Third-Party Petiton Alleging Claims in the Nature of Interpleader filed by Citibank, N.A.
Amended Omnibus Petition for Turnover
Foreign Sovereign Immunities Act, 28 U.S.C. § 1602-1611, pursuant to 22 C.F.R. § 93.2 (e)
Translation for each document
Certification from Tramslator

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.