Hellerstein, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOC #:
DATE FILED: 7/7/14

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

                Plaintiff,

v.

THE REPUBLIC OF CUBA,

                Defendant.

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and

JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

                Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,

                Garnishees-Respondents.

Case No. 12-CV-01596 (AKH)

**STIPULATION** and Order

## STIPULATION AND ORDER

**WHEREAS**, pursuant to the Court's Order with Respect to Giving Notice of Turnover Proceeding (Dkt. No. 368), and the amended Notice Order for Turnover Proceeding (Dkt. No. 457), counsel for Bank of America N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo Bank N.A. (the "Respondents/Garnishees") initiated delivery of the Notice Documents on April 4, 2014, to more than ninety parties to blocked wire transfer accounts held on the books of the Respondents/Garnishees (the "Notice Recipients");

**WHEREAS**, Respondents/Garnishees were unable to complete delivery by one of the methods listed in Paragraph 5(a) through (f) of the Notice Order to two parties to certain of the wire transfers sufficiently in advance of the June 19, 2014, deadline to ensure they would have had an opportunity to object (the "Notice Recipients");

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the time to submit written objections to turnover of the proceeds of the below wire transfers is hereby extended to and including July 16, 2014 for the following parties:

| Wire Transfer | Party Receiving Extension |
| --- | --- |
| Hotel Sol Palmeras ($20,475.09) | Hotel Sol Palmeras |
| ACINOX S.A. ($50,084.77) | Acinox S.A. |

**IT IS FURTHER STIPULATED AND AGREED** that no further extensions of the deadline will be requested or permitted. This extension does not and will not have any impact on the June 19, 2014 deadline for all other notice parties to object, including the other parties to these wire transfers.

**IT IS FURTHER STIPULATED AND AGREED** that the Respondents/Garnishees are authorized to send the attached short-form notice of the extended deadline to the two concerned parties, along with information about the blocked accounts at issue, via facsimile or email as soon as possible.

Dated: New York, New York
 July 3, 2014

KOHN, SWIFT, & GRAF, P.C.

By: _____
 Robert Alan Swift, Esq.
 1 South Broad Street, Suite 2100
 Philadelphia, PA 19107
 Phone: (215) 238-1700
 Fax: (215) 238-1968
 Email: rswift@kohnswift.com

*Attorneys for Aldo Vera, Jr.*

HALL, LAMB AND HALL, P.A.

By: _____
 Brandon R. Levitt, Esq.
 2665 South Bayshore Drive, PH1
 Miami, Florida 33133
 Phone: (305) 374-5030
 Fax: (305) 374-5033
 Email: blevitt@hlhlawfirm.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

COLSON HICKS EIDSON

By: _____/ By Permission
 Roberto Martinez, Esq.
 255 Alhambra Circle, Penthouse
 Coral Gables, FL 33134
 Phone: (305) 476-7400
 Fax: (305) 476-7444
 Email: bob@colson.com

*Attorneys for Jeannette Fuller Hausler*

3

**IT IS FURTHER STIPULATED AND AGREED** that no further extensions of the deadline will be requested or permitted. This extension does not and will not have any impact on the June 19, 2014 deadline for all other notice parties to object, including the other parties to these wire transfers.

**IT IS FURTHER STIPULATED AND AGREED** that the Respondents/Garnishees are authorized to send the attached short-form notice of the extended deadline, along with information about the blocked accounts at issue, via facsimile or email as soon as possible.

Dated: New York, New York
July 2, 2014

KOHN, SWIFT, & GRAF, P.C.

By: *Robert Swift (vcm)*
Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax:    (215) 238-1968
Email: rswift@kohnswift.com

*Attorneys for Aldo Vera, Jr.*

HALL, LAMB AND HALL, P.A.

By:_____
Brandon R. Levitt, Esq.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: (305) 374-5030
Fax:    (305) 374-5033
Email:  blevitt@hlhlawfirm.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

COLSON HICKS EIDSON

By:_____
Roberto Martinez, Esq.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
Email:  bob@colson.com

*Attorneys for Jeannette Fuller Hausler*

3

#86114138v1

GREENBERG TRAURIG, LLP

By:_____
James Wilson Perkins, Esq.
200 Park Avenue
New York, NY 10166
Phone: (212) 801-9200
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

*Attorneys for Jeannette Fuller Hausler*

DAVIS POLK & WARDWELL LLP

By:_____
James L. Kerr, Esq.
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552
Fax: (212) 701-5552
Email: james.kerr@davispolk.com

*Attorneys for Citibank, N.A. and JPMorgan Chase Bank, N.A.*

ANDERSON KILL P.C.

By:_____
Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax: (212) 278-1733
Email: jglen@andersonkill.com

*Attorneys for Aldo Vera, Jr.*

So-Ordered:

_____
Hon. Alvin K. Hellerstein
United States District Judge

4

#86114138v1

GREENBERG TRAURIG, LLP

By: _____
James Wilson Perkins, Esq.
200 Park Avenue
New York, NY 10166
Phone:  (212) 801-9200
Fax:     (212) 801-6400
Email:  perkinsj@gtlaw.com

*Attorneys for Jeannette Fuller Hausler*

ANDERSON KILL P.C.

By:_____
Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax:     (212) 278-1733
Email: jglen@andersonkill.com

*Attorneys for Aldo Vera, Jr.*

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr, Esq.
450 Lexington Avenue
New York, New York 10017
Phone:  (212) 450-4552
Fax:     (212) 701-5552
Email: james.kerr@davispolk.com

*Attorneys for Citibank, N.A. and JPMorgan Chase Bank, N.A.*

So Ordered:

_____
Hon. Alvin K. Hellerstein
United States District Judge

7/7/14

4

#86114138v1

## ATTENTION! THIS IS AN IMPORTANT LEGAL NOTICE REGARDING A DEADLINE AFFECTING YOUR LEGAL RIGHTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

    VERA V. REPUBLIC OF CUBA, NO. 12 CIV. 01596 (AKH)
    VILLOLDO V. FIDEL CASTRO RUZ
    HAUSLER V. THE REPUBLIC OF CUBA

You have recently received notice of the lawsuit listed above, which is pending in the United States District Court for the Southern District Of New York. As explained in that notice, the court is being asked to turn over certain funds in which you may have an interest to judgment creditors of the Republic of Cuba. The Blocked Assets in which you may have an interest are on the attached list. Petitioners contend that the Blocked Assets are the property of Cuba and/or its agencies and instrumentalities and has asked the Court to turn the Blocked Assets over to them to pay the judgments against the Republic of Cuba.

**The Court has ordered that you must submit written objections, specifying the factual basis of their claims to the funds, by no later than July 16, 2014. This is an extension of a prior deadline, and if you do not submit written objections or make a motion to intervene by July 16, 2014, the Court may determine that you have defaulted and lost your right to assert a claim to the Blocked Assets. In that event, the Court could also turn over such funds to the Petitioner to satisfy the judgment and enter an order releasing and discharging the banks from any obligations they may have to hold the funds in those accounts for you or to pay those funds to you.**

Objections must be sent by mail to Office of the Clerk for the United States District Court for the Southern District of New York at the following address:

    Clerk of the Court
    United States District Court for the
    Southern District of New York
    Daniel Patrick Moynihan Courthouse
    500 Pearl Street
    New York, NY 10007
    Docket No. 12 CV 01596 (AKH)

Copies of the objection may also be sent by e-mail to the following e-mail addresses:

- E-MAIL ADDRESS OF COUNSEL FOR THE RESPONDENT BANK: James L. Kerr (james.kerr@davispolk.com), AND
- E-MAIL ADDRESS FOR THE JUDGMENT CREDITORS: Robert A. Swift (rswift@kohnswift.com)

All objections must be in writing, must specify the accounts that you claim to have an interest in, set forth the factual basis for your claim, and be signed by you, an officer of your organization or your attorney.

5

#86114138v1

## Blocked Wire Transfer Account Subject to Turnover

Account held by:

Notice recipient:

| | |
|---|---|
| Account Name | |
| Account Number | |
| Date Blocked | |
| Amount Blocked | |
| Current Amount | |
| Originator | |
| Originating Bank | |
| Intermediary Bank | |
| Beneficiary Bank | |
| Beneficiary | |

#86114138v1