## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

                Plaintiff,

       v.

THE REPUBLIC OF CUBA,

                Defendant.

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.; and

JEANNETTE FULLER HAUSLER and WILLIAM
FULLER, as court-appointed co-representatives of the
ESTATE OF ROBERT OTIS FULLER, deceased, on
behalf of all beneficiaries of the Estate and the
ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually and as
Administrator, Executor, and Personal
Representative of the ESTATE OF GUSTAVO
VILLOLDO ARGILAGOS,

                Petitioners,

       v.

BANCO BILBAO VIZCAYA ARGENTINA (S.A.),
et al.,

                Garnishees-Respondents.

Case No. 12-CV-01596
(AKH)

**NOTICE OF APPEARANCE**

*caption continued on following page*

JPMORGAN CHASE BANK, N.A.,

                    Respondent/Garnishee and
                    Third-Party Petitioner,

        v.

AUSTRALIA AND NEW ZEALAND BANKING
GROUP; BANCO DE SABADELL, S.A.; BANCO
SANTANDER, S.A.; CASA FINANCIERA FINTUR,
S.A.; CONSULADO DE CUBA IN BARCELONA;
CRÉDIT AGRICOLE CORPORATE AND
INVESTMENT BANK (F/K/A CRÉDIT LYONNAIS);
CUBANIQUEL; DEUTSCHE BANK UK (F/K/A
MORGAN GRENFELL & CO. LTD.); ETCO
INTERNATIONAL COMMODITIES LTD.; ING BANK
N.Y., CURAÇAO; LCL, S.A. (F/K/A CRÉDIT
LYONNAIS); LLOYDS BANK PLC; NAVIERA
ARMAMEX S.A. DE C.V.; ROYAL BANK OF
CANADA MONTREAL; and SITA INFORMATION
NETWORKING COMPUTING B.V.;

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.;

JEANNETTE FULLER HAUSLER and WILLIAM
FULLER, as court-appointed co-representatives of the
ESTATE OF ROBERT OTIS FULLER, deceased, on
behalf of all beneficiaries of the Estate and the ESTATE
OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E.
VILLOLDO, individually and as Administrator, Executor,
and Personal Representative of the ESTATE OF
GUSTAVO VILLOLDO ARGILAGOS,

                    Adverse Claimants-
                    Respondents.

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Adverse Claimants-Respondents: Crédit Agricole Corporate & Investment Bank, Paris ("CA-CIB, Paris"), and Crédit Lyonnais S.A. n/k/a LCL-LE Crédit Lyonnais S.A. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice before this Court..

CA-CIB, Paris and LCL-LE Crédit Lyonnais S.A. reserve all rights and defenses they may have, and such appearance shall not impair or otherwise affect such rights and defenses, including defenses based on insufficient service of process or lack of jurisdiction, and all such rights and defenses are expressly preserved.

Dated:  New York, New York
        July 17, 2014

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Carmine D. Boccuzzi, Jr.
    Carmine D. Boccuzzi, Jr.
    One Liberty Plaza
    New York, New York 10006
    (212) 225-2000 - cboccuzzi@cgsh.com

    *Attorneys for Crédit Agricole Corporate and
    Investment Bank and Crédit Lyonnais, S.A.*