UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>Garnishees-Respondents. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK, PARIS & CRÉDIT LYONNAIS S.A.** |

*caption continued on following page*

JPMORGAN CHASE BANK, N.A.,

    Respondent/Garnishee and
    Third-Party Petitioner,

    v.

AUSTRALIA AND NEW ZEALAND BANKING GROUP; BANCO DE SABADELL, S.A.; BANCO SANTANDER, S.A.; CASA FINANCIERA FINTUR, S.A.; CONSULADO DE CUBA IN BARCELONA; CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK (F/K/A CRÉDIT LYONNAIS); CUBANIQUEL; DEUTSCHE BANK UK (F/K/A MORGAN GRENFELL & CO. LTD.); ETCO INTERNATIONAL COMMODITIES LTD.; ING BANK N.Y., CURAÇAO; LCL, S.A. (F/K/A CRÉDIT LYONNAIS); LLOYDS BANK PLC; NAVIERA ARMAMEX S.A. DE C.V.; ROYAL BANK OF CANADA MONTREAL; and SITA INFORMATION NETWORKING COMPUTING B.V.;

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;

JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

    Adverse Claimants-
    Respondents.

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure:

Crédit Agricole Corporate and Investment Bank, Paris by and through its undersigned counsel, states that Crédit Agricole S.A., a publicly held corporation, owns more than 10% of Crédit Agricole Corporate and Investment Bank, Paris.

Crédit Lyonnais S.A. n/k/a LCL-LE Crédit Lyonnais S.A., by and through its undersigned counsel, states that Crédit Agricole S.A., a publicly held corporation, owns more than 10% of LCL-LE Crédit Lyonnais S.A.

Dated: New York, New York
July 17, 2014

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Carmine D. Boccuzzi, Jr.
Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, New York 10006
(212) 225-2000 - cboccuzzi@cgsh.com

*Attorneys for Crédit Agricole Corporate and Investment Bank and Crédit Lyonnais, S.A.*