WHITE & CASE

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax + 1 212 354 8113
whitecase.com

Direct Dial + 1-212-819-8853    kenneth.caruso@whitecase.com

July 18, 2014

<u>VIA ECF</u>

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

Re:   Vera v. Republic of Cuba, No. 12-cv-01596-AKH
      Objection of Banco Bilbao Vizcaya Argentaria, S.A.,
      <u>BBVA Bancomer, and BBVA Colombia S.A.</u>

Dear Judge Hellerstein:

We represent Banco Bilbao Vizcaya Argentaria, S.A., BBVA Bancomer, and BBVA Colombia S.A. (collectively "BBVA"), in the above-captioned proceeding. We write to inform you that BBVA will not be making a claim to the blocked assets described in (1) Notice to BBVA Colombia S.A. (formerly Banco Ganadero), (2) Notice to Banca Promex S.A.,[1] and (3) Notice to BBVA S.A., London Branch, each dated March 31, 2013. BBVA does, however, object to the turnover of the blocked assets on the ground that the Court lacks subject matter jurisdiction over this proceeding and incorporates by reference the submissions on BBVA's motion to dismiss, Docket Nos. 349-351, 360-364, and 377.

Respectfully submitted,

Kenneth A. Caruso/pmm

Kenneth A. Caruso

_____

[1] Banca Promex S.A. is currently BBVA Bancomer.

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA
HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 9262493