USDC S[...]
DOC[...]
ELECT[...] LED
DOC #: _____
DATE FILED: 7/25/14

Hellerstein, A.

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

ALDO VERA, JR. as Personal Representative of the Estate of Aldo Vera, Sr.
    Plaintiff(s),

V.

THE REPUBLIC OF CUBA
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 12-CV-01596

Notice is hereby given that, subject to approval by the court, __Brown Brothers Harriman & Co.__ substitutes
    (Party(s) Name)

__Kathleen Gardner__, State Bar No. __KG2912__ as counsel of record in
(Name of New Attorney)

place of __Amy Dieterich__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Park Jensen Bennett LLP
    Address: 630 Third Avenue, 7th Floor, New York, New York 10017
    Telephone: (646) 200-6300    Facsimile (646) 200-6301
    E-Mail (Optional): kgardner@parkjensen.com

I consent to the above substitution.
Date: 7/24/14
    (Signature of Party(s))

I consent to being substituted.
Date: 7/23/2014
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/23/2014
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 7-25-14
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]