Hellerstein, A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br> JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br> ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br> Petitioners, <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br> Garnishees-Respondents. | STIPULATION |

*caption continued on following page*

JPMORGAN CHASE BANK, N.A.,

                Respondent/Garnishee and
                Third-Party Petitioner,

      v.

AUSTRALIA AND NEW ZEALAND BANKING GROUP; BANCO DE SABADELL, S.A.; BANCO SANTANDER, S.A.; CASA FINANCIERA FINTUR, S.A.; CONSULADO DE CUBA IN BARCELONA; CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK (F/K/A CRÉDIT LYONNAIS); CUBANIQUEL; DEUTSCHE BANK UK (F/K/A MORGAN GRENFELL & CO. LTD.); ETCO INTERNATIONAL COMMODITIES LTD.; ING BANK N.Y., CURAÇAO; LCL, S.A. (F/K/A CRÉDIT LYONNAIS); LLOYDS BANK PLC; NAVIERA ARMAMEX S.A. DE C.V.; ROYAL BANK OF CANADA MONTREAL; and SITA INFORMATION NETWORKING COMPUTING B.V.;

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;

JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

                Adverse Claimants-
                Respondents.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time of Crédit Agricole Corporate and Investment Bank, Paris ("CA-CIB, Paris") and Crédit Lyonnais, S.A. to answer or move with respect to the Third-Party Petition Alleging Claims in the Nature of Interpleader, as filed by JPMorgan Chase Bank, N.A. on April 10, 2014, is hereby extended to and including August 13, 2014. No prior request for an adjournment has been made.

Further, the undersigned counsel agree that the time of Crédit Agricole Corporate and Investment Bank, New York ("CA-CIB, New York") to answer or move with respect to the Third-Party Petition Alleging Claims in the Nature of Interpleader, as filed by JPMorgan Chase Bank, N.A. on April 10, 2014, is hereby extended to match the time of CA-CIB, Paris and Crédit Lyonnais, S.A. to and including August 13, 2014. Two prior requests for an adjournment have been made.

CA-CIB, Paris, CA-CIB, New York and Crédit Lyonnais, S.A. reserve all rights and defenses they may have, and such a stipulation shall not impair or otherwise affect such rights and defenses, including defenses based on insufficient service of process or lack of jurisdiction, and all such rights and defenses are expressly preserved.

Dated: New York, New York
       July 16, 2014

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Carmine D. Boccuzzi, Jr.
    One Liberty Plaza
    New York, New York 10006
    (212) 225-2000

*Attorneys for Crédit Agricole Corporate and Investment Bank and Crédit Lyonnais, S.A.*

DAVIS POLK & WARDWELL LLP

By: _____
    James L. Kerr
    450 Lexington Avenue
    New York, New York 10017
    (212) 450-4552

*Attorneys for JPMorgan Chase Bank, N.A.*

So-Ordered:

_____
Hon. Alvin K. Hellerstein
United States District Judge
7-18-14