UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE REPUBLIC OF CUBA,<br><br>　　　　　　　　　Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>　　　　　　　　　Petitioners,<br><br>　　v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>　　　　　　　　　Garnishees-Respondents. | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Garnishees-Respondents Bank of America, N.A.; Barclays Bank PLC; Citibank, N.A.; Credit Suisse AG, New York Branch; Intesa Sanpaolo S.p.A.; JPMorgan Chase Bank, N.A.; UBS AG; and Wells Fargo Bank, N.A.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
July 30, 2014

DAVIS POLK & WARDWELL LLP

By: _____
Craig T. Cagney

450 Lexington Avenue
New York, New York 10017
(212) 450-3162 (phone)
(212) 701-6162 (fax)
craig.cagney@davispolk.com

2