UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/14
```

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br> JEANNETTE FULLER HAUSLER and WILLIAM FULER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br> ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br> Petitioners, <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br> Garnishees-Respondents. | **ORDER FOR ADMISSION PRO HAC VICE** |

*caption continued on following page*

Order                                                                 Page 1

| |
|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>        Garnishee-Respondent and<br>        Third-Party Petitioner,<br><br>     v.<br><br>AT&T INC. and CUBAN-AMERICAN TELEPHONE & TELEGRAPH COMPANY;<br><br>EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA"); EMPRESA DE RADIOCOMUNICACIÓN Y DIFUSIÓN DE CUBA ("RADIOCUBA"); EMPRESA DE TELECOMUNICACIONES DE CUBA SA ("ETECSA"); and the REPUBLIC OF CUBA;<br><br>ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;<br><br>JEANNETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>        Adverse Claimants-<br>        Respondents. |

The motion of Paul Fava Theiss, for admission to practice *Pro Hac Vice* in the above captioned action, is granted.

Applicant has declared that he is a member in good standing of the State Bar of Texas; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Paul Fava Theiss |
| Firm Name: | AT&T Services, Inc. |
| Address: | 208 S. Akard Street, Suite 517 |
| | Dallas, Texas 75202 |
| Telephone: | (214) 757-3169 |
| Facsimile: | (214) 446-2699 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for AT&T Inc. and Cuban-American Telephone & Telegraph Company in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/29/14

United States District/Magistrate Judge

Order                                                                                                          Page 3