UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2014
```

VERA

         Plaintiff(s)    **CERTIFICATE OF MAILING**

Case No.: __12CV1596__ (akh)

-v-

REPUBLIC OF CUBA

        Defendant(s)

---

I hereby certify under the penalties of perjury that on 31st day of JULY_____, 20 14__, I served:
PRESIDENTE DE ACINOX AVENIDA DE INDEPENDENCIA (RANCHO BOYEROS) KILOMETRO 8 1/2 NO.
20,532 REPARTO RIO CRISTAL, MUNICIPIO BOYEROS, CIUDAD DE LA HABANA CUBA

☐ One copy of the _____
_____
by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____
_____
by _____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____
_____
by _____, to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the SUMMONS, THIRD PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF INTERPLE-
DER, FILED BY CREDIT SUISSE AG, CERTIFICATION OF TRANSLATION AS TO THE SUMMONS AND THIRD
PARTY PETITION, AMENED OMNIBUS PETITION FOR TURNOVER, SPANISH TRANSLATION FOR DOCUMEN
by DHL WAYBILL# 90 8834 8743 _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
    7/31/2014

               **RUBY J. KRAJICK**
               **CLERK OF COURT**

               Print Name: JEANINEVIERA-SAN
               DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 31, 2014

ACINOX S.A.
Avienda de Independencia (Rancho Boyeros)
Kilometro 8 ½ no. 20,532
Reparto Rio Cristal, Municipio Boyeros
Ciudad de la Habana, Cuba
Attention: Alexis Alvarez, Presidente de ACINOX

Re: Vera v. Republic of Cuba,
12 CV 1596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Summons
Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Credit Suisse AG
Spanish translation for each document
Certification of translation as to the Summons and Third-Party Petition
English language of the Amended Omnibus Petition for Turnover Order

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

SERVICE ALERT
DHL Controlled Export
SX CVG

DHL Express (USA), Inc.
1200 S Pine Island Rd
Plantation, FL 33324

1-800-CALL DHL
1-800-225-5345
www.dhl-usa.com
DO NOT SEND CASH, CURRENCY OR JEWELRY IN DHL EXPRESS BOXES

EXPRESS WORLDWIDE
DHL Online
DOX

From: DAVIS POLK & WARDWELL
James Kerr Phone: 212-450-4050
450 LEXINGTON AVE FL 11
NEW YORK NY 10017
United States

Origin:
ZYP

To: PRESIDENTE DE ACINOX
AVENIDA DE INDEPENDENCIA ( RANCHO Y
KILOMETRO 8 1/2
NO 20,532
10100, HABANA VIEJA
Cuba

Contact:
ALEXIS ALVAREZ
5376450405

Date: 2014-07-29
Shpt Weight: 1.0 lb
Day  Time:
Piece: 1/1

CU-HAV-HAB

SX

Content:
DOCUMENTS

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

WAYBILL 90 8834 8743

(2L)CU10100+4320000+1