Hellerstein, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br>           Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br>           Defendant. | Case No. 12-cv-01596 (AKH) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 8/5/14 |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br> JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br> ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br>           Petitioners <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br>           Garnishees-Respondents. | **STIPULATION EXTENDING TIME FOR THIRD-PARTY DEFENDANT BANCO DE SABADELL, S.A. TO FILE RESPONSE TO THIRD-PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF INTERPLEADER** |

*caption continued on following page*

JPMORGAN CHASE BANK, N.A.,

        Respondent/Garnishee and
        Third-Party Petitioner

        v.

AUSTRALIA AND NEW ZEALAND BANKING GROUP; BANCO DE SABADELL, S.A.; BANCO SANTANDER, S.A.; CASA FINANCIERA FINTUR, S.A.; CONSULADO DE CUBA IN BARCELONA; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (F/K/A CREDIT LYONNAIS); CUBANIQUEL; DEUTSCHE BANK UK (F/K/A MORGAN GRENFELL & CO. LTD.); ETCO INTERNATIONAL COMMODITIES LTD.; ING BANK N.Y., CURACAO; LCL, S.A. (F/K/A CREDIT LYONNAIS); LLOYDS BANK PLC; NAVIERA ARMAMEX S.A. DE C.V.; ROYAL BANK OF CANADA MONTREAL; and SITA INFORMATION NETWORKING COMPUTING B.V.;

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;

JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

        Adverse Claimants-Respondents.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Banco de Sabadell, S.A., to respond to the Third-Party Petition Alleging Claims in the Nature of Interpleader, as filed by JPMorgan Chase Bank, N.A. on April 10, 2014, is

hereby extended through and including August 15, 2014. This is Banco de Sabadell's second request for an extension. No further extensions will be granted.

Dated: July 29, 2014

By: /s/ Paulo R. Lima
Paulo R. Lima
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Miami, FL 33131
Tel: (305) 810-2500
Fax: (305) 810-2460
Email: plima@hunton.com

*Attorneys for Banco de Sabadell, S.A.*

By: /s/ James L. Kerr
James L. Kerr
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4552
Fax: (212) 701-5552
Email: james.kerr@davispolk.com

*Attorneys for JPMorgan Chase Bank, N.A.*

SO ORDERED:

/s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein
United States District Judge

Dated: Aug 8, 2014