Hellerstein, a.

RECEIVED
JUL 31 2014
CHAMBERS OF
ALVIN K HELLERSTEIN

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant. | Case No. 12-CV-01596 (AKH)<br><br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 8/5/14 |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>Garnishees-Respondents. | **STIPULATION AND ORDER** |

*caption continued on following page*

| JPMORGAN CHASE BANK, N.A., |
| --- |
| Garnishee-Respondent and Third-Party Petitioner, |
| v. |
| AT&T INC. and CUBAN-AMERICAN TELEPHONE & TELEGRAPH COMPANY; |
| EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA"); EMPRESA DE RADIOCOMUNICACIÓN Y DIFUSIÓN DE CUBA ("RADIOCUBA"); EMPRESA DE TELECOMUNICACIONES DE CUBA SA ("ETECSA"); and the REPUBLIC OF CUBA; |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; |
| JEANNETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and |
| ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, |
| Adverse Claimants-Respondents. |

WHEREAS, the Amended Omnibus Petition for Turnover Order in the above-referenced matter was filed on February 12, 2014 (Dkt. No. 423);

WHEREAS, the Third-Party Petition Alleging Claims in the Nature of Interpleader (the "Third-Party Petition") was filed on May 6, 2014 (Dkt. No. 559);

2

#86199180v3

WHEREAS, Petitioners Aldo Vera, Jr., Jeannette Fuller Hausler and William Fuller, and Alfredo Villoldo and Gustovo S. Villoldo (the *"Vera, Villoldo* and *Hausler* Petitioners") filed their answers to the Third-Party Petition on May 30, 2014 (Dkt. Nos. 606 and 607);

WHEREAS, Adverse Claimants-Respondents AT&T Inc. and Cuban-American Telephone and Telegraph Company ("CATT") were served with the Third-Party Petition on May 9, 2104, and thereafter requested and were granted extensions of time to answer the Third-Party Petition through and including July 31, 2014 (Dkt. No. 625);

WHEREAS, Adverse Claimants-Respondents AT&T Inc. and CATT are prepared to file answers to the Third-Party Petition, as is AT&T Corp.; and

WHEREAS, Adverse Claimants-Respondents Empresa de Telecomunicaciones Internacionales de Cuba ("EMTELCUBA"), Empresa de Radicomunicación y Difusión de Cuba ("RADIOCUBA"), Empresa de Telecomunicaciones de Cuba SA ("ETECSA"), and the Republic of Cuba (collectively, the "Cuban Claimants") have not yet responded to the Third-Party Petition and therefore JPMorgan Chase Bank, N.A. may amend the Third-Party Petition with respect to Cuban Claimants without obtaining their prior consent to this amendment;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. The Third-Party Petition may be, and hereby is, amended by adding and substituting Adverse Claimant-Respondent AT&T Corp. as the real party in interest in place of Adverse Claimant-Respondent AT&T Inc., and by removing AT&T Inc. as an Adverse Claimant-Respondent;

3

#86199180v3

2.  The Third-Party Petition's references to "AT&T Inc." or, as defined and abbreviated, "AT&T," are deemed to mean "AT&T Corp." The parties also agree that the caption shall be changed to substituted AT&T Corp. from AT&T Inc.;

3.  Pursuant to Federal Rule of Civil Procedure 15(c), this amendment shall relate back to the original filing of the Third-Party Petition on May 6, 2014;

4.  AT&T Corp. and CATT waive service of process of the amended Third-Party Petition;

5.  Any answer or responsive pleading previously filed to the Third-Party Petition by the *Vera*, *Villoldo* and *Hausler* Petitioners shall be amended by this stipulation such that all responses made by such Petitioners with respect to AT&T Inc. shall now be deemed to have been made with respect to AT&T Corp.; and

6.  The Stipulation between JPMorgan Chase Bank, N.A., CATT, and AT&T Inc. entered June 24, 2014 (Dkt. No. 625), which extended CATT's and AT&T Inc.'s time to file until July 31, 2014, shall be binding on and remain in effect with respect to CATT and AT&T Corp., except that CATT's and AT&T Corp.'s time to answer or move with respect to the Third-Party Petition shall be extended to and including a date five business days following the date that AT&T Corp. was added as a party to this proceeding by so-ordering of this stipulation and proposed order. Nothing contained in this Stipulation extends the deadline for the Cuban Claimants to respond to the Third-Party Petition.

4

#86199180v3

7. The Parties Agree that this stipulation may be signed in counterparts, and with electronic or facsimile signatures.

Dated: New York, New York
July 29, 2014

KOHN, SWIFT, & GRAF, P.C.

By: *Robert A. Swift* (c/ vcm)

Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax: (215) 238-1968
Email: rswift@kohnswift.com

Attorneys for Aldo Vera, Jr.

ANDERSON KILL P.C.

By: *Jeffrey Glen* (c/vcs)

Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax: (212) 278-1733
Email: jglen@andersonkill.com

Attorneys for Aldo Vera, Jr.

GREENBERG TRAURIG, LLP

By:

James Wilson Perkins, Esq.
200 Park Avenue
New York, NY 10166
Phone: (212) 801-9200
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

Attorneys for Jeannette Fuller Hausler

COLSON HICKS EIDSON

By: *Roberto Martinez* (bzVLK)

Roberto Martinez, Esq.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: bob@colson.com

Attorneys for Jeannette Fuller Hausler

5

#86199180v3

7. The Parties Agree that this stipulation may be signed in counterparts, and with electronic or facsimile signatures.

Dated: New York, New York
July 29, 2014

KOHN, SWIFT, & GRAF, P.C.

By: _____

Robert Alan Swift, Esq.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Fax: (215) 238-1968
Email: rswift@kohnswift.com

Attorneys for Aldo Vera, Jr.

ANDERSON KILL P.C.

By: _____

Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax: (212) 278-1733
Email: jglen@andersonkill.com

Attorneys for Aldo Vera, Jr.

GREENBERG TRAURIG, LLP

By: /s/ _____

James Wilson Perkins, Esq.
200 Park Avenue
New York, NY 10166
Phone: (212) 801-9200
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

Attorneys for Jeannette Fuller Hausler and William Fuller

COLSON HICKS EIDSON

By: _____

Roberto Martinez, Esq.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: bob@colson.com

Attorneys for Jeannette Fuller Hausler and William Fuller

5

#86199180v3

HALL, LAMB AND HALL, P.A.

By: _____
Brandon R. Levitt, Esq.
2665 South Bayshore Drive, PH1
Miami, Florida 33133
Phone: (305) 374-5030
Fax:   (305) 374-5033
Email: blevitt@hlblawfirm.com

Attorneys for Alfredo Villoldo and Gustavo Villoldo

AT&T SERVICES, INC.

By: _____
Andrew L. Stein
1 AT&T Way, Room 3A176
Bedminster, NJ 07921
Phone: (908) 234-6150

Attorney for AT&T Inc., AT&T Corp., and Cuban-American Telephone & Telegraph Company

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr, Esq.
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552
Fax:   (212) 701-5552
Email: james.kerr@davispolk.com

Attorneys for JPMorgan Chase Bank, N.A.

So Ordered,

_____
Hon. Alvin K. Hellerstein
United States District Judge

8/5/14