UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF CUBA,<br><br>    Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>    Petitioners,<br><br>    v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>    Garnishees-Respondents. | **AT&T CORP.'S DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*caption continued on following page* |

1

| |
|---|
| JPMORGAN CHASE BANK, N.A., <br><br>          Garnishee-Respondent and Third-Party Petitioner, <br><br>      v. <br><br>AT&T CORP. and CUBAN-AMERICAN TELEPHONE & TELEGRAPH COMPANY; <br><br>EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA"); EMPRESA DE RADIOCOMUNICACIÓN Y DIFUSIÓN DE CUBA ("RADIOCUBA"); EMPRESA DE TELECOMUNICACIONES DE CUBA SA ("ETECSA"); and the REPUBLIC OF CUBA; <br><br>ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; <br><br>JEANNETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br>          Adverse Claimants-Respondents. |

2

In accordance with FED. R. CIV. P. 7.1, AT&T Corp. states that its only parent company is AT&T Inc.  AT&T Inc. is a publicly held corporation and owns 10% or more of AT&T Corp.'s stock.

Dated: August 7, 2014.

                                              Respectfully submitted,

                                              */s/* Paul F. Theiss

Paul F. Theiss
AT&T Services, Inc.
208 S. Akard Street, Suite 517
Dallas, TX 75202
Phone: (214) 757-3169
Fax: (214) 446-2699
paul.theiss@att.com

*\*Admitted pro hac vice*

*Counsel for Adverse Claimant-Respondent AT&T Corp.*