UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>       Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF CUBA,<br><br>       Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>       Petitioners,<br><br>    v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>       Garnishees-Respondents. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

*caption continued on following page*

JPMORGAN CHASE BANK, N.A.,

        Respondent/Garnishee and
        Third-Party Petitioner,

v.

AUSTRALIA AND NEW ZEALAND BANKING GROUP; BANCO DE SABADELL, S.A.; BANCO SANTANDER, S.A.; CASA FINANCIERA FINTUR, S.A.; CONSULADO DE CUBA IN BARCELONA; CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK (F/K/A CREDIT LYONNAIS); CUBANIQUEL; DEUTSCHE BANK UK (F/K/A MORGAN GRENFELL & CO LTD.); ETCO INTERNATIONAL COMMODITIES LTD.; ING BANK N.V., CURAÇAO; LCL, S.A. (F/K/A CRÉDIT LYONNAIS); LLOYDS BANK PLC; NAVIERA ARMAMEX S.A. DE C.V.; ROYAL BANK OF CANADA MONTREAL; and SITA INFORMATION NETWORKING COMPUTING B.V.;

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.;

JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

        Adverse Claimants-
        Respondents.

PLEASE TAKE NOTICE that Garnishee-Respondent and Third-Party Petitioner JPMorgan Chase Bank, N.A., by its counsel Davis Polk & Wardwell LLP, hereby voluntarily dismisses with prejudice, and without costs or attorneys fees to any party,

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c)(i) any and all claims in the nature of interpleader alleged solely against Adverse Claimants-Respondents Crèdit Agricole Corporate and Investment Bank (f/k/a Crèdit Lyonnais) and LCL, S.A. (f/k/a Crèdit Lyonnais) in the Third-Party Petition Alleging Claims in the Nature of Interpleader filed on behalf of JPMorgan Chase Bank, N.A. in the above-captioned action.

Dated: New York, New York
August 14, 2014

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr

450 Lexington Avenue
New York, New York 10017
(212) 450-4552
james.kerr@davispolk.com
*Attorneys for Garnishee-Respondent and Third-Party Petitioner JPMorgan Chase Bank, N.A.*