# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100

PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LaROCCA
DENIS F. SHEILS†◊
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. MOYER †

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: RSWIFT@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY

August 18, 2014

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: **Aldo Vera v. The Republic of Cuba, No. 12 Civ. 1596**

Dear Judge Hellerstein:

  I am one of the attorneys representing plaintiff Aldo Vera in the above matter and am admitted *pro hac vice*. Last week the three plaintiff judgment creditors filed a Notice of Motion for final turnover of uncontested Phase 1 accounts. A proposed form of order was attached. Counsel for several of the banks requested that I clarify to the Court that this Motion is not on consent. Nonetheless, all counsel will try and work out an acceptable form of order to resolve the Motion. The Motion has no return date stated. In the next two days, after speaking with bank counsel, we will file an amended notice of motion with a return date.

            Respectfully yours,

            Robert A. Swift

RAS/yr

  cc: All Bank Counsel addressed in the Motion