## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> vs. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : 12 Civ. 1596 (AKH) <br> : <br> : |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., et al., <br><br> Petitioners, <br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al., <br><br> Respondents/Garnishees. | : **NOTICE OF MOTION FOR** <br> : **RECONSIDERATION OR** <br> : **REARGUMENT OF MOTION** <br> : **TO DISMISS PETITION** <br> : <br> : <br> : <br> : |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion for Reconsideration or Reargument, Respondent Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") will move this Court, pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, on a date and at a time to be fixed by the Court, for an order reconsidering or rearguing BBVA's motion to dismiss the Petition for Turnover, granting that motion to dismiss and granting such further relief as the Court may deem just and proper.

NEWYORK 8150898 v3 (2K)

PLEASE TAKE FURTHER NOTICE that papers in opposition to this motion must be served by September 19, 2014, and reply papers in support of this motion must be served by September 26, 2014.

Dated: New York, New York  
September 5, 2014

WHITE & CASE LLP

By: /s/ Kenneth A. Caruso  
Kenneth A. Caruso

1155 Avenue of the Americas  
New York, New York 10036  
(212) 819-8200

*Counsel for Banco Bilbao Vizcaya Argentaria, S.A*

To:  All Counsel (by ECF)