

| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**Karen E. Wagner**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4404 tel
212 701 5404 fax
karen.wagner@davispolk.com

**COURTESY COPY**



So ordered

*[signature]*
9-5-14

August 28, 2014

Re: *Vera v. Republic of Cuba*, No. 12 Civ. 01596 (AKH)
 *Villoldo v. Fidel Castro Ruz*
 *Hausler v. Republic of Cuba*

Hon. Alvin K. Hellerstein
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein:

We represent respondents Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., Credit Suisse AG, New York Branch, Intesa Sanpaolo S.p.A., JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo Bank, N.A. (the "DPW Garnishee Banks") in the above-captioned action.

One of the attorneys who has worked on these matters, Daniel Taylor Young, will be leaving the firm on or about August 29, 2014 and thus will no longer be serving as counsel to the DPW Garnishee Banks. Accordingly, I respectfully request that the Court instruct the docket clerk to remove Mr. Young's registration as counsel of record. Because Davis Polk & Wardwell LLP will continue to represent the DWP Garnishee Banks, the withdrawal of Mr. Young from their representation will not delay resolution of these matters.

Very respectfully yours,

*[signature]*
Karen E. Wagner