RUBY J. KRAJICK
CLERK OF CLERK

September 9, 2014

Instituto Nacional de Recursos Hidl
Humboldt # 106, esq. a P, Vedado
Plaza de la Revolucion
Habana 4, CP
10400, Ciudad de Habana, Cuba

Re:  Vera v. Republic of Cuba et al,
     12 CV 1596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language cover letter, and a Spanish-language translation of the same, explaining that these documents are being served on the water company only to the extent it is a successor-in-interest to Acueducto Yateritas, S.A.;
An English-language summons issued by this court, and a Spanish-language translation of the same thing;
An English language "Third-Party Petition Alleging claims in the Nature of the Interpleader filed by Citibank, N.A., " and a Spanish- language translation of the same;
A certification of translation as to the summons and third-party petition; and
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2014

VERA

                                  Plaintiff(s)      **CERTIFICATE OF MAILING**

Case No.: __12 CV 1596__ (akh)

-v-

REPUBLIC OF CUBA ET AL

                                  Defendant(s)

I hereby certify under the penalties of perjury that on 12 day of SEPTEMBER, 20 14, I served:
INSTITUTO NACIONAL DE RECURSS HIDL, HUMBOLDT # 106, ESQ. A P, VEDADO, PLAZA DE LA
REVOLUCION, HABANA 4, CP, 10400, CIUDAD DE HABANA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the SEE ATTACHED

by WAYBILL #: 22 4123 0095, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
9/12/2014

                                            **RUBY J. KRAJICK**
                                            **CLERK OF COURT**

                                            */s/ Tatiana Villada*
                                            Print Name: TATIANA VILLADA
                                            DEPUTY CLERK OF COURT

An English-language cover letter, and a Spanish-language translation of the same, explaining that these documents are being served on the water company only to the extent it is a successor-in-interest to Acueducto Yateritas, S.A.;

An English-language summons issued by this court, and a Spanish-language translation of the same thing;

An English language "Third-Party Petition Alleging claims in the Nature of the Interpleader filed by Citibank, N.A., "and a Spanish- language translation of the same;

A certification of translation as to the summons and third-party petition; and

An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same.

