UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

**RUBY J. KRAJICK**
CLERK OF CLERK

September 15, 2014

c/o Aguas de La Habana
Calle Formento Esq. Recreo
Repaerto Palatino, Cerro
10100, Ciudad de la Habana, Cuba

Re:   <u>Vera v. The Republic of Cuba et al,</u>
      12 CV 1596(AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language cover letter, and a Spanish-language translation of the same, explaining that these documents are being served on the water company only to the extent it is a successor-in-interest to Acueducto Yateritas, S.A.;
An English-language summons issued by this Court, and a Spanish-language translation of the same;
An English language "Third-Party Petition Alleging Claims in the Nature of the Interpleader Filed by Citibank, N.A., " and a Spanish- language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2014
```

VERA

                           Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 12 CV 1596 (akh)

-v-

THE REPUBLIC OF CUBA ET AL

                           Defendant(s)

I hereby certify under the penalties of perjury that on 15th day of SEPTEMBER, 20 14, I served:
C/O AGUAS DE LA HABANA, CALLE FORMENTO ESQ. RECREO, REPARTO PALATINO, CERRO, 10100, CIUDAD DE LA HABANA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the SEE ATTACHED

by WAYBILL #: 22 4121 3881, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       9/15/2014

RUBY J. KRAJICK
CLERK OF COURT

*Tatiana Villada*
Print Name: TATIANA VILLADA
DEPUTY CLERK OF COURT

An English-language cover letter, and a Spanish-language translation of the same, explaining that these documents are being served on the water company only to the extent it is a successor-in-interest to Acueducto Yateritas, S.A.;

An English-language summons issued by this Court, and a Spanish-language translation of the same;

An English language "Third-Party Petition Alleging Claims in the Nature of the Interpleader Filed by Citibank, N.A., "and a Spanish- language translation of the same;

A certification of translation as to the summons and third-party petition;

An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same

