UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

September 15, 2014

Radio Cuba
Calle Habana NO 406
Entre Obispo Y Obrapia Municipio
La Habana
10100, Havana Vieja, Cuba

Re:   Vera v. The Republic of Cuba et al.,
      12cv01596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English- language summons issued by this Court, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JP Morgan Chase Bank, N.A., " and a Spanish- language translation of the same;
A certification of translation as to the summons and third-party petition; and
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

An English- language summons issued by this Court, and a Spanish-language translation of the same;

An English-language "Third-Party Petition Alleging Claims in the nature of Interpleader filed by JP Morgan Chase Bank, N.A., "and a Spanish- language translation of the same;

A certification of translation as to the summons and third-party petition; and

An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/15/2014

VERA

              Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __12 CV 1596__ (akh)

-v-

THE REPUBLIC OF CUBA, ET AL.

              Defendant(s)

I hereby certify under the penalties of perjury that on 15 day of SEPTEMBER, 20 14, I served: RADIO CUBA, CALLE HABANA NO 406, ENTRE OBISPO Y OBRAPIA MUNICIPIO, LA HABANA, 10100, HABANA VIEJA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the SEE ATTACHED

by WAYBILL 40 8656 6282, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
SEPTEMBER 15, 2014

RUBY J. KRAJICK
CLERK OF COURT

Print Name: JASMINE BASNIGHT
DEPUTY CLERK OF COURT

