# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); BANK OF AMERICA N.A.; BANK OF NEW YORK MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK TRUST COMPANY AMERICAS; HSBC BANK (HSBC BANK USA, N.A.); INTESA SANPAOLO S.P.A.; JP MORGAN CHASE BANK, N.A.; RBS CITIZENS, N.A.; ROYAL BANK OF CANADA; SOCIETE GENERALE; UBS AG; WELLS FARGO BANK, NA; BROWN BROTHERS HARRIMAN & CO.; MERCANTIL COMMERCEBANK, N.A.; STANDARD CHARTERED BANK; AND BANCO SANTANDER, S.A.,<br><br>Respondents/Garnishees. | **CERTIFICATE OF SERVICE** |

nydocs1-1037558.1

I, Vivian Costandy Michael, certify that on September 16, 2014, the following were electronically filed with the Clerk of this Court using the CM/ECF system:

- Notice of Motion to Complete Turnover of Uncontested Phase I Account at BBVA and corresponding exhibit;
- Memorandum of Law in Support of Motion for Judgment Granting Turnover of Uncontested Phase I Account at BBVA; and
- the Declaration of Robert A. Swift in Support of Motion to Complete Turnover of Uncontested Phase I Account at Banco Bilbao Vizcaya Argentaria (S.A.).

Respondent-Garnishee Banco Bilbao Viazcaya Argentaria was notified of the filing by CM/ECF notifications sent via email to: kcaruso@whitecase.com, jdisanti@whitecase.com, and mcosdny@whitecase.com.

I further certify that a copy of Exhibit 1 and Exhibit 2 to the Declaration of Robert A. Swift in Support of Motion to Complete Turnover of Uncontested Phase I Account at Banco Bilbao Vizcaya Argentaria (S.A.) was sent via regular mail to counsel for Respondent-Garnishee:

Kenneth A. Caruso
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

**ANDERSON KILL P.C.**

/s/ Vivian Costandy Michael
Vivian Costandy Michael, Esq.
Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone:212-278-1000
Fax:   212-278-1733
*Attorney for Petitioner Aldo Vera, Jr.*

nydocs1-1037558.1