# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.<br>  PLAINTIFF/PETITIONER<br>VS.<br>THE REPUBLIC OF CUBA<br>(Full caption included at attached Rider A to the Summons)<br>  DEFENDANT/RESPONDENT | CAUSE #:  12-CV-01596 (AKH)<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 30186138

**ORIGINAL PROOF OF SERVICE**

COVINGTON & BURLING LLP
620 EIGHTH AVENUE
NEW YORK, NY 10018
212 841 1170
Page 1 of 1

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) __20.6.2014__
   at (place, street, number) __MOPED-SLOVAKIA AV O. GALVANIHO 16/4__
   __82104 BRATISLAVA__

   in one of the following methods authorized by article 5:

   ☒ (a) in accordance with the provisions of sub-paragraph (a)
       of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)

   relationship to the addressee family, business, or other

2) that the document has not been served, by reason of the following facts:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:

Done at __BRATSLA__, the __26.8.2014__

Signature and/or stamp

In appropriate cases, documents establishing the service:


TRACKING #: 30186138

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>633 Yesler Way<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | SLOVAK REPUBLIC CENTRAL AUTHORITY<br>DEPARTMENT OF PRIVATE AND<br>PROCEDURAL INT'L LAW<br>813 11 BRATISLAVA<br>ZUPNE NAMESTIE 13<br>SLOVAK REPUBLIC |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**MOPED-SLOVAKIA SRO**
**INDUSTRIAL AREA**
**946 03 KOLAROVO**
**SLOVAKIA**

DOB:            Phone:

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
SUMMONS IN A CIVIL ACTION; RIDER TO SUMMONS; NOTICE OF INTERPLEADER; THIRD-PARY INTERPLEADER; AMENDED OMNIBUT PETITION (SUBMITTED IN DUPLICATE WITH CERTIFIED TRANSLATIONS)

Done at Seattle, Washington USA, on Apr 18 2014

Signature and/or stamp

*[signature]*

**PFI** | PROCESS FORWARDING INTERNATIONAL



TRACKING #: 30186138

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

### (article 5, fourth paragraph)

Name and address of the requesting authority: Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.

vs.

THE REPUBLIC OF CUBA
(Full caption included at attached Rider A to the Summons)

### JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Third-Party Respondents and Adverse Claimants of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Third Party Petitioner Deutsche Bank Trust Company Americas seeks to join all potential claimants to a blocked electronic funds transfer, resolve their competing claims, and discharge itself from any further liability with respect to the electronic funds transfer.

Date and place for entering appearance:*
Third-Party Respondents and Adverse Claimants have twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
Hearing Date:

### EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.<br><br>*Plaintiff*<br><br>v.<br>THE REPUBLIC OF CUBA<br>(Full caption included at attached Rider A)<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 12-CV-01596 (AKH)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MOPED-SLOVAKIA SRO
INDUSTRIAL AREA
946 03 KOLÁROVO
SLOVAKIA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MARK P. GIMBEL
COVINGTON & BURLING LLP
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: APR 0 8 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-01596 (AKH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## RIDER A – Full Caption of 12-CV-01596 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>　　　　　　　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>THE REPUBLIC OF CUBA,<br>　　　　　　　　　　　　　　　　Defendant. | |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>　　　　　　　　　　　　　　　　Petitioners,<br><br>-v-<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), BANK OF AMERICA, N.A., BANK OF NEW YORK MELLON, BARCLAY'S BANK PLC, CITIBANK N.A., CREDIT SUISSE AG, NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS, HSBC BANK (HSBC BANK USA, N.A.), INTESA SANPAOLO S.P.A., JP MORGAN CHASE BANK, N.A., RBS CITIZENS, N.A., ROYAL BANK OF CANADA, SOCIETE GENERALE, UBS AG, WELLS FARGO BANK, NA, BROWN BROTHERS HARRIMAN & CO., MERCANTIL COMMERCEBANK, N.A., STANDARD CHARTERED BANK, and BANCO SANTANDER, S.A.,<br><br>　　　　　　　　　　　　　　　　Respondents/Garnishees. | Case No. 12-CV-01596 (AKH)<br><br>**THIRD PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF INTERPLEADER** |

DEUTSCHE BANK TRUST COMPANY AMERICAS,

    Respondent, Garnishee, and Third-Party Petitioner,

-v-

COMMERZBANK AG (as successor in interest to Dresdner Bank AG), MOPEDS SLOVAKIA L.T.D., and and UNICREDIT BANK CZECH REPUBLIC AND SLOVAKIA, A.S. (as successor in interest to Creditanstalt, A.S.),

    Third-Party Respondents and Adverse Claimants.

and

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, and ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

    Petitioners and Interpleader Respondents.