UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
SEP 17 2014
CHAMBERS OF
ALVIN K HELLERSTEIN
U.S.D.J.

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

   Plaintiff,

vs.

THE REPUBLIC OF CUBA,

   Defendant.

12 Civ. 1596 (AKH)

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

   Petitioner,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.,

   Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/14

## STIPULATION AND ORDER

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for their respective clients, that the time of Banco Bilbao Vizcaya Argentaria ("BBVA") to furnish to Plaintiff's counsel full and complete answers to the information subpoena served on BBVA be, and it hereby is, extended from October 10, 2014 through and including October 24, 2014.

  IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order is agreed and made without prejudice to the rights, positions, claims and defenses of the parties to this Stipulation and Order.

Dated: New York, New York
       September 15, 2014

| | |
|---|---|
| WHITE & CASE LLP | KOHN, SWIFT & GRAF, P.C. |
| By: *[signature]* | By: *[signature]* |
| Kenneth A. Caruso | Robert A. Swift |
| 1155 Avenue of the Americas | 1 South Broad Street, |
| New York, New York 10036 | Suite 2100 |
| Tel: (212) 819-8200 | Philadelphia, PA 19107 |
| | Tel: (215) 238-1700 |
| *Attorneys for Respondent BBVA* | *Attorneys for Petitioner Aldo Vera, Jr.* |

SO ORDERED: 9/18/14

*[signature]*

Alvin K. Hellerstein
United States District Judge