

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br> JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br> ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br> Petitioners, <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al., <br><br> Garnishees-Respondents. | **STIPULATION AND ORDER** |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/14

## STIPULATION AND ORDER

**WHEREAS,** on August 15, 2014, Petitioners filed a Motion to Complete Turnover of Accounts not in Dispute;

#86342918v1

WHEREAS, petitioners subsequently agreed to adjourn the return date for their Motion to September 24, 2014, and in the interest in reaching agreement on open issues have agreed to adjourn the time of respondents to object to the motion and proposed order based on the undertaking by respondents to provide in the next few days (1) comments on the proposed turnover order, and (2) identification of accounts that respondents believe should not have been included in the Motion and any accounts that respondents believe should have been included in the Motion.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the parties, as follows:

1. The return date of petitioners' motion having been adjourned to and including September 24, 2014, the time of respondents to file any objections to turnover and the proposed order is extended to and including September 17, 2014.

2. This stipulation may be signed in counterparts and with electronic or facsimile signatures.

Dated: New York, New York

September 8, 2014

| | |
|---|---|
| KOHN, SWIFT, & GRAF, P.C. | HALL, LAMB AND HALL, P.A. |
| By: /s/ Robert Swift (vcm) | By: /s/ |
| Robert Alan Swift, Esq. | Brandon R. Levitt, Esq. |
| 1 South Broad Street, Suite 2100 | 2665 South Bayshore Drive, PH1 |
| Philadelphia, PA 19107 | Miami, Florida 33133 |
| Phone: (215) 238-1700 | Phone: (305) 374-5030 |
| Fax: (215) 238-1968 | Fax: (305) 374-5033 |
| Email: rswift@kohnswift.com | Email: blevitt@hlhlawfirm.com |
| *Attorneys for Aldo Vera, Jr.* | *Attorneys for Alfredo Villoldo and Gustavo Villoldo* |

2

486342918v1

COLSON HICKS EIDSON

By:_____
Roberto Martinez, Esq.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: bob@colson.com

*Attorneys for Jeannette Fuller Hausler*


GREENBERG TRAURIG, LLP

By:_____
James Wilson Perkins, Esq.
200 Park Avenue
New York, NY 10166
Phone: (212) 801-9200
Fax: (212) 801-6400
Email: perkinsj@gtlaw.com

*Attorneys for Jeannette Fuller Hausler*


ANDERSON KILL P.C.

By: /s/ Jeffrey Glen
Jeffrey L. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax: (212) 278-1733
Email: jglen@andersonkill.com

*Attorneys for Aldo Vera, Jr.*


ZEICHNER ELLMAN & KRAUSE LLP

By:_____
Barry Jay Glickman, Esq. and
Bruce S. Goodman, Esq.
1211 Avenue of the Americas
New York, NY 10036
Phone: (212) 826-5327
Fax: (212) 753-0396
Email: bglickman@zeklaw.com
Email: bgoodman@zeklaw.com

*Attorneys for Standard Chartered Bank*


DAVIS POLK & WARDWELL LLP

By: /s/ James L. Kerr
James L. Kerr, Esq.
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4552
Fax: (212) 701-5552
Email: james.kerr@davispolk.com

*Attorneys for Bank of America, N.A.,
Barclays Bank PLC, Citibank, N.A.,
JPMorgan Chase Bank, N.A., UBS AG, and
Wells Fargo Bank, N.A.*


COVINGTON & BURLING LLP

By: /s/ Mark P. Gimbel
Mark P. Gimbel, Esq.
620 Eight Avenue
New York, New York 10018
Phone (212) 841-1161
Email: mgimbel@cov.com

*Attorneys for Deutsche Bank Trust Company Americas*

3

| | |
|---|---|
| COLSON HICKS EIDSON | ZEICHNER ELLMAN & KRAUSE LLP |
| By:_____ | By:_____ |
| Roberto Martinez, Esq.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Email: bob@colson.com | Barry Jay Glickman, Esq. and<br>Bruce S. Goodman, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 826-5327<br>Fax: (212) 753-0396<br>Email: bglickman@zeklaw.com<br>Email: bgoodman@zeklaw.com |
| *Attorneys for Jeannette Fuller Hausler* | *Attorneys for Standard Chartered Bank* |
| GREENBERG TRAURIG, LLP | DAVIS POLK & WARDWELL LLP |
| By:_____ | By:_____ |
| James Wilson Perkins, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Phone: (212) 801-9200<br>Fax: (212) 801-6400<br>Email: perkinsj@gtlaw.com | James L. Kerr, Esq.<br>450 Lexington Avenue<br>New York, New York 10017<br>Phone: (212) 450-4552<br>Fax: (212) 701-5552<br>Email: james.kerr@davispolk.com |
| *Attorneys for Jeannette Fuller Hausler* | *Attorneys for Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo Bank, N.A.* |
| ANDERSON KILL P.C. | COVINGTON & BURLING LLP |
| By:_____ | By:_____ |
| Jeffrey E. Glen, Esq.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Phone: (212) 278-1000<br>Fax: (212) 278-1733<br>Email: jglen@andersonkill.com | Mark P. Gimbel, Esq.<br>620 Eight Avenue<br>New York, New York 10018<br>Phone (212) 841-1161<br>Email: mgimbel@cov.com |
| *Attorneys for Aldo Vera, Jr.* | *Attorneys for Deutsche Bank Trust Company Americas* |

3

| | |
|---|---|
| COLSON HICKS EIDSON | ZEICHNER ELLMAN & KRAUSE LLP |
| By:_____ | By:_____ |
| Roberto Martinez, Esq.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Email: bob@colson.com | Barry Jay Glickman, Esq. and<br>Bruce S. Goodman, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 826-5327<br>Fax: (212) 753-0396<br>Email: bglickman@zeklaw.com<br>Email: bgoodman@zeklaw.com |
| *Attorneys for Jeannette Fuller Hausler* | *Attorneys for Standard Chartered Bank* |
| GREENBERG TRAURIG, LLP<br>By: /s/ | DAVIS POLK & WARDWELL LLP<br>By: /s/ |
| James Wilson Perkins, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Phone: (212) 801-9200<br>Fax: (212) 801-6400<br>Email: perkinsj@gtlaw.com | James L. Kerr, Esq.<br>450 Lexington Avenue<br>New York, New York 10017<br>Phone: (212) 450-4552<br>Fax: (212) 701-5552<br>Email: james.kerr@davispolk.com |
| *Attorneys for Jeannette Fuller Hausler* | *Attorneys for Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo Bank, N.A.* |
| ANDERSON KILL P.C. | COVINGTON & BURLING LLP |
| By:_____ | By: _____ |
| Jeffrey E. Glen, Esq.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Phone: (212) 278-1000<br>Fax: (212) 278-1733<br>Email: jglen@andersonkill.com | Mark P. Gimbel, Esq.<br>620 Eight Avenue<br>New York, New York 10018<br>Phone (212) 841-1161<br>Email: mgimbel@cov.com |
| *Attorneys for Aldo Vera, Jr.* | *Attorneys for Deutsche Bank Trust Company Americas* |

3

#86342918v1

| | |
|---|---|
| COLSON HICKS EIDSON<br><br>By: *(signed)* Roberto Martinez<br>Roberto Martinez, Esq.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Email: bob@colson.com<br><br>*Attorneys for Jeannette Fuller Hausler* | ZEICHNER ELLMAN & KRAUSE LLP<br><br>By:_____<br>Barry Jay Glickman, Esq. and<br>Bruce S. Goodman, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 826-5327<br>Fax: (212) 753-0396<br>Email: bglickman@zeklaw.com<br>Email: bgoodman@zeklaw.com<br><br>*Attorneys for Standard Chartered Bank* |
| GREENBERG TRAURIG, LLP<br><br>By:_____<br>James Wilson Perkins, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Phone: (212) 801-9200<br>Fax: (212) 801-6400<br>Email: perkinsj@gtlaw.com<br><br>*Attorneys for Jeannette Fuller Hausler* | DAVIS POLK & WARDWELL LLP<br><br>By: *(signed)*<br>James L. Kerr, Esq.<br>450 Lexington Avenue<br>New York, New York 10017<br>Phone: (212) 450-4552<br>Fax: (212) 701-5552<br>Email: james.kerr@davispolk.com<br><br>*Attorneys for Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo Bank, N.A.* |
| ANDERSON KILL P.C.<br><br>By:_____<br>Jeffrey E. Glen, Esq.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Phone: (212) 278-1000<br>Fax: (212) 278-1733<br>Email: jglen@andersonkill.com<br><br>*Attorneys for Aldo Vera, Jr.* | COVINGTON & BURLING LLP<br><br>By:_____<br>Mark P. Gimbel, Esq.<br>620 Eight Avenue<br>New York, New York 10018<br>Phone (212) 841-1161<br>Email: mgimbel@cov.com<br><br>*Attorneys for Deutsche Bank Trust Company Americas* |

3

LEVI LUBARSKI & FEIGENBAUM LLP

By: _____
Steven B. Feigenbaum, Esq.
1185 Avenue of the Americas
17th Floor
New York, New York 10036
Phone: (212) 308-6100
Fax:    (212) 308-8830
Email: sfeigenbaum@llf-law.com

*Attorneys for The Bank of New York Mellon*

PHILLIPS LYTLE LLP

By: _____
Paul K. Stecker, Esq.
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018
Phone: (212) 759-4888
Fax:    (716) 852-6100
Email: pstecker@phillipslytle.com

Sean McPhee
125 Main Street
Buffalo, New 14203
Phone: (716) 504-5749
Fax: (716) 852-6100
Email: smcphee@phillipslytle.com

*Attorneys for HSBC Bank USA, N.A.*

So-Ordered: 9/18/14

_____
Hon. Alvin K. Hellerstein
United States District Judge

4