UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/23/14

VERA

Plaintiff(s)

**CERTIFICATE OF MAILING**

-v-

Case No.:  12CV1596      (akh)

REPUBLIC OF CUBA

Defendant(s)

I hereby certify under the penalties of perjury that on 23rd day of MAY_____, 20 14 , I served:
EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA") APARTADO
6466 LA HABANA, CUBA

☐ One copy of the _____
_____
by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____
_____
by_____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____
_____
by _____, to the  Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the SUMMONS, THIRD PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF
INTERPLEADER FILED BY JPMORGAN CHASE BANK, N.A., AMENDED OMNIBUS PETITION FOR TURNOVER
ORDER, TRANSLATION FOR EACH DOCUMENT, CERTIFICATION FROM TRANSLATOR
by DHL WAYBILL # 56 0266 0685_____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
5/23/2014

RUBY J. KRAJICK
CLERK OF COURT

_Xanene Viera-Santiago_

Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

**RUBY J. KRAJICK**
CLERK OF CLERK

May 23, 2014

Empresa de Telecomunicaciones Internacionales De Cuba ("EMTELCUBA")
Apartado 6466
10100, La Habana, Cuba

Re:     Vera v. Republic of Cuba
        12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the
following documents along  is being served on you on behalf of the Plaintiff in the above-
referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Summons
Third Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase
Bank, N.A.
Amended Omnibus Petition for Turnover Order
Translation for each Document
Certification from Translator

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

EX

All services provided by
DHL Express are subject to

EXPRESS WORLDWIDE

DHL Online

From: DAVIS POLK & WARDWELL
James Kerr, Phone: 212-450-4050
450 LEXINGTON AVE FL 11
NEW YORK, NY 10017
United States

To: EMPRESA DE TELE INTERNACIONALES DE
APARTADO 6466

Cuba
10100, LA HABANA

DOX

Origin:
ZYP

Contact:
212-450-4050

SX

CU-HAV-HAB

Day:                  Time:

Date:
2014-05-22

Shpt Weight:
1.0 lb

Content:
DOCUMENTS

Piece:
1/1

WAYBILL 56  0266  0685

(2L)CU101DI+4200064

(J)D01 4600 0006 6044 2111

These commodities, technology or software were exported from the United States in accordance with the
Export Administration Regulations. Diversion contrary to U.S. law is prohibited.



SERVICE ALERT

DHL
Controlled
Export

SX

CVG