Hellerstein, A.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,

v.

THE REPUBLIC OF CUBA,

        Defendant.

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.; and

JEANNETTE FULLER HAUSLER and WILLIAM
FULLER, as court-appointed co-representatives of the
ESTATE OF ROBERT OTIS FULLER, deceased, on
behalf of all beneficiaries of the Estate and the ESTATE
OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually and as
Administrator, Executor, and Personal
Representative of the ESTATE OF GUSTAVO
VILLOLDO ARGILAGOS,

        Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTINA (S.A.),
et al.,

        Garnishees-Respondents.

Case No. 12-CV-01596 (AKH)



**STIPULATION AND ORDER**

## STIPULATION AND ORDER

**WHEREAS**, on August 15, 2014, Petitioners filed a Motion to Complete Turnover of Accounts not in Dispute;

WHEREAS, petitioners subsequently agreed to adjourn the return date for their Motion to September 24, 2014, and in the interest in reaching agreement on open issues have agreed to further adjourn that return date to and including October 3, 2014, and agreed to adjourn the time of respondents to object to the motion and proposed order to and including September 26, 2014.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the parties, as follows:

1. The return date of petitioners' motion shall be adjourned to and including October 3, 2014.

2. The time for respondents to file any objections to turnover and the proposed order is extended to and including September 26, 2014.

2. This stipulation may be signed in counterparts and with electronic or facsimile signatures.

Dated: New York, New York

September 17, 2014

| | |
|---|---|
| KOHN, SWIFT, & GRAF, P.C.<br><br>By: *[signature]*<br>Robert Alan Swift, Esq.<br>1 South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Phone: (215) 238-1700<br>Fax: (215) 238-1968<br>Email: rswift@kohnswift.com<br><br>*Attorneys for Aldo Vera, Jr.* | HALL, LAMB AND HALL, P.A.<br><br>By:_____<br>Brandon R. Levitt, Esq.<br>2665 South Bayshore Drive, PH1<br>Miami, Florida 33133<br>Phone: (305) 374-5030<br>Fax: (305) 374-5033<br>Email: blevitt@hlhlawfirm.com<br><br>*Attorneys for Alfredo Villoldo and Gustavo Villoldo* |

**WHEREAS,** petitioners subsequently agreed to adjourn the return date for their Motion to September 24, 2014, and in the interest in reaching agreement on open issues have agreed to further adjourn that return date to and including October 3, 2014, and agreed to adjourn the time of respondents to object to the motion and proposed order to and including September 26, 2014.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the parties, as follows:

1. The return date of petitioners' motion shall be adjourned to and including October 3, 2014.

2. The time for respondents to file any objections to turnover and the proposed order is extended to and including September 26, 2014.

2. This stipulation may be signed in counterparts and with electronic or facsimile signatures.

Dated: New York, New York

September 17, 2014

KOHN, SWIFT, & GRAF, P.C.

By: _____
    Robert Alan Swift, Esq.
    1 South Broad Street, Suite 2100
    Philadelphia, PA 19107
    Phone: (215) 238-1700
    Fax:    (215) 238-1968
    Email: rswift@kohnswift.com

*Attorneys for Aldo Vera, Jr.*

HALL, LAMB AND HALL, P.A.

By: _____
    Brandon R. Levitt, Esq.
    2665 South Bayshore Drive, PH1
    Miami, Florida 33133
    Phone:  (305) 374-5030
    Fax:    (305) 374-5033
    Email:  blevitt@hlhlawfirm.com

*Attorneys for Alfredo Villoldo and Gustavo Villoldo*

2

| COLSON HICKS EIDSON | ZEICHNER ELLMAN & KRAUSE LLP |
|---|---|
| By: *Roberto Martinez* /s/<br>Roberto Martinez, Esq.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Email: bob@colson.com<br><br>*Attorneys for Jeannette Fuller Hausler* | By:_____<br>Barry Jay Glickman, Esq. and<br>Bruce S. Goodman, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 826-5327<br>Fax: (212) 753-0396<br>Email: bglickman@zeklaw.com<br>Email: bgoodman@zeklaw.com<br><br>*Attorneys for Standard Chartered Bank* |
| GREENBERG TRAURIG, LLP | DAVIS POLK & WARDWELL LLP |
| By:_____<br>James Wilson Perkins, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Phone: (212) 801-9200<br>Fax: (212) 801-6400<br>Email: perkinsj@gtlaw.com<br><br>*Attorneys for Jeannette Fuller Hausler* | By: /s/<br>James L. Kerr, Esq.<br>450 Lexington Avenue<br>New York, New York 10017<br>Phone: (212) 450-4552<br>Fax: (212) 701-5552<br>Email: james.kerr@davispolk.com<br><br>*Attorneys for Bank of America, N.A.,*<br>*Barclays Bank PLC, Citibank, N.A.,*<br>*JPMorgan Chase Bank, N.A., UBS AG, and*<br>*Wells Fargo Bank, N.A.* |
| ANDERSON KILL P.C. | COVINGTON & BURLING LLP |
| By:_____<br>Jeffrey E. Glen, Esq.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Phone: (212) 278-1000<br>Fax: (212) 278-1733<br>Email: jglen@andersonkill.com<br><br>*Attorneys for Aldo Vera, Jr.* | By: _____<br>Mark P. Gimbel, Esq.<br>620 Eight Avenue<br>New York, New York 10018<br>Phone (212) 841-1161<br>Email: mgimbel@cov.com<br><br>*Attorneys for Deutsche Bank Trust Company*<br>*Americas* |

3

#86382070v3

| | |
|---|---|
| COLSON HICKS EIDSON | ZEICHNER ELLMAN & KRAUSE LLP |
| By:_____<br>Roberto Martinez, Esq.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Email: bob@colson.com<br><br>*Attorneys for Jeannette Fuller Hausler* | By:_____<br>Barry Jay Glickman, Esq. and<br>Bruce S. Goodman, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 826-5327<br>Fax: (212) 753-0396<br>Email: bglickman@zeklaw.com<br>Email: bgoodman@zeklaw.com<br><br>*Attorneys for Standard Chartered Bank* |
| GREENBERG TRAURIG, LLP | DAVIS POLK & WARDWELL LLP |
| By:_____<br>James Wilson Perkins, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Phone: (212) 801-9200<br>Fax: (212) 801-6400<br>Email: perkinsj@gtlaw.com<br><br>*Attorneys for Jeannette Fuller Hausler* | By:_____<br>James L. Kerr, Esq.<br>450 Lexington Avenue<br>New York, New York 10017<br>Phone: (212) 450-4552<br>Fax: (212) 701-5552<br>Email: james.kerr@davispolk.com<br><br>*Attorneys for Bank of America, N.A.,*<br>*Barclays Bank PLC, Citibank, N.A.,*<br>*JPMorgan Chase Bank, N.A., UBS AG, and*<br>*Wells Fargo Bank, N.A.* |
| ANDERSON KILL P.C. | COVINGTON & BURLING LLP |
| By:_____<br>Jeffrey E. Glen, Esq.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Phone: (212) 278-1000<br>Fax: (212) 278-1733<br>Email: jglen@andersonkill.com<br><br>*Attorneys for Aldo Vera, Jr.* | By:_____<br>Mark P. Gimbel, Esq.<br>620 Eight Avenue<br>New York, New York 10018<br>Phone (212) 841-1161<br>Email: mgimbel@cov.com<br><br>*Attorneys for Deutsche Bank Trust Company Americas* |

3

#86382070v3

| | |
|---|---|
| COLSON HICKS EIDSON | ZEICHNER ELLMAN & KRAUSE LLP |
| By:_____<br>Roberto Martinez, Esq.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Email: bob@colson.com<br><br>*Attorneys for Jeannette Fuller Hausler* | By:_____<br>Barry Jay Glickman, Esq. and<br>Bruce S. Goodman, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 826-5327<br>Fax: (212) 753-0396<br>Email: bglickman@zeklaw.com<br>Email: bgoodman@zeklaw.com<br><br>*Attorneys for Standard Chartered Bank* |
| GREENBERG TRAURIG LLP<br>By: /s/ *[signature]*<br>James Wilson Perkins, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Phone: (212) 801-9200<br>Fax: (212) 801-6400<br>Email: perkinsj@gtlaw.com<br><br>*Attorneys for Jeannette Fuller Hausler* | DAVIS POLK & WARDWELL LLP<br>By: /s/ *[signature]*<br>James L. Kerr, Esq.<br>450 Lexington Avenue<br>New York, New York 10017<br>Phone: (212) 450-4552<br>Fax: (212) 701-5552<br>Email: james.kerr@davispolk.com<br><br>*Attorneys for Bank of America, N.A.,<br>Barclays Bank PLC, Citibank, N.A.,<br>JPMorgan Chase Bank, N.A., UBS AG, and<br>Wells Fargo Bank, N.A.* |
| ANDERSON KILL P.C. | COVINGTON & BURLING LLP |
| By:_____<br>Jeffrey E. Glen, Esq.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Phone: (212) 278-1000<br>Fax: (212) 278-1733<br>Email: jglen@andersonkill.com<br><br>*Attorneys for Aldo Vera, Jr.* | By: _____<br>Mark P. Gimbel, Esq.<br>620 Eight Avenue<br>New York, New York 10018<br>Phone (212) 841-1161<br>Email: mgimbel@cov.com<br><br>*Attorneys for Deutsche Bank Trust Company<br>Americas* |

3

#86382070v3

COLSON HICKS EIDSON

By:_____
    Roberto Martinez, Esq.
    255 Alhambra Circle, Penthouse
    Coral Gables, FL 33134
    Phone: (305) 476-7400
    Fax: (305) 476-7444
    Email: bob@colson.com

*Attorneys for Jeannette Fuller Hausler*

GREENBERG TRAURIG, LLP

By:_____
    James Wilson Perkins, Esq.
    200 Park Avenue
    New York, NY 10166
    Phone: (212) 801-9200
    Fax: (212) 801-6400
    Email: perkinsj@gtlaw.com

*Attorneys for Jeannette Fuller Hausler*

ANDERSON KILL P.C.

By: /s/ Jeffrey E. Glen
    Jeffrey E. Glen, Esq.
    1251 Avenue of the Americas
    New York, New York 10020
    Phone: (212) 278-1000
    Fax: (212) 278-1733
    Email: jglen@andersonkill.com

*Attorneys for Aldo Vera, Jr.*

ZEICHNER ELLMAN & KRAUSE LLP

By:_____
    Barry Jay Glickman, Esq. and
    Bruce S. Goodman, Esq.
    1211 Avenue of the Americas
    New York, NY 10036
    Phone: (212) 826-5327
    Fax: (212) 753-0396
    Email: bglickman@zeklaw.com
    Email: bgoodman@zeklaw.com

*Attorneys for Standard Chartered Bank*

DAVIS POLK & WARDWELL LLP

By: /s/ James L. Kerr
    James L. Kerr, Esq.
    450 Lexington Avenue
    New York, New York 10017
    Phone: (212) 450-4552
    Fax: (212) 701-5552
    Email: james.kerr@davispolk.com

*Attorneys for Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo Bank, N.A.*

COVINGTON & BURLING LLP

By:_____
    Mark P. Gimbel, Esq.
    620 Eight Avenue
    New York, New York 10018
    Phone (212) 841-1161
    Email: mgimbel@cov.com

*Attorneys for Deutsche Bank Trust Company Americas*


COLSON HICKS EIDSON

By:_____
    Roberto Martinez, Esq.
    255 Alhambra Circle, Penthouse
    Coral Gables, FL 33134
    Phone: (305) 476-7400
    Fax: (305) 476-7444
    Email: bob@colson.com

*Attorneys for Jeannette Fuller Hausler*

GREENBERG TRAURIG, LLP

By:_____
    James Wilson Perkins, Esq.
    200 Park Avenue
    New York, NY 10166
    Phone: (212) 801-9200
    Fax: (212) 801-6400
    Email: perkinsj@gtlaw.com

*Attorneys for Jeannette Fuller Hausler*

ANDERSON KILL P.C.

By:_____
Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax: (212) 278-1733
Email: jglen@andersonkill.com

*Attorneys for Aldo Vera, Jr.*

ZEICHNER ELLMAN & KRAUSE LLP

By:_____
    Barry Jay Glickman, Esq. and
    Bruce S. Goodman, Esq.
    1211 Avenue of the Americas
    New York, NY 10036
    Phone: (212) 826-5327
    Fax: (212) 753-0396
    Email: bglickman@zeklaw.com
    Email: bgoodman@zeklaw.com

*Attorneys for Standard Chartered Bank*

DAVIS POLK & WARDWELL LLP

By: /s/ James L. Kerr
    James L. Kerr, Esq.
    450 Lexington Avenue
    New York, New York 10017
    Phone: (212) 450-4552
    Fax: (212) 701-5552
    Email: james.kerr@davispolk.com

*Attorneys for Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo Bank, N.A.*

COVINGTON & BURLING LLP

By: /s/ Mark P. Gimbel
Mark P. Gimbel, Esq.
620 Eight Avenue
New York, New York 10018
Phone (212) 841-1161
Email: mgimbel@cov.com

*Attorneys for Deutsche Bank Trust Company Americas*

3

#86382070v3

| | |
|---|---|
| LEVI LUBARSKI & FEIGENBAUM LLP | PHILLIPS LYTLE LLP |

By: /s/ _____
Steven B. Feigenbaum, Esq.
1185 Avenue of the Americas
17th Floor
New York, New York 10036
Phone: (212) 308-6100
Fax: (212) 308-8830
Email: sfeigenbaum@llf-law.com

*Attorneys for The Bank of New York Mellon*

By:_____
Paul K. Stecker, Esq.
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018
Phone: (212) 759-4888
Fax: (716) 852-6100
Email: pstecker@phillipslytle.com

Sean McPhee
125 Main Street
Buffalo, New 14203
Phone: (716) 504-5749
Fax: (716) 852-6100
Email: smcphee@phillipslytle.com

*Attorneys for HSBC Bank USA, N.A.*

So-Ordered:

_____
Hon. Alvin K. Hellerstein
United States District Judge

4

| | |
|---|---|
| LEVI LUBARSKI & FEIGENBAUM LLP | PHILLIPS LYTLE LLP |
| By:_____ | By: _/s/_____ |
| Steven B. Feigenbaum, Esq. | Paul K. Stecker, Esq. |
| 1185 Avenue of the Americas | The New York Times Building |
| 17th Floor | 620 Eighth Avenue, 23rd Floor |
| New York, New York 10036 | New York, New York 10018 |
| Phone: (212) 308-6100 | Phone: (212) 759-4888 |
| Fax: (212) 308-8830 | Fax: (716) 852-6100 |
| Email: sfeigenbaum@llf-law.com | Email: pstecker@phillipslytle.com |

*Attorneys for The Bank of New York Mellon*

Sean McPhee
125 Main Street
Buffalo, New 14203
Phone: (716) 504-5749
Fax: (716) 852-6100
Email: smcphee@phillipslytle.com

*Attorneys for HSBC Bank USA, N.A.*

So-Ordered: _/s/_____

Hon. Alvin K. Hellerstein
United States District Judge   9/22/14

4