UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____
```

VERA

                            Plaintiff(s)        **CERTIFICATE OF MAILING**

Case No.: __12CV1596__ (akh)

-v-

REPUBLIC OF CUBA

                          Defendant(s)

I hereby certify under the penalties of perjury that on 23rd day of MAY, 20 14, I served:
EMPRESA DE TELECOMUNICACIONES INTERNACIONALES DE CUBA ("EMTELCUBA") AVIENDA INDEPENDCIA E/19 DE MAYO Y ARANGUREN 2 DO PISO PLAZA DE REVOLUCION 10100, HAVANA CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the SUMMONS, THIRD PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF INTERPLEADER FILED BY JPMORGAN CHASE BANK, N.A., AMENDED OMNIBUS PETITION FOR TURNOVER ORDER, TRANSLATION FOR EACH DOCUMENT, CERTIFICATION FROM TRANSLATOR
by DHL WAYBILL #56 0262 5921, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       5/23/2014

                                          RUBY J. KRAJICK
                                          CLERK OF COURT
                                          Print Name: JEANINEVIERA-SAN
                                            DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 23, 2014

Empresa de Telecomunicaciones Internacionales De Cuba ("EMTELCUBA")
Avenida Independencia e/19 de Mayo y Aranguren
2 do Piso
Plaza de la Revolucion
10100, Havana, Cuba

Re:   Vera v. Republic of Cuba
      12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Summons
Third Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.
Amended Omnibus Petition for Turnover Order
Translation for each Document
Certification from Translator

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.



