Hollerstein, /O



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>          Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA<br><br>          Defendant. | CASE NO.: 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,; and<br><br>JEANETTE FULLER HAUSLER, as Successor Personal Representative of ROBERT OTIS FULLER, Deceased, on behalf of the Estate of LYNITA FULLER CASKEY, the surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, IRENE MOSS, and JEANETTE FULLER HAUSLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO AGRILAGOS,<br><br>          Petitioners,<br><br>v.<br><br>STANDARD CHARTERED BANK, and MERCANTIL COMMERCEBANK, N.A.<br><br>          Respondents/Garnishees. | **STIPULATION AND ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/23/14 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for their respective clients, that Standard Chartered Bank's ("SCB") time to serve supplemental answers, if any, to the information subpoena served on SCB be, and hereby is, extended to and including October 24, 2014;

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation and Order is agreed to and made without prejudice to the rights, positions, claims and defenses of the parties to this Stipulation and Order; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and filed without further notice with the Court and that facsimile or other electronic copies shall be deemed originals.

Dated: New York, New York
September 17, 2014

KOHN, SWIFT & GRAF, P.C.

By: _____
Robert A. Swift
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
(215) 238-1968

*Attorneys for Petitioner*
*Aldo Vera, Jr.*

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esq.
Bruce S. Goodman, Esq.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

*Attorneys for Respondent*
*Standard Chartered Bank*

SO ORDERED

_____
ALVIN K HELLERSTEIN, U.S.D.J.

9/23/14