UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,

vs.

THE REPUBLIC OF CUBA,

        Defendant.

12 Civ. 1596 (AKH)

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

        Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.:

        Respondents/Garnishees.

**NOTICE OF MOTION FOR RECONSIDERATION OR REARGUMENT**

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion for Reconsideration or Reargument, Respondent Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") will move this Court, pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, on a date and at a time to be fixed by the Court, for an order reconsidering or rearguing plaintiff Aldo Vera Jr.'s motion, pursuant to CPLR Rule 5224(a), made applicable by FRCP 69(a), to compel disclosure pursuant to an Information Subpoena (the "Subpoena") and BBVA's cross-motion, pursuant to CPLR §§ 5240, 3104 and 2304, to quash the Subpoena and for a protective order, and upon reconsideration or reargument, denying Vera's motion and granting BBVA's cross-motion and granting such further relief as the Court may deem just and proper. In the alternative, BBVA will move, pursuant to 28 U.S.C. § 1292(b), for an order certifying the Court's order of September 10, 2014 for immediate appeal.

NEWYORK 9339411 v1 (2K)

PLEASE TAKE FURTHER NOTICE that papers in opposition to this motion must be served by October 8, 2014, and reply papers in support of this motion must be served by October 15, 2014.

Dated: New York, New York
September 24, 2014

WHITE & CASE LLP

By: /s/ Kenneth A. Caruso
Kenneth A. Caruso

1155 Avenue of the Americas
New York, New York 10036
Tel:   (212) 819-8200

*Counsel for Banco Bilbao Vizcaya Argenaria, S.A.*

To:   All Counsel (via ECF)