UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as personal representative of the Estate of Aldo Vera, Sr.,

    *Plaintiff*,

v.

THE REPUBLIC OF CUBA,

    *Defendant*.

No. 12 Civ. 1596 (AKH)

---

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Non-Party Standard Chartered Bank. Through this appearance, Non-Party Standard Chartered Bank does not waive and expressly reserves all rights, claims and defenses, including without limitation all defenses relating to jurisdiction, venue, or ineffective service of process.

I certify that I am admitted to practice in this Court.

Dated:    New York, New York
           September 24, 2014

/s/ Bruce E. Clark
Bruce E. Clark
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000 (telephone)
(212) 558-3588 (facsimile)
clarkb@sullcrom.com

*Attorney for Non-Party
Standard Chartered Bank*