UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
ALDO VERA, JR., as personal representative of the Estate of Aldo Vera, Sr.,

         *Plaintiff*,

    v.

THE REPUBLIC OF CUBA,

         *Defendant*.

----------------------------------x

No. 12 Civ. 1596 (AKH)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Non-Party Standard Chartered Bank. Through this appearance, Non-Party Standard Chartered Bank does not waive and expressly reserves all rights, claims and defenses, including without limitation all defenses relating to jurisdiction, venue, or ineffective service of process.

I certify that I am admitted to practice in this Court.

Dated:    New York, New York
            September 24, 2014

                                     /s/ Sharon L. Nelles
                                     Sharon L. Nelles
                                     SULLIVAN & CROMWELL LLP
                                     125 Broad Street
                                     New York, New York 10004
                                     (212) 558-4000 (telephone)
                                     (212) 558-3588 (facsimile)
                                     nelless@sullcrom.com

                                     *Attorney for Non-Party*
                                     *Standard Chartered Bank*