**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
ALDO VERA, JR., as personal representative of                 :
the Estate of Aldo Vera, Sr.,                                 :
                                                              :
                                    *Plaintiff*,              :    No. 12 Civ. 1596 (AKH)
                                                              :
                  v.                                          :
                                                              :
THE REPUBLIC OF CUBA,                                         :
                                                              :
                                    *Defendant*.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**NOTICE OF APPEARANCE**</u>

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Non-Party Standard

Chartered Bank.  Through this appearance, Non-Party Standard Chartered Bank does not waive

and expressly reserves all rights, claims and defenses, including without limitation all defenses

relating to jurisdiction, venue, or ineffective service of process.

I certify that I am admitted to practice in this Court.

Dated:       New York, New York
             September 24, 2014

                                        /s/ Bradley P. Smith
                                        Bradley P. Smith
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York  10004
                                        (212) 558-4000 (telephone)
                                        (212) 558-3588 (facsimile)
                                        smithbr@sullcrom.com

                                        *Attorney for Non-Party*
                                        *Standard Chartered Bank*