UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALDO VERA, JR., as personal representative of
the Estate of Aldo Vera, Sr.,

                 *Plaintiff*,

    v.

THE REPUBLIC OF CUBA,

                 *Defendant*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 12 Civ. 1596 (AKH)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Standard Chartered Bank's Motion for Reconsideration of the Court's September 10, 2014 Discovery Order, and the record already before the Court, Non-Party Standard Chartered Bank, by and through its undersigned counsel, will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for (i) an Order pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting Standard Chartered Bank's Motion for Reconsideration of the Court's September 10, 2014 Discovery Order regarding plaintiff's motion to compel responses to an October 25, 2012 information subpoena, and (ii) in the alternative, an Order pursuant to 28 U.S.C. § 1292(b), certifying the September 10, 2014

- 2 -

Discovery Order for interlocutory appeal to the United States Court of Appeals for the Second Circuit.

| | |
|---|---|
| Dated: New York, New York<br>September 24, 2014 | Respectfully submitted,<br><br>        /s/ Bruce E. Clark         |
| Barry J. Glickman<br>Bruce S. Goodman<br>ZEICHNER ELLMAN & KRAUSE LLP<br>1211 Avenue of the Americas<br>New York, New York  10036<br>(212) 223-0400 (telephone)<br>(212) 753-0396 (facsimile)<br>bglickman@zeklaw.com<br>bgoodman@zeklaw.com | Bruce E. Clark<br>Sharon L. Nelles<br>Bradley P. Smith<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>(212) 558-4000 (telephone)<br>(212) 558-3588 (facsimile)<br>clarkb@sullcrom.com<br>nelless@sullcrom.com<br>smithbr@sullcrom.com<br><br>*Attorneys for Non-Party*<br>*Standard Chartered Bank* |