UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | : : : | |
| Plaintiff, | : : | |
| vs. | : : | |
| THE REPUBLIC OF CUBA, | : : | 12 Civ. 1596 (AKH) |
| Defendant. | : : | |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., et al., | : : : | **NOTICE OF APPEAL** |
| Petitioners, | : : | |
| v. | : : | |
| BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al., | : : | |
| Respondents/Garnishees. | : : | |

NOTICE IS HEREBY GIVEN THAT Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") hereby appeals to the United States Court of Appeals for the Second Circuit from all aspects of the Order Granting Plaintiff's Motion to Compel Full and Complete Answers to Information Subpoenas and Denying BBVA's Motions to Quash the Subpoenas, dated and entered in this proceeding on September 10, 2014 (Docket No. 677).

Dated:  New York, New York
        October 2, 2014

WHITE & CASE LLP

By:   /s/ Kenneth A. Caruso
      Kenneth A. Caruso

1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Counsel for Banco Bilbao Vizcaya Argentaria, S.A*

To: Robert A. Swift
1 South Broad Street,
Suite 2100
Philadelphia, PA 19107
(215) 238-1700

*Counsel for Aldo Vera, Jr.*