UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); BANK OF AMERICA N.A.; BANK OF NEW YORK MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK TRUST COMPANY AMERICAS; HSBC BANK (HSBC BANK USA, N.A.); INTESA SANPAOLO S.P.A.; JP MORGAN CHASE BANK, N.A.; RBS CITIZENS, N.A.; ROYAL BANK OF CANADA; SOCIETE GENERALE; UBS AG; WELLS FARGO BANK, NA; BROWN BROTHERS HARRIMAN & CO.; MERCANTIL COMMERCEBANK, N.A.; STANDARD CHARTERED BANK; AND BANCO SANTANDER, S.A.,<br><br>Respondents/Garnishees. | **PETITIONERS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPLETE TURNOVER OF PHASE I ACCOUNTS NOT IN DISPUTE** |

In their opposition memoranda the Respondent banks do not claim entitlement to the Phase 1 blocked and uncontested accounts (identified in Exhibits 1 thru 10, filed under seal, of the Swift Declaration) but question (a) the inclusion of certain accounts in Phase 1, (b) whether certain accounts were contested, and (c) the content of the proposed form of Turnover Order. After discussion with the banks, Petitioners have filed with the Court Amended Exhibits 1, 3, 4, 5, 6, 7 and 10 which delete certain accounts and add others. Petitioners have exchanged with the Respondent banks a revised form of proposed turnover order and expect to have a conference call with bank counsel next week to resolve any differences. By October 10, Petitioners expect to submit a revised proposed turnover order to the Court. Also by October 10, Petitioners will submit a supplemental memorandum addressing Cuban government attribution of the newly added blocked accounts listed in the aforementioned Amended Exhibits.


| HALL, LAMB & HALL, P.A. | KOHN, SWIFT & GRAF, P.C. |
|---|---|
| By:  /s/ Andrew C. Hall<br>    Andrew C. Hall, Esq.*<br>    Brandon R. Levitt, Esq.<br>    Grand Bay Plaza, Penthouse One<br>    2665 South Bayshore Drive<br>    Miami, Florida, 33133<br>    Phone: (305) 374-5030<br>    Fax:    (305) 374-5033<br>    * admitted *pro hac vice* | /s/ Robert A. Swift<br>Robert A. Swift<br>Admitted *Pro Hac Vice*<br>One South Broad Street, Suite 2100<br>Philadelphia, Pennsylvania 19107<br>Phone: 215-238-1700<br>Fax:    215-238-1968 |

    and

| | |
|---|---|
| Edward H. Rosenthal, Esq.<br>Beth I. Goldman, Esq.<br>FRANKFURT KURNIT KLEIN &<br>SELZ, P.C.<br>488 Madison Ave, 10th Floor<br>New York, New York 10022<br>Phone: (212) 980-0120<br>Fax:     (212) 593-9175<br><br>*Attorneys for Alfredo Villoldo, individually, and Gustavo E. Villoldo, individually, and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo Agrilagos* | Jeffrey E. Glen<br>ANDERSON KILL & OLICK, P.C.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Phone: 212-278-1000<br>Fax:    212-278-1733<br><br>*Attorneys for Petitioner Aldo Vera, Jr.*<br><br><br>COLSON, HICKS, EIDSON<br><br>/s/ Roberto Martinez<br>Roberto Martinez, Esq.<br>Admitted *Pro Hac Vice*<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida, 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br><br>*Attorneys for Petitioners Jeanette Fuller Hausler, and William Fuller as court-appointed co-representatives of the Estate of Robert Otis Fuller, deceased, on behalf of all beneficiaries of the Estate and the Estate Of Robert Otis Fuller* |