UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,

vs.

THE REPUBLIC OF CUBA,

        Defendant.

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

        Petitioner,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.,

        Respondents.

12 Civ. 1596 (AKH)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for their respective clients, as follows:

1. The time for Plaintiff to file papers in opposition to the motions for reconsideration or reargument or for certification for immediate appeal, made by Banco Bilbao Vizcaya Argentaria ("BBVA") and Standard Chartered Bank ("Standard Chartered") (the "Motions"), is hereby extended through and including October 14, 2014.

2. The time for BBVA and Standard Chartered to file reply papers in support of the Motions is hereby extended through and including October 22, 2014.

3. The time for BBVA and Standard Chartered to comply with the Court's Order dated September 10, 2014 (Doc. No. 677) is hereby extended to the date 17 days after the Court decides the Motions, if the Motions are denied.

4. This Stipulation and Order is agreed and made without prejudice to the rights, positions, claims and defenses of the parties to this Stipulation and Order.

Dated: New York, New York
October 7, 2014

WHITE & CASE LLP

By: /s/ Kenneth A. Caruso (HWW)
Kenneth A. Caruso
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200

*Attorneys for Respondent BBVA*

KOHN, SWIFT & GRAF, P.C.

By: /s/ Robert A. Swift
Robert A. Swift
1 South Broad Street,
Suite 2100
Philadelphia, PA 19107
Tel: (215) 238-1700

*Attorneys for Petitioner Aldo Vera, Jr.*

SULLIVAN & CROMWELL LLP

By: /s/ Bradley P. Smith
Bradley P. Smith
125 Broad Street
New York, New York 10004
Tel: (212) 558-1660

*Attorneys for Standard Chartered Bank*

SO ORDERED: 10/15/14

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
United States District Judge

NEWYORK 9350322