UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., | : : : | |
| Plaintiff, | : | |
| vs. | : : | |
| THE REPUBLIC OF CUBA, | : : | 12 Civ. 1596 (AKH) |
| Defendant. | : | |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., et al., | : : : | **REPLY DECLARATION OF KENNETH A. CARUSO IN OPPOSITION TO** |
| Petitioners, | : | **MOTION TO COMPLETE** |
| v. | : : | **TURNOVER AND IN SUPPORT OF** |
| BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al. | : : | **CROSS-MOTION FOR A PROTECTIVE ORDER** |
| Respondents/Garnishees. | : | |

Kenneth A. Caruso, hereby declares:

1. I am a member of the Bar of this Court and a partner in the firm of White & Case LLP, counsel to Banco Bilbao Vizcaya Argentaria (S.A.) ("BBVA").

2. Attached as Exhibit C is my blackline mark-up of Mr. Swift's "[Proposed] Order and Judgment for Turnover of Specified Uncontested Phase I Account at BBVA." Dkt. No. 720-1. I have made proposed deletions based on BBVA's legal positions, as set forth in our memoranda of law. We respectfully take the position that if there is any inconsistency between Exhibit C and our memoranda of law, then our memoranda of law prevails.

3. Attached as Exhibit D is a "clean" version of Exhibit D.

NEWYORK 9361962 v1 (2K)

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: New York, New York
October 24, 2014

_____
Kenneth A. Caruso

NEWYORK 9361962 v1 (2K)