ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/14

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy          Date: 11/3/14
        by Order of Judge Alvin K. Hellerstein

Re: Aldo Vera v. Vera Republic of Cuba - 12 Civ. 1596 (AKH)

You are hereby notified that you are required to appear for a status conf.
        Date:   11/5/14
        Time:   11:00a.m.
        Place:  U.S. Courthouse - Southern District of New York
                500 Pearl Street
                Courtroom 14D
                New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
11-3-14