## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br>Defendant. | Case No. 12-CV-01596 (AKH)<br><br><br>**ECF CASE** |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br>Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br>Respondents/Garnishees. | |

PLEASE TAKE NOTICE that Gregory S. Nieberg, an attorney duly admitted to practice before this Court, hereby appears as co-counsel on behalf of Respondent-Garnishee Deutsche Bank Trust Company Americas ("DBTCA") in the above-captioned action and

respectfully requests that all pleadings, notices, orders, correspondence and other papers in

connection with this action be served upon him at the following address:

>Gregory S. Nieberg
>COVINGTON & BURLING LLP
>The New York Times Building
>620 Eighth Avenue
>New York, NY 10018-1405
>Tel.: (212) 841-1170
>Fax: (646) 441-9170
>email: gnieberg@cov.com

New York, New York
November 3, 2014

COVINGTON & BURLING LLP

By:  s/ Gregory S. Nieberg
       Gregory S. Nieberg

The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: (212) 841-1000
Fax: (212) 841-1010
email: gnieberg@cov.com

*Attorneys for Respondent-Garnishee DBTCA*