UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>               Plaintiffs,<br><br>     v.<br><br>THE REPUBLIC OF CUBA,<br><br>              Defendant, | **Case No. 1:12-cv-01596 (AKH)** |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>              Petitioners,<br><br>     v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.) *et al.*,<br><br>             Respondents/Garnishees. | **NOTICE OF CHANGE OF ADDRESS** |

Please take notice that effective February 23, 2015 Mayer Brown LLP's new office location is:

1221 Avenue of the Americas
New York, New York  10020-1001

Please update your records accordingly and serve all future pleadings, notices and other papers upon us at our new address.

/s/ Christopher J. Houpt
Steven Wolowitz
Christopher J. Houpt

MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500

*Attorneys for Respondent/Garnishee Société Générale*