UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>Garnishees-Respondents. | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY PETITION ALLEGING CLAIMS IN THE NATURE OF INTERPLEADER FILED BY JPMORGAN CHASE BANK, N.A., AS WELL AS UNDERLYING RELATED CLAIMS ALLEGED IN PETITIONERS' AMENDED OMNIBUS PETITION FOR TURNOVER** |

*caption continued on following page*

Page 1

JPMORGAN CHASE BANK, N.A.,

                Garnishee-Respondent and
                Third-Party Petitioner,

v.

AT&T INC. and CUBAN-AMERICAN
TELEPHONE & TELEGRAPH COMPANY;

EMPRESA DE TELECOMUNICACIONES
INTERNACIONALES DE CUBA
("EMTELCUBA"); EMPRESA DE
RADIOCOMUNICACIÓN Y DIFUSIÓN DE
CUBA ("RADIOCUBA"); EMPRESA DE
TELECOMUNICACIONES DE CUBA SA
("ETECSA"); and the REPUBLIC OF CUBA;

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.;

JEANNETTE FULLER HAUSLER, and
WILLIAM FULLER as court-appointed co-
representatives of the ESTATE OF ROBERT OTIS
FULLER, deceased, on behalf of all beneficiaries of
the Estate and the ESTATE OF ROBERT OTIS
FULLER; and

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually and as
Administrator, Executor, and Personal
Representative of the ESTATE OF GUSTAVO
VILLOLDO ARGILAGOS,

                Adverse Claimants-
                Respondents.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

that the *Third-Party Petition Alleging Claims in the Nature of Interpleader Filed by JPMorgan

Chase Bank, N.A.* [Dkt. #559], as well as certain Petitioners' claim for turnover of funds held in

Page 2

Account No. Gxxx82 (the "*CATT Account*") and Account No. Gxxx75 (the "*AT&T Long Lines Account*") with JPMorgan Chase Bank, N.A., as set forth in Schedule C to Exhibit 10 of Petitioners' *Amended Omnibus Petition for Turnover* [DKT. #423], as filed on February 12, 2014, are voluntarily dismissed under FED. R. CIV. P. 41 without prejudice and without costs to any party. Petitioners Jeannette Fuller Hausler and William Fuller, as court-appointed co-representatives of the Estate of Robert Otis Fuller, deceased, on behalf of all beneficiaries of the Estate of Robert Otis Fuller, were not among the Petitioners asserting a claim to the monies in the CATT Account and the AT&T Long Lines Account.

AT&T and the Cuban-American Telephone and Telegraph Company continue to assert their claims to the monies in the CATT Account and the AT&T Long Lines Account. Nothing in this pleading is intended or should be construed as prejudicing, disturbing, or otherwise affecting those claims.

Date: New York, New York
February 20, 2015

Page 3

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr

450 Lexington Avenue
New York, New York 10017
*Attorneys for JPMorgan Chase Bank, N.A.*

AT&T SERVICES, INC.

By: _____
Paul F. Theiss*

208 S. Akard Street, Suite 517
Dallas, TX 75202
Phone: (214)-757-3169
Fax: (214) 446-2699
*admitted pro hac vice*

*Attorney for AT&T Corp. and Cuban-American Telephone & Telegraph Company*

GREENBERG TRAURIG, LLP

By: _____
James W. Perkins

200 Park Avenue, 38th Floor
New York, New York 10166
Phone: (212) 801-3188
Fax: (212) 801-6400

*Attorneys for Jeannette Fuller Hausler and William Fuller, as court-appointed co-representatives of the Estate of Robert Otis Fuller, deceased, on behalf of all beneficiaries of the Estate of Robert Otis Fuller*

HALL, LAMB & HALL, P.A.

By: _____
Andrew C. Hall, Esq.*
Brandon R. Levitt, Esq.

Grand Bay Plaza, Penthouse One
2665 South Bayshore Drive
Miami, Florida 33133
Phone: (305) 374-5030
Fax: (305) 374-5033
*admitted pro hac vice*

*Attorneys for Alfredo Villoldo, individually, and Gustavo E. Villoldo, individually, and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo Argilagos*

KOHN, SWIFT & GRAF, P.C.

By: _____
Robert A. Swift*

One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Miami, Florida 33133
Phone: (215) 238-1700
Fax: (215) 238-1968
*admitted pro hac vice*

Jeffrey E. Glen.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1000
Fax: (212) 278-1733

*Attorneys for Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr.*

So-Ordered:

_____
Hon. Alvin K. Hellerstein
United States District Judge