UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,

v.

THE REPUBLIC OF CUBA,

        Defendant.

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.; *et al.,*

        Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.),
*et al.,*

        Respondents/Garnishees.

---

Case No. 12-cv-01596 (AKH)

**NOTICE OF MOTION FOR RECONSIDERATION OF TURNOVER ORDER AND STAY**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law dated March 31, 2015, and all of the papers and proceedings previously had herein, Respondents/Garnishees, HSBC Bank USA, N.A., Deutsche Bank Trust Company Americas, Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, Wells Fargo Bank, N.A., Standard Chartered Bank, The Bank of New York Mellon, and Banco Bilbao Vizcaya Argentaria, S.A. will move this Court, Hon. Alvin K. Hellerstein, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on April 14,

2015 (on submission as provided in Local Civil Rule 6.3 and Rule 2.D. of the Court's Individual Rules) for an Order (1) pursuant to Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3 granting reconsideration of this Court's March 17, 2015 Order and Judgment for Turnover of Specified Uncontested Phase I Accounts (Docket No. 718-1) ("Order") upon the grounds that the Court overlooked (a) an intervening change in controlling law set forth in the Second Circuit Court of Appeals' decisions in *Calderon-Cardona v. Bank of New York Mellon*, 770 F.3d 993 (2d Cir. 2014) ("*Calderon-Cardona*") and *Hausler v. JP Morgan Chase Bank, N.A.*, 770 F.3d 207 (2d Cir. 2014) ("*Hausler*"); and (b) Petitioners' failure to meet their burden of proof on the motion underlying the Order; (2) granting a stay of proceedings pending the final disposition of the petitions for writ of *certiorari* to be filed with the U.S. Supreme Court by the petitioners in *Calderon-Cardona* and *Hausler* or, at a minimum, staying the Order pending the Court's determination of this motion; and (3) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.3, answering memoranda, if any, must be served in accordance with Local Civil Rule 6.1(b).

DATED: March 31, 2015

PHILLIPS LYTLE LLP

By: /s/ Sean C. McPhee
Sean C. McPhee
Attorneys for Respondent/Garnishee
*HSBC Bank USA, N.A.*
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018-1405
Telephone No. (212) 759-4888
smcphee@phillipslytle.com

| DAVIS POLK & WARDWELL LLP | COVINGTON & BURLING LLP |
|---|---|
| By: /s/ James L. Kerr<br>Karen E. Wagner<br>Michael S. Flynn<br>James L. Kerr<br>Craig T. Cagney<br>Attorneys for Respondents/Garnishees<br>*Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, Wells Fargo Bank, N.A.*<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone No. (212) 450-4000<br>karen.wagner@davispolk.com<br>michael.flynn@davispolk.com<br>james.kerr@davispolk.com<br>craig.cagney@davispolk.com | By: /s/ Mark P. Gimbel<br>Mark P. Gimbel<br>Attorneys for Respondent/Garnishee<br>*Deutsche Bank Trust Company Americas*<br>620 Eight Avenue<br>New York, New York 10018<br>Telephone No. (212) 841-1161<br>mgimbel@cov.com |
| ZEICHNER ELLMAN & KRAUSE LLP | LEVI LUBARSKY & FEIGENBAUM LLP |
| By: /s/ Barry J. Glickman<br>Barry J. Glickman<br>Attorneys for Respondent/Garnishee<br>*Standard Chartered Bank*<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone No. (212) 223-0400<br>bglickman@zeklaw.com | By: /s/ Steven B. Feigenbaum<br>Steven B. Feigenbaum<br>Attorneys for Respondent/Garnishee<br>*The Bank of New York Mellon*<br>1185 Avenue of the Americas, 17th Floor<br>New York, New York 10036<br>Telephone No. (212) 308-6100<br>sfeigenbaum@llf-law.com |
| WHITE & CASE LLP | |
| By: /s/ Kenneth A. Caruso<br>Kenneth A. Caruso<br>Attorneys for Respondent/Garnishee<br>*Banco Bilbao Vizcaya Argentaria, S.A.*<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 819-8200<br>Kenneth.caruso@whitecase.com | |

Doc #01-2850356.1