UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

          Plaintiff,

v.

THE REPUBLIC OF CUBA,

          Defendant.

CASE NO. 12-CV-1596 AKH

**AFFIDAVIT OF SERVICE**

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., *et al.*,

          Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTARIA
(S.A.), *et al.*,

          Respondents/Garnishees.

STATE OF NEW YORK   )
                             ) SS.:
COUNTY OF NEW YORK )

      RAFAEL F. VALDEZ, being duly sworn deposes and says:

      1. I am employed by the law firm of Phillips Lytle LLP, The New York Times Building, 620 Eighth Avenue, 23rd Floor, New York, New York 10018, attorneys for Respondent/Garnishee HSBC Bank USA, N.A. I am over the age of eighteen years and I am not a party to this action.

2. On March 31, 2015, at approximately 4:57 pm, I personally served a copy of The Notice of Motion For Reconsideration Of Turnover Order and Stay (Document # 740) and The Memorandum Of Law In Support Of Certain Respondents/Garnishees' Motion For Reconsideration Of Turnover Order And Stay (Document # 741) upon:

>Jeffrey E. Glenn
>Anderson Kill & Olick, P.C.
>1251 Avenue of the Americas
>New York, New York 10020
>Attorneys for Aldo Vera, Jr.

3. The above referenced documents were delivered to Mr. Donald K. Flynn, the Managing Clerk. Mr. Flynn advised me that he is authorized to accept documents on behalf of Anderson Kill & Olick. Mr. Flynn is described as a Caucasian male, weighing approximately 170 pounds., approximately 5' 10" tall, with short white hair.

_____
RAFAEL F. VALDEZ

Sworn to before me this
1st day of April, 2015

_____
Notary Public

STACY E. O'BRIEN
Notary Public, State of New York
No. 31-4944765
Qualified in New York County
Certificate Filed in New York County
Commission Expires 11-28-2018