UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

        Plaintiff,

v.

THE REPUBLIC OF CUBA,

        Defendant.

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., *et al.*,

        Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), *et al.*,

        Respondents/Garnishees.

CASE NO. 12-CV-1596 AKH

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               ) SS.:
COUNTY OF NEW YORK  )

RAFAEL F. VALDEZ, being duly sworn deposes and says:

1. I am employed by the law firm of Phillips Lytle LLP, The New York Times Building, 620 Eighth Avenue, 23rd Floor, New York, New York 10018, attorneys for Respondent/Garnishee HSBC Bank USA, N.A. I am over the age of eighteen years and I am not a party to this action.

2. On March 31, 2015, at approximately 5:17 pm, I personally served a copy of The Notice of Motion For Reconsideration Of Turnover Order and Stay (Document # 740) and The Memorandum Of Law In Support Of Certain Respondents/Garnishees' Motion For Reconsideration Of Turnover Order And Stay (Document # 741) upon:

> Beth Ilana Goldman
> Frankfurt Kurnit Klein & Selz PC
> 488 Madison Avenue
> New York, New York 10022
> Attorneys for Alfredo Villoldo

3. The above referenced documents were delivered to Mr. Donald Thoresen, the Managing Clerk. Mr. Thoresen advised me that he is authorized to accept documents on behalf of Frankfurt Kurnit Klein & Selz. Mr. Thoresen is described as a Caucasian male, weighing approximately 170 pounds., approximately 5' 10" tall, with short brown hair.

_____
RAFAEL F. VALDEZ

Sworn to before me this
1st day of April, 2015

_____
Notary Public

STACY E. O'BRIEN
Notary Public, State of New York
No. 31-4944765
Qualified in New York County
Certificate Filed in New York County
Commission Expires 11-28-2018