UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>THE REPUBLIC OF CUBA,<br><br>　　　　　Defendant. | CASE NO. 12-CV-1596 AKH<br><br>**AFFIDAVIT OF SERVICE** |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., *et al.*,<br><br>　　　　　Petitioners,<br>　v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), *et al.*,<br><br>　　　　　Respondents/Garnishees. | |

STATE OF NEW YORK　　)
　　　　　　　　　　　) SS.:
COUNTY OF NEW YORK　)

RAFAEL F. VALDEZ, being duly sworn deposes and says:

1. I am employed by the law firm of Phillips Lytle LLP, The New York Times Building, 620 Eighth Avenue, 23rd Floor, New York, New York 10018, attorneys for Respondent/Garnishee HSBC Bank USA, N.A. I am over the age of eighteen years and I am not a party to this action.

2. On March 31, 2015, at approximately 5:40 pm, I personally served a copy of The Notice of Motion For Reconsideration Of Turnover Order and Stay (Document # 740) and The Memorandum Of Law In Support Of Certain Respondents/Garnishees' Motion For Reconsideration Of Turnover Order And Stay (Document # 741) upon:

> James Wilson Perkins
> Greenberg Traurig, LLP
> 200 Park Avenue
> New York, New York 10166
> Attorneys for Jeanette Fuller Hausler

3. The above referenced documents were delivered to Ms. Christy Schaeffer, the Managing Clerk. Ms. Schaeffer advised me that she is authorized to accept documents on behalf of Greenberg Traurig. Ms. Schaeffer is described as a Caucasian female, weighing approximately 140 pounds., approximately 5' 7" tall, with shoulder length dark brown hair.

_____
RAFAEL F. VALDEZ

Sworn to before me this
1st day of April, 2015.

_____
Notary Public

STACY E. O'BRIEN
Notary Public, State of New York
No. 31-4944765
Qualified in New York County
Certificate Filed in New York County
Commission Expires 11-28-2018