UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ALDO VERA, JR., as Personal Representative of                 :
the Estate of Aldo Vera, Sr.,                                 :
                                                              :     **SCHEDULING ORDER**
                              Plaintiff,                      :
         -against-                                            :     12 Civ. 1596 (AKH)
                                                              :
THE REPUBLIC OF CUBA,                                         :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X
                                                              :
ALDO VERA, JR., as Personal Representative of                 :
the Estate of Aldo Vera, Sr., and                             :
                                                              :
JEANNETTE FULLER HAUSLER, and                                 :
WILLIAM FULLER, as court-appointed co-                        :
representatives of the ESTATE OF ROBERT OTIS                  :
FULLER, deceased, on behalf of all beneficiaries of           :
the Estate and the ESTATE OF ROBERT OTIS                      :
FULLER; and                                                   :
                                                              :
ALFREDO VILLOLDO, individually, and                           :
GUSTAVO E. VILLOLDO, individually and as                      :
Administrator Executor, and Personal                          :
Representative of the ESTATE OF GUSTAVO                       :
VILLOLDO ARGILAGOS,                                           :
                                                              :
                                                              :
                              Petitioners,                    :
         -against-                                            :
                                                              :
BANCO BILBAO VIZCAYA ARGENTARIA                               :
(S.A.); BANK OF AMERICA N.A.; BANK OF                         :
NEW YORK MELLON; BARCLAY'S BANK                               :
PLCS; CITIBANK N.A.; CREDIT SUISSE AG,                        :
NEW YORK BRANCH; DEUTSCHE BANK                                :
TRUST COMPANY AMERICAS; HSBC BANK                             :
(HSBC BANK USA, N.A.); INTESA SANPAOLA                        :
S.P.A.; JP MORGAN CHASE BANK N.A.; RBS                        :
CITIZENS, N.A.; ROYAL BANK OF CANADA;                         :
SOCIETE GENERALE; UBS AG; WELLS                               :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/15

FARGO BANK, NA; BROWN BROTHERS      :
HARRIMAN & CO.; MERCANTIL COMMERCE  :
BANK, N.A.; STANDARD CHARTERED BANK; :
AND BANCO SANTADER, S.A.,           :
                                    :
                    Respondents.    :
_____ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On March 31, 2015, Respondents/Garnishees, HSBC Bank USA, N.A., Deutsche Bank Trust Company Americas, Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, Wells Fargo Bank, N.A., Standard Chartered Bank, The Bank of New York Mellon, and Banco Bilbao Vizcaya Argentaria, S.A., moved for reconsideration of my Order dated March 17, 2015, to complete turnover of uncontested Phase I accounts (Dkt. No. 739). (Dkt. No. 740.)

Any opposing affidavits and answering memoranda to this motion shall be filed by Tuesday, April 7, 2015, at noon. Any reply affidavits and memoranda of law shall be filed by Thursday, April 9, 2015, at noon.

A stay need not be considered at this time, since the effective date of turnover pursuant to my prior Order is April 14, 2015.

SO ORDERED.

Dated:  April 1, 2015
        New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

2