Hellerstein, A.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,

vs.

THE REPUBLIC OF CUBA,

        Defendant.

12 Civ. 1596 (AKH)

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

        Petitioner,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.,

        Respondents.

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for their respective clients, as follows:

1. The time for BBVA to furnish to Plaintiff's counsel full and complete answers to the information subpoena served on BBVA is extended from April 16, 2015 to and including May 1, 2015.

2. This Stipulation and Order is agreed and made without prejudice to the rights, positions, claims and defenses of the parties to this Stipulation and Order.

Dated: New York, New York
March 24, 2015

WHITE & CASE LLP

By: /s/ Kenneth A. Caruso (HWW)
Kenneth A. Caruso
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200

*Attorneys for Respondent BBVA*

KOHN, SWIFT & GRAF, P.C.

By: /s/ Robert A. Swift
Robert A. Swift
1 South Broad Street,
Suite 2100
Philadelphia, PA 19107
Tel: (215) 238-1700

*Attorneys for Petitioner Aldo Vera, Jr.*

SO ORDERED:

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
United States District Judge

4-1-15