WHITE & CASE

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax  + 1 212 354 8113
whitecase.com

Direct Dial + 1 212 819 8853     kenneth.caruso@whitecase.com

April 3, 2015

VIA ECF

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Vera v. Republic of Cuba**
**No. 12 Civ. 1596 (AKH)**

Dear Judge Hellerstein,

I represent Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA"). BBVA is filing a motion for a stay of discovery pending appeal from this Court's Opinion and Order, dated March 17, 2015, denying BBVA's motion for reconsideration and ordering BBVA to provide Aldo Vera with discovery, Docket No. 739, and from this Court's prior order for discovery, dated September 10, 2014. Docket No. 677. The deadline for BBVA to comply with Vera's subpoena is May 1, 2015. On our motion for a stay of discovery pending appeal, we have fixed the schedule per Local Rule 6.1. However, I wish to inform the Court that I intend to speak to Vera's counsel, Mr. Swift, regarding the schedule, and I reserve the right to ask the Court to shorten the schedule.

Respectfully,

**Kenneth A. Caruso**
Partner

ALMATY  ANKARA  ASTANA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA  HAMBURG
HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  UAE  WARSAW  WASHINGTON, DC

AMERICAS 90513224