UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br> vs. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : 12 Civ. 1596 (AKH) <br> : <br> : |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., et al., <br><br> Petitioners, <br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al., <br><br> Respondents/Garnishees. | : **NOTICE OF APPEAL** <br> : <br> : <br> : <br> : <br> : <br> : |

NOTICE IS HEREBY GIVEN THAT Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") hereby appeals to the United States Court of Appeals for the Second Circuit from all aspects of the Opinion and Order Denying Motion to Reconsider and Granting Turnover Motions, dated and entered in this proceeding on March 17, 2015 (Docket No. 739) and from the Order for Turnover of Specified Phase I Account at BBVA, dated and entered in this proceeding on March 17, 2015 (Docket No. 739-2).

Dated: New York, New York
       April 10, 2015

WHITE & CASE LLP

By: /s/ Kenneth A. Caruso
    Kenneth A. Caruso

1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Counsel for Banco Bilbao Vizcaya Argentaria, S.A*

To:   Robert A. Swift
      1 South Broad Street,
      Suite 2100
      Philadelphia, PA 19107
      (215) 238-1700

      *Counsel for Aldo Vera, Jr.*