

*VIA ECF and Fax (212) 805-7942*

April 13, 2015

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
Room 1050
500 Pearl Street
New York, New York 10007

Re: Vera, *et al.* v. The Republic of Cuba, *et al.*
Case No. 1:12-cv-01596 (AKH)

Dear Judge Hellerstein:

We represent Respondent/Garnishee HSBC Bank USA, N.A. ("HSBC") in this judgment enforcement proceeding and write jointly on behalf of the Garnishee Banks previously identified in our letter of March 31, 2015.[1]

In the scheduling order issued on April 1, 2015 (Dkt. No. 746), your Honor indicated that "[a] stay need not be considered at this time, since the effective date of turnover pursuant to my prior order is April 14, 2015."

Given that the effective date of turnover in your prior order is tomorrow, the Garnishee Banks respectfully renew their request for a short adjournment of that date pending your Honor's ruling on their motion for reconsideration in order to permit a fulsome consideration of the parties' submissions and to permit an orderly closing of blocked accounts and the processing of payments (perhaps three business days), or any other disposition, should that ruling contemplate turnover of the funds at issue.

Thank you for your consideration.

---

[1] The Garnishee Banks are HSBC, Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, Wells Fargo Bank, N.A., Deutsche Bank Trust Company Americas, The Bank of New York Mellon, Standard Chartered Bank and Banco Bilbao Vizcaya Argentaria, S.A.

ATTORNEYS AT LAW

**SEAN C. MCPHEE, PARTNER**  DIRECT **716 504 5749**  SMCPHEE@PHILLIPSLYTLE.COM

**THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE 23RD FLOOR NEW YORK, NY 10018-1405**  PHONE **212 759 4888**  FAX **212 308 9079**

**NEW YORK:** ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | **WASHINGTON, DC** | **CANADA:** WATERLOO REGION | PHILLIPSLYTLE.COM



Hon. Alvin K. Hellerstein  April 13, 2015
Page 2

Respectfully submitted,

Phillips Lytle LLP

By /s/ Sean C. McPhee

Sean C. McPhee

cc      All Counsel of Record (via ECF)