New York          Paris
Menlo Park        Madrid
Washington DC     Tokyo
São Paulo         Beijing
London            Hong Kong

# Davis Polk

**James L. Kerr**

Davis Polk & Wardwell LLP        212 450 4552 tel
450 Lexington Avenue             212 701 5552 fax
New York, NY 10017               james.kerr@davispolk.com

April 13, 2015

Re:   *Vera v. The Republic of Cuba*, 12 Civ. 1596 (AKH)

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Suite 1050
New York, New York 10007

Dear Judge Hellerstein:

We represent Respondents/Garnishees Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo Bank, N.A. in the above-captioned action. We write to advise the Court of an order entered today by Judge Castel in *Harrison v. Republic of Sudan*, No. 13 Civ. 3127 (S.D.N.Y.), which stayed a turnover proceeding involving similar legal issues and an identical notice order. A copy of the order is enclosed.

In *Harrison*, Judge Castel had issued orders requiring the parties to take certain actions to complete turnover of the Phase I accounts, as contemplated by the notice order. The garnishee banks requested that Judge Castel reconsider those orders in light of *Hausler* and *Calderon-Cardona* over objections similar to those raised in this case. Today, Judge Castel issued the enclosed order, which concluded as follows:

> To ensure that any further proceedings are conducted in accordance with the proper legal standard, the Court stays this action pending the Supreme Court's disposition of these petitions [in *Hausler* and *Calderon-Cardona*] or further order of the Court.

As noted in the reply brief submitted to this Court on behalf of the Garnishee Banks, similar stays have been issued in both *Hausler* and *Calderon-Cardona*.

Very respectfully yours,

James L. Kerr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICK HARRISON, et al.,

     Plaintiff,     13-cv-3127 (PKC)

 -against-     ORDER

REPUBLIC OF SUDAN,

     Defendant.
-----------------------------------------------------------x
RICK HARRISON, et al.

     Petitioners,

 -against-

AMERICAN EXPRESS TRAVEL RELATED SERVICES, CO.; BANCO DO BRASIL, S.A.; BANK OF AMERICA; BANK OF BARODA, NEW YORK BRANCH; BANK OF CHINA, NEW YORK BRANCH; BANK OF NEW YORK MELLON; BANK OF TOKYO – MITSUBISHI UFJ TRUST COMPANY; BARCLAYS BANK PLC; CITIGROUP INC.; COMMERZBANK AG; CREDIT AGRICOLE CORPORATE & INVESTMENT BANK; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCH BANK AG NEW YORK; DEUTSCHE BANK TRUST CO. AMERICAS; DOHA BANK; FEDERAL RESERVE BANK OF NEW YORK; HABIB AMERICAN BANK; HSBC BANK, USA, N.A.; INTERAUDI BANK; INTESA SANPAOLO S.P.A.; JP MORGAN CHASE & CO.; PNC BANK, N.A.; RBS CITIZENS, N.A.; SOCIETE GENERALE; STANDARD CHARTERED BANK; STATE BANK OF INDIA; SUMITOMO MITSUI BANKING CORP.; THE ROYAL BANK OF SCOTLAND N.V.; UNITED BANK LIMITED; WELLS FARGO BANK, N.A.,

     Respondents/Garnishees.
-----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-13-15

CASTEL, U.S.D.J.

The Second Circuit in <u>Hausler v. JP Morgan Chase Bank, N.A.</u>, 770 F.3d 207 (2d Cir. 2014) and <u>Calderon-Cardona v. Bank of New York Mellon</u>, 770 F.3d 993 (2d Cir. 2014), recently held that an electronic fund transfer ("EFT") blocked at an intermediary bank is subject to execution under TRIA § 201(a) and FSIA § 1610(g), only if the judgment debtor, or an agency or instrumentality thereof, transmitted the EFT directly to the intermediary bank that blocked it. Petitioners in <u>Hausler</u> and <u>Calderon-Cardona</u> have filed petitions for writs of certiorari. To ensure that any further proceedings are conducted in accordance with the proper legal standard, the Court stays this action pending the Supreme Court's disposition of these petitions or further order of the Court.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 13, 2015

- 2 -