UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.,

                            Plaintiff,

    -against-

THE REPUBLIC OF CUBA,

                            Defendant.

------------------------------------------------------------ X

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr., and

JEANNETTE FULLER HAUSLER, and
WILLIAM FULLER, as court-appointed co-
representatives of the ESTATE OF ROBERT OTIS
FULLER, deceased, on behalf of all beneficiaries of
the Estate and the ESTATE OF ROBERT OTIS
FULLER; and

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually and as
Administrator Executor, and Personal
Representative of the ESTATE OF GUSTAVO
VILLOLDO ARGILAGOS,

                            Petitioners,

    -against-

BANCO BILBAO VIZCAYA ARGENTARIA
(S.A.); BANK OF AMERICA N.A.; BANK OF
NEW YORK MELLON; BARCLAY'S BANK
PLCS; CITIBANK N.A.; CREDIT SUISSE AG,
NEW YORK BRANCH; DEUTSCHE BANK
TRUST COMPANY AMERICAS; HSBC BANK
(HSBC BANK USA, N.A.); INTESA SANPAOLA
S.P.A.; JP MORGAN CHASE BANK N.A.; RBS
CITIZENS, N.A.; ROYAL BANK OF CANADA;
SOCIETE GENERALE; UBS AG; WELLS



**ORDER**

12 Civ. 1596 (AKH)

FARGO BANK, NA; BROWN BROTHERS       :
HARRIMAN & CO.; MERCANTIL COMMERCE   :
BANK, N.A.; STANDARD CHARTERED BANK; :
AND BANCO SANTADER, S.A.,            :
                                     :
                       Respondents.  :
_____  X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The turnover of funds from the uncontested Phase I Accounts, which, by Order dated March 17, 2015, I ordered be performed by April 14, 2015 (Dkt. No. 739), is hereby stayed for 30 days, subject to enlargement or modification by subsequent order.

      SO ORDERED.

Dated:    April 13, 2015
           New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge