

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

    Plaintiff,

vs.

THE REPUBLIC OF CUBA,

    Defendant.

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., et al.,

    Petitioner,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.,

    Respondents.

---

12 Civ. 1596 (AKH)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for their respective clients, as follows:

1. The time for Vera to file papers in opposition to BBVA's motion for a stay of discovery pending appeal is extended to and including April 22, 2015.

2. The time for BBVA to furnish to Plaintiff's counsel full and complete answers to the information subpoena served on BBVA is extended from May 1, 2015 to and including May 11, 2015.

3. This Stipulation and Order is agreed and made without prejudice to the rights, positions, claims and defenses of the parties to this Stipulation and Order.

Americas 90522932

Dated: New York, New York
April 10, 2015

WHITE & CASE LLP

By: _____
Kenneth A. Caruso
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200

*Attorneys for Respondent BBVA*

KOHN, SWIFT & GRAF, P.C.

By: _____
Robert A. Swift
1 South Broad Street,
Suite 2100
Philadelphia, PA 19107
Tel: (215) 238-1700

*Attorneys for Petitioner Aldo Vera, Jr.*

**SO ORDERED:**

_____
Alvin K. Hellerstein
United States District Judge 4/13/15

Americas 90522932