# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100

PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS†◊
DOUGLAS A. ABRAHAMS •
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ†
CRAIG W. HILLWIG
BARBARA L. MOYER†

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: RSWIFT@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
• ALSO ADMITTED IN NEW JERSEY

April 22, 2015

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/15

So ordered
4-24-15
[signature]

**Re:  Aldo Vera v. The Republic of Cuba, No. 12 Civ. 1596
Pending BBVA Motion for Reconsideration**

Dear Judge Hellerstein:

I am one of the attorneys representing plaintiff Aldo Vera, Jr. in the above matter and am admitted *pro hac vice*. Garnishee Banco Bilbao Vizcaya Argentaria S.A.'s ("BBVA") Motion for a Stay of Discovery Pending Appeal (ECF # 748 -750) is pending before the Court. By Stipulation and Order entered April 13, 2015 (ECF # 761), your Honor extended Vera's time to respond to the Motion until today, April 22, 2015. Counsel for BBVA and I are engaged in discussions which may have a material impact on the Motion. Accordingly, counsel for BBVA and I jointly request that the Court extend Vera's time to respond to the Motion until April 29, 2015, and BBVA's time to furnish full and complete answers to the information subpoena to May 18, 2015.

Respectfully yours,

Robert A. Swift

RAS/yr
Enclosure
Cc w/enc. via ECF: Kenneth Caruso, Esq.