UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,

        v.

THE REPUBLIC OF CUBA,

        Defendant.
───────────────────────────────────────

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.; *et al.*,

        Petitioners,

        v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.),
*et al.*,

        Respondents/Garnishees.
───────────────────────────────────────

Case No. 12-cv-01596 (AKH)

**NOTICE OF DEPOSIT**
**OF FUNDS INTO COURT**

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 67, and in accordance with the Court's Order Denying Motion to Reconsider dated May 7, 2015 and entered in this action on May 8, 2015 (Docket No. 767), Respondent/Garnishee HSBC Bank USA, N.A. ("HSBC") has deposited with the Registry of the U.S. Courts (through the Clerk of the United States District Court for the Southern District of New York) the funds from HSBC Account Nos. 0149 and 0381, which are identified in Exhibit A to the Court's Order and Judgment for Turnover of Specified Uncontested Phase I Accounts (Docket No.

- 2 -

739-1), based upon its intention to seek an interlocutory appeal and stay of the Court's Orders. Copies of the receipts for these deposits are attached as Exhibit A.

DATED: May 15, 2015

                                                PHILLIPS LYTLE LLP

                                                By: /s/ Sean C. McPhee
                                                       Sean C. McPhee
                                                Attorneys for Respondent/Garnishee
                                                *HSBC Bank USA, N.A.*
                                                The New York Times Building
                                                620 Eighth Avenue, 23rd Floor
                                                New York, New York 10018-1405
                                                Telephone No. (212) 759-4888
                                                smcphee@phillipslytle.com

TO: All Counsel of Record (via ECF)

Doc #01-2862607.1

# EXHIBIT A

**HSBC**
Branch : 610

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 1021684

OFAC0149 AVALON
REMITTER

DATE

PAY USD EIGHT THOUSAND TWO HUNDRED AND FIFTY SIX .59 ONLY     $8,256.59
U.S. DOLLARS

TO THE ORDER OF
CLERK OF THE COURT, SOUTHERN DISTRICT OF NEW YORK
REF: CASE 0149 AVALON SA*

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

COPY - NON NEGOTIABLE
AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

---

**HSBC**
Branch : 610

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 1021685

OFAC0381 INVSNES PUCARA, HABANA CUB
REMITTER

DATE

PAY USD TWENTY NINE THOUSAND NINE HUNDRED AND SIXTY SEVEN .91 ONLY     $29,967.91
U.S. DOLLARS

TO THE ORDER OF
CLERK OF THE COURT, SOUTHERN DISTRICT OF NEW YORK
REF: CASE 0381 INSNES PUCARA*

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

COPY - NON NEGOTIABLE
AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

---

```
Court Name: District Court
Division: 1
Receipt Number: 465401125472
Cashier ID: Ewilliam
Transaction Date: 05/15/2015
Payer Name: HSBC

TREASURY REGISTRY
For: HSBC
Case/Party: D-NYS-1-12-CV-001596-001
Amount:        $8,256.59

CHECK
Check/Money Order Num: MO
Amt Tendered:  $8,256.59

Total Due:     $8,256.59
Total Tendered: $8,256.59
Change Amt:    $0.00

12CV1596
```

```
Court Name: District Court
Division: 1
Receipt Number: 465401125474
Cashier ID: Ewilliam
Transaction Date: 05/15/2015
Payer Name: HSBC

TREASURY REGISTRY
For: HSBC
Case/Party: D-NYS-1-12-CV-001596-001
Amount:        $29,967.91

CHECK
Check/Money Order Num: MO
Amt Tendered:  $29,967.91

Total Due:     $29,967.91
Total Tendered: $29,967.91
Change Amt:    $0.00

12CV1596
```