| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

James L. Kerr

Davis Polk & Wardwell LLP  212 450 4552 tel
450 Lexington Avenue    212 701 5552 fax
New York, NY 10017     james.kerr@davispolk.com

May 18, 2015

Re: Vera v. The Republic of Cuba, 12 Civ. 1596 (AKH)

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Suite 1050
New York, New York 10007

Dear Judge Hellerstein:

We represent Respondents/Garnishees Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo Bank, N.A. in the above-captioned action.

Pursuant to the Court's opinion and order dated May 9, 2015, Your Honor denied the Garnishee Banks' motion for reconsideration of the turnover order dated March 17, 2015, and directed the turnover to the U.S. Marshal of the accounts subject to the turnover order unless an appeal was taken from all or any part of that order.

The Garnishee Banks represented by the firm are in the process of issuing and delivering checks to the U.S. Marshal. While every effort has been made to deliver the checks to the U.S. Marshal in keeping with the order, I learned during the course of the day that all of the banks referred to in the first paragraph above would not be able to comply by the close of business today. I thereupon contacted counsel for the Hausler petitioners to ask for an adjournment of the turnover date through and including May 21, 2015. Mr. James Perkins, counsel for the Hausler petitioners, has since advised me on behalf of all the petitioners that all have consented to the adjournment requested.

Accordingly, I would respectfully request that Your Honor grant the adjournment requested by so-ordering a copy of the letter.

Very truly yours,

James L. Kerr

cc: all counsel