UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr.,

        Plaintiff,

        v.

THE REPUBLIC OF CUBA,

        Defendant.

Case No. 12-cv-01596 (AKH)

**NOTICE OF PAYMENT OF FUNDS TO U.S. MARSHAL'S SERVICE**

---

ALDO VERA, JR., as Personal Representative
of the Estate of Aldo Vera, Sr., *et al.*,

        Petitioners,

        v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.),
*et al.*,

        Respondents/Garnishees.

---

PLEASE TAKE NOTICE that in accordance with the Court's Order Denying Motion to Reconsider dated May 7, 2015 and entered in this action on May 8, 2015 (Docket No. 767), Respondent/Garnishee Deutsche Bank Trust Company Americas ("DBTCA") has delivered to the U.S. Marshal's Service of the Southern District of New York the funds from DBTCA Account No. 6-180, which is identified in Exhibit A to the Court's Order and Judgment for Turnover of Specified Uncontested Phase I Accounts (Docket No. 739-1). A receipt for DBTCA's delivery to the U.S. Marshal is attached as Exhibit A.

DATED May 19, 2015

COVINGTON & BURLING LLP

By: /s/ Mark P. Gimbel
　　　Mark P. Gimbel

The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone No. (212) 841-1161
mgimbel@cov.com

*Attorneys for Respondent/Garnishee
Deutsche Bank Trust Company Americas*

TO: All Counsel of Record (via ECF)

# EXHIBIT A

| U.S. Department of Justice | NO. E 445007 |
| United States Marshals Service | |

**RECEIPT**

Southern District of New York

| 1. RECEIVED OF: Clerk | 2. DATE 5/18/15 |
| 3. COURT/CASE NUMBER OR PURPOSE OF COLLECTION | 4. AMOUNT $ 61,828.77 |
| Aldo Vera Jr. v. The Republic of Cuba | |
| SDNY Docket # 12 CIV 1596 | |
| | 5. TOTAL $ 61,828.77 |

*USMS DISTRICT ACCOUNTING RECORDS (Attach to District Office Copy of USM-93)*

6. RECEIVED BY *(U.S. Marshals Service Official)*

**COPY 3**

FORM USM-303 (Rev. 2/92)

- 4 -