UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X



ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.,

                    Plaintiff,

-against-

THE REPUBLIC OF CUBA,

                    Defendant.

------------------------------------------------------------- X

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr., and

JEANNETTE FULLER HAUSLER, and
WILLIAM FULLER, as court-appointed co-
representatives of the ESTATE OF ROBERT OTIS
FULLER, deceased, on behalf of all beneficiaries of
the Estate and the ESTATE OF ROBERT OTIS
FULLER; and

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually and as
Administrator Executor, and Personal
Representative of the ESTATE OF GUSTAVO
VILLOLDO ARGILAGOS,

                    Petitioners,

-against-

BANCO BILBAO VIZCAYA ARGENTARIA
(S.A.); BANK OF AMERICA N.A.; BANK OF
NEW YORK MELLON; BARCLAY'S BANK
PLCS; CITIBANK N.A.; CREDIT SUISSE AG,
NEW YORK BRANCH; DEUTSCHE BANK
TRUST COMPANY AMERICAS; HSBC BANK
(HSBC BANK USA, N.A.); INTESA SANPAOLA
S.P.A.; JP MORGAN CHASE BANK N.A.; RBS
CITIZENS, N.A.; ROYAL BANK OF CANADA;
SOCIETE GENERALE; UBS AG; WELLS

**ORDER**

12 Civ. 1596 (AKH)

FARGO BANK, NA; BROWN BROTHERS        :
HARRIMAN & CO.; MERCANTIL COMMERCE    :
BANK, N.A.; STANDARD CHARTERED BANK;  :
AND BANCO SANTADER, S.A.,             :
                                      :
                       Respondents.   :
_____ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      All funds deposited with the Registry of the U.S. Courts pursuant to my Order dated May 7, 2015 (Dkt. No. 767), shall be placed in separate interest-bearing accounts pursuant to Fed. R. Civ. P. 67, with each account showing the identity of the respective depositor.

      The parties should not post notices of funds deposited with the Registry of the U.S. Courts pursuant to that Order. The Clerk shall continue to post the deposits on ECF upon their receipt. This procedure will prevent against any potential double-counting. Notices by the parties of funds deposited with the U.S. Marshals Service shall continue to be posted to ECF. The Clerk shall remove the notices located at Docket Numbers 768 & 769 from the docket.

      SO ORDERED.

Dated:    May 19, 2015
           New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge