UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>      Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF CUBA,<br><br>      Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANNETTE FULLER HAUSLER, as Successor Personal Representative of ROBERT OTIS FULLER, deceased, on behalf of the Estate of LYNITA FULLER CASKEY, the surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCES FULLER, GRACE LUTES, IRENE MOSS, and JEANETTE FULLER HAUSLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>      Petitioners,<br><br>    v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.,<br><br>      Respondents/Garnishees. | **NOTICE OF PAYMENT OF FUNDS TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF NEW YORK** |

#87234106v1

TAKE NOTICE that, in compliance with Opinion and the Order Denying Motion to Reconsider and Granting Turn Over Motions dated March 17, 2015 and filed on March 17, 2015 [ECF No. 739], the Order and Judgment for Turnover of Specified Phase I Accounts dated and filed March 17, 2015 [ECF No. 739-1] the ("Judgment"), the Order Denying Motion to Reconsider dated May 7, 2015 and filed on May 8, 2015 [ECF No. 767], and pursuant to the request for adjournment so-ordered by the Court on May 19, 2015 [ECF No. 772), Respondent-Garnishee Bank of America, N.A. has delivered to the United States Marshal for the Southern District of New York five checks in respect of the funds held by it in the five (5) blocked accounts that are identified in Exhibit A to the Judgment. Attached as Exhibit A hereto is a schedule that identifies the amount being turned over in respect of each account. Attached as Exhibit B is a copy of the receipt signed by the United States Marshal's Service acknowledging receipt of the five (5) checks transmitting the funds being turned over pursuant to the Judgment.

Date:  New York, New York
       May 21, 2015

                                        DAVIS POLK & WARDWELL LLP

                                        By: _____
                                            James L. Kerr
                                            450 Lexington Avenue
                                            New York, New York  10017
                                            *Attorneys for Bank of America, N.A.*

Of Counsel:
Michael S. Flynn
Craig Cagney
Jeffrey Lin

To:  Counsel of Record (by ECF)

#87234106v1