# EXHIBIT A

## BANK OF AMERICA, N.A.

| Account No. | Date Opened | Transaction Amount | Turnover Amount |
|---|---|---|---|
| XXXX1056 | 10/9/97 | $11,850.00 | $13,340.20 |
| XXXXXX7801 | 9/12/05 | $13,788.34 | $14,338.00 |
| XXXXXX2479 | 5/4/98 | $17,075.84 | $19,005.32 |
| XXXXXX6624 | 10/14/04 | $23,382.80 | $24,619.41 |
| XXX63/01 | 1/29/98 | $29,851.00 | $72,310.18 |