# EXHIBIT A

## BARCLAYS BANK PLC

| Account No. | Date Opened | Transaction Amount | Turnover Amount |
|---|---|---|---|
| XXXXXXXXNYBR | 1/1/97 | $7,282.06 | $10,441.50 |
| XXXXXXXXNYBR | 2/3/97 | $10,630.85 | $15,218.03 |
| XXXXXXXXNYBR | 12/16/05 | $27,917.49 | $30,884.88 |

#87234430v1