# EXHIBIT A

## CITIBANK, N.A.

| Account No. | Date Opened | Transaction Amount | Turnover Amount |
|---|---|---|---|
| XXXXXXXXX0669 | 11/29/94 | $8,935.00 | $13,352.18 |
| XXXXXXXXX0978 | 6/13/07 | $9,345.00 | $9,737.44 |
| XXXXXXXXX0417 | 9/28/99 | $10,053.00 | $12,699.27 |
| XXXXXXXXX0468 | 3/16/99 | $11,795.57 | $15,175.16 |
| XXXXXXXXX0583 | 2/19/97 | $14,286.71 | $19,781.55 |
| XXXXXXXXX0602 | 10/18/96 | $15,000.00 | $20,878.93 |
| XXXXXXXXX0431 | 7/15/99 | $15,000.00 | $19,076.67 |
| XXXXXXXXX0757 | 5/26/92 | $17,910.00 | $28,253.37 |
| XXXXXXXXX 0753 | 7/16/92 | $18,600.00 | $29,239.16 |
| XXXXXXXXX 0B16 | 1/25/08 | $21,410.00 | $21,742.28 |
| XXXXXXXXX 2765 | 7/11/11 | $21,765.00 | $21,835.40 |
| XXXXXXXXX 0864 | 4/21/05 | $21,975.00 | $24,926.73 |
| XXXXXXXXX 2209 | 9/14/09 | $24,923.04 | $25,047.42 |
| XXXXXXXXX 0679 | 9/28/94 | $27,044.43 | $40,088.08 |
| XXXXXXXXX 0914 | 3/29/06 | $33,626.74 | $36,992.94 |
| XXXXXXXXX 0684 | 8/19/94 | $43,664.16 | $59,793.15 |
| XXXXXXXXX 0572 | 6/17/97 | $44,421.00 | $66,403.22 |
| XXXXXXXXX 0517 | 4/28/98 | $47,505.40 | $63,091.30 |
| XXXXXXXXX 0394 | 2/2/00 | $53,134.12 | $66,276.59 |
| XXXXXXXXX 2208 | 9/14/09 | $54,228.81 | $54,477.57 |
| XXXXXXXXX 0605 | 9/3/96 | $95,000.00 | $131,562.03 |

#87234440v2