# EXHIBIT A

## UBS AG

| Account No. | Date Opened | Transaction Amount | Turnover Amount |
|---|---|---|---|
| N/A | 2/28/96 | $9,441.82 | $13,953.50 |
| N/A | 1/12/06 | $53,000.00 | $57,344.40 |

#87234445v1