# EXHIBIT A

## JPMORGAN CHASE BANK, N.A.

| Account No. | Date Opened | Transaction Amount | Turnover Amount |
|---|---|---|---|
| XXXXX6468 | 1/27/97 | $10,974.90 | $11,002.77 |
| XXXXX3780 | 7/16/02 | $13,383.80 | $13,417.75 |
| XXXXX5089 | 7/3/96 | $15,268.77 | $15,307.50 |
| XXXXX 3867 | 10/27/04 | $20,475.09 | $20,527.09 |
| XXXXX 5798 | 7/9/96 | $27,001.63 | $27,070.21 |
| XXXXX 2876 | 10/19/95 | $30,386.25 | $30,445.34 |
| XXXXX 1798 | 8/30/07 | $35,976.37 | $36,067.71 |
| XXXXX 2189 | 4/12/07 | $39,632.07 | $39,732.69 |
| XXXXX 3833 | 7/9/96 | $47,056.60 | $47,176.10 |
| XXXXX 6229 | 11/19/99 | $49,843.58 | $49,970.14 |
| XXXXX 5410 | 7/8/96 | $50,084.77 | $50,211.95 |
| XXXXX 3030 | 8/10/05 | $50,213.33 | $50,340.82 |