# EXHIBIT A

## WELLS FARGO BANK, N.A.

| Account No. | Date Opened | Transaction Amount | Turnover Amount |
|---|---|---|---|
| XXXX0444 | 4/26/95 | $8,200.48 | $10,948.01 |
| XXXX9431 | 5/7/97 | $10,035.00 | $13,018.01 |
| XXXX9437 | 4/14/98 | $34,985.00 | $44,643.20 |
| XXXX3758 | 11/1/00 | $11,674.08 | $14,283.17 |
| XXXX3810 | 4/13/01 | $25,000.00 | $30,402.63 |
| XXXX1229 | 12/16/02 | $11,111.15 | $13,111.09 |
| XXXX0598 | 1/20/04 | $8,500.00 | $9,841.01 |
| XXXX1461 | 11/22/05 | $30,000.00 | $33,623.26 |
| XXXX4840 | 2/11/04 | $29,918.70 | $29,918.70 |
| XXXNY11 | 9/21/11 | $15,366.90 | $15,441.34 |