# EXHIBIT B

U.S. Department of Justice
United States Marshals Service

NO. E 445014

# RECEIPT

District of __New York__

1. RECEIVED OF __Wells Fargo Bank, N.A.__   Southern

2. DATE __5/21/2015__

COURT CASE NUMBER OR PURPOSE OF COLLECTION | AMOUNT
--- | ---
Vera v. The Republic of Cuba | Check #798034   $215,230.42
12 Civ. 1596 | 

5. TOTAL $215,230.42

6. RECEIVED BY (U.S. Marshals Service Official) [signature]

Note: If check is dishonored a multi-part is for process place in USM-285 folder.

COPY 1—REMITTER

FORM USM-303 (Rev 2)