Brown Case of Cuba: Assassinated by Order of Fidel & Raul Castro

15cv1594

TO: US District Court for Southern District of NY
The Department of Pro SE, Intake Unit
ATTN: Mr. Diaz

FROM: Miriam Brown Borges, Cuban Refugee in the US since December 2009

I am the daughter of Frances Brown (Francisco), a US Navy Veteran, Federal Employee at the Guantanamo Naval Base for more than 20 years. My father was assassinated in Cuba the 27th of April, 1978, by the express order of Fidel and Raul Castro since 1964, because they contracted a Cuban worker on the Naval Base to kill my father and blame his death on the US Government, with the intent to provoke a bi-lateral conflict. But the man who was contracted was a friend of my father, who spoke to him about what he had been asked to do, and agreed with my father not to commit the crime against his friend.

As the Castro brothers made a political parallelism of my father's case and the "Brown Case" defended by Thurgood Marshall, they said they did not wish to have another Brown case in Cuba. They then accused my father of being a "Yankee", who had kidnapped a Cuban girl,(me). At my six years of age, the Cuban State Security Department personnel yanked me by force from my Father's arms, with whom I, together with my step-mom and my siblings, had lived since I was one (1) year old. This was done by the Cuban intelligence with the express order of Fidel Castro himself, because although my Father was a United States Citizen, they would not allow him to leave Cuba so they put him in prison, and I would not be permitted to return to my Father's house until I was "of age".

Since the age of six (6) years, I have been a hostage of the Castros' Regime, and have been submitted to physical torture, the marks of which I carry in my body to this day; I also suffered from psychological torture for more than four (4) decades within Cuba, as they would not allow me to come to the US. On February 26, 2009, in spite of having Refugee visas to journey to the US together with my son, I was tortured in the Basement of the Cuban Intelligence Department, under threat of blackmail, to oblige me to sign a paper declaring that I accused the government of the United States of having assassinated my father. As I refused to accuse the United States of the crime that the Castros' committed against my Father, still even today, even here in the US,- with total impunity, I am paying the consequences of the work of the Cuban Intelligence against my son and against myself. In the midst of the Obama-Castro negotiations, I have been an object of political business. I beg that you take my case. The Afro-American hero, Francis Brown deserves justice, and the people of the United States Nation should know his story.

On the 27th of April of 2015, my mother, Maria Borges was silenced forever by order of the Castros; they cut one leg at the level of her hip, then the other leg; she was never a diabetic. A military person took away her small home and she was placed in a government home for the elderly. She knew the details of what they did to my father, and during the current relations of the Obama Government, she was a danger to them (the Castros), as am I. I have suffered several attempts on my life here in the US. Please take our case.

See: Francis Brown, Fidel Castro's Inopportune American

Email: mychrist2013@gmail.com    Tel: (317) 737-0546