**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel + 1 212 819 8200
Fax + 1 212 354 8113
whitecase.com

Direct Dial + 1-212-819-8853   kenneth.caruso@whitecase.com

May 28, 2015

VIA HAND DELIVERY

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Vera v. Rep. of Cuba
12 Civ. 1596 (AKH)

Dear Judge Hellerstein:

I represent Banco Bilbao Vizcaya Argentaria S.A. ("BBVA"). We have made a motion for a stay of discovery pending appeal (the "Stay Motion"). The Stay Motion was fully submitted on May 7, 2015, when BBVA submitted its reply memorandum of law. Docket No. 766.

The deadline for providing information in response to Vera's Subpoena is currently fixed as June 2, 2015. I write to respectfully request that the Court extend that deadline to a date that is two weeks after the Court decides the Stay Motion, assuming that the Court denies the Stay Motion. A two-week period is, I respectfully suggest, reasonable in length, and necessary and appropriate to facilitate an orderly response to the Court's ruling.

Respectfully submitted,

Kenneth A. Caruso

KAC:kk

cc:   All Counsel (via e-mail)

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA
HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MADRID  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

Americas 90589481