UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.,

                         Plaintiff,

    -against-

THE REPUBLIC OF CUBA,

                         Defendant.

------------------------------------------------------------ X

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr., and

JEANNETTE FULLER HAUSLER, and
WILLIAM FULLER, as court-appointed co-
representatives of the ESTATE OF ROBERT OTIS
FULLER, deceased, on behalf of all beneficiaries of
the Estate and the ESTATE OF ROBERT OTIS
FULLER; and

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually and as
Administrator Executor, and Personal
Representative of the ESTATE OF GUSTAVO
VILLOLDO ARGILAGOS,

                         Petitioners,

    -against-

BANCO BILBAO VIZCAYA ARGENTARIA
(S.A.); BANK OF AMERICA N.A.; BANK OF
NEW YORK MELLON; BARCLAY'S BANK
PLCS; CITIBANK N.A.; CREDIT SUISSE AG,
NEW YORK BRANCH; DEUTSCHE BANK
TRUST COMPANY AMERICAS; HSBC BANK
(HSBC BANK USA, N.A.); INTESA SANPAOLA
S.P.A.; JP MORGAN CHASE BANK N.A.; RBS
CITIZENS, N.A.; ROYAL BANK OF CANADA;
SOCIETE GENERALE; UBS AG; WELLS

**ORDER**

12 Civ. 1596 (AKH)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/15

```
FARGO BANK, NA; BROWN BROTHERS            :
HARRIMAN & CO.; MERCANTIL COMMERCE         :
BANK, N.A.; STANDARD CHARTERED BANK;       :
AND BANCO SANTADER, S.A.,                  :
                                           :
                        Respondents.       :
_____  X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The date for Banco Bilbao Vizcaya Argentina S.A. ("BBVA") to respond to Plaintiff Aldo Vera's information subpoena is hereby stayed from June 2, 2015, until Friday, June 10, 2015, subject to enlargement or modification by subsequent order.

SO ORDERED.

Dated:   May 29, 2015
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge