USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 6/11/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

Plaintiff,

-against-

THE REPUBLIC OF CUBA,

Defendant.

---------------------------------------------------------------- X

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., and

JEANNETTE FULLER HAUSLER, and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

Petitioners,

-against-

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); BANK OF AMERICA N.A.; BANK OF NEW YORK MELLON; BARCLAY'S BANK PLCS; CITIBANK N.A.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK TRUST COMPANY AMERICAS; HSBC BANK (HSBC BANK USA, N.A.); INTESA SANPAOLA S.P.A.; JP MORGAN CHASE BANK N.A.; RBS CITIZENS, N.A.; ROYAL BANK OF CANADA; SOCIETE GENERALE; UBS AG; WELLS

**ORDER FOR HSBC FUNDS TURNOVER**

12 Civ. 1596 (AKH)

FARGO BANK, NA; BROWN BROTHERS :
HARRIMAN & CO.; MERCANTIL COMMERCE :
BANK, N.A.; STANDARD CHARTERED BANK; :
AND BANCO SANTANDER, S.A., :
                                    Respondents. :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The funds ordered to be turned over pursuant to docket number 788 in the above-captioned case shall include both the principal deposited along with any interest incurred. The Clerk's Office should write the check to be made out to the United States Marshal for the Southern District of New York.

       SO ORDERED.

Dated:    June 11, 2015
            New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge