# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100

PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS†◊
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. MOYER †

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: RSWIFT@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

USDC [illegible]
DOCUMENT [illegible]
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/15

July 17, 2015

So ordered.

/s/ Alvin K. Hellerstein
7/21/2015

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Aldo Vera v. The Republic of Cuba, No. 12 Civ. 1596

Dear Judge Hellerstein:

I am one of the attorneys representing Petitioner Aldo Vera, Jr. in the above matter and am admitted *pro hac vice*. Currently pending before the Court is the Petitioners' motion for summary judgment on the Interpleader Complaint of HSBC Bank USA, N.A. ("HSBC"). ECF # 791. HSBC filed its opposition (ECF # 799) on July 13, 2015. Petitioners' reply brief is due July 23, 2015 pursuant to Local Rule 6.1.

Petitioners request an additional week, until July 30, 2015, to file their reply brief. Counsel for HSBC has stated that he has no opposition to this request.

Respectfully yours,

Robert A. Swift

RAS/yr
Cc via ECF: All Counsel