UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALDO VERA, SR., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALDO VERA, SR., ET AL., <br><br> Petitioners, <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTINA (S.A.), ET AL., <br><br> Garnishees-Respondents. | NOTICE OF APPEARANCE |
| JPMORGAN CHASE BANK, N.A., <br><br> Respondent/ Garnishee and Third-Party Petitioner, <br><br> v. <br><br> AUSTRALIA AND NEW ZEALAND BANKING GROUP, ET AL., <br><br> Adverse Claimants-Respondents. | |

To: The Clerk of Court and all parties of record

**PLEASE TAKE NOTICE** that Kyra Tichacek Keller of Harter Secrest & Emery LLP hereby appears in this proceeding as counsel of record for Adverse Claimant-Respondent Naviera Armamex S.A. de C.V. ("Naviera Armamex"). All notice given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that she is admitted to practice before this Court.

Naviera Armamex reserves all rights and defenses it may have, and such appearance shall not impair or otherwise affect such rights and defenses, including defenses based on insufficient service of process or lack of jurisdiction, and all such rights and defenses are expressly preserved.

DATED: Rochester, New York
July 22, 2015

Respectfully submitted,

HARTER SECREST & EMERY LLP

By: s/ Kyra Tichacek Keller
Kyra Tichacek Keller, Esq.
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Telephone: (585) 231-1108
Facsimile: (585) 232-2152
Email: kkeller@hselaw.com

*Attorneys for Adverse Claimant-Respondent Naviera Armamex S.A. de C.V.*

2