UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALDO VERA, SR.,<br><br>      Plaintiff,<br><br>   v.<br><br>THE REPUBLIC OF CUBA,<br><br>      Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALDO VERA, SR., ET AL.,<br><br>      Petitioners,<br><br>   v.<br><br>BANCO BILBAO VIZCAYA ARGENTINA (S.A.), ET AL.,<br><br>      Garnishees-Respondents. | CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 |
| JPMORGAN CHASE BANK, N.A.,<br><br>      Respondent/ Garnishee and Third-Party Petitioner,<br><br>   v.<br><br>AUSTRALIA AND NEW ZEALAND BANKING GROUP, ET AL.,<br><br>      Adverse Claimants-Respondents. | |

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Adverse Claimant-Respondent Naviera Armamex S.A. de C.V., by and through its undersigned counsel, states that it has no parent corporation and that no publicly-held corporation owns ten percent or more of its stock.

DATED:   Rochester, New York
         July 22, 2015

                                    Respectfully submitted,

                                    HARTER SECREST & EMERY LLP

                                    By:  s/ Kyra Tichacek Keller
                                         Kyra Tichacek Keller, Esq.
                                         1600 Bausch & Lomb Place
                                         Rochester, NY  14604-2711
                                         Telephone:  (585) 231-1108
                                         Facsimile: (585) 232-2152
                                         Email: kkeller@hselaw.com

                                         *Attorneys for Adverse Claimant-Respondent Naviera Armamex S.A. de C.V.*