UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
VERA,

        Plaintiff,        Case No. 12 Civ. 1596 (AKH)

    -against-

REPUBLIC OF CUBA,

        Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

    X    I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:

<u>Steven B. Feigenbaum</u>

FIRM INFORMATION (address, telephone number and fax number):

PRIOR INFORMATION:
    NAME:    Levi Lubarsky & Feigenbaum LLP
    ADDRESS:    1185 Avenue of the Americas, 17th Floor
        New York, New York 10036
    TELEPHONE NUMBER:    (212) 308-6100
    FAX NUMBER:    (212) 308-8830

NEW INFORMATION:
    NAME:    Levi Lubarsky Feigenbaum & Weiss LLP
    ADDRESS:    655 Third Avenue, 27th Floor
        New York, New York 10017
    TELEPHONE NUMBER:    (212) 308-6100
    FAX NUMBER:    (212) 308-8830

I will continue to be counsel of record on the above-entitled case at this firm.

Dated:  New York, New York
       August 13, 2015

                                          s/Steven B. Feigenbaum
                                            Steven B. Feigenbaum