UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
VERA,

                Plaintiff,           Case No. 12 Civ. 1596 (AKH)

        -against-

REPUBLIC OF CUBA,

                Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

      X    I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:

<u>Gregory P. Feit</u>

FIRM INFORMATION (address, telephone number and fax number):

PRIOR INFORMATION:
    NAME:    Levi Lubarsky & Feigenbaum LLP
    ADDRESS:    1185 Avenue of the Americas, 17th Floor
                    New York, New York 10036
    TELEPHONE NUMBER:    (212) 308-6100
    FAX NUMBER:    (212) 308-8830

NEW INFORMATION:
    NAME:    Levi Lubarsky Feigenbaum & Weiss LLP
    ADDRESS:    655 Third Avenue, 27th Floor
                    New York, New York 10017
    TELEPHONE NUMBER:    (212) 308-6100
    FAX NUMBER:    (212) 308-8830

I will continue to be counsel of record on the above-entitled case at this firm.

Dated: New York, New York
       August 13, 2015

                                                 <u>s/Gregory P. Feit</u>
                                                 Gregory P. Feit