

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                        :

ALDO VERA, JR., as Personal Representative of    :
the Estate of Aldo Vera, Sr.,
                                        :

                          Plaintiff,          :
          -against-

THE REPUBLIC OF CUBA,                   :

                       Defendant.      :

--------------------------------------------------------------- X

ALDO VERA, JR., as Personal Representative of    :
the Estate of Aldo Vera, Sr., and             :

JEANNETTE FULLER HAUSLER, and        :
WILLIAM FULLER, as court-appointed co-     :
representatives of the ESTATE OF ROBERT OTIS  :
FULLER, deceased, on behalf of all beneficiaries of :
the Estate and the ESTATE OF ROBERT OTIS    :
FULLER; and                             :

ALFREDO VILLOLDO, individually, and      :
GUSTAVO E. VILLOLDO, individually and as   :
Administrator Executor, and Personal         :
Representative of the ESTATE OF GUSTAVO    :
VILLOLDO ARGILAGOS,             :

                      Petitioners,     :
          -against-                      :

BANCO BILBAO VIZCAYA ARGENTARIA   :
(S.A.); BANK OF AMERICA N.A.; BANK OF   :
NEW YORK MELLON; BARCLAY'S BANK    :
PLCS; CITIBANK N.A.; CREDIT SUISSE AG,  :
NEW YORK BRANCH; DEUTSCHE BANK    :
TRUST COMPANY AMERICAS; HSBC BANK  :
(HSBC BANK USA, N.A.); INTESA SANPAOLA  :
S.P.A.; JP MORGAN CHASE BANK N.A.; RBS  :
CITIZENS, N.A.; ROYAL BANK OF CANADA;  :
SOCIETE GENERALE; UBS AG; WELLS

**ORDER FOR STATUS
CONFERENCE**

12 Civ. 1596 (AKH)

FARGO BANK, NA; BROWN BROTHERS          :
HARRIMAN & CO.; MERCANTIL COMMERCE  :
BANK, N.A.; STANDARD CHARTERED BANK;  :
AND BANCO SANTANDER, S.A.,                        :
                                                                    :
                                        Respondents.        :
_____   X

ALVIN K. HELLERSTEIN, U.S.D.J.:

          The parties and any others interested shall appear for a status conference on

Thursday, October 1, 2015, at 11 a.m., to discuss:

          1.  An accounting from Petitioners on the extent to which their judgments have

            been satisfied.

          2.  Identifying remaining issues in the case and discussing procedures for their

            resolution.

          SO ORDERED.

Dated:     September 24, 2015
           New York, New York            ALVIN K. HELLERSTEIN
                                 United States District Judge