UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case #
12-cv-1596(AKH)

**MANDATE**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand and fifteen.

Before:     José A. Cabranes,
                 Reena Raggi,
                 Richard C. Wesley,
                    *Circuit Judges.*

_____

Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr.,

     Plaintiff-Appellee,

v.

The Republic of Cuba,

     Defendant,

Banco Bilbao Vizcaya Argentaria, S.A.,

     Appellant.
_____

**JUDGMENT**
Docket Nos. 14-3743(L); 15-1154(con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/06/2015__

      The appeals in the above captioned case from orders of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the appeals docketed under Nos. 14-3743 cv(L) and 15-1154 cv(con) are DISMISSED for lack of jurisdiction.

                                           For The Court:

                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/06/2015