UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

        Plaintiff,

        v.

THE REPUBLIC OF CUBA,

        Defendant.

Case No. 12-CV-01596 (AKH)

---------------------------------------------------------------- x

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and

JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

        Petitioners,

        v.

BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.

        Garnishees-Respondents.

**NOTICE OF APPEARANCE**

---------------------------------------------------------------- x

*caption continued on following page*

```
_____  x
WELLS FARGO BANK, N.A.,                 :
                                        :
              Garnishee-Respondent and  :
              Third-Party Petitioner,   :
                                        :
       v.                               :
                                        :
BANCO ESPAÑOL DE CREDITO; BANCO         :
POPULAR ESPAÑOL S.A; BANCO              :
SUDAMERIS BRASIL; CILBERTI SANTINA;     :
COMMERZBANK AG (F/K/A DRESDNER          :
BANK NEW YORK); CORPORACIÓN             :
HABANOS S.A.; CUBANA DE AVIACIÓN        :
SA; CUBANACAN COMERCIO                  :
INTERNACIONAL LTDA.; HAVANA             :
HOLDINGS LIMITED; ING BANK LONDON;      :
NETHERLANDS CARIBBEAN BANK N.V.;        :
and ROYAL BANK OF SCOTLAND              :
INTERNATIONAL;                          :
                                        :
ALDO VERA, JR., as Personal Representative of :
the Estate of Aldo Vera, Sr.;           :
                                        :
JEANNETTE FULLER HAUSLER and            :
WILLIAM FULLER, as court-appointed co-  :
representatives of the ESTATE OF ROBERT :
OTIS FULLER, deceased, on behalf of all :
beneficiaries of the Estate and the ESTATE OF :
ROBERT OTIS FULLER; and                 :
                                        :
ALFREDO VILLOLDO, individually, and     :
GUSTAVO E. VILLOLDO, individually and as :
Administrator, Executor, and Personal   :
                                        :
Representative of the ESTATE OF GUSTAVO :
VILLOLDO ARGILAGOS,                     :
                                        :
              Adverse Claimants-        :
              Respondents.              :
_____  x
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that CHRISTOPHER ROBINSON, attorney with DAVIS WRIGHT TREMAINE LLP, hereby requests that the Court enter his appearance as attorney for HAVANA HOLDINGS LIMITED in the above-captioned proceeding, and requests that notice

2

of all matters arising herein, and all documents and papers served or filed in this case, be served on the attorneys at the below address.

Dated: New York, New York
October 23, 2015

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By:    s/Christopher Robinson
              Christopher Robinson

        1251 Avenue of the Americas
        New York, New York 10020
        (212) 489-8230
        chrisrobinson@dwt.com