UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

        Plaintiff,

        v.

THE REPUBLIC OF CUBA,

        Defendant.

Case No. 12-CV-01596 (AKH)

---------------------------------------------------------------- x

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and

JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

        Petitioners,

        v.

BANCO BILBAO VIZCAYA ARGENTINA (S.A.), et al.

        Garnishees-Respondents.

**NOTICE OF APPEARANCE**

---------------------------------------------------------------- x

*caption continued on following page*

| | |
|---|---|
| WELLS FARGO BANK, N.A., | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x |
| Garnishee-Respondent and Third-Party Petitioner, | |
| v. | |
| BANCO ESPAÑOL DE CREDITO; BANCO POPULAR ESPAÑOL S.A; BANCO SUDAMERIS BRASIL; CILBERTI SANTINA; COMMERZBANK AG (F/K/A DRESDNER BANK NEW YORK); CORPORACIÓN HABANOS S.A.; CUBANA DE AVIACIÓN SA; CUBANACAN COMERCIO INTERNACIONAL LTDA.; HAVANA HOLDINGS LIMITED; ING BANK LONDON; NETHERLANDS CARIBBEAN BANK N.V.; and ROYAL BANK OF SCOTLAND INTERNATIONAL; | |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; | |
| JEANNETTE FULLER HAUSLER and WILLIAM FULLER, as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and | |
| ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, | |
| Adverse Claimants-Respondents. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that SHARON L. SCHNEIER, attorney with DAVIS WRIGHT TREMAINE LLP, hereby requests that the Court enter her appearance as attorney for HAVANA HOLDINGS LIMITED in the above-captioned proceeding, and requests that notice

of all matters arising herein, and all documents and papers served or filed in this case, be served on the attorneys at the below address.

Dated: New York, New York
October 23, 2015

                              Respectfully submitted,

                              DAVIS WRIGHT TREMAINE LLP

                              By:    s/Sharon L. Schneier
                                      Sharon L. Schneier

                              1251 Avenue of the Americas
                              New York, New York 10020
                              (212) 489-8230
                              sharonschneier@dwt.com