# EXHIBIT 2

| Exhibit | Adverse Claimant-Respondent | Authority for Service | Date of Service | Package Signed for by: | Materials |
|---|---|---|---|---|---|
| 3. | Banco Nacional De Cuba, as the successor in interest to Banco Gelats and any other private Cuban bank through which the Cuban Nationals named as Adverse Claimants-Respondents herein may have opened local accounts | 28 U.S.C. § 1608(b)(3) | 6/18/2014 | Caridad | <ul><li>May 22, 2014 Cover Letter from James L. Kerr to Clerk of the Court for the S.D.N.Y.</li><li>Certificate of Mailing (Dkt. No. 612)</li><li>DHL tracking sheet and proof of delivery for 56 0269 2421</li></ul> |