# EXHIBIT 3

New York         Madrid
Menlo Park       Tokyo
Washington DC    Beijing
London           Hong Kong
Paris

# Davis Polk

**James L. Kerr**

Davis Polk & Wardwell LLP    212 450 4552 tel
450 Lexington Avenue         212 701 5552 fax
New York, NY 10017           james.kerr@davispolk.com

May 22, 2014

Re:   *Vera v. Republic of Cuba*, No. 12 Civ. 01596 (AKH)
      *Villoldo v. Fidel Castro Ruz*
      *Hausler v. The Republic of Cuba*

Honorable Ruby J. Krajick
Clerk of Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Ms. Krajick:

This firm represents Bank of America N.A., Barclays Bank PLC, Citibank, N.A., Credit Suisse AG, JPMorgan Chase Bank, N.A., UBS AG, and Wells Fargo, N.A. (collectively, the "Garnishee Respondents") in the above-referenced turnover proceeding, and I am writing in this instance on behalf of JPMorgan Chase Bank, N.A. ("JPM Chase"). Petitioners are seeking to enforce judgments against the Republic of Cuba, and have sought to execute against certain deposit accounts held with JPM Chase.

Pursuant to an order entered December 9, 2013 (the "Notice Order") that was partially amended by way of an order entered March 27, 2014, JPM Chase must serve summonses and interpleader petitions upon potential claimants to the funds, including several Cuban nationals and Banco Nacional de Cuba, which is an agency, or instrumentality of a foreign state within the meaning of the Foreign Sovereign Immunities Act of 1976, 28 U.S.C.§ 1602, *et seq.* (the "FSIA"). Banco Nacional de Cuba is named in the petition as successor in interest to a financial institution no longer in existence with which certain of the nationals may have had account relationships.

We are not aware of any special arrangement for service between the plaintiff and any of these alleged agencies or instrumentalities, 28 U.S.C. § 1608(b)(1), of any agent authorized by appointment or by law to receive service of process in the United States, or of any applicable international convention on service of judicial documents within the Republic of Cuba, *id.* § 1608(b)(2). Accordingly, we respectfully request your assistance to serve these documents to these entities pursuant to 28 U.S.C.§ 1608(b)(3)(B), which provides for:

#85953802v1

Honorable Ruby J. Krajick                                2                                May 22, 2014

> "the delivery of a copy of the [court documents], together with a translation of each into the official language of the foreign state . . .
>
> (B) by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the agency or instrumentality to be served . . . ."

To accomplish service under Section 1608, we have provided you with a DHL Worldwide Express envelope for the party to be served. The documents to be served include:

- An English-language summons issued by this Court, and a Spanish-language translation of the same;
- An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader Filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
- A certification of translation as to the summons and third-party petition; and
- An English-language copy of the Amended Omnibus Petition for Turnover Order.

We have also included an International Air Waybill and Special Handling Sticker. We would accordingly ask that you effect service by DHL Worldwide Express upon the party listed below:

Banco Nacional de Cuba
Aguiar 456 e/ Amargura y Lamparilla
Municipio Habana Vieja
La Habana, Cuba

Attached to this letter for your files are copies of the documents to be served. We have pre-paid the postage for the mailing through the DHL website, and will reimburse the Clerk's Office for the reasonable costs of any other incidental charges.

If you have any questions concerning the foregoing, please do not hesitate to contact me at 212-450-4552.

Very truly yours,

James L. Kerr

Enclosures

#85953802v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2014

Vera

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 12 CV 01596 (akh)

-v-

Republic of Cuba

Defendant(s)

I hereby certify under the penalties of perjury that on 29th day of May, 20 14, I served:
BANCO NACIONAL DE CUBA, AGUIAR 456 E/ AMARGURA Y LAMPARILLA, MUNICIPIO HABANA VIEJA, LA HABANA, CUBA

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED

by DHL WAYBILL # 56 0269 2421, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
5/29/2014

RUBY J. KRAJICK
CLERK OF COURT

*Tatiana Villada*
Print Name: Tatiana Villada
DEPUTY CLERK OF COURT

An English-language summons and a Spanish-language translation of the same;

An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;

A certification of translation as to the summons and third-party petition;

An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

May 29, 2014

Banco Nacional de Cuba
Aguiar 456 e/ Amargura y Lamparilla
Municipio Habana Vieja
La Habana, Cuba

Re:   Vera v. Republic of Cuba,
      12 CV 1596 (AKH)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

An English-language summons, and a Spanish-language translation of the same;
An English-language "Third-Party Petition Alleging Claims in the Nature of Interpleader filed by JPMorgan Chase Bank, N.A.," and a Spanish-language translation of the same;
A certification of translation as to the summons and third-party petition;
An English-language copy of the Amended Omnibus Petition for Turnover Order, and a Spanish-language translation of the same;

Respectfully yours,

Ruby J. Krajick
Clerk of the Court
Enc.

**EXPRESS WORLDWIDE**
DHL Online

DOX

From: DAVIS POLK & WARDWELL
James Kerr  Phone: 212-450-4050
450 LEXINGTON AVE FL 11
NEW YORK NY 10017
United States

Origin: ZYP

To: BANCO NACIONAL DE CUBA
AGUIAR 456 e/AMARGURA Y LAMPARILLA
MUNICIPIO HABANA VIEJA

10100, HABANA VIEJA
Cuba

Contact: 212-450-4050

**CU-HAV-HAB**

SX

Date: 2014-05-22
Shpt Weight: 1.0 lb
Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: DOCUMENTS


WAYBILL 56  0269  2421


(2L)CU10100+42000064


(J)JD01 4600 0006 6044 5915

SERVICE A
DHL
Controlle
Export
SX

EXPRESS PACK - SMALL

DO NOT SEND CASH, CASH
DHL CANN



English   Contact Center   Country Profile

## Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

### Result Summary



| | Waybill: 5602692421 | Wednesday, June 18, 2014 at 12:05 |
|---|---|---|
| ✓ | Signed for by: CARIDAD | Origin Service Area: > NEW YORK, NY - NEW YORK - USA |
| | Get Proof of Delivery | Destination Service Area: > HAVANA - HABANA VIEJA - CUBA |

| Wednesday, June 18, 2014 | | Location | Time |
|---|---|---|---|
| 22 | Delivered - Signed for by : CARIDAD | HABANA VIEJA | 12:05 |
| 21 | With delivery courier | HAVANA - CUBA | 09:33 |
| 20 | Arrived at Delivery Facility in HAVANA - CUBA | HAVANA - CUBA | 08:43 |

| Friday, June 06, 2014 | | Location | Time |
|---|---|---|---|
| 19 | Clearance event | HAVANA - CUBA | 09:13 |
| 18 | Arrived at Sort Facility HAVANA - CUBA | HAVANA - CUBA | 09:13 |

| Wednesday, June 04, 2014 | | Location | Time |
|---|---|---|---|
| 17 | Departed Facility in MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 21:16 |
| 16 | Processed at MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 19:26 |
| 15 | Arrived at Sort Facility MEXICO CITY - MEXICO | MEXICO CITY - MEXICO | 13:37 |
| 14 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:19 |
| 13 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:16 |
| 12 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 02:25 |

| Tuesday, June 03, 2014 | | Location | Time |
|---|---|---|---|
| 11 | Shipment on hold | CINCINNATI HUB, OH - USA | 05:22 |
| 10 | Clearance event | CINCINNATI HUB, OH - USA | 05:05 |

| Sunday, June 01, 2014 | | Location | Time |
|---|---|---|---|
| 9 | Shipment on hold | CINCINNATI HUB, OH - USA | 16:27 |
| 8 | Clearance event | CINCINNATI HUB, OH - USA | 16:21 |

| Saturday, May 31, 2014 | | Location | Time |
|---|---|---|---|
| 7 | Clearance event | CINCINNATI HUB, OH - USA | 05:49 |

| Friday, May 30, 2014 | | Location | Time |
|---|---|---|---|
| 6 | Shipment on hold | CINCINNATI HUB, OH - USA | 06:06 |
| 5 | Clearance event | CINCINNATI HUB, OH - USA | 05:05 |
| 4 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 01:24 |

| Thursday, May 29, 2014 | | Location | Time |
|---|---|---|---|
| 3 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 22:09 |
| 2 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 22:08 |
| 1 | Shipment picked up | NEW YORK, NY - USA | 13:52 |

Hide Details

**Deutsche Post DHL**

| Contact Center | | | | |
|---|---|---|---|---|
| DHL Express | About Us | Social Media | Fraud Awareness | Official Logistics Partner |
| DHL Global Forwarding | Brandworld | Facebook | | |
| DHL Freight | Company Portrait | YouTube | | |

DHL Global Mail
DHL Supply Chain

Green Solutions
Innovation
Logistics Insights
Sector Overview
Corporate Responsibility



Sitemap  Accessibility  Masthead  Terms & Conditions  Privacy & Cookies  Using DHL Websites
2014 © DHL International GmbH. All rights reserved.

EXCELLENCE. SIMPLY DELIVERED. 

25 June 2014

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 5602692421.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 5602692421 was delivered on 18 June 2014 at 12:05**

| | | | |
|---|---|---|---|
| Signed | CARIDAD | **Destination Service Area** | HAVANA CUBA |
| | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600000660445915 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| Service | EXPRESS WORLDWIDE doc | **Origin Service Area** | NEW YORK UNITED STATES OF AMERICA |
| **Picked Up** | 29 May 2014 at 13:52 | | |