UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and<br><br>JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and<br><br>ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,<br><br>Petitioners,<br><br>v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); BANK OF AMERICA N.A.; BANK OF NEW YORK MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK TRUST COMPANY AMERICAS; HSBC BANK (HSBC BANK USA, N.A.); INTESA SANPAOLO S.P.A.; JP MORGAN CHASE BANK, N.A.; RBS CITIZENS, N.A.; ROYAL BANK OF CANADA; SOCIETE GENERALE; UBS AG; WELLS FARGO BANK, NA; BROWN BROTHERS HARRIMAN & CO.; MERCANTIL COMMERCEBANK, N.A.; STANDARD CHARTERED BANK; AND BANCO SANTANDER, S.A.,<br><br>Respondents/Garnishees. | **DECLARATION OF JORGE SALAZAR-CARRILLO IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |

{10225/00421929.1}

JORGE SALAZAR-CARRILLO, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am a Full Professor in the Department of Economics at Florida International University and an associated member in the Cuban Research Institute in the School of International and Public Affairs at Florida International University. I am also the Director of the Center of Economic Research at Florida International University.

2. I have edited and authored over two hundred articles and book chapters, and over 90 published books. I have focused my research on the economics and history of Latin America, including Cuba.

3. I was a Director in the Economic Group in Cuba at the Cuban Ministry of Finance throughout 1959, and part of 1960, during the Cuban revolution.

4. I left Cuba in April of 1960 and relocated to Miami, Florida. Since I relocated, I continued to study and research Cuban law, the Cuban economy and Cuban corporations.

5. I am one of the Directors of the Cuban Banking Study Group, which is a group made up of bankers and other professionals who are of Cuban origin or have an interest in the future of Cuba. The Group was chaired, until recently, by General Brent Scowcroft, former National Security Advisor under Presidents Gerald Ford and George H. W. Bush, and retired United States Air Force Lieutenant General. In my role as a Director of the Group, my responsibilities include researching all financial matters regarding the Cuban economy.

6. I am a member of the Havana Consulting Group and my responsibilities include staying up to date on the status of Cuban corporations. The Havana Consulting Group researches current events in Cuba, including the opening of new Cuban businesses, sales of cars in Cuba, and the real estate market in Cuba, among other things.

7. I am currently the First Vice President of "Colegio de Economistas de Cuba," which is the equivalent of the American Economic Association. It studies the Cuban economy. In my role as Vice President, my responsibilities include studying the economy of Cuba, publishing books on Cuba, and organizing conferences of Cuban experts.

8. I am the one of the founding directors of the "Association for the Study of the Cuban Economy," founded in approximately the late 1980s. The purpose of this Association is to keep abreast of economic developments in Cuba.

9. I recently completed a book on Cuba, titled *Cuba: From Takeoff to Disaster Under Castro* which was published earlier this month of October by Transactions Publishers of Rutgers University. In researching and drafting this book, I studied the current status of Cuban corporations and the ownership by the Republic of Cuba of those corporations.

10. This declaration is based on my personal knowledge.

### Cuban Corporations

11. In order to be created as a corporate entity under Cuban law, the corporate entity must successfully go through a complex web of governmental approvals, that starts with the Council of Ministers and goes up to the Council of State and the Politburo of the Communist Party, the only one allowed in Cuba.

12. During this corporate approval process, the Cuban government ensures that the corporate entity itself is created for government purposes.

13. The Cuban government actively supervises all corporate entities organized and existing under Cuban law. The Cuban government either directly manages or supervises the management of all Cuban corporate entities, and owns at least 51% of the stock.

### Ministerio de Relaciones Exteriores

14. The Ministerio de Relaciones Exteriores is the Cuban Ministry of Foreign Affairs, which is controlled by the Cuban government's State Council.

### Banco Internacional de Comercio, S.A.

15. The Banco Internacional de Comercio, S.A. is a member of the Grupo Nueva Banca, a holding group of financial entities belonging to the Cuban state. It is a commercial bank owned by the Central Bank of Cuba, a Cuban government institution.

### Banco Nacional de Cuba

16. The Banco Nacional de Cuba was formerly Cuba's central bank. It was replaced by the Central Bank of Cuba in 1997. The Banco Nacional de Cuba is still an entity in existence and it is entirely owned by the Cuban government.

### Havana International Bank Limited

17. Havana International Bank Limited, currently known as Havin Bank Ltd., was established in London in 1972. It is the only bank with entirely Cuban capital established outside of Cuba. The Central Bank of Cuba, a Cuban government agency, is its only shareholder.

### Netherlands Caribbean Bank N.V.

18. Netherlands Caribbean Bank N.V. is a 50-50% joint venture between ING Bank and the Cuban government. The Cuban government holds its interest through two Cuban entities, Gilmar Project Finance Establishment (Grupo ACEMEX) and Banco Popular de Ahorro, which each hold a 25% share in Netherlands Caribbean Bank N.V. Grupo ACEMEX is a Cuban government-owned shipping and financial services company. The Banco Popular de Ahorro is a commercial bank belonging to the Central Bank of Cuba, a Cuban agency.

### Casa Financiera del Turismo (FINTUR)

19. Casa Financiera del Turismo, or FINTUR, is a financial enterprise owned and operated by the Cuban Ministry of Tourism (MINTUR), an agency of the Cuban government.

### Havanatur, S.A.

20. Havanatur S.A., whose full name translates as the International Group of Tour Operators and Travel Agencies, is the largest tourism business owned and controlled by the Cuban government. It was previously owned by the Cuban holding company CIMEX, which is entirely composed of Cuban state capital, but it is now controlled by the Cuban Ministry of Tourism (MINTUR), an agency of the Cuban government.

### Cubanacan Negocios Mexico, S.A.

21. Cubanacan Negocios Mexico, S.A. is the Mexican sales office of Cubanacan. Cubanacan is a tourism agency which books hotels and resorts in Cuba. It is an agency of the Cuban government.

### Viñales Tours S.A.

22. Viñales Tours S.A. is a Cuban government owned tourism agency operating in Mexico.

### Cubaniquel

23. Cubaniquel is an agency of the Cuban government. Cubaníquel is controlled by Cuba's Ministry of Basic Industry and oversees nickel mining, processing and refining in Cuba.

### MOA Nickel, S.A.

24. MOA Nickel S.A. owns and operates nickel and cobalt mining, processing, refining facilities in Cuba. MOA Nickel S.A. is 50% owned by the Cuban government through its wholly owned corporation the General Nickel Company, S.A., and functions as an agency of

the Cuban government. Sherrit International Corporation, a Canadian corporation, holds the other 50% interest in MOA Nickel S.A.

### Niref International

25. Niref International, also known as "NIREF, Nickel Refining B.V. Holland," operates at least four nickel refineries/ mining-metallurgical complexes that are owned by CUBANÍQUEL, whose full name translates to the Nickel Business Group. Niref is the exclusive sales agent for CUBANÍQUEL, which is controlled by Cuba's Ministry of Basic Industry.

### Tecnoimport

26. Tecnoimport is owned and operated by the Ministry of Armed Forces of the Republic of Cuba (MINFAR). It is engaged in business of the importation of foreign goods into Cuba. It maintains its principal offices in Havana, Cuba.

### MCV Commercial S.A.

27. MCV Commercial S.A. is a corporate entity organized under the laws of the Republic of Cuba, with its principal place of business in the City of Havana, Cuba. MCV Commercial S.A. is a joint venture between Manufacturing Commercial Vehicles ("MCV"), an Egyptian company, and Transsime S.A., which is wholly owned by the Transport Ministry of the Republic of Cuba (MINTRANS). MCV Commercial S.A. is engaged in the sales and service of Mercedes-Benz vehicles in Cuba.

### Aceducto Yateritas, S.A.

28. Acueducto Yateritas, S.A. is a Cuban-owned corporation that supplies water to the U.S. Naval Base at Guantanamo Bay.

### La Casa del Habano

29.     La Casa del Habano is a corporate entity organized and existing under the laws of Cuba. La Casa del Habano has the exclusive right to sell Cuban tobacco within Cuba and around the world. La Casa del Habano operates as a chain of franchise stores selling Cuban tobacco and cigars and also sells Cuban tobacco products to other distributors and retailers around the world. It is a registered trademark of the brand Corporacion Habanos S.A., the arm of the Cuban state tobacco company (CUBATABACO) that controls the export of Cuban tobacco products.

### Cubana de Aviación, S.A.

30.     Cubana de Aviación, S.A. is the nationally-owned flagship carrier of the Cuban air transportation industry. It is wholly owned and controlled by the Cuban government through its Cuban Institute of Civil Aeronautics, which is a state owned institution. Cubana de Aviación, S.A. owns aircraft and performs all services related to its aircraft. All of the profits of Cubana de Aviación, S.A. go directly to the Cuban government.

### Coral Container Lines S.A.

31.     Coral Container Lines, S.A. was established as the liner division of the Cuban-owned merchant shipping body, ANTARES, whose full name translates to Cuban Shipping Association. ANTARES is owned by the National Port Administration, which is controlled by Cuba's Ministry of Transport.

I declare under penalty of perjury that the above declaration is true and correct.

Jorge Salazar-Carrillo

Executed October 28, 2015