UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X



ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.,

                     Plaintiff,

   -against-

THE REPUBLIC OF CUBA,

                     Defendant.

**ORDER FOR ADDITIONAL FILINGS**

12 Civ. 1596 (AKH)

-------------------------------------------------------- X

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr., and

JEANNETTE FULLER HAUSLER, and
WILLIAM FULLER, as court-appointed co-
representatives of the ESTATE OF ROBERT OTIS
FULLER, deceased, on behalf of all beneficiaries of
the Estate and the ESTATE OF ROBERT OTIS
FULLER; and

ALFREDO VILLOLDO, individually, and
GUSTAVO E. VILLOLDO, individually and as
Administrator Executor, and Personal
Representative of the ESTATE OF GUSTAVO
VILLOLDO ARGILAGOS,

                     Petitioners,

   -against-

BANCO BILBAO VIZCAYA ARGENTARIA
(S.A.); BANK OF AMERICA N.A.; BANK OF
NEW YORK MELLON; BARCLAY'S BANK
PLCS; CITIBANK N.A.; CREDIT SUISSE AG,
NEW YORK BRANCH; DEUTSCHE BANK
TRUST COMPANY AMERICAS; HSBC BANK
(HSBC BANK USA, N.A.); INTESA SANPAOLA
S.P.A.; JP MORGAN CHASE BANK N.A.; RBS
CITIZENS, N.A.; ROYAL BANK OF CANADA;
SOCIETE GENERALE; UBS AG; WELLS

FARGO BANK, NA; BROWN BROTHERS         :
HARRIMAN & CO.; MERCANTIL COMMERCE     :
BANK, N.A.; STANDARD CHARTERED BANK;   :
AND BANCO SANTANDER, S.A.,             :
                                       :
                      Respondents.     :
                                       :
―――――――――――――――――――――――――――――――――      X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiffs shall supplement their papers by November 13, 2015, by submitting detailed accounts of the dates and sources, from origin to date, of their respective recoveries.

This is an enlargement of the time previously set for the plaintiffs to provide their accountings.

      SO ORDERED.

Dated:    November 9, 2015
            New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge