USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/2015

RECEIVED
DEC   2015
ALVIN K. HELLERSTEIN
U.S.D.J.

## Davis Polk



New York          Paris
Menlo Park        Madrid
Washington DC     Tokyo
São Paulo         Beijing
London            Hong Kong

Courtesy

**James L. Kerr**

Davis Polk & Wardwell LLP     212 450 4552 tel
450 Lexington Avenue          212 701 5552 fax
New York, NY 10017            james.kerr@davispolk.com

November 30, 2015

Re:   *Vera v. The Republic of Cuba*, 12 Civ. 1596 (AKH)

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Suite 1050
New York, New York 10007

Dear Judge Hellerstein:

We represent Respondents/Garnishees Bank of America, N.A., Citibank, N.A., Credit Suisse AG, New York Branch, JPMorgan Chase Bank, N.A., and Wells Fargo Bank, N.A., each of which is a respondent in at least one of the motions for partial summary judgment or summary judgment filed on behalf of the petitioners in the above-captioned proceeding.

I would respectfully request leave to join in the brief adjournment requested on behalf of Bank of New York Mellon, and ask that the time of the above-referenced garnishee-respondents to respond to the pending motions for summary judgment be adjourned from December 1, 2015 to December 4, 2015.

We have been engaged in discussions to resolve certain of the issues raised by the multiple motions and are prepared to attempt resolution of all outstanding issues. The date for filing the petitioners' briefs would remain December 15, 2015.

I have discussed the adjournment requested above with Messrs. Roberto Martinez and Robert Swift, counsel for petitioners Hausler and Vera, respectively, and they support this request. I understand that Mr. Swift has been unable to reach counsel for the Villoldos.

Very respectfully yours,

James L. Kerr

cc:   All Counsel

So ordered.
12/1/2015

Alvin K. Hellerstein