# KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS†◊
DOUGLAS A. ABRAHAMS •
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ†
CRAIG W. HILLWIG
BARBARA L. MOYER†

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-MAIL: RSWIFT@KOHNSWIFT.COM

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

HAROLD E. KOHN
1914-1999

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
• ALSO ADMITTED IN NEW JERSEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2015

December 4, 2015

**VIA FAX and ECF**

Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

So ordered.
12/4/2015
[signature]
A.K. Hellerstein

Re:   Aldo Vera v. The Republic of Cuba, No. 12 Civ. 1596

Dear Judge Hellerstein:

I represent Aldo Vera in the above matter. On October 30, 2015, Vera and the other judgment creditors filed eight (8) motions for summary judgment as to the banks' pending interpleader complaints. Pursuant to your Order, the banks had until December 1 to file oppositions. At the request of the banks, your Honor extended the time for the banks to respond to December 4 -- today.

I write to request a further extension of time. The banks and judgment creditors are close to settling all the pending motions. Draft agreements have been circulated for approval and there have been numerous e-mails and phone calls to resolve differences. We hoped to present your Honor with consent orders today, but there are still a few issues remaining which will take us into next week.

A one week extension should be sufficient to complete these negotiations. The banks' time to file oppositions will be extended to December 11 and the judgment creditors' time to file replies will be extended to December 22. Messrs, Kerr and Feigenbaum, who represent the banks, consent to the extensions.

Respectfully yours,

Robert A. Swift

RAS/yr
Cc: All Counsel via ECF