UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.,

                        Plaintiff,                    Case No. 12-CV-01596 (AKH)

       -against-

THE REPUBLIC OF CUBA,

                        Defendant.
_____

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr.; and

JEANETTE FULLER HAUSLER, and WILLIAM
FULLER, as court-appointed co-representatives of the
ESTATE OF ROBERT OTIS FULLER, deceased, on
behalf of all beneficiaries of the Estate and the ESTATE
OF ROBERT OTIS FULLER, and

ALFREDO VILLOLDO, individually, and GUSTAVO
E. VILLOLDO, individually and as Administrator,
Executor, and Personal Representative of the ESTATE
OF GUSTAVO VILLOLDO ARGILAGOS,

                        Petitioners,

       -against-

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.),
BANK OF AMERICA, N.A., BANK OF NEW YORK
MELLON, BARCLAY'S BANK PLC, CITIBANK,
N.A., CREDIT SUISSE AG, NEW YORK BRANCH,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
HSBC BANK (HSBC BANK USA, N.A.), INTESA
SANPAOLO S.P.A., JP MORGAN CHASE BANK,
N.A., RBS CITIZENS, N.A., ROYAL BANK OF
CANADA, SOCIETE GENERALE, UBS AG, WELLS
FARGO BANK, N.A., BROWN BROTHERS
HARRIMAN& CO., MERCANTIL COMMERCEBANK

DECLARATION OF RENEWED
ATTEMPT AT SERVICE OF
CUBANACAN NEGOCIOS
MEXICO, S.A. de C.V.

*(caption continued on next page)*

N.A., STANDARD CHARTERED BANK, AND
BANCO SANTANDER, S.A.,

                        Respondents/Garnishees.

---

THE BANK OF NEW YORK MELLON,

                        Third-Party Petitioner,

    -against-

ALDO VERA, JR., as Personal Representative of the
Estate of Aldo Vera, Sr., and

JEANETTE FULLER HAUSLER, and WILLIAM
FULLER, as court-appointed co-representatives of the
ESTATE OF ROBERT OTIS FULLER, deceased, on
behalf of all beneficiaries of the Estate and the ESTATE
OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO
E. VILLOLDO, individually and as Administrator,
Executor, and Personal Representative of the ESTATE
OF GUSTAVO VILLOLDO ARGILAGOS,

                        Counterclaim Respondents,

    -and-

SBH TABAC EURL (a/k/a LA CASA DEL HABANO),
CORPORACION HABANOS S.A., THE WINDWARD
ISLANDS BANK LTD., FENNINA JAMEL, BBVA
BANCOMER, S.A., CUBANA DE AVIACION, S.A.,
NATIONAL BANK OF CANADA, CUBANACAN
NEGOCIOS MEXICO, S.A. DE C.V., ING BANK
N.V. (CURACAO), ING BANK N.V., CASA
FINANCIERA FINTUR S.A., NIREF B.V., VTB
BANK (a/k/a BANK FOR FOREIGN TRADE OF
THE RUSSIAN FEDERATION), INKOMBANK and
JSC ZARUBEZHTSVETMET,

                        Third-Party Respondents.

---

GREGORY P. FEIT hereby declares under penalty of perjury as follows:

1. I am over eighteen years of age and am not a party to this action. I am an associate at Levi Lubarsky Feigenbaum & Weiss LLP, attorneys for respondent/third-party petitioner The Bank of New York Mellon ("BNY Mellon").

2. On December 16, 2015, in accordance with the Order and Judgment Concerning Turnover of Funds Held at The Bank of New York Mellon dated December 15, 2015 (the "December 15 Order") (ECF No. 865), I renewed BNY Mellon's attempt to serve third-party respondent Cubanacan Negocios México, S.A. de C.V. ("Cubanacan") with the BNY Mellon Interpleader Petition (as defined in the December 15 Order) in accordance with the means authorized by the Notice Order (as defined in the December 15 Order). Specifically, I enclosed true copies of the following documents – (i) Summons on a Third-Party Complaint dated April 21, 2014; (ii) the BNY Mellon Interpleader Petition (with an exhibit identifying the Blocked Assets (as defined in the Notice Order) and, as a second exhibit, the Amended Omnibus Petition for Turnover Order dated February 12, 2014); (iii) the December 15 Order; (iv) the Notice Order; (v) the Court's Electronic Case Filing Rules & Instructions; (vi) the Individual Rules of the Honorable Alvin K. Hellerstein; and (vii) Spanish translations of the foregoing documents required to be translated – in a sealed DHL Worldwide Express ("DHL") envelope with payment authorization, addressed to Cubanacan at the below address, and delivered the sealed envelope with a DHL waybill into the custody of an agent of DHL at a DHL office in New York, New York for delivery to Cubanacan:

>   Cubanacan Negocios México, S.A. de C.V.
>   Attention: Chief Legal Officer
>   Tlaxcala 177, Hipódromo, Cuauhtémoc
>   06100 Ciudad de México, D.F., México.

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New York, New York on December 17, 2015.

_____
Gregory P. Feit