IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br> JEANNETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br> ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br> Petitioners, <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); BANK OF AMERICA N.A.; BANK OF NEW YORK MELLON; BARCLAY'S BANK PLC; CITIBANK, N.A.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK TRUST COMPANY AMERICAS; HSBC BANK (HSBC BANK USA, N.A.); INTESA SANPAOLO S.P.A.; JP MORGAN CHASE BANK, N.A.; RBS CITIZENS, N.A.; ROYAL BANK OF CANADA; SOCIETE GENERALE; UBS AG; WELLS FARGO BANK, NA; BROWN BROTHERS HARRIMAN & CO.; MERCANTIL COMMERCEBANK, N.A.; STANDARD CHARTERED BANK; AND BANCO SANTANDER, S.A., <br><br> Respondents/Garnishees. | **NOTICE OF PAYMENT OF FUNDS TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF NEW YORK** <br><br><br> *(captions continued on next page)* |

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　Respondent/Garnishee and<br>　　　　　Third-Party Petitioner,<br><br>　　　　　　　v.<br><br>BANCO BILBAO VIZCAYA ARGENTARIA, S.A. (F/K/A ARGENTARIA CAJA POSTAL Y BANCO HIPOTECARIO S.A.), et al.,<br><br>　　　　　Adverse Claimants-<br>　　　　　Respondents. | (Dkt. No. 472) |
| CITIBANK, N.A.,<br><br>　　　　　Respondent/Garnishee and<br>　　　　　Third-Party Petitioner,<br><br>　　　　　　　v.<br><br>BANCA MONTE DEI PASCHI DI SIENA S.P.A. (F/K/A BANCA NAZIONALE DELL'AGRICOLTURA), et al.,<br><br>　　　　　Adverse Claimants-<br>　　　　　Respondents. | (Dkt. No. 480) |
| CREDIT SUISSE AG, NEW YORK BRANCH,<br><br>　　　　　Respondent/Garnishee and<br>　　　　　Third-Party Petitioner,<br><br>　　　　　　　v.<br><br>ACINOX S.A., et al.,<br><br>　　　　　Adverse Claimants-<br>　　　　　Respondents. | (Dkt. No. 483) |
| JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Respondent/Garnishee and<br>　　　　　Third-Party Petitioner,<br><br>　　　　　　　v.<br><br>AUSTRALIA AND NEW ZEALAND BANKING GROUP, et al.,<br><br>　　　　　Adverse Claimants-<br>　　　　　Respondents. | (Dkt. No. 475) |

*(captions continued on next page)*

| |
|---|
| WELLS FARGO BANK, N.A., |
|                   Respondent/Garnishee and Third-Party Petitioner, |
|          v. |
| BANCO ESPAÑOL DE CREDITO, et al., |
|                   Adverse Claimants-Respondents. |

(Dkt. No. 478)

TAKE NOTICE that, in compliance with the Order and Judgment Concerning Turnover of Funds Held at Various Garnishee Banks as so ordered by the Court on December 15, 2015 (the "December 15 Order") [ECF No. 864], Respondent-Garnishee Citibank, N.A. ("Citibank") has delivered to the United States Marshal for the Southern District of New York four (4) checks in the aggregate amount of $890,943.37 representing the funds held by it in the four (4) blocked accounts that are identified in schedule annexed to the December 15 Order (Exhibit A). Attached as Exhibit B is a copy of the receipt signed by the United States Marshal's Service acknowledging receipt of the checks transmitting the funds being turned over pursuant to the December 15 Order.

Date: New York, New York
      January 5, 2016

                                  DAVIS POLK & WARDWELL LLP

                                  By: _____
                                      James L. Kerr

                                      450 Lexington Avenue
                                      New York, New York 10017
                                      *Attorneys for Citibank, N.A.*

<u>Of Counsel</u>:
Michael S. Flynn
Craig Cagney

To: Counsel of Record (by ECF)