UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,

                Plaintiff,

v.

THE REPUBLIC OF CUBA,

                Defendant.

---

ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and

JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and

ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS,

                Petitioners,

v.

BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); BANK OF AMERICA N.A.; BANK OF NEW YORK MELLON; BARCLAY'S BANK PLC; CITIBANK N.A.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK TRUST COMPANY AMERICAS; HSBC BANK (HSBC BANK USA, N.A.); INTESA SANPAOLO S.P.A.; JP MORGAN CHASE BANK, N.A.; RBS CITIZENS, N.A.; ROYAL BANK OF CANADA; SOCIETE GENERALE; UBS AG; WELLS FARGO BANK, NA; BROWN BROTHERS HARRIMAN & CO.; MERCANTIL COMMERCEBANK, N.A.; STANDARD CHARTERED BANK; and BANCO SANTANDER, S.A.,

                Respondents-Garnishees.

---

Case No. 12-CV-01596-AKH

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, Kathleen Gardner is no longer associated with Park Jensen Bennett LLP and should be removed from the Court's service list with respect to the above referenced actions. Park Jensen Bennett continues to serve as counsel for Respondent-Garnishee Brown Brothers Harriman & Co., and all future correspondence and papers in this action should continue to be directed to them.

Dated: April 16, 2018

Respectfully submitted,

*/s/ Kathleen G.*

Kathleen Gardner

SO ORDERED:

_____  4/18/18
Hon. Alvin K. Hellerstein