# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., <br><br> Plaintiff, <br> v. <br> THE REPUBLIC OF CUBA, <br><br> Defendant. | Case No. 12-CV-01596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.; and <br><br> JEANETTE FULLER HAUSLER, and WILLIAM FULLER as court-appointed co-representatives of the ESTATE OF ROBERT OTIS FULLER, deceased, on behalf of all beneficiaries of the Estate and the ESTATE OF ROBERT OTIS FULLER; and <br><br> ALFREDO VILLOLDO, individually, and GUSTAVO E. VILLOLDO, individually and as Administrator, Executor, and Personal Representative of the ESTATE OF GUSTAVO VILLOLDO ARGILAGOS, <br><br> Judgment Creditors, <br><br> v. <br><br> BANCO BILBAO VIZCAYA ARGENTARIA (S.A.); BNY MELLON N.A.; BANK OF NEW YORK MELLON; BARCLAY'S BANK PLC; BNY MELLON N.A.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK TRUST COMPANY AMERICAS; HSBC BANK (HSBC BANK USA, N.A.); INTESA SANPAOLO S.P.A.; JP MORGAN CHASE BANK, N.A.; RBS CITIZENS, N.A.; ROYAL BANK OF CANADA; SOCIETE GENERALE; UBS AG; WELLS FARGO BANK, NA; BROWN BROTHERS HARRIMAN & CO.; MERCANTIL COMMERCEBANK, N.A.; STANDARD CHARTERED BANK; AND BANCO SANTANDER, S.A., <br><br> Respondents/Garnishees. | |

Please take notice that the office address of Robert A. Swift, counsel for Aldo Vera, Jr., has changed.  The new address is:

> Robert A. Swift
> Kohn, Swift & Graf, P.C.
> 1600 Market Street, Suite 2500
> Philadelphia, PA 19103

The telephone number, fax number and e-mail address remain the same.


Dated:  April 24, 2018

/s/ Robert A. Swift
Robert A. Swift (RS8630)
(admitted *pro hac vice in No. 12-1596*)
Kohn, Swift & Graf, P.C.
1600 Market Street, 25th Floor
Philadelphia, PA 19103
(215) 238-1700
(215) 238-1968 (fax)
rswift@kohnswift.com