UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Aldo Vera, Jr.

               Plaintiff,

    -against-

The Republic of Cuba

               Defendant.
------------------------------------------------------

Case No. 12-1596

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

        Robert A. Swift
        FILL IN ATTORNEY NAME

My SDNY Bar Number is: RS8630     My State Bar Number is PA 17766

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Kohn, Swift & Graf, P.C.
              FIRM ADDRESS: One South Broad Street, 21st Floor, Phila., PA 19107
              FIRM TELEPHONE NUMBER: 215-238-1700
              FIRM FAX NUMBER: 215-238-1968

NEW FIRM:    FIRM NAME: Kohn, Swift & Graf, P.C.
              FIRM ADDRESS: 1600 Market Street, Suite 2500, Phila., PA 19103
              FIRM TELEPHONE NUMBER: 215-238-1700
              FIRM FAX NUMBER: 215-238-1968

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 4/24/2018

                                                                      ATTORNEY'S SIGNATURE