# MANDATE

S.D.N.Y.-N.Y.C.
12-cv-1596
Hellerstein, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of April, two thousand eighteen.

Present:
    Debra Ann Livingston,
    Denny Chin,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 30, 2018

In re Banco Bilbao Vizcaya Argentaria, S.A.,           17-4043

    *Petitioner*.

Petitioner has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that exceptional circumstances warrant the requested relief. *See Linde v. Arab Bank, PLC*, 706 F.3d 92, 107 (2d Cir. 2013).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/30/2018