UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

VERA
             Plaintiff,

    -against-

THE REPUBLIC OF CUBA
             Defendant.

-------------------------------------------------------

Case No. 12-CV-01596 (AKH)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Steven B. Feigenbaum**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____    My State Bar Number is 2122703

I am,
- [✔] An attorney
- [ ] A Government Agency attorney
- [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Levi Lubarsky Feigenbaum & Weiss LLP
                  FIRM ADDRESS: 655 Third Avenue, 27th Floor, New York, NY 10017
                  FIRM TELEPHONE NUMBER: (212) 308-6100
                  FIRM FAX NUMBER: (212) 308-8830

NEW FIRM:    FIRM NAME: Katsky Korins LLP
                  FIRM ADDRESS: 605 Third Avenue, New York, NY 10158
                FIRM TELEPHONE NUMBER: (212) 953-6000
                FIRM FAX NUMBER: (212) 953-6899

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 25, 2018

_____
ATTORNEY'S SIGNATURE