UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.,

                Plaintiff,

-against-

THE REPUBLIC OF CUBA,

                Defendant.

------------------------------------------------------------- X

ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr., et al.,

                Petitioners,

-against-

BANCO BILBAO VIZCAYA ARGENTARIA
(S.A.), et al.,

                Respondents.

------------------------------------------------------------- X

**ORDER ON REMAND**

12 Civ. 1596 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/18

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The mandate having issued, the parties shall settle on a final order and judgment in the following manner:

- By August 1, 2018, Respondent Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") shall propose an order to Petitioners.

- By August 8, 2018, Petitioners shall propose an order agreeing and disagreeing with the proposal of BBVA.

- The parties shall engage with each other and, by August 14, 2018, submit to the Court a single order, reflecting the parties' agreement, and in the case of disagreement their alternative proposals, along with explanatory memoranda.

SO ORDERED.

Dated: July 23, 2018
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge