UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., :<br><br>    Plaintiff, :<br>vs. :<br><br>THE REPUBLIC OF CUBA, :<br><br>    Defendant. : | 12 Civ. 1596 (AKH) |
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr., et al., :<br><br>    Petitioners, :<br>v. :<br><br>BANCO BILBAO VIZCAYA ARGENTARIA (S.A.), et al.: :<br><br>    Respondents/Garnishees. : | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN THAT Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") hereby appeals to the United States Court of Appeals for the Second Circuit from all aspects of the Final Judgment, dated and entered in this proceeding on August 2, 2018 (Docket No. 972), including, but not limited to, the Order Denying BBVA's Motion For Stay And Granting Petitioners' Motion To Enforce Turnover Order, dated and entered on May 25, 2017 (Docket No. 929), the Order Directing Court Registry to Disburse Funds, dated and entered on June 2, 2017 (Docket No. 930), the Amended Order Directing Court Registry to Disburse Funds, dated and entered on June 5, 2017 (Docket No. 932), the Order for Turnover of Funds in a Specified Phase I Account at BBVA, dated and entered on March 17, 2015 (Docket No. 739-2), the Order Denying Motion to Reconsider, dated and entered on May 8, 2015 (Docket No. 767), the Order and Opinion denying BBVA's motion to dismiss the Amended Petition, dated and entered on

August 22, 2014 (Docket No. 666), the order denying reconsideration of the order denying BBVA's motion to dismiss the Amended Petition, dated and entered on September 9, 2014 (Docket No. 676), and the Order on Remand from the Court of Appeals, dated and entered on November 13, 2017 (Docket No. 951).

Dated: New York, New York
August 3, 2018

WHITE & CASE LLP

By: *[signature]*
Kenneth A. Caruso

1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200

*Counsel for Banco Bilbao Vizcaya Argentaria, S.A*

To: Robert A. Swift
Kohn, Swift & Graf, P.C.
1 South Broad Street,
Suite 2100
Philadelphia, PA 19107
(215) 238-1700

*Counsel for Aldo Vera, Jr.*

Andrew C. Hall
Hall, Lamb and Hall, P.A.
2665 S. Bayshore Dr., Penthouse 1
Miami, FL 33131
(305) 374-5033

*Counsel for Alfredo Villoldo and Gustavo Villoldo*

James W. Perkins
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
(212) 801-3188

*Counsel for Jeanette Fuller Hausler*

AMERICAS 95202658 (2K)