IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDO VERA, JR., as Personal Representative of the Estate of Aldo Vera, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF CUBA,<br><br>Defendant. | Case No.12-CV-01596 (AKH)<br><br>**ORDER TERMINATING MOTIONS** |

The clerk shall terminate Dkt. Nos. 947, 961.

SO ORDERED:

Dated:   New York, New York
         August 23, 2018

_____
Alvin K. Hellerstein
United States District Judge

