**J. KELLEY NEVLING, JR., ESQ.**
Attorney at Law
43 West 43rd Street, Suite 45
New York, NY 10036-7424

January 2, 2019

**VIA ECF**

Honorable Alvin K. Hellerstein
United States District Judge for the
   Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: <u>Vera v. The Republic of Cuba, 12 Civ. 1596 (AKH) (S.D.N.Y.)</u>

Honorable Sir:

      I am writing to make a letter motion to be relieved and terminated as counsel of record for defendants The Bank of New York Mellon ("BNYM") in the above-referenced action.

      Between 1999 and 2018 I was Of Counsel to the law firm of Levi Lubarsky Feigenbaum & Weiss LLP ("LLFW"). In that capacity I appeared in the referenced action as counsel of record for BNYM, which was represented by LLFW in that action.

      In 2018, however, LLFW closed for business and dissolved. Steven B. Feigenbaum, Esq., a former partner in LLFW who has appeared as counsel for BNYM in this action, is now a partner in the law firm of Katsky Korins LLP. He is continuing to represent BNYM as a partner in that firm, but I am no longer involved in its representation. For that reason I am making this motion to be relieved, terminated and deleted as counsel of record for BNYM.

      Please note: my former telephone number and e-mail address at LLFW no longer work.

      Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          J. Kelley Nevling, Jr.
                                          Tel. No. (646) 761-8839
                                          E-mail address: kelnevling@gmail.com

cc: All Counsel (by ECF)