# GT GreenbergTraurig

James W. Perkins, Esq.
(212) 801-3188
perkinsj@gtlaw.com

January 28, 2019

**BY ECF AND HAND DELIVERY**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 1050
New York, New York 10007
Tel: (212) 805-0152
Fax: (212) 805-7942

Re:   *Vera v. The Republic of Cuba*
      12 Civ. 1596

Dear Judge Hellerstein:

For the many years these proceedings have been pending we have had the privilege of acting as counsel to Petitioner Jeanette Fuller Hausler. We regret to inform the Court that on November 22, 2018, Mrs. Hausler passed away at the age of 89. Pursuant to the Federal Rules of Civil Procedure Rule 25(a) we will be making a motion for leave to substitute a party shortly and well within the 90 days of this letter permitted by that Rule. The substituting party will likely be William Fuller, substituting as the sole successor representative of the Estate of Robert Otis Fuller, deceased, on behalf of all beneficiaries of the Estate and the Estate of Robert Otis Fuller.

Respectfully submitted,

James W. Perkins

cc:   All counsel of record via ECF

Greenberg Traurig, LLP | Attorneys at Law
MetLife Building | 200 Park Avenue | New York, NY 10166 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com