UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr.,

                        Plaintiff,

   -against-

THE REPUBLIC OF CUBA,

                        Defendant.
------------------------------------------------------------- X
ALDO VERA, JR., as Personal Representative of
the Estate of Aldo Vera, Sr., et al.,

                        Petitioners,

   -against-

BANCO BILBAO VIZCAYA ARGENTARIA
(S.A.), et al.,

                        Respondents.
------------------------------------------------------------- X

**ORDER CLOSING CASE**

12 Civ. 1596 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Final judgment having been entered on August 2, 2018 (ECF No. 972), the Clerk shall mark this case administratively closed, without prejudice to re-opening following a decision in the currently pending appeal.

      SO ORDERED.

Dated:   August 26, 2019
             New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge