

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/20

**Wolf Greenfield**
INTELLECTUAL PROPERTY LAW

Gregory S. Nieberg
gnieberg@wolfgreenfield.com
direct dial 212.849.3383

January 2, 2020

**VIA ECF and Federal Express**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

So ordered.
/s/ Alvin K. Hellerstein
1-7-20

Re: *AKH Vera v. The Republic of Cuba*, 1:12-cv-01596-AKH

Dear Judge Hellerstein:

I have appeared as counsel for Interpleader Plaintiff Deutsche Bank Trust Company Americas ("DBTCA"). I recently departed Covington & Burling LLP. I respectfully request an order removing my individual appearance from the docket and from the ECF distribution list for this action.

My departure will not affect any pending deadlines, nor will it occasion any delay in this matter. Mark P. Gimbel of Covington & Burling LLP has already appeared in this action and will continue to represent DBTCA. I am not asserting a retaining or charging lien.

Sincerely yours,

Gregory S. Nieberg

s/ Gregory S. Nieberg

CC: All counsel of record (via ECF)