N.Y.S.D. Case # 12-cv-1596(AKH)

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of December, two thousand nineteen.

Before:  José A. Cabranes,
 Gerard E. Lynch,
 Susan L. Carney,
  *Circuit Judges.*

_____

Aldo Vera, Jr., as Personal Representative of the Estate of Aldo Vera, Sr.,

  Plaintiff - Appellee,

William O. Fuller, as Successor Personal Representative of the Estate of Robert Otis Fuller; Gustavo E. Villoldo, individually and as Administrator, Executor, and Personal Representative of the Estate of Gustavo Villoldo; Alfredo Villoldo,

  Petitioners-Appellees,

v.

Banco Bilbao Vizcaya Argentaria, S.A.,

  Respondent- Appellant.
_____

**JUDGMENT**

Docket No. 18-2345

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 28 2020

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is REVERSED, the turnover orders are VACATED, and case is REMANDED to the district court with instructions to dismiss the amended Omnibus Petition and issue an order directing Appellees to return to BBVA the funds that BBVA paid them under the void turnover orders.

 For the Court:
 Catherine O'Hagan Wolfe,
 Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/28/2020