UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                        :

ALDO VERA, JR., as Personal Representative of    :
the Estate of Aldo Vera, Sr.,

                                        :       **ORDER ON REMAND**

                        Plaintiff,      :

        -against-                             :       12 Civ. 1596 (AKH)

                                          :

THE REPUBLIC OF CUBA,                           :

                         Defendant.     :

-------------------------------------------------------------- X

ALDO VERA, JR., as Personal Representative of    :
the Estate of Aldo Vera, Sr., et al.,

                        Petitioners,   :
        -against-

BANCO BILBAO VIZCAYA ARGENTARIA       :
(S.A.), et al.,

                        Respondents.   :

                                          X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2020

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The mandate having issued, and in accordance with the order of the Second

Circuit (ECF No. 989):

        1.   The Amended Omnibus Petition for Turnover Order (ECF No. 423) is dismissed

           with prejudice due to lack of subject matter jurisdiction.

        2.   This Court's previous turnover orders (ECF Nos. 739, 929, 930, 932) are vacated.

3. Petitioners shall make restitution to Banco Bilbao Vizcaya Argentaria, S.A. of all

funds received from said bank under the vacated turnover orders.

SO ORDERED.

Dated:     March ___, 2020
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge